MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendants
ALTA BATES SUMMIT MEDICAL CENTER;
RUSSELL D. STANTEN, M.D.; LEIGH I.G.
IVERSON, M.D.; STEVEN A. STANTEN, M.D.; and
WILLIAM M. ISENBERG, M.D., Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq., <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100, <br><br> Defendants. | CASE NO. C 07-2486 JCS <br><br> **DEFENDANTS' REQUEST FOR REASSIGNMENT AND CERTIFICATION OF INTERESTED PARTIES** <br><br> **COMPLAINT FILED:** May 9, 2007 <br> **TRIAL DATE:** No date set |

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DEFENDANTS' REQUEST FOR REASSIGNMENT AND
CERTIFICATION OF INTERESTED PARTIES

CASE NO. C 07-2486 JCS

## REQUEST FOR REASSIGNMENT

Pursuant to Civil Local Rule Number 73-1 for the United States District Court of the Northern District of California, Defendants Russell D. Stanten, M.D., Leigh I.G. Iverson, M.D., Steven A. Stanten, M.D., William M. Isenberg, M.D., Ph.D. and Alta Bates Summit Medical Center hereby decline to consent to the assignment of this action to a United States Magistrate Judge for trial and disposition, and hereby request the reassignment of this case to a United States District Court Judge.

## CERTIFICATION OF INTERESTED PARTIES

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest (of any kind) in the subject in controversy or in a party to the proceeding, or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding: (a) Sutter Health; (b) the Summit Medical Staff of the Alta Bates Summit Medical Center; and (c) the Alta Bates Medical Staff of Alta Bates Summit Medical Center.

DATED: May 22, 2007         KAUFF McCLAIN & McGUIRE LLP

By: _____/s/_____
         MAUREEN E. McCLAIN

Attorneys for Defendants
ALTA BATES SUMMIT MEDICAL CENTER; RUSSELL D. STANTEN, M.D.; LEIGH I.G. IVERSON, M.D.; STEVEN A. STANTEN, M.D.; and WILLIAM M. ISENBERG, M.D., Ph.D.

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

DEFENDANTS' REQUEST FOR REASSIGNMENT AND
CERTIFICATION OF INTERESTED PARTIES                CASE NO. C 07-2486 JCS