# EXHIBIT A

## AGREEMENT TO BE BOUND BY THE
## CONFIDENTIALITY STIPULATION AND PROTECTIVE ORDER

The undersigned hereby acknowledges that he or she has read the Confidentiality Stipulation and Protective Order entered into on behalf of the parties to *Coyness L. Ennix Jr., M.D. v. Leigh I.G. Iverson, M.D., Russell D. Stanten, M.D., Steven A. Stanten, M.D., William M. Isenberg, M.D., Ph.D., Alta Bates Summit Medical Center, and does 1 through 100*, Case No. C 07-2486 WHA, filed in the United States District Court for the Northern District of California; that he or she understands the provisions prohibiting the disclosure of confidential information for any purpose or in any manner not connected with the prosecution or defense of this action; and that he or she agrees to be bound by all provisions of that order. The undersigned further agrees that when he/she is notified that this lawsuit has been finally concluded, the undersigned is obliged to return to the counsel who produced the documents to him/her any "CONFIDENTIAL" or "ATTORNEYS' EYES ONLY" Discovery Materials in his/her possession so that such counsel may return all such documents to the producing party.

DATED: _____       _____

                                     Signature

::ODMA\PCDOCS\KMM-SF\115929\1

---

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

CONFIDENTIALITY STIPULATION AND [PROPOSED]       CASE NO. C 07-2486 WHA
PROTECTIVE ORDER