MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Emaill: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendants
ALTA BATES SUMMIT MEDICAL CENTER;
RUSSELL D. STANTEN, M.D., LEIGH I.G.
IVERSON, M.D., STEVEN A. STANTEN, M.D., and
WILLIAM M. ISENBERG, M.D., Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100,<br><br>Defendants. | CASE NO. C 07-2486 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>JUDGE:  Hon. William H. Alsup<br><br>COMPLAINT FILED:  May 9, 2007<br>TRIAL DATE:          No date set. |

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

CASE NO. C 07-2486 WHA

Pursuant to Local Rules 7-11 and 79-5 for the United States District Court in the Northern District of California, the Court hereby **GRANTS** Defendants' request that the following documents be sealed:

**Sealed In Part:**

Factual excerpts from Defendants' Special Motion to Strike Pursuant to Code of Civil Procedure section 425.16 (partial redactions only);

Factual excerpts from the supporting declarations of Leigh Iverson, M.D.; Joanne Jellin, Psy.D.; Steven Stanten, M.D.; Russell Stanten, M.D.; William Isenberg, M.D.; Lamont Paxton, M.D., and Maureen E. McClain (partial redactions only);

**Sealed In Whole:**

Exhibits D through Q to the Declaration of William M. Isenberg, M.D., Ph.D.

Exhibit A (including Appendix A & Appendix B) to the Declaration of Lamont Paxton, M.D.

**IT IS SO ORDERED:**

DATED:_____

HON. WILLIAM H. ALSUP
United States District Court Judge

115953.v1

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

CASE NO. C 07-2486 WHA