MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendants
ALTA BATES SUMMIT MEDICAL CENTER;
RUSSELL D. STANTEN, M.D., LEIGH I.G.
IVERSON, M.D., STEVEN A. STANTEN, M.D., and
WILLIAM M. ISENBERG, M.D., Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100,<br><br>Defendants. | CASE NO. C 07-2486 WHA<br><br>**[PROPOSED] ORDER IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE**<br><br>**DATE:** July 5, 2007<br>**TIME:** 8:00 a.m.<br>**DEPT:** Ctrm. 9, 19th Flr.<br>**JUDGE:** Hon. William H. Alsup<br><br>**COMPLAINT FILED:** May 9, 2007<br>**TRIAL DATE:** No date set. |

The hearing on Defendants' special motion to strike Plaintiff's complaint came on for hearing on July 5, 2007 at 8:00 a.m., in Courtroom 9 of the above-entitled Court, located at 450 Golden Gate Ave., 19th Floor, San Francisco, CA. Alex Hernaez, Kauff, McClain & McGuire LLP, appeared as attorney for the Defendants Alta Bates Summit Medical Center, Russell D. Stanten, M.D., Leigh I.G. Iverson, M.D., Steven A. Stanten, M.D. and William M. Isenberg, M.D., Ph.D. G. Scott Emblidge of Moscone,

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER IN SUPPORT OF DEFENDANTS'
SPECIAL MOTION TO STRIKE                                   CASE NO. C 07-2486 WHA

Emblidge and Quadra, LLP, appeared as attorney for Plaintiff Coyness L. Ennix, Jr., M.D.

After full consideration of the parties' papers, as well as the argument of counsel, the Court finds merit to Defendants' contentions.  Under the California Supreme Court's decision in *Kibler v. Northern Inyo County Local Hosp. Dist.*, 39 Cal. 4th 192, 198 (2006), "a lawsuit arising out of a peer review proceeding is subject to a special motion under § 425.16 to strike the SLAPP suit."  Therefore, the Court must grant the motion to strike unless the Plaintiff can demonstrated a probability of prevailing on the claim." § 425.16(b)(1).

Here, Plaintiff can establish no such probability.  Dr. Ennix has not requested any hearing in accordance with Article VIII of the Medical Center's Bylaws and he has failed to compel a hearing by seeking § 1085 mandamus.  Therefore, each of the State law claims fails under either *Westlake Comm. Hosp. v. Los Angeles Superior Ct. (Kaiman)*, 17 Cal. 3d 465, 483-84 (1976) or *Payne v. Anaheim Memorial Medical Center, Inc.*, 130 Cal. App. 4th 729, 745 (2005).  Alternatively, Defendants are immune from suit under either the Health Care Quality Improvement Act or California law.  See 42 U.S.C. § 11111(a) & 11112(a); Cal. Civil Code § 47; Cal. Business & Professions Code § 805(j); Cal. Civil Code § 43.7; Cal. Civil Code § 43.8.

Therefore the Court hereby **GRANTS** Defendants' special motion to strike.  Counts II, III, IV, and V of the Complaint are hereby stricken and dismissed with prejudice.

Defendants are hereby awarded reasonable attorneys' fees.

**IT IS SO ORDERED:**

DATED:_____                    _____
                                      HON. WILLIAM H. ALSUP
                                      United States District Court Judge

115989.v1

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER IN SUPPORT OF DEFENDANTS'
SPECIAL MOTION TO STRIKE

CASE NO. C 07-2486 WHA