G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:   (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code § 17200 *et seq.*,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL D. STANTEN, M.D., et al.,<br><br>Defendants. | Case No.: C 07-2486 WHA<br><br>**[PROPOSED] ORDER ALTERING THE BRIEFING AND HEARING DATES RELATING TO DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE**<br><br>**Dept.:**   Ctrm. 9, 19th Floor<br>**Judge:**  Hon. William H. Alsup<br><br>**Complaint Filed:**  May 9, 2007<br>**Trial Date:**            TBS |

1
[PROPOSED] ORDER RE BRIEFING AND HEARING DATES Case No. C 07-2486WHA

This document was created using  To remove this message, purchase the product at www.SolidPrintPDF.com

1  On June 5, 2007, plaintiff moved this Court pursuant to Civil Local Rule 6-3 for
2  an order altering the briefing and hearing schedules for defendants' Motion to Dismiss
3  and Special Motion to Strike.  After full consideration of the parties' papers, the Court
4  finds good cause for the relief plaintiff requests and orders the following schedule for the
5  briefing and hearing of defendants' Motion to Dismiss and Special Motion to Strike:

6      Plaintiff's Opposition Papers Filed:    July 19, 2007
7      Defendants' Reply Papers Filed:         August 2, 2007
8      Hearing:                                August 16, 2007

11  **IT IS SO ORDERED:**

13  Dated:     June __, 2007        _____
14                                  HON. WILLIAM H. ALSUP
                                    United States District Court Judge

This document was created using SolidPrintPDF    To remove this message, purchase the product at www.SolidPrintPDF.com