1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  MATTHEW P. VANDALL (State Bar No. 196962)
   Email: vandall@kmm.com
4  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California  94104
   Telephone:  (415) 421-3111
6  Facsimile:  (415) 421-0938

7  Attorneys for Defendants
   ALTA BATES SUMMIT MEDICAL CENTER,
8  RUSSELL D. STANTEN, M.D., LEIGH I.G.
   IVERSON, M.D., STEVEN A. STANTEN, M.D., and
9  WILLIAM M. ISENBERG, M.D., Ph.D.

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12

13  COYNESS L. ENNIX, JR., M.D., as an         CASE NO. C 07-2486 WHA
    individual and in his representative capacity
14  under Business & Professions Code Section   **DECLARATION OF MAUREEN E.
    17200 et seq.,                             McCLAIN IN SUPPORT OF
15                                             DEFENDANTS' OPPOSITION TO
                    Plaintiff,                 PLAINTIFF'S MOTION TO ALTER
16                                             BRIEFING AND HEARING
         v.                                    DATES**
17
    RUSSELL D. STANTEN, M.D., LEIGH I.G.       DEPT:   Courtroom 9, 19th Floor
18  IVERSON, M.D., STEVEN A. STANTEN,          JUDGE:  Hon. William H. Alsup
    M.D., WILLIAM M. ISENBERG, M.D.,
19  Ph.D., ALTA BATES SUMMIT MEDICAL           COMPLAINT FILED:  May 9, 2007
    CENTER and does 1 through 100,             TRIAL DATE:       No date set.
20
                    Defendants.
21

22

23

24

25

26

27

28

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

DECLARATION OF MAUREEN E. MCCLAIN IN SUPPORT OF                    CASE NO. C 07-2486 WHA
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
ALTER BRIEFING & HEARING DATES

I, Maureen E. McClain, do hereby declare:

1. I am a partner in the law firm of Kauff, McClain & McGuire, attorneys for Defendants in this action. I submit this declaration in order to describe the expedition with which Defendants have pursued presenting their Special Motion to Strike to the Court for decision. I have personal knowledge of the facts here set forth.

2. Plaintiff filed his complaint in state court on April 3, 2007. Defendants were served with process on or about April 5, 2007. Defendant Alta Bates Summit Medical Center served a notice of deposition upon Plaintiff on April 12, 2007.

3. On April 20, 2007, I spoke by telephone with Scott Emblidge, Plaintiff's counsel. During our discussion, which centered upon Defendants' request to take Plaintiff's deposition before filing a responsive pleading, I conveyed to Mr. Emblidge that we intended to file a motion addressing the constitutionally-protected nature of peer review. Mr. Emblidge responded by indicating an understanding of the type of motion Defendants would be filing. Thus, Plaintiff's counsel has had notice since April 20, 2007 of Defendants' intent to file the motion that was filed on May 30, 2007.

4. Plaintiff re-filed the same lawsuit in federal court on May 9, 2007. On May 10, 2007, Plaintiff dismissed his state court action.

5. Since the date of the filing of the federal court case, Defendants have taken steps to expedite hearing of their Special Motion to Strike because of their contention, expressed more fully in the motion, that this lawsuit is an impermissible interference with the important public function of medical staff peer review. Such steps include:

(A) Defendants appeared in the federal court action, without the necessity of re-service of the complaint, on May 22, 2007;

(B) Defendants filed a Confidentiality Stipulation and [Proposed] Protective Order, to facilitate the filing of motions predicated upon confidential peer review activity, on May 23, 2007. (The Court approved such Stipulated Protective Order, subject to stated conditions, on May 29, 2007.);

-1-

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF MAUREEN E. MCCLAIN IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
ALTER BRIEFING & HEARING DATES

CASE NO. C 07-2486 WHA

1               (C)    Defendants filed their Special Motion to Strike, together with their Motion to Dismiss on May 30, 2007, within the 60 day period from service of the State Court action set forth in California Code of Civil Procedure Section 425.16 (f) for the filing of a motion under such section; and

                (D)    Defendants noticed their motions for the first available hearing date in order to comply, insofar as possible given the federal court's requirements for noticing motions, with the requirement of CCP Section 425.16 (f) that any Special Motion to Strike be heard "not more than 30 days after service of the motion unless the docket conditions of the court require a later hearing."

        6.      As I have explained in my various communications with Mr. Emblidge concerning the issue of the hearing dates for the motions, while I wish to extend professional courtesies to opposing counsel whenever possible, CCP Section 425.16, both in express language and in statutory purpose, demands expedition. Defendants are concerned both with meeting the statutory requirements of CCP Section 425.16 and also with availing themselves of the protections afforded by the statute, including an early hearing on the Special Motion to Strike.

        I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

        Executed this 6th day of June, 2007, at San Francisco, California.


                                                            /S/
                                                    _____
                                                    MAUREEN E. McCLAIN

118636.v1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2800
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

DECLARATION OF MAUREEN E. MCCLAIN IN SUPPORT OF
DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO
ALTER BRIEFING & HEARING DATES

CASE NO. C 07-2486 WHA