1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  MATTHEW P. VANDALL (State Bar No. 196962)
   Email: vandall@kmm.com
4  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California 94104
   Telephone:  (415) 421-3111
6  Facsimile:  (415) 421-0938

7  Attorneys for Defendants
   ALTA BATES SUMMIT MEDICAL CENTER,
8  RUSSELL D. STANTEN, M.D., LEIGH I.G.
   IVERSON, M.D., STEVEN A. STANTEN, M.D., and
9  WILLIAM M. ISENBERG, M.D., Ph.D.

10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13 COYNESS L. ENNIX, JR., M.D., as an            CASE NO. C 07-2486 WHA
   individual and in his representative capacity
14 under Business & Professions Code Section     [PROPOSED] ORDER DENYING
   17200 et seq.,                                PLAINTIFF'S MOTION TO ALTER
15                                               THE BRIEFING AND HEARING
                    Plaintiff,                   DATES RELATING TO
16                                               DEFENDANTS' MOTION TO
        v.                                       DISMISS AND SPECIAL MOTION
17                                               TO STRIKE
   RUSSELL D. STANTEN, M.D., LEIGH I.G.
18 IVERSON, M.D., STEVEN A. STANTEN,             DEPT:    Courtroom 9, 19th Floor
   M.D., WILLIAM M. ISENBERG, M.D.,              JUDGE:   Hon. William H. Alsup
19 Ph.D., ALTA BATES SUMMIT MEDICAL
   CENTER and does 1 through 100,                COMPLAINT FILED: May 9, 2007
20                                               TRIAL DATE:       No date set.
                    Defendants.
21

22        Plaintiff's motion to alter the briefing and hearing dates relating to

23 Defendants' motion to dismiss and special motion to strike (filed with the Court on May

24 30, 2007), was filed on June 5, 2006. Defendants' opposition papers were filed on June

25 6, 2006. No hearing was required by the Honorable William H. Alsup, who reviewed the

26 papers.

27        After full consideration of the parties' papers, the Court finds that Plaintiff's

28 request for relief is not supported by good cause. Accordingly, the Court DENIES

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO ALTER        CASE NO. C 07-2486 WHA
BRIEFING AND HEARING DATES RELATING TO DEFENDANTS' MOTION
TO DISMISS AND SPECIAL MOTION TO STRIKE

Plaintiff's motion to alter the briefing and hearing dates relating to Defendants' motion to dismiss and special motion to strike. Specifically, the Court ORDERS that:

    1. The hearing on Defendants' motion to dismiss and the special motion to strike shall take place on July 5, 2007, as originally noticed by Defendants;

    2. Plaintiff's opposition papers shall be due on June 14, 2007; and

    3. Defendants' reply briefing, if any, shall be due on June 21, 2007.

**IT IS SO ORDERED.**

DATED: _____

                                                    Hon. William H. Alsup
                                          UNITED STATES DISTRICT COURT JUDGE

118637.v1

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO ALTER BRIEFING AND HEARING DATES RELATING TO DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE

CASE NO. C 07-2486 WHA