1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  MATTHEW P. VANDALL (State Bar No. 196962)
   Email: vandall@kmm.com
4  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California 94104
   Telephone:  (415) 421-3111
6  Facsimile:   (415) 421-0938

7  Attorneys for Defendants
   ALTA BATES SUMMIT MEDICAL CENTER,
8  RUSSELL D. STANTEN, M.D., LEIGH I.G.
   IVERSON, M.D., STEVEN A. STANTEN, M.D., and
9  WILLIAM M. ISENBERG, M.D., Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100,<br><br>Defendants. | CASE NO. C 07-2486 WHA<br><br>**[ALTERNATIVE PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO ALTER THE BRIEFING AND HEARING DATES RELATING TO DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE**<br><br>**DEPT:** Courtroom 9, 19th Floor<br>**JUDGE:** Hon. William H. Alsup<br><br>**COMPLAINT FILED:** May 9, 2007<br>**TRIAL DATE:** No date set. |

Plaintiff's motion to alter the briefing and hearing dates relating to Defendants' motion to dismiss and special motion to strike (filed with the Court on May 30, 2007), was filed on June 5, 2006. Defendants' opposition papers were filed on June 6, 2006. No hearing was required by the Honorable William H. Alsup, who reviewed the papers.

After full consideration of the parties' papers, the Court finds that a brief continuance of the briefing and hearing dates relating to Defendants' motion to dismiss

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[ALTERNATIVE PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO ALTER THE BRIEFING AND HEARING DATES RELATING TO DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE

CASE NO. C 07-2486 WHA

and special motion to strike is warranted. The Court further finds that the pre-trial schedule should also be continued so that the parties do not incur additional and unnecessary fees and costs during the pendency of the special motion to strike. Specifically, the Court orders that:

1. Plaintiff may not oppose the Special Motion to Strike on the ground that the hearing was set outside the parameters of California Code of Civil Procedure section 425.16(f);

2. The hearing date on the Motion to Dismiss and the Special Motion to Strike shall be continued from July 5, 2007, until August 2, 2007;

3. The due date for Plaintiff's opposition to the Motion to Dismiss and the Special Motion to Strike shall be continued from June 14, 2007, until July 12, 2007;

4. The due date for Defendants' reply briefing for the Motion to Dismiss and the Special Motion to Strike shall be continued from June 21, 2007, until July 19, 2007;

5. The Initial Case Management Conference shall be continued from August 2, 2007, until August 30, 2007, at 11:00 a.m., before the Honorable William Alsup;

6. No later than August 23, 2007, the parties shall submit a joint case management conference statement not to exceed ten pages;

7. The last day to:
   - meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; and
   - file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference

shall be continued from July 27, 2007 until August 9, 2007;

///

///

///

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

[ALTERNATIVE PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO ALTER THE BRIEFING AND HEARING DATES RELATING TO DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE

CASE NO. C 07-2486 WHA

1          8.    The last day to file the Rule 26(f) Report, complete initial disclosures
2  or state objection in Rule 26(f) Report shall be continued from August 10, 2007, until
3  August 16, 2007.

4  **IT IS SO ORDERED.**

5

6  DATED: _____　　　　　　　　　　　_____
7  　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. William H. Alsup
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

8  118635.v1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-

[ALTERNATIVE PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART
PLAINTIFF'S MOTION TO ALTER THE BRIEFING AND HEARING DATES RELATING
TO DEFENDANTS' MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE

CASE NO. C 07-2486 WHA