IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., et al.,<br><br>Defendants. | No. C 07-02486 WHA<br><br>**ORDER ALTERING THE BRIEFING AND HEARING DATES RELATING TO DEFENDANTS' SPECIAL MOTION TO STRIKE** |

After consideration of the parties' respective briefs on plaintiff's motion to alter the briefing schedule, the following schedule is set. Plaintiff's opposition will be filed by **JULY 12, 2007**. Defendants' reply will be filed by **JULY 19, 2007**. The hearing on the motion and the case management conference will be held at **8:00 A.M.** on **AUGUST 16, 2007**. Please file a joint case management statement seven days before the conference. All initial deadlines are extended accordingly.

All counsel are reminded that under *Metabolife International, Inc. v. Wornick*, 264 F.3d 832, 845–46 (9th Cir. 2001), the discovery-limiting aspects of California's anti-SLAPP statute *do not* apply in federal court. While relying on California Code of Civil Procedure Section 425.16(g) in their opposition, defendants' counsel should have cited this directly on-point and controlling authority.

**IT IS SO ORDERED.**

Dated: June 7, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE