```
 1  G. SCOTT EMBLIDGE, State Bar No. 121613
    emblidge@meqlaw.com
 2  RACHEL J. SATER, State Bar No. 147976
    sater@meqlaw.com
 3  ANDREW E. SWEET, State Bar No. 160870
    sweet@meqlaw.com
 4  MOSCONE, EMBLIDGE, & QUADRA, LLP
    220 Montgomery Street, Suite 2100
 5  San Francisco, California 94104-4238
    Telephone:    (415) 362-3599
 6  Facsimile:    (415) 362-2006

 7  Attorneys for Plaintiff

 8  MAUREEN E. MCCLAIN, State Bar No. 062050
    mcclain@kmm.com
 9  ALEX HERNAEZ, State Bar No. 201441
    hernzez@kmm.com
10  MATTHEW P. VANDALL, State Bar No. 196962
    vandall@kmm.com
11  KAUFF MCCLAIN 7 MCGUIRE LLP
    One Post Street, Suite 2600
12  San Francisco, California 94104
    Telephone:    (415) 421-3111
13  Facsimile:    (415) 421-0938

14  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code § 17200 *et seq.*,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL D. STANTEN, M.D., et al.,<br><br>Defendants. | Case No.: C 07-2486 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CLARIFYING COURT'S JUNE 7 ORDER ALTERING BRIEFING AND HEARING DATES** |

1.   On June 7, the Court issued an Order Altering The Briefing and Hearing Dates Relating To Defendants' Special Motion To Strike. On its face, the June 7 Order does not explicitly state whether it also applies to the briefing and hearing dates for defendants' Motion to

Dismiss. Plaintiff had sought to alter the briefing and hearing dates for both motions defendants filed.

    2.    The parties agree that the briefing and hearing schedule stated in the Court's June 7 Order should apply both to defendants' Special Motion to Strike and to defendants' Motion to Dismiss.

    3.    Accordingly, the parties stipulate that the following schedule shall apply to both motions:

| | | |
|---|---|---|
| a. | Plaintiff's Opposition Papers Filed: | July 12, 2007 |
| b. | Defendants' Reply Papers Filed: | July 19, 2007 |
| c. | Hearing: | August 16, 2007 |

It is SO STIPULATED:

DATED: June 7, 2007                    MOSCONE, EMBLIDGE & QUADRA, LLP

By:         /S/
     G. SCOTT EMBLIDGE

DATED: June 7, 2007                    KAUFF McCLAIN & McGUIRE LLP

By:         /S/
     MATTHEW P. VANDALL

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:        , 2007                                    _____
                                                                  William Alsup
                                                                  United States District Court Judge

::ODMA\PCDOCS\KMM-SF\118698\1