```
 1  G. SCOTT EMBLIDGE, State Bar No. 121613
    emblidge@meqlaw.com
 2  RACHEL J. SATER, State Bar No. 147976
    sater@meqlaw.com
 3  ANDREW E. SWEET, State Bar No. 160870
    sweet@meqlaw.com
 4  MOSCONE, EMBLIDGE, & QUADRA, LLP
    220 Montgomery Street, Suite 2100
 5  San Francisco, California 94104-4238
    Telephone:    (415) 362-3599
 6  Facsimile:    (415) 362-2006

 7  Attorneys for Plaintiff

 8  MAUREEN E. MCCLAIN, State Bar No. 062050
    mcclain@kmm.com
 9  ALEX HERNAEZ, State Bar No. 201441
    hernzez@kmm.com
10  MATTHEW P. VANDALL, State Bar No. 196962
    vandall@kmm.com
11  KAUFF MCCLAIN 7 MCGUIRE LLP
    One Post Street, Suite 2600
12  San Francisco, California 94104
    Telephone:    (415) 421-3111
13  Facsimile:    (415) 421-0938

14  Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code § 17200 *et seq.*,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL D. STANTEN, M.D., et al.,<br><br>Defendants. | Case No.: C 07-2486 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CLARIFYING COURT'S JUNE 7 ORDER ALTERING BRIEFING AND HEARING DATES** |

1. On June 7, the Court issued an Order Altering The Briefing and Hearing Dates Relating To Defendants' Special Motion To Strike. On its face, the June 7 Order does not explicitly state whether it also applies to the briefing and hearing dates for defendants' Motion to

1

1  Dismiss. Plaintiff had sought to alter the briefing and hearing dates for both motions defendants
2  filed.
3      2.   The parties agree that the briefing and hearing schedule stated in the Court's June
4  7 Order should apply both to defendants' Special Motion to Strike and to defendants' Motion to
5  Dismiss.
6      3.   Accordingly, the parties stipulate that the following schedule shall apply to both
7  motions:
8      a.   Plaintiff's Opposition Papers Filed:    July 12, 2007
9      b.   Defendants' Reply Papers Filed:         July 19, 2007
10     c.   Hearing:                                August 16, 2007

It is SO STIPULATED:

**I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT.**

DATED: June 7, 2007                    MOSCONE, EMBLIDGE & QUADRA, LLP

By: _____/S/_____
G. SCOTT EMBLIDGE

DATED: June 7, 2007                    KAUFF McCLAIN & McGUIRE LLP

By: _____/S/_____
MATTHEW P. VANDALL

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____, 2007                  _____
William Alsup
United States District Court Judge

118698.v1