G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiff

MAUREEN E. MCCLAIN, State Bar No. 062050
mcclain@kmm.com
ALEX HERNAEZ, State Bar No. 201441
hernzez@kmm.com
MATTHEW P. VANDALL, State Bar No. 196962
vandall@kmm.com
KAUFF MCCLAIN 7 MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:    (415) 421-3111
Facsimile:    (415) 421-0938

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code § 17200 *et seq.*,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL D. STANTEN, M.D., et al.,<br><br>Defendants. | Case No.: C 07-2486 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CLARIFYING COURT'S JUNE 7 ORDER ALTERING BRIEFING AND HEARING DATES** |

    1.    On June 7, the Court issued an Order Altering The Briefing and Hearing Dates Relating To Defendants' Special Motion To Strike. On its face, the June 7 Order does not explicitly state whether it also applies to the briefing and hearing dates for defendants' Motion to

1

1  Dismiss. Plaintiff had sought to alter the briefing and hearing dates for both motions defendants
2  filed.
3      2.  The parties agree that the briefing and hearing schedule stated in the Court's June
4  7 Order should apply both to defendants' Special Motion to Strike and to defendants' Motion to
5  Dismiss.
6      3.  Accordingly, the parties stipulate that the following schedule shall apply to both
7  motions:

    a.  Plaintiff's Opposition Papers Filed:   July 12, 2007

    b.  Defendants' Reply Papers Filed:   July 19, 2007

    c.  Hearing:   August 16, 2007

It is SO STIPULATED:

DATED: June 7, 2007          MOSCONE, EMBLIDGE & QUADRA, LLP

By: _____/S/_____
    G. SCOTT EMBLIDGE

DATED: June 7, 2007          KAUFF McCLAIN & McGUIRE LLP

By: _____/S/_____
    MATTHEW P. VANDALL

Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 11, 2007

_____
William Alsup
United States District Court Judge

::ODMA\PCDOCS\KMM-SF\118698\1