G. SCOTT EMBLIDGE, State Bar No. 121613
RACHEL J. SATER, State Bar No. 14976
ANDREW E. SWEET, State Bar No. 160870
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code § 17200 *et seq.*,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., et al.,<br><br>Defendants. | Case No.: C 07-2486 WHA<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' SPECIAL MOTION TO STRIKE**<br><br>Date:    August 16, 2007<br>Time:    8:00 a.m.<br>Dept:    Ctrm. 9, 19TH Floor<br><br>Trial Date**:**    TBA<br>Judge:    Hon. William H. Alsup |

Having considered Defendants' moving and reply papers, Plaintiff's opposition papers, and the oral arguments of counsel, and for good cause, the Court finds that each of the challenged claims have at least the "minimal merit" necessary to overcome a Special Motion to Strike under California law. Accordingly,

IT IS HEREBY ORDERED that Defendants' special motion to strike is DENIED.

DATED: _____, 2007          _____
                                                      Honorable William Alsup