MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendants
ALTA BATES SUMMIT MEDICAL CENTER,
RUSSELL D. STANTEN, M.D., LEIGH I.G.
IVERSON, M.D., STEVEN A. STANTEN, M.D., and
WILLIAM M. ISENBERG, M.D., Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100,<br><br>Defendants. | CASE NO. C 07-2486 WHA<br><br>**DEFENDANTS' SECOND REQUEST FOR JUDICIAL NOTICE**<br><br>**DATE:**  August 16, 2007<br>**TIME:**  8:00 a.m.<br>**DEPT:**  Ctrm. 9, 19th Flr.<br>**JUDGE:**  Hon. William H. Alsup<br><br>**COMPLAINT FILED:**  May 9, 2007<br>**TRIAL DATE:**  No date set. |

Defendants Alta Bates Summit Medical Center; Russell D. Stanten, M.D.; Leigh I.G. Iverson, M.D.; Steven A. Stanten, M.D.; and William M. Isenberg, M.D., Ph.D. hereby request that the Court take judicial notice of the following documents pursuant to Federal Rule of Evidence 201:

**Exhibit A:**  The legislative history for S.B. 1325, the 2003 amendments to California Business and Professions Code section 2282.5, including version dates for August 4, 12, 17, and 24; June 15 and April 12, 2004. *See Hunt v. Check Recovery*

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DEFENDANTS' SECOND REQUEST FOR JUDICIAL NOTICE   CASE NO. C 07-2486 WHA

*Sys.*, 178 F. Supp. 2d 1157, 1161 (N.D. Cal. 2007) (finding that "the legislative history and other court documents for [a California statute] constitute judicial facts sufficiently capable of accurate and ready determination and therefore takes judicial notice of them."); *see also Palmer v. Stassinos*, 348 F. Supp. 2d 1070, 1077 (N.D. Cal. 2004) ("Certain materials extrinsic to the complaint may be considered if they are properly subject to judicial notice").

Defendants submit this second request for judicial notice to respond to arguments made by Plaintiff in opposition to Defendants' Motion to Dismiss which referenced the legislative history of S.B. 1325 without requesting that the Court take judicial notice of it. Thus the attached legislative history is submitted for the Court's convenience should the Court be inclined to rule upon the parties' legislative history arguments.

DATED: July 19, 2007

Respectfully submitted,

KAUFF McCLAIN & McGUIRE LLP

By: _____/S/_____
MATTHEW P. VANDALL

Attorneys for Defendants
ALTA BATES SUMMIT MEDICAL CENTER; RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., and WILLIAM M. ISENBERG, M.D., Ph.D.

::ODMA\PCDOCS\KMM-SF\120005\1

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

DEFENDANTS' SECOND REQUEST FOR JUDICIAL NOTICE    CASE NO. C 07-2486 WHA