MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendants
ALTA BATES SUMMIT MEDICAL CENTER;
RUSSELL D. STANTEN, M.D., LEIGH I.G.
IVERSON, M.D., STEVEN A. STANTEN, M.D., and
WILLIAM M. ISENBERG, M.D., Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq.,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100,<br><br>　　　　　　　Defendants. | CASE NO. C 07-2486 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>JUDGE:  Hon. William H. Alsup<br><br>COMPLAINT FILED:  May 9, 2007<br>TRIAL DATE:           No date set. |

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANTS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

CASE NO. C 07-2486 WHA

1 | Pursuant to Local Rules 7-11 and 79-5 for the United States District Court
2 | in the Northern District of California, the Court finds that the protection of the peer review
3 | process constitutes a "compelling reason" for sealing the documents at issue; therefore,
4 | it hereby **GRANTS** Defendants' request sealing in part certain factual excerpts from the
5 | Reply to Plaintiff's Opposition to Defendants' Special Motion to Strike.
6 | **IT IS SO ORDERED:**

DATED:_____

_____
HON. WILLIAM H. ALSUP
United States District Court Judge

::ODMA\PCDOCS\KMM-SF\120006\1

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL

CASE NO. C 07-2486 WHA