

NOTICE

This document has been removed
by order of the court.

For more information, please see the entire docket sheet,
or contact the clerk's office, or consult chambers.