G. SCOTT EMBLIDGE, State Bar No. 121613
RACHEL J. SATER, State Bar No. 14976
ANDREW E. SWEET, State Bar No. 160870
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:   (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SAN FRANCISCO

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code § 17200 *et seq.*,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., et al.,<br><br>Defendants. | Case No.: C 07-2486 WHA<br><br>**[PROPOSED] ORDER TO REMOVE DOCUMENTS INCORRECTLY FILED AND TO FILE UNDER SEAL**<br><br>Date:   August 16, 2007<br>Time:   8:00 a.m.<br>Dept:   Ctrm. 9, 19TH Floor<br><br>Trial Date**:**   TBA<br>Judge:   Hon. William H. Alsup |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Plaintiff's Administrative Motion to Remove Documents Incorrectly Sealed and to File Under Seal with respect to the following documents:

(1) Declaration of Coyness L. Ennix Jr., M.D. in Opposition to Defendants' Special Motion to Strike;

(2) Declaration of J. Nilas Young, M.D., in Opposition to Defendants' Special Motion to Strike;

(3) Declaration of Howard Barkan, DrPH., in Opposition to Defendants' Special Motion to Strike;

(4) Declaration of Richard E. Shaw in Opposition to Defendants' Special Motion to Strike;

(5) Declaration of John A. Etchevers in Support of Plaintiff's Opposition to Defendants' Special Motion to Strike;

(6) Plaintiff's Opposition to Defendants' Special Motion to Strike.

They shall remain sealed until otherwise ordered.

IT IS SO ORDERED.

DATED: _____, 2007

_____
Honorable William Alsup