G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiff Coyness L. Ennix

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code § 17200 *et seq.*,<br><br>Plaintiff,<br><br>vs.<br><br>RUSSELL D. STANTEN, M.D., et al.,<br><br>Defendants. | Case No. C 07-2486 WHA<br><br>**PROOF OF SERVICE** |

I, Omar Lateef, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.

On July 20, 2007, I served the attached:

- **PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE (FILED UNDER SEAL)**

- **DECLARATION OF COYNESS L. ENNIX JR., M.D. IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE (FILED UNDER SEAL)**

1  • **DECLARATION OF J. NILAS YOUNG, M.D., IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE (FILED UNDER SEAL)**

2

3  • **DECLARATION OF HOWARD BARKAN, DRPH., IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE (FILED UNDER SEAL)**

4

5  • **DECLARATION OF RICHARD E. SHAW IN OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE (FILED UNDER SEAL)**

6

7  • **DECLARATION OF JOHN A. ETCHEVERS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SEPCIAL MOTION TO STRIKE (FILED UNDER SEAL)**

8

9  on the interested party(ies) named below:

10  Maureen E. McClain
11  Alex Hernaez
    Matthew P. Vandall
12  Kauff, McClain & McGuire, LLP
13  One Post Street, Suite 2600
    San Francisco, California 94104

14

15  I served the attached document(s) in the manner indicated below:

16  ☒   **BY MAIL:** I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at the Law Offices of Moscone, Emblidge & Quadra, LLP, 220 Montgomery, Ste. 2100, San Francisco, California, 94104, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es). In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

17

18

19  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

20  Executed July 20, 2007, at San Francisco, California.

21                                        /s/
22                                    Omar Lateef