IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COYNESS L ENNIX JR,

    Plaintiff,

v.

RUSSELL D STANTEN,

    Defendant.

                                     /

No. C 07-02486 WHA

**CLERK'S NOTICE RESCHEDULING HEARING**

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

      YOU ARE NOTIFIED THAT the Case Management Conference previously set for August 2, 2007 at 11:00 a.m. has been rescheduled for **August 16, 2007 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102. Not less than seven days prior, counsel shall submit a joint case management conference statement not to exceed ten pages.

Dated: July 30, 2007

                                                     FOR THE COURT,

                                                     Richard W. Wieking, Clerk

                                                     By:_____
                                                        Dawn Toland
                                                      Courtroom Deputy to the
                                                      Honorable William Alsup