IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L ENNIX JR, | No. C 07-02486 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| RUSSELL D STANTEN, et al., | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

    YOU ARE NOTIFIED THAT the Defendants' Special Motion to Strike previously set for August 16, 2007 at 8:00 a.m. has been rescheduled for **August 16, 2007 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: August 10, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: /s/ Dawn Toland
    Dawn Toland
    Courtroom Deputy to the
    Honorable William Alsup