1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  MATTHEW P. VANDALL (State Bar No. 196962)
   Email: vandall@kmm.com
4  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California 94104
   Telephone:   (415) 421-3111
6  Facsimile:   (415) 421-0938

7  Attorneys for Defendants
   ALTA BATES SUMMIT MEDICAL CENTER;
8  RUSSELL D. STANTEN, M.D., LEIGH I.G.
   IVERSON, M.D., STEVEN A. STANTEN, M.D., and
9  WILLIAM M. ISENBERG, M.D., Ph.D.

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12

13  COYNESS L. ENNIX, JR., M.D., as an            CASE NO. C 07-2486 WHA
    individual and in his representative capacity
14  under Business & Professions Code Section     **DEFENDANTS' OBJECTION TO**
    17200 et seq.,                                **PLAINTIFF'S OBJECTIONS TO**
15                                                **DEFENDANTS' EVIDENCE IN**
                   Plaintiff,                     **SUPPORT OF SPECIAL MOTION**
16                                                **TO STRIKE**
       v.
17
    RUSSELL D. STANTEN, M.D., LEIGH I.G.          **DATE:**   August 16, 2007
18  IVERSON, M.D., STEVEN A. STANTEN,             **TIME:**   2:00 p.m.
    M.D., WILLIAM M. ISENBERG, M.D.,              **DEPT:**   Ctrm. 9, 19th Flr.
19  Ph.D., ALTA BATES SUMMIT MEDICAL              **JUDGE:**  Hon. William H. Alsup
    CENTER and does 1 through 100,
20                                                **COMPLAINT FILED:**  May 9, 2007
                   Defendants.                    **TRIAL DATE:**       No date set.
21

22          Defendants Alta Bates Summit Medical Center; Russell D. Stanten, M.D.;

23  Leigh I.G. Iverson, M.D.; Steven A. Stanten, M.D.; and William M. Isenberg, M.D., Ph.D.

24  ("Defendants") object to Plaintiff's Objections to Defendants' Evidence in Support of

25  Special Motion To Strike ("Plaintiff's Objections") filed late in the afternoon on August 10,

26  2007, on the grounds that they were not timely filed and were not filed with the prior

27  approval of the Court.

28

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DEFENDANTS' OBJECTION TO PLAINTIFF'S OBJECTIONS TO        CASE NO. C 07-2486 WHA
DEFENDANTS' EVIDENCE IN SUPPORT OF SPECIAL MOTION
TO STRIKE

1      On June 1, 2007, Defendants filed a special motion to strike Plaintiff's

2   complaint pursuant to California Code of Civil Procedure section 425.16.  The court

3   ordered briefing schedule for that motion required Plaintiff to file an opposition by July

4   12th and Defendants to file a reply by July 19th.  The hearing on the special motion to

5   strike is set for Thursday, August 16, 2007.  Thus, Plaintiff's Objections were filed nearly

6   one month <u>after</u> the opposition, three weeks <u>after</u> the reply and less than one week prior

7   to the hearing date.  This late filing not only violates the local rules of this Court but it

8   also violates principles of fairness because Defendants are precluded from filing a

9   written a response with the Court and because the late filing imposes additional

10  preparatory burdens upon Defendants in the week prior to the hearing.  *See* N.D. Cal.

11  Civil L-R 7-3(d) (other than " relevant judicial opinion published after the date the

12  opposition or reply was filed . . . no additional memoranda, papers or letters may be filed

13  without prior Court approval.");  *id.* at 7-3(a) (requiring opposition papers to be filed 21

14  days prior to the hearing);  *see also Brae Asset Funding, L.P. v. Applied Fin., LLC*, 2006

15  U.S. Dist. LEXIS 60855, *13-*14 (N.D. Cal. Aug. 14, 2006) (Hon. W. Alsup) (striking late-

16  filed objections to evidence under Civil Local Rule 7-3(d) because they violated the local

17  rules and basic concepts of fairness).  Therefore, Defendants respectfully request that

18  the Court either strike Plaintiff's Objections from the record or disregard them in their

19  entirety.

20  DATED:  August 13, 2007                    Respectfully submitted,

21                                             KAUFF McCLAIN & McGUIRE LLP

22

23                                             By:  _____/S/_____
24                                                    MATTHEW P. VANDALL

25                                             Attorneys for Defendants
                                               ALTA BATES SUMMIT MEDICAL
26                                             CENTER; RUSSELL D. STANTEN, M.D.,
                                               LEIGH I.G. IVERSON, M.D., STEVEN A.
27                                             STANTEN, M.D., and WILLIAM M.
                                               ISENBERG, M.D., Ph.D.

28

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

-2-