IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COYNESS L. ENNIX JR.,           No. C 07-02486 WHA

    Plaintiff,

  v.                                    **ORDER RE HEARING**

RUSSELL D. STANTEN, et al.,

    Defendants.

      /

    Because the undersigned is currently in trial, parties should be aware that time for oral argument on this matter will be very limited. Please plan accordingly.

    **IT IS SO ORDERED.**

Dated: August 14, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE