**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: <u>August 16, 2007</u>

Case No.  <u>C 07-02486 WHA</u>

Title: <u>COYNESS ENNIX</u> v. <u>RUSSELL STANTEN</u>

Plaintiff Attorneys: Michael Brown; G.Scott Emblidge; Rachel Sater

Defense Attorneys: Maureen McClain; Alexander Hernaez

Deputy Clerk:  <u>Dawn Toland</u>           Court Reporter: <u>Kathy Powell</u>

**PROCEEDINGS**

1)   <u>Dft's Motion to Dismiss and Motion to Strike - HELD</u>

2)   <u>CMC - HELD</u>

Complete Initial Disclosures (Rule 26):8/27/07

Discovery Cutoff: 1/25/08

Designation of Experts: 1/25/08

Last Day to File Motion: 3/13/08


Continued to _ for Further Case Management Conference

Continued to <u>5/19/08 at 2:00 pm</u> for Pretrial Conference

Continued to <u>6/2/08 at 7:30 am</u> for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to ADR for ENE.

Plaintiff shall identify and serve DOES defendants by 9/4/07.