# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Ennix,<br><br>　　　　　　Plaintiff(s),<br><br>　v.<br><br>Stanten,<br><br>　　　　　　Defendant(s). | 07-02486 WHA ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Evaluator assigned to this case is:

> **David A. Levy**
> Law Offices of David A. Levy
> 800 Airport Boulevard #314
> Burlingame, CA 94010
> 650-524-0440
> dlevy@levylaw.net

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-02486 WHA ENE　　　　　　　　　　- 1 -

Counsel are reminded that the written ENE statements required by the ADR L.R. 5-8 shall NOT be filed with the court.

Dated: August 21, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov