MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendants
ALTA BATES SUMMIT MEDICAL CENTER,
RUSSELL D. STANTEN, M.D., LEIGH I.G.
IVERSON, M.D., STEVEN A. STANTEN, M.D., and
WILLIAM M. ISENBERG, M.D., Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100,<br><br>Defendants. | CASE NO. C 07-2486 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ALTA BATES SUMMIT MEDICAL CENTER'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION**<br><br>DEPT: Ctrm. 9, 19th Flr.<br>JUDGE: Hon. William H. Alsup<br><br>COMPLAINT FILED: May 9, 2007<br>TRIAL DATE: June 2, 2008 |

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANT ALTA BATES SUMMIT
MEDICAL CENTER'S MOTION FOR LEAVE TO FILE A MOTION FOR
RECONSIDERATION

CASE NO. C 07-2486 WHA

1  WHEREAS on August 28, 2007 the Court issued its Order Granting In Part And Denying In Part Motion To Dismiss (the "Order");

WHEREAS on August 31, 2007 Defendant Alta Bates Summit Medical Center ("ABSMC") filed its Motion for Leave to File a Motion for Reconsideration of a portion of the Order pursuant to Local Rule 7-9(b)(3); and

Whereas the Court finds good cause to allow reconsideration of the following issue: whether the Court should reconsider its finding that the anti-SLAPP motion filed by defendants is moot given that ABSMC requested an award of attorneys' fees and costs pursuant to California Code of Civil Procedure § 425.16(c).

Now therefore the Court hereby **GRANTS** ABSMC's Motion for Leave to File a Motion for Reconsideration. The Motion for Leave to File a Motion for Reconsideration shall serve as ABSMC's Opening Brief. Plaintiff's Opposition Brief shall be due on _____, 2007 and ABSMC's Reply Brief shall be due on _____, 2007. After briefing, this matter shall be argued on _____, 2007.

**IT IS SO ORDERED:**

DATED:_____

_____
HON. WILLIAM H. ALSUP
United States District Court Judge

121290.v1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

[PROPOSED] ORDER GRANTING DEFENDANT ALTA BATES SUMMIT
MEDICAL CENTER'S MOTION FOR LEAVE TO FILE A MOTION FOR
RECONSIDERATION

CASE NO. C 07-2486 WHA