1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  MATTHEW P. VANDALL (State Bar No. 196962)
   Email: vandall@kmm.com
4  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California 94104
   Telephone:  (415) 421-3111
6  Facsimile:   (415) 421-0938

7  Attorneys for Defendants
   ALTA BATES SUMMIT MEDICAL CENTER,
8  RUSSELL D. STANTEN, M.D., LEIGH I.G.
   IVERSON, M.D., STEVEN A. STANTEN, M.D., and
9  WILLIAM M. ISENBERG, M.D., Ph.D.

10 G. SCOTT EMBLIDGE (State Bar No. 121613)
   emblidge@meqlaw.com
11 RACHEL J. SATER (State Bar No. 147976)
   sater@meqlaw.com
12 ANDREW E. SWEET (State Bar No. 160870)
   sweet@meqlaw.com
13 MOSCONE, EMBLIDGE & QUADRA LLP
   220 Montgomery Street, Suite 2100
14 San Francisco, California 94104-4238
   Telephone:  (415) 362-3599
15 Facsimile:   (415) 362-7332

16 Attorneys for Plaintiff
   COYNESS L. ENNIX, JR., M.D.
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20  COYNESS L. ENNIX, JR., M.D., as an          CASE NO. C 07-2486 WHA
21  individual and in his representative capacity
    under Business & Professions Code Section   **JOINT DEPOSITION SCHEDULE**
22  17200 et seq.,                              **FOR NON-EXPERT WITNESSES**

23                 Plaintiff,                   **DEPT:**  Ctrm. 9, 19th Flr.
                                                **JUDGE:** Hon. William H. Alsup
24        v.
                                                **COMPLAINT FILED:** May 9, 2007
25  RUSSELL D. STANTEN, M.D., LEIGH I.G.        **TRIAL DATE:**       June 2, 2008
    IVERSON, M.D., STEVEN A. STANTEN,
26  M.D., WILLIAM M. ISENBERG, M.D.,
    Ph.D., ALTA BATES SUMMIT MEDICAL
27  CENTER and does 1 through 100,

28                 Defendants.

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT DEPOSITION SCHEDULE FOR NON-EXPERT      CASE NO. C 07-2486 WHA
WITNESSES

## I. INTRODUCTION.

Counsel for the respective Parties (G. Scott Emblidge, Maureen McClain and Matthew Vandall) met on August 27, 2007 to discuss a joint schedule for non-expert depositions and other discovery issues.[1]

Plaintiff believes it is extraordinarily difficult to accurately predict the timing of depositions that plaintiff will need to take because, as of this date, defendants have not provided documents listed in defendants' initial disclosures[2] and the parties have disagreements regarding the scope of initial written discovery served by Plaintiff on 8/17/07. Defendant Medical Center (the only remaining defendant in the action) notes that it has represented it will promptly provide initial disclosure documents, and will act as expeditiously as possible in providing information responsive to the pending interrogatory requests, within what it believes to be a permissible scope of discovery. Plaintiff disagrees with the Medical Center's view of what constitutes "a permissible scope of discovery."

## II. DEPOSITION SCHEDULE.

### A. Proposed Schedule for Plaintiff.

| Date | Deponent |
| --- | --- |
| September-October 2007 | Person Most Knowledgeable re the Process of Peer Review at Summit Medical Center. |

---

[1] As set forth in the parties' Joint Case Management Conference Statement, the Parties disagree regarding limitations on discovery. Defendants have asserted the position that all F.R.Civ.P. limitations should be followed; Plaintiff takes the position that there should be 20 (rather than 10) non-expert depositions and up to 50 interrogatories. The Parties will present such dispute to the Court, if necessary.

[2] Plaintiff has responded to an initial request for production of documents, and believes he has produced many, if not all, of the documents identified by his initial disclosures.

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

JOINT DEPOSITION SCHEDULE FOR NON-EXPERT WITNESSES

CASE NO. C 07-2486 WHA

| | |
|---|---|
| October-November 2007 | Depositions of Drs. Isenberg, R. Stanten, S. Stanten and Iverson; Deposition of Person Most Knowledgeable re peer review actions taken by the Summit Medical Staff in a delineated time frame. |
| November-December 2007 | Deposition of the Chair of the Ad Hoc Committee conducting the peer review of Plaintiff and one or more of the NMA reviewers, as well as others involved in Plaintiff's peer review.[3] |
| December 2007-January 25, 2008 | Others who Plaintiff determines should be deposed, based upon information obtained in discovery through such time. |

B.   Proposed Schedule for the Defense.

| Date | Deponent |
|---|---|
| October 2007 | Kaiser physician who conducted initial review of the minimally invasive valve procedures performed by Plaintiff in early 2004. |

---

[3] The Parties at this stage in the litigation are using descriptions of individuals' functions rather than names to preserve the confidentiality of the peer review process.

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-

JOINT DEPOSITION SCHEDULE FOR NON-EXPERT WITNESSES

CASE NO. C 07-2486 WHA

| | |
|---|---|
| November-December 2007 | Some of the individuals who provided reports for Plaintiff (to be selected from the following individuals: Dr. Bruce Reitz, Dr. John Rea, Dr. J.C. Walkes, Dr. Bruce Lytle, Howard Barkan, Dr.PH, Richard Shaw, Ph.D.) |
| December 2007-January 25, 2008 | Others who the defense determines should be deposed based on information obtained in discovery through such time. |

DATED: September 4, 2007                    KAUFF McCLAIN & McGUIRE LLP


By:    /S/   MAUREEN E. McCLAIN
            MAUREEN E. McCLAIN

Attorneys for Defendants
ALTA BATES SUMMIT MEDICAL
CENTER, RUSSELL D. STANTEN, M.D.,
LEIGH I.G. IVERSON, M.D., STEVEN A.
STANTEN, M.D., and WILLIAM M.
ISENBERG, M.D., Ph.D.

DATED: September 4, 2007                    MOSCONE, EMBLIDGE & QUADRA LLP


By:    /S/   G. SCOTT EMBLIDGE
            G. SCOTT EMBLIDGE

Attorneys for Plaintiff
COYNESS L. ENNIX, JR., M.D. [4]

121337.v1

---

[4] The filer of this document attests that G. Scott Emblidge concurs in the filing of this document in accordance with General Order No. 45.

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-4-

JOINT DEPOSITION SCHEDULE FOR NON-EXPERT WITNESSES                    CASE NO. C 07-2486 WHA