IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200, et seq.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER, and DOES 1 through 100,<br><br>Defendants. | No. C 07-02486 WHA<br><br>**ORDER REQUESTING RESPONSE** |

By **Noon** on **September 7, 2007**, plaintiffs will please file a response to defendant's notice of motion and motion for leave to file a motion for reconsideration.

**IT IS SO ORDERED.**

Dated: September 5, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE