MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq., <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100, <br><br> Defendants. | CASE NO. C 07-2486 WHA <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> **JUDGE:**  Hon. William H. Alsup <br><br> **COMPLAINT FILED:**  May 9, 2007 <br> **TRIAL DATE:**           June 2, 2008 |

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANT'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

CASE NO. C 07-2486 WHA

1  Pursuant to Local Rules 7-11 and 79-5 for the United States District Court
2  in the Northern District of California, the Court finds that the protection of the peer review
3  process constitutes a "compelling reason" for sealing the documents at issue; therefore,
4  it hereby **GRANTS** Defendant's request sealing in part certain factual excerpts from the
5  Answer of Alta Bates Summit Medical Center to Plaintiff's Complaint.
6  **IT IS SO ORDERED:**

7
8  DATED:_____            _____
                                HON. WILLIAM H. ALSUP
9                               United States District Court Judge

28  121385.v1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

[PROPOSED] ORDER GRANTING DEFENDANT'S                    CASE NO. C 07-2486 WHA
ADMINISTRATIVE MOTION TO FILE UNDER SEAL