1   MAUREEN E. McCLAIN (State Bar No. 062050)
    Email: mcclain@kmm.com
2   ALEX HERNAEZ (State Bar No. 201441)
    Email: hernaez@kmm.com
3   MATTHEW P. VANDALL (State Bar No. 196962)
    Email: vandall@kmm.com
4   KAUFF McCLAIN & McGUIRE LLP
    One Post Street, Suite 2600
5   San Francisco, California 94104
    Telephone: (415) 421-3111
6   Facsimile: (415) 421-0938

7   Attorneys for Defendant
    ALTA BATES SUMMIT MEDICAL CENTER
8

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11

12  COYNESS L. ENNIX, JR., M.D., as an          CASE NO. C 07-2486 WHA
    individual and in his representative capacity
13  under Business & Professions Code Section    [PROPOSED] ORDER
    17200 et seq.,                               GRANTING DEFENDANT'S
14                                               ADMINISTRATIVE MOTION TO
                     Plaintiff,                  FILE UNDER SEAL
15
                                                 JUDGE: Hon. William H. Alsup
16          v.

17  RUSSELL D. STANTEN, M.D., LEIGH I.G.        COMPLAINT FILED: May 9, 2007
    IVERSON, M.D., STEVEN A. STANTEN,           TRIAL DATE:      June 2, 2008
18  M.D., WILLIAM M. ISENBERG, M.D.,
    Ph.D., ALTA BATES SUMMIT MEDICAL
    CENTER and does 1 through 100,
19
                     Defendants.
20

21

22

23

24

25

26

27

28

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANT'S                          CASE NO. C 07-2486 WHA
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1        Pursuant to Local Rules 7-11 and 79-5 for the United States District Court

2    in the Northern District of California, the Court finds that the protection of the peer review

3    process constitutes a "compelling reason" for sealing the documents at issue; therefore,

4    it hereby **GRANTS** Defendant's request sealing in part certain factual excerpts from the

5    Answer of Alta Bates Summit Medical Center to Plaintiff's Complaint.

6        **IT IS SO ORDERED:**

7

8    DATED:___ September 10, 2007         _____

                                  HON. WILLIAM H. ALSUP

9                                      United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28    121385.v1

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

~~[PROPOSED]~~ ORDER GRANTING DEFENDANT'S           CASE NO. C 07-2486 WHA
ADMINISTRATIVE MOTION TO FILE UNDER SEAL