MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

G. SCOTT EMBLIDGE (State Bar No. 121613)
Email: emblidge@meqlaw.com
RACHEL J. SATER (State Bar No. 147976)
Email: sater@meqlaw.com
ANDREW E. SWEET (State Bar No. 160870)
Email: sweet@meqlaw.com
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone: (415) 362-3599
Facsimile: (415) 362-2006

Attorneys for Plaintiff
COYNESS L. ENNIX, JR., M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100,<br><br>Defendants. | CASE NO. C 07-2486 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALTER CASE CAPTION TO REFLECT ACCURATELY THE REMAINING CLAIM AND PARTIES TO THE ACTION**<br><br>JUDGE: Hon. William H. Alsup<br><br>COMPLAINT FILED: May 9, 2007<br>TRIAL DATE: June 2, 2008 |

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE
CASE CAPTION TO REFLECT ACCURATELY THE REMAINING
CLAIM AND PARTIES TO THE ACTION

CASE NO. C 07-2486 WHA

WHEREAS, on May 9, 2007, Plaintiff commenced an action in the United States District Court for the Northern District of California entitled *Coyness L. Ennix, Jr., M.D., as an individual and in his representative capacity under Business & Professions Code § 17200 et seq. v. Russell D. Stanten, M.D., Leigh I.G. Iverson, M.D., William M. Isenberg, M.D., Ph.D., Alta Bates Summit Medical Center and does 1 through 100* (Case Number C 07-2486 WHA) (the "Action");

WHEREAS, the Action asserted five causes of action against the various defendants: (1) one federal claim charging the Alta Bates Summit Medical Center (the "Medical Center") (and Does 1-100) with race discrimination in violation of 42 U.S.C. section 1981 ("Section 1981") (Compl., ¶¶ 37-42); and (2) four claims asserting violations of state law, including (a) race discrimination in violation of the Unruh Civil Rights Act against the Medical Center (and Does 1-100) (*id.*, ¶¶ 43-47); (b) violations of the Cartwright Act against the Individual Defendants[1] (and Does 1-100) (*id.*, ¶¶ 48-51); (c) interference with the right to practice Plaintiff's profession (*id.*, ¶¶ 52-55); and (d) violations of California Business & Professions Code section 17200, et seq. ("Section 17200") (*id.*, ¶¶ 56-59).

WHEREAS, the Medical Center and the Individual Defendants responded to the Complaint on May 30, 2007, by filing a Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), and by filing a Special Motion to Strike, pursuant to California Code of Civil Procedure section 425.16;

WHEREAS, on August 16, 2007, the Court issued its "Case Management Order and Reference to ADR Unit for Early Neutral Evaluation" establishing certain deadlines, including that (1) "[l]eave to add any new parties or pleading amendments must be sought by August 27, 2007"; and (2) "[a]ll unserved defendants and any Doe

---

[1] The Individual Defendants are defined herein to include: (1) Russell D. Stanten, M.D.; (2) Leigh I.G. Iverson, M.D.; (3) Steven A. Stanten, M.D.; and (4) William M. Isenberg, M.D., Ph.D.

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE
CASE CAPTION TO REFLECT ACCURATELY THE REMAINING
CLAIM AND PARTIES TO THE ACTION

CASE NO. C 07-2486 WHA

defendants must be formally identified and served by September 4, 2007";

WHEREAS, on August 28, 2007, the Court issued its "Order Granting In Part and Denying In Part Motion to Dismiss" (the "Dismissal Order") which dismissed without leave to amend each of the Individual Defendants and each of the state law claims from the Action. See Dismissal Order at p. 6.

WHEREAS, the only remaining claim in the Action is the cause of action asserted against the Medical Center for race discrimination in violation of Section 1981. See Dismissal Order at p. 14; and

WHEREAS, Plaintiff has not sought leave to add any new parties or pleading amendments or to formally identify any Doe defendants.

IT IS THEREFORE STIPULATED that the above-referenced caption should be changed to reflect accurately the remaining parties and claim in the Action by:

1. striking the following words: "RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D.," and "does 1 through 100"

2. changing the word "Defendants" to "Defendant"; and

3. striking the phrase "as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq".

For the Court's convenience, Plaintiff and the Medical Center attach a copy of the proposed changes in their final form as Exhibit A to this Stipulation and Proposed Order.

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE
CASE CAPTION TO REFLECT ACCURATELY THE REMAINING
CLAIM AND PARTIES TO THE ACTION

CASE NO. C 07-2486 WHA

**I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT.**

DATED: September 10, 2007          KAUFF McCLAIN & McGUIRE LLP


                                   By: _____/S/_____
                                          MATTHEW P. VANDALL

                                   Attorneys for Defendant
                                   ALTA BATES SUMMIT MEDICAL CENTER


DATED: September 10, 2007          MOSCONE, EMBLIDGE & QUADRA, LLP


                                   By: _____/S/_____
                                          RACHEL SATER

                                   Attorneys for Plaintiff
                                   COYNESS L. ENNIX, JR., M.D.


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____              _____
                                   Hon. William H. Alsup

                                   UNITED STATES DISTRICT COURT JUDGE

121260.v1

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-4-

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE CASE CAPTION TO REFLECT ACCURATELY THE REMAINING CLAIM AND PARTIES TO THE ACTION

CASE NO. C 07-2486 WHA