# EXHIBIT A

1  MAUREEN E. McCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  MATTHEW P. VANDALL (State Bar No. 196962)
   Email: vandall@kmm.com
4  KAUFF McCLAIN & McGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California 94104
   Telephone:   (415) 421-3111
6  Facsimile:   (415) 421-0938

7  Attorneys for Defendant
   ALTA BATES SUMMIT MEDICAL CENTER
8
   G. SCOTT EMBLIDGE (State Bar No. 121613)
9  Email: emblidge@meqlaw.com
   RACHEL J. SATER (State Bar No. 147976)
10 Email: sater@meqlaw.com
   ANDREW E. SWEET (State Bar No. 160870)
11 Email: sweet@meqlaw.com
   MOSCONE, EMBLIDGE & QUADRA, LLP
12 220 Montgomery Street, Suite 2100
   San Francisco, California 94104-4238
13 Telephone:   (415) 362-3599
   Facsimile:   (415) 362-2006
14
   Attorneys for Plaintiff
15 COYNESS L. ENNIX, JR., M.D.

16
                UNITED STATES DISTRICT COURT
17
                NORTHERN DISTRICT OF CALIFORNIA
18

19 COYNESS L. ENNIX, JR., M.D.,            CASE NO. C 07-2486 WHA

20              Plaintiff,                 **[PROPOSED] STIPULATED CAPTION**

21      v.                                 JUDGE: Hon. William H. Alsup

22 ALTA BATES SUMMIT MEDICAL               COMPLAINT FILED: May 9, 2007
   CENTER,                                 TRIAL DATE:      June 2, 2008
23
                Defendant.
24

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] STIPULATED CAPTION                     CASE NO. C 07-2486 WHA