MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

G. SCOTT EMBLIDGE (State Bar No. 121613)
Email: emblidge@meqlaw.com
RACHEL J. SATER (State Bar No. 147976)
Email: sater@meqlaw.com
ANDREW E. SWEET (State Bar No. 160870)
Email: sweet@meqlaw.com
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:  (415) 362-3599
Facsimile:   (415) 362-2006

Attorneys for Plaintiff
COYNESS L. ENNIX, JR., M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100,<br><br>Defendants. | CASE NO. C 07-2486 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALTER CASE CAPTION TO REFLECT ACCURATELY THE REMAINING CLAIM AND PARTIES TO THE ACTION**<br><br>JUDGE:  Hon. William H. Alsup<br><br>COMPLAINT FILED:  May 9, 2007<br>TRIAL DATE:           June 2, 2008 |

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE
CASE CAPTION TO REFLECT ACCURATELY THE REMAINING
CLAIM AND PARTIES TO THE ACTION

CASE NO. C 07-2486 WHA

WHEREAS, on May 9, 2007, Plaintiff commenced an action in the United States District Court for the Northern District of California entitled *Coyness L. Ennix, Jr., M.D., as an individual and in his representative capacity under Business & Professions Code § 17200 et seq. v. Russell D. Stanten, M.D., Leigh I.G. Iverson, M.D., William M. Isenberg, M.D., Ph.D., Alta Bates Summit Medical Center and does 1 through 100* (Case Number C 07-2486 WHA) (the "Action");

WHEREAS, the Action asserted five causes of action against the various defendants: (1) one federal claim charging the Alta Bates Summit Medical Center (the "Medical Center") (and Does 1-100) with race discrimination in violation of 42 U.S.C. section 1981 ("Section 1981") (Compl., ¶¶ 37-42); and (2) four claims asserting violations of state law, including (a) race discrimination in violation of the Unruh Civil Rights Act against the Medical Center (and Does 1-100) (*id.*, ¶¶ 43-47); (b) violations of the Cartwright Act against the Individual Defendants[1] (and Does 1-100) (*id.*, ¶¶ 48-51); (c) interference with the right to practice Plaintiff's profession (*id.*, ¶¶ 52-55); and (d) violations of California Business & Professions Code section 17200, et seq. ("Section 17200") (*id.*, ¶¶ 56-59).

WHEREAS, the Medical Center and the Individual Defendants responded to the Complaint on May 30, 2007, by filing a Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), and by filing a Special Motion to Strike, pursuant to California Code of Civil Procedure section 425.16;

WHEREAS, on August 16, 2007, the Court issued its "Case Management Order and Reference to ADR Unit for Early Neutral Evaluation" establishing certain deadlines, including that (1) "[l]eave to add any new parties or pleading amendments must be sought by August 27, 2007"; and (2) "[a]ll unserved defendants and any Doe

---

[1] The Individual Defendants are defined herein to include: (1) Russell D. Stanten, M.D.; (2) Leigh I.G. Iverson, M.D.; (3) Steven A. Stanten, M.D.; and (4) William M. Isenberg, M.D., Ph.D.

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE
CASE CAPTION TO REFLECT ACCURATELY THE REMAINING
CLAIM AND PARTIES TO THE ACTION

CASE NO. C 07-2486 WHA

1  defendants must be formally identified and served by September 4, 2007";

2  WHEREAS, on August 28, 2007, the Court issued its "Order Granting In
3  Part and Denying In Part Motion to Dismiss" (the "Dismissal Order") which dismissed
4  without leave to amend each of the Individual Defendants and each of the state law
5  claims from the Action. See Dismissal Order at p. 6.

6  WHEREAS, the only remaining claim in the Action is the cause of action
7  asserted against the Medical Center for race discrimination in violation of Section 1981.
8  See Dismissal Order at p. 14; and

9  WHEREAS, Plaintiff has not sought leave to add any new parties or
10 pleading amendments or to formally identify any Doe defendants.

11 IT IS THEREFORE STIPULATED that the above-referenced caption
12 should be changed to reflect accurately the remaining parties and claim in the Action by:

13     1.   striking the following words: "RUSSELL D. STANTEN, M.D.,
14 LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG,
15 M.D., Ph.D.," and "does 1 through 100"

16     2.   changing the word "Defendants" to "Defendant"; and

17     3.   striking the phrase "as an individual and in his representative
18 capacity under Business & Professions Code Section 17200 et seq".

19 For the Court's convenience, Plaintiff and the Medical Center attach a copy of the
20 proposed changes in their final form as Exhibit A to this Stipulation and Proposed Order.

KAUFF, MCCLAIN
& MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-3-

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE
CASE CAPTION TO REFLECT ACCURATELY THE REMAINING
CLAIM AND PARTIES TO THE ACTION

CASE NO. C 07-2486 WHA

I HEREBY ATTEST THAT THE CONTENT OF THIS DOCUMENT IS ACCEPTABLE TO ALL PERSONS REQUIRED TO SIGN THIS DOCUMENT.

DATED: September 10, 2007        KAUFF McCLAIN & McGUIRE LLP

By: _____/S/_____
    MATTHEW P. VANDALL

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

DATED: September 10, 2007        MOSCONE, EMBLIDGE & QUADRA, LLP

By: _____/S/_____
    RACHEL SATER

Attorneys for Plaintiff
COYNESS L. ENNIX, JR., M.D.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: __September 12, 2007.

_____
Hon. William H. Alsup
UNITED STATES DISTRICT COURT JUDGE

[IT IS SO ORDERED / Judge William Alsup — stamp]

121260.v1

-4-

STIPULATION AND [PROPOSED] ORDER TO CHANGE THE CASE CAPTION TO REFLECT ACCURATELY THE REMAINING CLAIM AND PARTIES TO THE ACTION

CASE NO. C 07-2486 WHA