IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200, et seq.,

Plaintiff,

v.

RUSSELL D STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER, and DOES 1 through 100,

Defendants.

No. C 07-02486 WHA

**ORDER SETTING HEARING ON DISCOVERY DISPUTE**

The Court is in receipt of defendant's letter of October 12, 2007, concerning a discovery dispute and has scheduled a hearing on **FRIDAY, OCTOBER 19, 2007, AT 1:45 P.M.** in Courtroom No. 9, at 450 Golden Gate Avenue, San Francisco. Plaintiff's response to defendant's letter is due at **NOON ON OCTOBER 18, 2007**.

**IT IS SO ORDERED.**

Dated: October 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE