# EXHIBIT B

DATE: ___10/18/07_____

TO: __MS. RACHEL SATER___
   FAX: 415-362-2006

FROM: _____

RE:_____

NUMBER OF PAGES: __2 including cover__

COMMENTS:_____

_____

_____

CONFIDENTIALITY NOTICE: The information contained in this facsimile is legally privileged and confidential. If the reader of this facsimile is not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this telecopy is prohibited. If you have received this transmission in error, please notify us by telephone and return by mail or destroy this facsimile. Thank you.

October 16, 2007

Dear Ms. Rachel Sater:

I am certainly appalled by the defendant's claim and false interpretation of my letter to Mr. Harry Shulman dated September 24, 2007 that I am unwilling to participate in any way with regards to the litigation Doctor Coyness Ennix Jr. has against the hospital.

I am willing to help and my peer review information can be used, provided, strict confidentiality is adhered to and specifically I never want my name used in the public domain regarding this case, or in any issue related to this litigation.

Please let me know if you have any question.

Sincerely,