IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200, et seq.,

    Plaintiff,

  v.

RUSSELL D STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER, and DOES 1 through 100,

    Defendants.

No. C 07-02486 WHA

**ORDER RESETTING HEARING ON DISCOVERY DISPUTE**

    The hearing on defendant's discovery dispute is **CONTINUED** to **WEDNESDAY, OCTOBER 24, 2007, AT 3:30 P.M.**

    **IT IS SO ORDERED.**

Dated: October 18, 2007.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE