IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200, et seq.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER, and DOES 1 through 100,<br><br>Defendants. | No. C 07-02486 WHA<br><br>**DISCOVERY REFERRAL AND VACATING DISCOVERY HEARING** |

The discovery issue set forth in the letter dated October 12, 2007, and all other discovery disputes are hereby **REFERRED** to a magistrate judge to be designated. Counsel must complete all fact discovery by **JANUARY 25, 2008** (the deadline) and make all discovery motions sufficiently far in advance so as to avoid taking fact discovery after the cutoff. Extensions are rarely granted. The hearing now set for October 24 is **VACATED**.

**IT IS SO ORDERED.**

Dated: October 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE