**FILED**

OCT 29 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Ennix,<br><br>    Plaintiff(s),<br><br>    v.<br><br>Stanten,<br><br>    Defendant(s). | No. C 07-02486 WHA ENE<br><br>**Certification of ADR Session** |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) __10/24/07__

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: __10/24/07__    _____
Evaluator, David A. Levy
Law Offices of David A. Levy
800 Airport Boulevard #314
Burlingame, CA 94010

Certification of ADR Session
07-02486 WHA ENE