# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 07-02486 WHA (JCS)**

**CASE NAME:  COYNESS L ENNIX JR v. RUSSELL D STANTEN**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Nov. 9, 2007      **TIME**: 11 mins | **COURT REPORTER**: Joan Columbini |
| **COUNSEL FOR PLAINTIFF:**<br>G. Scott Emblidge (T)*<br>Andrew Sweet (T)* | **COUNSEL FOR DEFENDANT:**<br>Matthew P. Vandall (T)* |

**PROCEEDINGS:**                                                           **RULING:**

1. Telephonic Discovery Conference re: Medical Peer Reviews [Docket No. 103]

**ORDERED AFTER HEARING:**

Dft's shall write a letter to the objecting parties, or their counsel, that the Court will hear the issue of disclosure on 11/30/7.  Objecting parties may appear through counsel, and their names do not need to be disclosed, other than to counsel, at the hearing.

Any party wishing to appear telephonically at the hearing on 11/30/7, shall provide a contact phone number by 11/26/7. The Court will initiate the phone contact.

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant       (X) Court

**CASE CONTINUED TO:**   11/30/7 at 9:30 a.m., for continued hearing on Medical Peer Reviews.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**            at 8:30 a.m.  ()Jury    ()Court     Set for     days | | |

cc:      Chambers; Karen
* (T) = Telephonic Appearance