# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-02486 WHA (JCS)**

**CASE NAME:  COYNESS L ENNIX JR v. ALTA BATES SUMMIT MEDICAL CENTER**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Nov. 30, 2007    **TIME: 16 mins** | **COURT REPORTER**: Sahar McVickar |
| **COUNSEL FOR PLAINTIFF:**<br>G. Scott Emblidge<br>Andrew Sweet | **COUNSEL FOR DEFENDANT:**<br>Matthew P. Vandall (T)* |

**COUNSEL FOR THIRD PARTIES:**
Thomas Donnelly for John Doe #1 (T)*

---

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1.  Telephonic Discovery Conference re: Medical Peer Reviews [Docket No. 103] | Granted |

**ORDERED AFTER HEARING:**

The peer review information shall be provided in a tabular fashion as previously offered by Defendant.  The table shall not identify by name or any other recognizable identifying information of the physician involved (i.e. SSN, or Physician ID number). The table shall be produced under the Protective Order, with the exception that Plaintiff may provide their client with a list of the individuals that participated in reviews, otherwise the table will be produced on an "Attorneys Eyes Only" basis.

**ORDER TO BE PREPARED BY:**        () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO:**

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**    at 9:30 a.m. | | **Pretrial Conference:**    at 1:30 p.m. |
| **Trial Date:**    at 8:30 a.m.  ( )Jury   ( )Court    Set for    days | | |

**cc:**    Chambers; Karen
* (T) = Telephonic Appearance