UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., | Case No. C-07-02486 WHA (JCS) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING DEFENDANT ALTA BATES' MOTION FOR MEDICAL PEER REVIEWS [Docket No. 103]** |
| RUSSELL D STANTEN, ET AL., | |
| Defendant(s). | |

On October 12, 2007, the parties filed a Joint Letter Brief Regarding Disclosure of Medical Peer Reviews (the "Peer Reviews").

On November 30, 2007, a hearing was held on the Peer Reviews. G. Scott Emblidge and Andrew Sweet, counsel for Plaintiff, appeared. Matthew P. Vandall, counsel for Defendant, appeared telephonically. Thomas Donnelly, counsel for John Doe #1, appeared telephonically.

For the reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the peer review information shall be provided in a tabular fashion as previously offered by Defendant. The table shall not identify the name or any other recognizable identifying information (i.e., social security number or physician ID number) of the physician involved. The table shall be produced under the Protective Order on an "Attorneys Eyes Only" basis, with the exception that Plaintiff may provide their client with a list of the individuals that participated in the reviews. That list is "confidential" under the Protective Order.

IT IS SO ORDERED.

Dated: December 5, 2007

JOSEPH C. SPERO
United States Magistrate Judge