# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.  C 07-02486 WHA (JCS)**

**CASE NAME:  COYNESS L ENNIX JR v. ALTA BATES SUMMIT MEDICAL CENTER**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**:  Karen Hom |
| **DATE**: Dec. 7, 2007    **TIME:** 26 mins | **COURT REPORTER**: Margo Gurule |
| **COUNSEL FOR PLAINTIFF:**<br>Andrew Sweet (T)* | **COUNSEL FOR DEFENDANT:**<br>Matthew P. Vandall (T)* |

| PROCEEDINGS: | RULING: |
|---|---|
| 1.  Telephonic Discovery Conference re:<br>Joint Discovery Dispute [Docket No. 114] | Granted in part,<br>Denied in part. |

**ORDERED AFTER HEARING:**

Granted as to Dft's request for non-testifying expert discovery.
Denied w/o prejudice as to Pla's request for documents regarding peer review at the Alta Bates Campus. Parties shall meet-and-confer regarding information beyond the 18 months.
Denied w/o prejudice as to Pla's request that Dft produce race-based data concerning the medical staffs.

_____

**ORDER TO BE PREPARED BY:**       () Plaintiff      () Defendant      (X) Court

**CASE CONTINUED TO:**

_____

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:     at 9:30 a.m. | | Pretrial Conference:      at 1:30 p.m. |

**Trial Date:**            at 8:30 a.m.  ()Jury    ()Court     Set for    days

_____

**cc:**      Chambers; Karen
* (T) = Telephonic Appearance