G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D.<br><br>  Plaintiff,<br><br>  vs.<br><br>ALTA BATES SUMMIT MEDICAL CENTER<br><br>  Defendants. | Case No.: C 07-2486 WHA (JCS)<br><br>**DECLARATION OF G. SCOTT EMBLIDGE** |

I, G. Scott Emblidge, declare:

1.     I am an attorney duly licensed to practice law in the State of California and in this Court.  I am a partner in the law firm of Moscone, Emblidge & Quadra, LLP, counsel for Plaintiff in this case.  The matters set forth in this declaration are within my personal knowledge and if called and sworn to testify as a witness, I could competently testify thereto.

2.     On December 26, 2007, I conferred with counsel for Defendant regarding the content of a joint letter to this Court.  After exchanging drafts, I obtained the concurrence of Defendant's counsel, Alex Hernaez, to file the joint letter.  I caused the joint letter to be electronically filed with this Court yesterday, December 26.

1
DECLARATION OF G. SCOTT EMBLIDGE

3. I will maintain records to support this concurrence for subsequent production to the Court if so ordered, or for inspection upon request by a party, until one year after final resolution of the action.

Dated: December 27, 2007

/s/
G. Scott Emblidge