# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 07-02486 WHA (JCS)**

**CASE NAME:  COYNESS L ENNIX JR v. ALTA BATES SUMMIT MEDICAL CENTER**

**MAGISTRATE JUDGE JOSEPH C. SPERO**          **COURTROOM DEPUTY**: Karen Hom

**DATE**: Jan. 11, 2008        **TIME: 1 hr 3  mins**          **COURT REPORTER**: Kathy Powell

<u>**COUNSEL FOR PLAINTIFF:**</u>                    <u>**COUNSEL FOR DEFENDANT:**</u>
**Scott Emblidge & Andrew Sweet**               **Matthew P. Vandall (T)***

---

<u>**PROCEEDINGS:**</u>                                     <u>**RULING:**</u>

**1. Discovery Conference re:**                    **Granted in part,**
**Joint Discovery Dispute [Docket No. 121]**       **Denied in part.**

---

<u>**ORDERED AFTER HEARING:**</u>

**Court issued oral rulings on the record regarding the production of Medical Executive Committee minutes; Dept. Peer Review Documents; Cardiothorasic and Surgery Review Committee; source data; mental evasive procedures and the National Medical Audit. Immediate notice shall be given to all cardiac surgeons that information is going to be produced and the surgeons may state their objections to the Court.**
**All documents produced shall be on an Attorneys' Eyes Only basis and produced on or before 1/25/8.**

---

**ORDER TO BE PREPARED BY:**        **() Plaintiff      () Defendant      (X) Court**

**CASE CONTINUED TO:**

---

**Number of Depos:**            **Number of Experts:**          **Discovery Cutoff:**

**Expert Disclosure:**          **Expert Rebuttal:**            **Expert Discovery Cutoff:**

**Motions Hearing:**      **at 9:30 a.m.**              **Pretrial Conference:**       **at 1:30 p.m.**

**Trial Date:**              **at 8:30 a.m.  ()Jury    ()Court      Set for    days**

---

**cc:        Chambers; Karen**
* (T) = Telephonic Appearance