G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiff
COYNESS L. ENNIX, JR. M.D.


MAUREEN E. MCCLAIN, State Bar No. 062050
mcclain@kmm.com
ALEX HERNAEZ, State Bar No. 201441
hernaez@kmm.com
MATTHEW P. VANDALL, State Bar No. 196962
vandall@kmm.com
KAUFF MCCLAIN & MCQUIRE, LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:    (415) 421-3111
Facsimile:    (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D. | Case No.: C 07-2486 WHA (JCS) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DISCLOSURE OF EXPERT REPORTS OF 1) CARDIAC SURGEON EXPERTS AND 2) STATISTICIAN EXPERTS** |
| v. | |
| ALTA BATES SUMMIT MEDICAL CENTER, | |
| Defendants. | Date:        None<br>Time:        None<br>Dept:        Ctrm. 9, 19TH Floor<br><br>Trial Date:    June 2, 2008<br>Judge:        Hon. William H. Alsup |

1   IT IS HEREBY STIPULATED between Plaintiff Coyness L. Ennix, Jr., M.D. by and

2  through his attorneys of record, Moscone, Emblidge & Quadra, LLP and Defendant Alta Bates

3  Summit Medical Center and through their counsel of record, Kauff, McClain & McGuire, LLP

4  that the last day for disclosure of full expert reports under FRCP 26(a)(2) ("opening reports") as

5  to cardiac surgeon and statistics experts by either party shall be enlarged from January 25, 2008,

6  to February 8, 2008.

7   IT IS FURTHER STIPULATED as to the expert reports subject to this stipulation, that

8  the day the other parties may disclose responsive expert testimony with full expert reports

9  responsive to opening reports ("opposition reports") shall be enlarged from February 8, 2008, to

10 February 22, 2008.

11   IT IS FURTHER STIPULATED as to the expert reports subject to this stipulation, that

12 the day the opening parties may disclose any reply reports as described in ¶6 of the Case

13 Management Order filed in this matter on August 16, 2007 be enlarged from February 15, 2008,

14 to February 29, 2008.

15   IT IS FURTHER STIPULATED as to the expert reports subject to this stipulation, that

16 the cutoff for expert discovery shall be enlarged from February 29, 2008, to March 7, 2008.

17   IT IS FURTHER STIPULATED as to the expert reports subject to this stipulation, that

18 the deadline to file any Motion to Compel expert discovery be enlarged from March 7, 2008, to

19 March 14, 2008.

20   Defendant's position is that this extension is not necessary.  Defendant specifically denies

21 Plaintiff's characterization of the discovery dispute and the Court's January 15, 2008, Order

22 Granting in Part and Denying in Part Motion to Compel Medical Peer Review Information.

23 Defendant, however, is willing to cooperate in good faith with Plaintiff's efforts to obtain an

24 extension, as described herein, provided that any enlargement of time applies to Plaintiff's and to

25 Defendant's expert reporting obligations on fairness grounds.

26   Plaintiff's position is that the stipulation is supported by good cause as described in the

27 accompanying declaration of Andrew E. Sweet.

28

JOINT STIPULATION AND [PROPOSED] ORDER RE:
DISCLOSURE OF EXPERT REPORTS          C 07-2486 WHA (JCS)

1

2  IT IS SO STIPULATED:

3

4  DATED:        January 17, 2008                    Moscone, Emblidge & Quadra, LLP

5

6                                                    By_____/s/_____

7                                                        Andrew E. Sweet
                                                        Attorneys for Plaintiff
8                                                        COYNESS L. ENNIX, JR., M.D.

9

10 DATED:        January 17, 2008                    Kauff, McClain & McGuire, LLP

11

12                                                   By_____/s/_____

13                                                       Matthew Vandall
                                                        Attorneys for Defendant, ALTA
                                                        BATES SUMMIT MEDICAL
14                                                       CENTER

15

16 PURSUANT TO STIPULATION, IT IS SO ORDERED:

17

18 DATED:  January ___, 2008                       _____

19                                                      WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28