# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-02486 WHA (JCS)**

**CASE NAME:  COYNESS L ENNIX JR v. ALTA BATES SUMMIT MEDICAL CENTER**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Jan. 18, 2008    **TIME**: 22 mins | **COURT REPORTER**: Margo Gurule |
| **COUNSEL FOR PLAINTIFF:**<br>Scott Emblidge | **COUNSEL FOR DEFENDANT:**<br>Matthew P. Vandall (T)* |

**PROCEEDINGS:**                                                      **RULING:**

1. Discovery Conference re: Discovery Dispute                 Granted in part,
re: scheduling of NMA Depositions who Evaluated         denied in part.
the Plaintiff  [Docket No. 127]

**ORDERED AFTER HEARING:** Housman deposition shall be taken on 1/23/8 from 7 to 10 p.m.  Smithline deposition - motion granted. Deposition shall be taken as close as possible to the discovery cut-off date and parties shall stipulate to a date.  No later than 1/25/8 the parties shall advise the court by way of joint letter the date of the deposition.

**ORDER TO BE PREPARED BY:**        () Plaintiff     () Defendant      (X) Court

**CASE CONTINUED TO:**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal:** | **Expert Discovery Cutoff:** |
| **Motions Hearing:**       at 9:30 a.m. | | **Pretrial Conference:**       at 1:30 p.m. |
| **Trial Date:**             at 8:30 a.m.  ()Jury    ()Court      Set for      days | | |

**cc:** Chambers; Karen
* (T) = Telephonic Appearance