

KAUFF McCLAIN & McGUIRE LLP

ONE POST STREET · SUITE 2600
SAN FRANCISCO, CA 94104

TELEPHONE (415) 421-3111
TELECOPIER (415) 421-0938

NEW YORK
SAN FRANCISCO
LOS ANGELES
WWW.KMM.COM

January 24, 2008

Magistrate Judge Joseph C. Spero
United States District Court,
Northern District of California
Courtroom A, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re: Coyness L. Ennix, Jr., M.D. v. Alta Bates Summit Medical Center
Case No. C 07-2486 WHA

Dear Magistrate Judge Spero:

The purpose of this letter is to advise you that the deposition of Neil Smithline, M.D., is scheduled to occur on February 11, 2008, commencing at 9:30 a.m.

Respectfully submitted,

/S/
MATTHEW P. VANDALL
Counsel for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

/S/
G. SCOTT EMBLIDGE
Counsel for Plaintiff
COYNESS L. ENNIX, JR., M.D.

cc: Neil Smithline, M.D.

4831-2033-4594.1