G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiff
COYNESS L. ENNIX, JR. M.D.


MAUREEN E. MCCLAIN, State Bar No. 062050
mcclain@kmm.com
ALEX HERNAEZ, State Bar No. 201441
hernaez@kmm.com
MATTHEW P. VANDALL, State Bar No. 196962
vandall@kmm.com
KAUFF MCCLAIN & MCQUIRE, LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:    (415) 421-3111
Facsimile:    (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D.,<br><br>Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>Defendants. | Case No.: C 07-2486 WHA (JCS)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DISCLOSURE OF EXPERT REPORTS OF 1) CARDIAC SURGEON EXPERTS AND 2) STATISTICIAN EXPERTS**<br><br>Date:    None<br>Time:    None<br>Dept:    Ctrm. 9, 19TH Floor<br><br>Trial Date**:**    June 2, 2008<br>Judge:      Hon. William H. Alsup |

1  IT IS HEREBY STIPULATED between Plaintiff Coyness L. Ennix, Jr., M.D. by and
2  through his attorneys of record, Moscone, Emblidge & Quadra, LLP and Defendant Alta Bates
3  Summit Medical Center and through their counsel of record, Kauff, McClain & McGuire, LLP
4  that the last day for disclosure of full expert reports under FRCP 26(a)(2) ("opening reports") as
5  to cardiac surgeon and statistics experts by either party shall be enlarged from January 25, 2008,
6  to February 8, 2008.
7  IT IS FURTHER STIPULATED as to the expert reports subject to this stipulation, that
8  the day the other parties may disclose responsive expert testimony with full expert reports
9  responsive to opening reports ("opposition reports") shall be enlarged from February 8, 2008, to
10  February 22, 2008.
11  IT IS FURTHER STIPULATED as to the expert reports subject to this stipulation, that
12  the day the opening parties may disclose any reply reports as described in ¶6 of the Case
13  Management Order filed in this matter on August 16, 2007 be enlarged from February 15, 2008,
14  to February 29, 2008.
15  IT IS FURTHER STIPULATED as to the expert reports subject to this stipulation, that
16  the cutoff for expert discovery shall be enlarged from February 29, 2008, to March 7, 2008.
17  IT IS FURTHER STIPULATED as to the expert reports subject to this stipulation, that
18  the deadline to file any Motion to Compel expert discovery be enlarged from March 7, 2008, to
19  March 14, 2008.
20  Defendant's position is that this extension is not necessary.  Defendant specifically denies
21  Plaintiff's characterization of the discovery dispute and the Court's January 15, 2008, Order
22  Granting in Part and Denying in Part Motion to Compel Medical Peer Review Information.
23  Defendant, however, is willing to cooperate in good faith with Plaintiff's efforts to obtain an
24  extension, as described herein, provided that any enlargement of time applies to Plaintiff's and to
25  Defendant's expert reporting obligations on fairness grounds.
26  Plaintiff's position is that the stipulation is supported by good cause as described in the
27  accompanying declaration of Andrew E. Sweet.
28

2

JOINT STIPULATION AND [PROPOSED] ORDER RE:
DISCLOSURE OF EXPERT REPORTS        C 07-2486 WHA (JCS)

IT IS SO STIPULATED:

DATED: January 17, 2008                          Moscone, Emblidge & Quadra, LLP

                                                 By_____/s/_____
                                                    Andrew E. Sweet
                                                    Attorneys for Plaintiff
                                                    COYNESS L. ENNIX, JR., M.D.

DATED: January 17, 2008                          Kauff, McClain & McGuire, LLP

                                                 By_____/s/_____
                                                    Matthew Vandall
                                                    Attorneys for Defendant, ALTA
                                                    BATES SUMMIT MEDICAL
                                                    CENTER

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: January 25, 2008                          _____
                                                 WILLIAM ALSUP
                                                 UNITED STATES DISTRICT JUDGE

The deadline for dispositive motions
shall not change.

---

3

JOINT STIPULATION AND [PROPOSED] ORDER RE:
DISCLOSURE OF EXPERT REPORTS              C 07-2486 WHA (JCS)