MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 421-3111
Facsimile: (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D.,<br><br>  Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>  Defendant. | CASE NO. C 07-2486 WHA<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>JUDGE: Hon. William H. Alsup<br><br>COMPLAINT FILED: May 9, 2007<br>TRIAL DATE: No date set. |

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER GRANTING DEFENDANT'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

CASE NO. C 07-2486 WHA

Pursuant to Local Rules 7-11 and 79-5 for the United States District Court in the Northern District of California, the Court finds that the protection of the peer review process constitutes a "compelling reason" for sealing the documents at issue; therefore, it hereby **GRANTS** Defendant's request that the following documents be sealed:

**Sealed in Part:**

Factual excerpts from Defendant's Motion for Summary Judgment; factual excerpts from Exhibits C, D, E, and I to the Declaration of Alex Hernaez in Support of Defendant's Motion for Summary Judgment (the "Hernaez Decl."); and

**Sealed in Whole:**

Exhibits A, F and H to the Hernaez Decl.;

Exhibit A to the Supporting Declarations of Two Physicians (whose names are also redacted) filed in Support of Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED:**

DATED:_____

HON. WILLIAM H. ALSUP
United States District Court Judge

4827-7509-4786.1

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

[PROPOSED] ORDER GRANTING DEFENDANT'S
ADMINISTRATIVE MOTION TO FILE UNDER SEAL

CASE NO. C 07-2486 WHA