MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>　　　　　Defendant. | CASE NO.  C 07-2486 WHA<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT ALTA BATES SUMMIT MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:　April 3, 2008<br>TIME:　8:00 a.m.<br>DEPT:　Ctrm. 9, 19th Flr<br>JUDGE:　Hon. William H. Alsup<br><br>COMPLAINT FILED: May 9, 2007<br>TRIAL DATE: June 2, 2008 |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT ALTA BATES SUMMIT MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT

CASE NO. C 07-2486 WHA

Defendant Alta Bates Summit Medical Center hereby request that the Court take judicial notice of the following document pursuant to Federal Rule of Evidence 201: "Most Asked Questions About Medical Consultants." which can be found on the internet at http://www.mbc.ca.gov/publications/medical_consultant_english-print.pdf, a website maintained by the State of California. In particular, ABSMC asks that the Court notice the Medical Board's definition of negligence:

> **Negligence**: (a simple departure from the standard of practice): negligent acts that are not an extreme departure.

DATED:   February 22, 2008

Respectfully submitted,

KAUFF MCCLAIN & MCGUIRE LLP

By: _____/ S /_____
    ALEX HERNAEZ

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

4837-6409-8306.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 1 -

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT ALTA BATES SUMMIT MEDICAL CENTER'S MOTION FOR SUMMARY JUDGMENT    CASE NO. C 07-2486 WHA