IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200, et seq.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER, and DOES 1 through 100,<br><br>Defendants. | No. C 07-02486 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S REQUEST TO FILE UNDER SEAL** |

The motion to seal is **GRANTED IN PART AND DENIED IN PART**. We are now on summary judgment. These are potentially dispositive motions, a substitute for trial, a public proceeding open to all. Patient-identifying information must remain confidential and may therefore be sealed. The other documents at issue, however, would not warrant closing the courtroom under the compelling reasons standard of the *Kamakana* decision. Therefore, the same documents may not be sealed on a summary judgment motion. The Court is sympathetic to the confidential peer-review nature of the information, but it is not of such a compelling nature as to warrant sealing.

**IT IS SO ORDERED.**

Dated: February 25, 2008.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE