1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  MATTHEW P. VANDALL (State Bar No. 196962)
   Email: vandall@kmm.com
4  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California  94104
   Telephone:   (415) 421-3111
6  Facsimile:    (415) 421-0938

7  Attorneys for Defendant
   ALTA BATES SUMMIT MEDICAL CENTER
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  COYNESS L. ENNIX, JR., M.D.,              CASE NO.  C 07-2486 WHA

13                Plaintiff,                  **DECLARATION OF ROBERT H.
                                             BREYER, M.D. IN SUPPORT OF
14  v.                                        DEFENDANT'S MOTION FOR
                                             SUMMARY JUDGMENT**
15  ALTA BATES SUMMIT MEDICAL CENTER,
                                             HEARING DATE:
16                Defendant.                  TIME:
                                             DEPT:      Ctrm. 9, 19th Flr
17                                            JUDGE:     Hon. William H. Alsup

18                                            COMPLAINT FILED: May 9, 2007
                                             TRIAL DATE: June 2, 2008
19

20

21

22

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

I, Robert H. Breyer, M.D., declare as follows:

1.     I am a member of the Medical Staff of Saint Joseph Hospital in Chicago, Illinois, specializing in cardiovascular surgery and thoracic surgery. I am the Chief of the Section of Cardiac Surgery and have held this position since 1992. I am Board certified by the American Board of Thoracic Surgery and I am a member in good standing with the American Association for Thoracic Surgery, the Society for Vascular Surgery, the American College of Cardiology, the Society of Thoracic Surgeons, and the American College of Surgeons. A true and correct copy of my current curriculum vitae ("CV") is attached hereto as **EXHIBIT A**. I am not affiliated, nor have I ever been affiliated, with the Alta Bates Summit Medical Center, located in Northern California. Nor have I ever, to my knowledge, been affiliated with any Sutter Health entity.

2.     I have served on multiple occasions as a clinical specialist subcontracted to Mercer Health & Benefits LLC (or its predecessors in interest) ("Mercer") for the purpose of conducting focused medical records reviews. In that capacity, I rely upon my expertise in the specialties described above and in the attached CV to render my opinions concerning whether and to what extent the medical records I review reflect compliance with the prevailing standard of care. Between January and May 2005, and at Mercer's request, I participated in a focused review of the medical records of Coyness L. Ennix, Jr., M.D., who I understand is the Plaintiff in the above-entitled action. I recall my involvement in that focused review and it is my understanding and belief that my opinions and conclusions concerning Dr. Ennix were provided in written form in a May 3, 2005 report prepared by the National Medical Audit ("NMA"), an entity affiliated with Mercer at the time. I understand and believe that a true and correct copy of the NMA's May 3, 2005 Report was submitted to the Court on or about May 30, 2007, as the first appendix to Exhibit A to the Declaration of Lamont D. Paxton, M.D. in Support of Defendants' Special Motion to Strike Complaint Under C.C.P. 425.16.

3.     At no time during my review of the medical records of Coyness L. Ennix, Jr., M.D., was I aware of Dr. Ennix's race. In fact, I was not informed of Dr.

- 2 -

DECLARATION OF ROBERT H. BREYER, M.D. IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
CASE NO. C 07-2486 WHA

Ennix's race until January 31, 2008 when I learned that Dr. Ennix had filed this lawsuit. Throughout my involvement in the focused review of Dr. Ennix's medical records, I saw no evidence of a "sham peer review" being conducted by either NMA, Mercer, or the Alta Bates Summit Medical Center. Nor did I see any evidence of racial discrimination against Dr. Ennix by any individual or entity.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 4th day of February, 2008, in Chicago, Illinois.

ROBERT H. BREYER, M.D.

4814-3868-1602.1

AUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
N FRANCISCO, CA 94104
EPHONE (415) 421-5111

DECLARTION OF ROBERT H. BREYER, M.D. IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

CASE NO. C 07-2486 WHA

# EXHIBIT A

# CURRICULUM VITAE

## Robert H. Breyer, M.D.

**HOME:**    226 Franklin Road       **OFFICE:**    2800 North Sheridan Road
Glencoe, Illinois 60022                     Suite 209
(847) 835-8954                          Chicago, Illinois 60657
(773) 477-4343

**DATE & PLACE OF BIRTH:**

July 7, 1947
Oak Park, Illinois

**MARITAL STATUS:**

Married - 1 child

**ACADEMIC DEGREE:**

B.S. (High Honors)
University of Illinois
Urbana, Illinois
1969

**PROFESSIONAL DEGREE:**

M.D.
University of Illinois
Chicago, Illinois
1972

M.M.
J.L. Kellogg Graduate School of Management
Northwestern University
1996

**POSTDOCTORAL TRAINING:**

Resident in General Surgery
Rush-Presbyterian-St. Luke's Medical Center
Chicago, Illinois
July 1972 - June 1974

Clinical Associate
Surgery Branch
National Heart and Lung Institute
Bethesda, Maryland
July 1974 - June 1976

Resident in General Surgery
Rush-Presbyterian-St. Luke's Medical Center
Chicago, Illinois
July 1976 - June 1978

Resident in Thoracic and Cardiovascular Surgery
Rush-Presbyterian - St. Luke's Medical Center
Chicago, Illinois
July 1978 - June 1980

**HONORS AND AWARDS:**

Phi Beta Kappa
Phi Kappa Phi
Alpha Omega Alpha

Resident Prize Paper
Samson Thoracic Surgical Society
June 1980

## Entire Page Highlighted

Robert H. Breyer, M.D.
CV - 2

                                    Best Scientific Paper
                                    Southern Thoracic Surgical Society
                                    November 1983

**PROFESSIONAL LICENSURE:**     Illinois (1973)
                                    North Carolina (1980)
                                    Massachusetts (1983)

**BOARD CERTIFIED:**            American Board of Surgery 1979 (#24628)
                                    American Board of Thoracic Surgery 5/22/81 (#3666)
                                    Recertification 1989, 2000 (#3666)

**APPOINTMENTS:**               July 1977 - June 1980
                                    Instructor in Surgery
                                    Rush Medical College

                                    July 1980 - August 1983
                                    North Carolina Baptist Hosp.
                                    Winston-Salem, N.C.

                                    July 1980 - July 1981
                                    Instructor in Surgery
                                    Section of Cardiothoracic
                                    Bowman Gray School of Medicine

                                    July 1981 - August 1983
                                    Assistant Professor in Surgery
                                    Bowman Gray School of Medicine

                                    August 1983 - March 1989
                                    Cardiac Surgeon
                                    Baystate Medical Center

                                    May, 1984 - March, 1989
                                    Assistant Professor of Surgery
                                    Tufts University School of Medicine

                                    October 1986 - March, 1989
                                    Assistant Clinical Professor
                                    University of Connecticut School of Medicine

                                    March 1989 - Present
                                    Chief, Section of Cardiac Surgery
                                    St. Joseph Hospital

                                    August 1999 - Present
                                    Affiliate Board Member
                                    Blue Cross & Blue Shield of Illinois

                                    January 2002 – December 2003
                                    Vice President, Medical Staff
                                    St. Joseph Hospital

                                    January 2006 – December 2007
                                    President, Medical Staff
                                    St. Joseph Hospital

**Entire Page Highlighted**

**Robert H. Breyer, M.D.**
**CV - 3**

**PROFESSIONAL MEMBERSHIPS:** American Association for Thoracic Surgery
Andrew G. Morrow Cardiovascular Society.
American Heart Association
American College of Chest Physicians
American College of Surgeons
The American Association for Vascular Surgery
American College of Cardiology
American Medical Association
Society of Thoracic Surgeons

**GRANTS:**                    July 1981
Intramural Research Support Committee
Bowman Gray School of Medicine
"Is a Left Ventricular Vent Necessary with
Hypothermic Cardioplegic Arrest?"

**COMMITTEES:**                January 1998 - Present
Member, Ad Hoc Committee on Critical Care

January, 1998 - Present
Chairman, RHCP Contract and Budget Committee

January, 1998 - Present
Member, RHCP Board of Directors

January 1997 - December 1998
Co-Chairperson, RHCP Budget and Contract Committee

January 1997 - December 1998
Member, Credentials Committee

January 1996 - December 1996
Chairman, SJPHO Finance Committee

January 1995 - December 1995
Chairman, Critical Care Committee

September 1995 - September 1996
Member, Bylaws Committee

1994 - 1995
Member, Risk Management Committee

January 1995 - December 1995
Member, Credentials Committee

**LECTURES, SPEECHES, EXHIBITS:**

April 1976                    American Association for Thoracic Surgery Tricuspid
Regurgitation:  A Comparison of Non-operative management,
Tricuspid Annuloplasty, and Tricuspid Valve Replacement.
Los Angeles, California

**Entire Page Highlighted**

Robert H. Breyer, M.D.
CV – 4

| | |
|---|---|
| June, 1980 | Samson Thoracic Surgical Society<br>Thoracotomy in Patients over Age Seventy: A Ten-Year<br>Experience<br>Durango, Colorado |
| March, 1981 | Cardiology Seminar "Coronary Artery Bypass Surgery-Selection of<br>Patients and Results of Surgery"<br>American College of Physicians North Carolina Chapter<br>Winston-Salem, North Carolina |
| April, 1981 | Lenoir County Medical Society<br>Coronary Artery Bypass Surgery - Indications and Results<br>North Carolina |
| June, 1981 | Continuing Education Program<br>Surgical Indications: Lung Cancer<br>Davie County Hospital Medical Staff<br>North Carolina |
| October, 1982 | North Carolina Surgical Society<br>Treatment of Metastatic Pleural and Pericardial Disease<br>Kiawah, South Carolina |
| April, 1983 | American Association for Thoracic Surgery<br>Is a Left Ventricular Vent Necessary for Coronary Bypass<br>Operations Performed with Cardioplegic Arrests?<br>Atlanta, Georgia |
| May, 1983 | North Carolina Chapter American College of Surgeons<br>Lung Cancer: New Advances in Diagnosis and Management<br>Wrightsville Beach, North Carolina |
| October, 1983 | American College of Chest Physicians<br>Computed Tomography for Evaluation of Mediastinal<br>Nodes in Lung Cancer: Correlation with Surgical Staging<br>Chicago, Illinois |
| October, 1983 | American College of Chest Physicians<br>Subxiphoid Pericardial Window for Benign and Malignant<br>Pericardial Effusion<br>Chicago, Illinois |
| November, 1983 | Southern Thoracic Surgical Society<br>Computed Tomography for Evaluation of Mediastinal Nodes in<br>Lung Cancer: Correlation with Surgical Staging<br>Marco Island, Florida |
| October, 1984 | American College of Surgeons<br>Forum on Fundamental Surgical Problems: A comparison<br>of Cell Saver and Ultrafilter in Cardiac Surgical Patients<br>San Francisco, California |
| April, 1985 | American Association for Thoracic Surgery<br>Post-Infarction Angina: An Expanding Subset of Patients<br>Undergoing Coronary Artery Bypass.<br>New Orleans, Louisiana |

**Entire Page Highlighted**

Robert H. Breyer, M.D.
CV - 5

| August, 1985 | International Society for Cardiovascular Surgery<br>Coronary Artery Bypass for Unstable Post Infarction<br>Angina: An Analysis of Risk Factors and Results<br>Monte Carlo, Monaco |
|---|---|
| October, 1985 | American College of Surgeons<br>Forum on Fundamental Surgical Problems SOD and Catalase<br>Pretreatment Prior to Cardioplegic Arrest in the Face of Regional<br>Ischemia.<br>Chicago, Illinois |
| June, 1986 | Western Thoracic Surgical Association<br>Blood Conservation for Myocardial Revascularization: Is It Cost<br>Effective?<br>Napa, California |
| September, 1987 | Society of Thoracic Surgeons<br>Bilateral Thoracotomies and Bullae Resections 24<br>Hours after Myocardial Revascularization. |

## PUBLICATIONS

1.  Breyer RH, McClenathan JH, Michaelis LL, McIntosh CL, Morrow AG: Tricuspid regurgitation: A comparison of nonoperative management, tricuspid annuloplasty, and tricuspid valve replacement. J Thorac Cardiovascular Surgery 1976: 72: 867-874.

2.  Breyer RH, spray TL, Kastl DG, Roberts WC: Histologic changes in saphenous vein aorta-coronary bypass grafts. J Thorac Cardiovasc Surg 1976: 72: 916-924.

3.  McClenathan JH, Guyton RA, Breyer RH, Newman GE, Michaelis LL: The effects of isoproterenol and dopamine on regional myocardial blood flow after stenosis of circumflex coronary artery. J Thorac Cardiovasc Surg 1977: 73: 431-435.

4.  Breyer RH, Arnett EA, Spray TL, Roberts WC: Prosthetic-valve endocarditis due to listeria monocytogenes. Am J Clin Pathol 1978: 69:186-187.

5.  Doolas A, Breyer RH, Franklin JL: Pneumatosis cystoides following jejunoileal bypass. Am J Gastroenterol 1979: 72: 271-275.

6.  Breyer RH, Monson DO, Ruggie NT, Weinberg M Jr, Najafi H: Atrial septal defect: Repair in patients over thirty-five years of age. J Cardiovasc Surg 1979: 20: 583-586.

7.  Breyer RH, Dainauskas JW, Jensik RJ, Faber LP: Mucoepidermoid cardinoma of the trachea and bronchus: The case for conservative resection. Ann Thorac Surg 1980: 29:197-204.

8.  Breyer RH, Zippe C, Pharr WF, Jensik RJ, Kittle CR, Faber LP: Thoracotomy in patients over age 70 years: A ten year experience. J Thorac Cardiovasc Surg 1981: 81: 187-193.

9.  Breyer RH, Lavender S, Cordell AR: Delayed left ventricular rupture secondary to transatrial left ventricular vent: Report of two cases. Ann Thorac Surg 1982: 33: 189-191.

10. Mills SA, Johnston FR, Hudspeth AS, Breyer RH, Myers RT, Cordell AR: Clinical spectrum of blunt tracheobronchial disruption illustrated by seven cases. J Thorac Cardiovasc Surg 1983: 84: 49-58.

**Entire Page Highlighted**

Robert H. Breyer, M.D.
CV - 6

11.    Mills S, Breyer RH, Johnston FR, Hudspeth AS, Marshall RB, Choplin RH, Cordell AR, Myers RT: Malignant fibrous histiocytoma of the mediastinum and lung. J Thorac Cardiovasc Surg 1982: 84: 367-372.

12.    Breyer RH, Andrews RI, Mills SA, Cordell Ar, Ahl ET: Herpes simplex pneumonia following aortic valve replacement. JAMA 1983: 249: 1319-1322.

13.    Poole GV Jr., Meredith JW, Breyer RH, Mills SA: Surgical implications in malignant cardiac disease. Ann Thorac Surg 1983: 36: 484-492.

14.    Breyer RH, Meredith JW, Mills SA, Trillo A, Barringer ML, Shihobi ZK, Cordell AR: Is a left ventricular vent necessary for coronary bypass operations performed with cardioplegic arrest? J Thorac Cardiovasc Surg 1983: 86:338-349.

15.    Mills SA, Poole GV Jr., Breyer RH, Holliday RH, Lavender SW II, Blanton KR, Hudspeth AS, Johnston FR, Cordell AR: Digoxin and Propranolol in prophylaxis of dysrhythmias after coronary artery bypass grafting. Circulation 68: (Suppl 2): 11-222-225.

16.    Breyer RH, Andrews RI, Mills SA, Cordell AR, Ahl ET: Probable pneumonia a herpis simplex apres reinplacement valvulaire aortique. JAMA (Edition Francaise):7:712.

17.    Meredith JW, Martin in MHB, Poole GV jr, Kon ND, Breyer RH, Mills SA: Measurement of extravascular lung water in sheep during colloid and crystalloid resuscitation for    smoke inhalation. Am Surg 1983: 49:637-641.

18.    Poole GV Jr, Mills SA, Breyer RH, Holliday RH, Hudspeth AS, Johnston FR, Cordell AR: Tumors of the heart: Surgical considerations. J Cardiovasc Surg 1984: 25:5-11.

19.    Breyer RH, Mills SA, Hudspeth AS, Johnston FR, Cordell AR: Sternal wound complications: A prospective study of risk factors. Ann Thorac Surg 1984: 37:412-416.

20.    Engelman RM, Hadji-Rousou I, Breyer RH, Whittredge P, Harbison W, Chircop RV: Rebound vasospasm after coronary revascularization in association with calcium antagonist withdrawal. Ann Thorac Surg 1984: 37:469-472.

21.    Breyer RH, Karstaedt N, Mills SA, Johnston FR, Choplin RH, Welfman NT, Hudspeth AS, Cordell AR: Computed tomography for evaluation of mediastinal nodes in lung cancer: Correlation with surgical staging. Ann Thorac Surg 1984: 38:215-220.

22.    Craig J, Powell B, Muss H, Kawamoto E, Breyer RH: Second primary bronchogenic carcinoma after small cell carcinomas: Report of two cases and review of the literature. Am J Med. 1984: 76:1013-1020.

23.    Stuart JJ, Breyer RH: Subacute Bacterial endocarditis causing disseminated intravascular coagulation: Resolution after valve replacement. J Thorac Cardiovasc Surg 1984: 88:454-456.

24.    Rousou JA, Engelman RM, Breyer RH: Fibrin glue - an effective hemostatic agent for non-suturable intraoperative bleeding. Ann Thorac Surg 1984: 35:409-410.

25.    Breyer RH, Engelman RM, Rousou JA, Lemeshow SA: Comparison of cell saver vs ultrafiltration in cardiac surgical patients. Surg Forum 1984: 35:327-328.

26.    Rousou JA, Engelman RM, Breyer RH, Lemeshow S, Dobbs WA: Long term survival following perfusion with Fluosol-DA for cardiopulmonary bypass. Surg Forum 1984: 35:316-317.

**Entire Page Highlighted**

**Robert H. Breyer, M.D.**

**CV – 7**

27.    Breyer RH, Rousou JA, Engelman RM, Lemeshow S: Late postoperative tamponade following coronary artery bypass grafting in patients on anti-platelet therapy. Ann Thorac Surg 1985: 39:27-29.

28.    Breyer RH, Meredith JW, Kon ND, Mills SA: Myocardial Biopsy Drill: Construction Details and Techniques. J Surg Res 1985: 38:134-137.

29.    Breyer RH, Mills SA, Hudspeth AS, Johnston FR, Watts LE, Nomeir A, Cordell AR: Open mitral commissurotomy: Long term results with echocardiographic correlation. J Cardiovasc Surg 1985: 26:46-52.

30.    Rousou JA, Parker T, Engelman RM, Breyer RH: Phrenic nerve paresis associated with the use of ice slush and the cooling jacket for topical hypothermia. J Thorac Cardiovasc Surg 1985: 89:921-925.

31.    Rousou JA, Meeran MK, Engelman RM, Breyer RH: Does the type of venous drainage or cardioplegia affect postoperative conduction and atrial arrhythmias. Circulation 72: 11:259-263.

32.    Breyer RH, Engelman RM, Rousou JA, Lemeshow S: Post-infarction angina: An expanding subset of patients undergoing coronary artery bypass. J Thorac Cardiovasc Surg 1985: 90:532-540.

33.    Breyer RH, Engelman RM, Rousou JA, Lemeshow SA: A comparison of cell saver vs. ultrafilter during coronary artery bypass operations. J Thorac Cardiovasc Surg 1985: 90:736-740.

34.    Otani H, Engelman RM, Rousou JA, Breyer RH, Lemeshow SA, Das DK: Enhanced myocardial preservation by mepacrine, a phospholipase inhibitor. Surg Forum 1985: 36:205-208.

35.    Breyer RH, Otani H, Engelman RM, Rousou JA, Lemeshow SA, Das DK: SOD and catalase pretreatment prior to cardioplegic arrest in the face of regional ischemia. Surg Forum 1985: 36:269-271.

36.    Rousou JA, Engelman RM, Breyer RH, Allred C, Farouhar F: Short term survival following perfusion with Fluosol-DA for cardiopulmonary bypass. Intl J Artif Organs 1985: 81:281-286,1985.

37.    Rousou JA, Engelman RM, Anisimowicz L, Lemeshow S, Dobbs WA, Breyer RH, Das D: Metabolic enhancement of myocardial preservation during cardioplegic arrest. J Thorac Cardiovasc Surg 1986: 270-276.

38.    Otani H, Engelman RM, Rousou JA, Breyer RH, Lemeshow S, Das D: Cardiac performance during reperfusion improved by pretreatment with oxygen free-radical scavengers. J Thorac Cardiovasc Surg 1986: 290-295.

39.    Das DK, Engelman RM, Dobbs WA, Rousou JA, Breyer RH: The role of oxygen-derived free radicals in pathogenesis of reperfusion injury. "Second Colloquium in Biological Sciences," ed. CD Burrell and FL Srand; Ann NY Acad Sci 1986: 463:274-277.

40.    Das DK, Engelman RM, Rousou JA, Breyer RH, Otani H, Lemeshow S: Pathophysiology of superoxide radical as a potential mediator of ischemic and reperfusion injury. Basic Res Cardiol 1986: 81:155-166.

**Entire Page Highlighted**

Robert H. Breyer, M.D.

CV – 8

41. Otani H, Engelman RM, Breyer RH, Rousou JA, Breyer RH, Lemeshow S, Das DK: Mepacrine, a phospholipase inhibitor: A potential tool for modifying myocardial reperfusion injury. J Thorac Cardiovasc Surg 1986: 92:247-254.

42. Das DK, Engelman RM, Rousou JA, Breyer RH, Otani H, Lemeshow S, Mundt D: Role of membrane phospholipids in myocardial injury induced by ischemia and reperfusion. Am J Physiol 1986: 251:471-479.

43. Otani H, Engelman RM, Rousou JA, Breyer RH, Das DK: Enhanced prostaglandin synthesis due to membrane phospholipid breakdown in ischemic reperfused myocardium. Control of its production by a phospholipase inhibitor or scavengers of free radicals. J Mol Cell Cardiol 1986: 18:953-961.

44. Datta S, Otani H, Engelman RM, Rousou JA, Breyer RH, Jones R, Cordis G, Lemeshow S, Das D: Antilipolytic therapy: An effective intervention to protect the ischemic heart during open-heart surgery. Surg Forum 1986: 37:275-277.

45. Engelman RM, Das DK, Otani H, Rousou JA, Breyer RH: Retrograde coronary sinus cardioplegia-influence on fatty acid metabolism during myocardial ischemia. Proceedings of the 2nd International Symposium on Myocardial Protection Via the Coronary Sinus. Springer Verlag 1987: pp. 215-220.

46. Breyer RH, Engelman RM, Rousou JA, Lemeshow S: Blood conservation for myocardial revascularization. J Thorac Cardiovasc Surg 1987: 93:512-522.

47. Das DK, Engelman RM, Flansaas D, Rousou JA, Breyer RH, Jones R, Lemeshow S, Otani H: Age-related development profiles of the antioxidative defense system and the peroxidative status of the pig heart. Biol Neonate 1987: 51:3 156-169.

48. Rousou JA, Kirkwood JR, Engelman RM, Breyer RH: Catheter drainage of symptomatic postoperative mediastinal effusion guided by computed tomography. J Thorac Cardiovasc Surg 1987: 93:715-718.

49. Das DK, Engelman RM, Rousou JA, Breyer RH: Aerobic vs anaerobic metabolism during ischemia in heart muscle. Ann chir Gynaecol 1987: 76:68-76.

50. Rousou JA, Engelman RM, Breyer RH, Whittredge P, Shnider R: Transatrial repair of post infarction posterior ventricular septal defect. Ann Thorac Surg 1987: 43:665-666.

51. Otani H, Engelman RM, Rousou JA, Breyer RH, Lemeshow S, Das DK: The mechanism of myocardial reperfusion injury in neonates. Circulation 1987: 76 (Suppl V) 161-167.

52. Rousou JA, Engelman RM, Breyer RH, Otani H, Clement R, Prasad R, Das DK: Myocardial salvage by trifluoperazine, a calcium-calmokulin antagonist. Surg Forum 1987: 38:270-272.

53. Clement R, Engelman RM, Rousou JA, Breyer RH, Otani H, Antor M, Hoory S, Bandyopadhyay D, Das DK: Ibuprofen inhibits neutrophil accumulation but does not prevent myocardial reperfusion injury in coronary revascularization after acute myocardial infarction. Surg Forum 1987: 38:273-275.

54. Vertrees RA, Engelman RM, Johnson JW III, Auvil J, Breyer RH, Rousou JA: Blood conservation during open-heart surgery: A literature review. 1986: 18:200-210.

55. Vertrees RA, Engelman RM, Breyer RH, Johnson J, Auvil J, Rousou JA: Protamine induced anticoagulation following coronary bypass. Proc Acad Cardiovasc Perf 7:1986.

**Entire Page Highlighted**

Robert H. Breyer, M.D.
CV – 9

56. Rousou JA, Engelman RM, Breyer RH, Otani H, Lemeshow S, Das DK: The effect of temperature and hematocrit of oxygenated cardioplegic solutions on myocardial preservation. J Thorac Cardiovasc Surg

57. Otani H, Engelman RM, Datta S, Jones RM, Cordia GA, Rousou JA, Breyer RH, Das DK: Enhanced myocardial preservation by nicotinic acid, an antilipolytic compound. Improved cardiac performance following hypothermic cardioplegic arrest. J Thorac Cardiovasc Surg 96:81-87, 1988.

58. Clement R, Rousou JA, Engelman RM, Breyer RH: Perioperative morbidity in diabetics requiring coronary artery bypass surgery. Ann Thorac Surg. 46:321-323, 1988.

59. Das DK, Engelman RM, Prasad MR, Rousou JA, Breyer RH, Jones R, Young H, Cordis GA: Improvement of ischemia-reperfusion-induced myocardial dysfunction by modulating calcium-overload using a novel, specific calmodulin antagonist, CGS 9343B. Biochem Pharmacol. 38:465-471, 1989.

**IN PRESS**

1. Otani H, Engelman RM, Rousou JA, Breyer RH, Das DK: Enhanced susceptibility of immature hearts to free radical mediated reperfusion injury. (Ed. N. Yoshikawa) Medical Biochemical and Chemical Aspects of Free Radicals 1988. Elsevier Science, Amsterdam.

**ABSTRACTS**

1. McClenathan JH, Guyton RA, Breyer RH, Newman GE, Michaelis LL: The effects of isoproterenol and dopamine on regional myocardial blood flow after circumflex coronary stenosis. Am J Cardiol 1976: 37:153.

2. Breyer RH, Dainauskas JR, Jensik RJ, Faber LP: Mucoepidermoid carcinoma of the trachea and bronchus: The case for conservative resection. Curr Surg 1982: 39:114.

3. Mills SA, Poole GV, Breyer RH, Hudspeth AS, Johnston FR, Cordell AR: Digoxin and Propranolol in the prophylaxis of dysrhythmias after coronary artery bypass surgery. Circulation 1982:66 (Supp II) :11-220.

4. Breyer RH, Mills SA, Johnston FR, Hudspeth AS, Cordell AR: Subxiphoid pericardial window for benign and malignant pericardial effusion. Chest 1983: 84:364.

5. Breyer RH, Karstaedt N, Mills SA, Johnston FR, Choplin RH, Wolfman NT, Hudspeth AS, Cordell AR: Computed tomography for evaluation of mediastinal nodes in lung cancer: correlation with surgical staging. Chest 1983: 84:352.

6. Breyer RH, Mills SA, Hudspeth AS, Johnston FR, Watts LE, Nomeir A, Cordell AR: Open mitral commissurotomy: Long term results with echocardiographic correlation. J Cardiovasc Surg 1983: 24:386.

7. Rousou JA, Meeran MK, Engelman RM, Breyer RH: Does the type of venous drainage or cardioplegia affect postoperative conduction and atrial arrhythmias. Circ 1984: 70 (Supp II):253.

**MOVIES**

Pomerantz MA, Salomon J, Breyer RH: "One Stage Conversion of Intestinal to Gastric Bypass." Symposium on Spectacular Problems in Surgery, Clinical Congress, American College of Surgeons, October 1979.

**Entire Page Highlighted**

**Robert H. Breyer, M.D.**
**CV – 10**

**LETTERS TO THE EDITOR**

Breyer RH, Mills SA, Hudspeth AS:  Subxiphoid pericardiotomy.  JAMA 1982:  248:923.

**Entire Page Highlighted**