1   MAUREEN E. MCCLAIN (State Bar No. 062050)
    Email: mcclain@kmm.com
2   ALEX HERNAEZ (State Bar No. 201441)
    Email: hernaez@kmm.com
3   MATTHEW P. VANDALL (State Bar No. 196962)
    Email: vandall@kmm.com
4   KAUFF MCCLAIN & MCGUIRE LLP
    One Post Street, Suite 2600
5   San Francisco, California  94104
    Telephone:   (415) 421-3111
6   Facsimile:   (415) 421-0938

7   Attorneys for Defendant
    ALTA BATES SUMMIT MEDICAL CENTER
8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  COYNESS L. ENNIX, JR., M.D.,              CASE NO.  C 07-2486 WHA

13              Plaintiff,                    **DECLARATION OF JEFFREY
                                              BREALL, M.D., IN SUPPORT OF
14  v.                                        DEFENDANT'S MOTION FOR
                                              SUMMARY JUDGMENT**
15  ALTA BATES SUMMIT MEDICAL CENTER,
                                              **HEARING DATE:**   April 3, 2007
16              Defendant.                    **TIME:**           8:00 a.m.
                                              **DEPT:**           Ctrm. 9, 19th Flr
17                                            **JUDGE:**          Hon. William H. Alsup

18                                            **COMPLAINT FILED:** May 9, 2007
                                              **TRIAL DATE:** June 2, 2008
19

20

21

22

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

DECLARTION OF JEFFREY A. BREALL, M.D., IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT          CASE NO. C 07-2486 WHA

1      I, Jeffrey A. Breall, M.D., declare as follows:

2          1.     I am a member of the full time faculty member at Indiana University,

3   located in Indianapolis, Indiana. I am a Professor of Clinical Medicine and the Director of

4   Cardiac Catheterization Laboratories at Indiana University. I am also the Medical

5   Director of Cardiac Catheterization Laboratories for Clarian Health Partners. I have held

6   each of these positions since the year 2000. I am Board certified in internal medicine,

7   cardiovascular diseases and interventional cardiology. A true and correct copy of my

8   current curriculum vitae ("CV") is attached hereto as **EXHIBIT A**. I am not affiliated, nor

9   have I ever been affiliated, with the Alta Bates Summit Medical Center, located in

10  Northern California. Nor have I ever, to my knowledge, been affiliated with any Sutter

11  Health entity.

12         2.     I have served on multiple occasions as a clinical specialist

13  subcontracted to Mercer Health & Benefits LLC (or its predecessors in interest)

14  ("Mercer") for the purpose of conducting focused medical records reviews. In that

15  capacity, I rely upon my expertise in the specialties described above and in the attached

16  CV to render my opinions concerning whether and to what extent the medical records I

17  review reflect compliance with the prevailing standard of care. Between January and

18  May 2005, and at Mercer's request, I participated in a focused review of the medical

19  records of Coyness L. Ennix, Jr., M.D., who I understand is the Plaintiff in the above-

20  entitled action. I recall my involvement in that focused review and it is my understanding

21  and belief that my opinions and conclusions concerning Dr. Ennix were provided in

22  written form in a May 3, 2005 report prepared by the National Medical Audit ("NMA"), an

23  entity affiliated with Mercer at the time. I understand and believe that a true and correct

24  copy of the NMA's May 3, 2005 Report was submitted to the Court on or about May 30,

25  2007, as the first appendix to Exhibit A to the Declaration of Lamont D. Paxton, M.D. in

26  Support of Defendants' Special Motion to Strike Complaint Under C.C.P. 425.16.

27         3.     At no time during my review of the medical records of Coyness L.

28  Ennix, Jr., M.D., was I aware of Dr. Ennix's race. In fact, I did not become aware that Dr.

- 2 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARTION OF JEFFREY A. BREALL, M.D. IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT                                    CASE NO. C 07-2486 WHA

1    Ennix was African-American until February 1, 2008, when I learned that Dr. Ennix had

2    filed this lawsuit.  Throughout my involvement in the focused review of Dr. Ennix's

3    medical records, I saw no evidence of a "sham peer review" being conducted by either

4    NMA, Mercer, or the Alta Bates Summit Medical Center.  Nor did I see any evidence of

5    racial discrimination against Dr. Ennix by any individual or entity.

6         I declare under penalty of perjury under the laws of the State of California

7    that the foregoing is true and correct.  Executed this 4th day of February, 2008, in

8    Indianapolis, Indiana.

9

10    _____

11                JEFFREY A. BREALL, M.D.

12

13    4813-3998-4642.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARTION OF JEFFREY A. BREALL, M.D. IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

CASE NO. C 07-2486 WHA

**EXHIBIT A**

# CURRICULUM VITAE

Prepared 02/01/08

Name:                         Jeffrey Alan Breall, M.D., Ph. D.

Address:                      Krannert Institute of Cardiology
                             Indiana University School of Medicine
                             1800 North Capitol Avenue, Room E-490
                             Indianapolis, IN 46202

Phone:                        Home:(317) 496-8680        e-mail: jbreall@iupui.edu
                             Work: (317) 962-0561       FAX: (317) 962-0566

Date of Birth:                May 28, 1956

Place of Birth:               San Francisco, California

Citizenship:                  United States

Social Security Number:       XXX-XX-XX39

Marital Status:               Separated

Education:
       1978       B.A. in Physiology, University of California,
                  Berkeley, CA
       1983       Ph.D. in Physiology, University of California,
                  San Francisco, CA
       1987       M.D., Albert Einstein College of Medicine,
                  Bronx, NY

Postdoctoral Training:
Internship and Residencies:

       1987-1988     Intern in Medicine, Beth Israel Hospital,
                     Boston, MA
       1988-1989     Junior Assistant Resident, Internal Medicine,
                     Beth Israel Hospital, Boston, MA
       1989-1990     Senior Assistant Resident, Internal Medicine,
                     Beth Israel Hospital, Boston, MA
       1990-1993     Research and Clinical Fellow in Cardiology,
                          Harvard Medical School and
                     Beth Israel Hospital Boston, MA

**Entire Page Highlighted**

Research Fellowships:

| | |
|---|---|
| 1978-1979 | Regent's Fellow in Physiology, University of California, San Francisco |
| 1984 | Research Fellow, Coronary Research Laboratory, Albert Einstein College of Medicine |
| 1990, 1992 | Cardiovascular Research Training Grant, Harvard Medical School and Beth Israel Hospital |

Licensure and Certification:

| | |
|---|---|
| 1989-1994 | Massachusetts License for Medicine and Surgery #7133 (inactive) |
| 1990 | Diplomate-American Board of Internal Medicine #133098 |
| 1993-2001 | D. C. License for Medicine and Surgery #20206 (inactive) |
| 1993 | Diplomate-American Board of Internal Medicine, Subspecialty in Cardiovascular Diseases #133098 |
| 1999 | Diplomate-American Board of Internal Medicine, Subspecialty in Interventional Cardiology #133098 |
| 2000- | Indiana License for Medicine and Surgery #01052687A |

Academic Appointments:

| | |
|---|---|
| July 1987-June 1992 | Clinical Fellow in Medicine, Harvard Medical School, Boston, MA |
| July 1992-June 1993 | Instructor in Medicine, Harvard Medical School, Boston, MA |
| July 1993-June 1998 | Assistant Professor of Medicine (Cardiology) Georgetown University, Washington, D.C. |
| July 1998-June 2000 | Associate Professor of Medicine (Cardiology) Georgetown University, Washington, D.C. |
| July 2000- Present | Professor of Clinical Medicine (Cardiology) Indiana University School of Medicine, Indianapolis, IN |

Hospital/Clinical Appointments:

| | |
|---|---|
| July1989-June 1990 | Physician of the Day, Boston Veterans Administration Hospital, Boston, MA |
| July1989-June 1993 | Medical Officer of the Day, Brockton Veterans Administration Hospital, Brockton, MA |
| July1990-June 1993 | Urgent Care Physician, Peabody Medical Associates, Peabody, MA |

**Entire Page Highlighted**

Jeffrey Alan Breall (3)

Hospital/Clinical Appointments (continued):

| | |
|---|---|
| July1990-June 1993 | Urgent Care Physician, Walk-In Center, Beth Israel Hospital, Boston, MA |
| July1990-June 1993 | Clinical Fellow, Cardiovascular Division, Beth Israel Hospital, Boston, MA |
| July1992-June 1993 | Attending Physician, Emergency Room, Beth Israel Hospital, Boston, MA |
| July1993-June 2000 | Attending Cardiologist and Associate Director, Cardiac Catheterization Laboratory Georgetown University Medical Center, Washington, D.C. |
| July1994-June 2000 | Attending Physician (WOC), Cardiology Section Washington Veterans Administration Hospital |
| July2000-Present | Attending Cardiologist and Director, Cardiac Catheterization Laboratories and Interventional Cardiology, Indiana University |
| July 2000-Present | Attending Cardiologist, University and Methodist Hospitals (Clarian Health Partners), Indiana University, IUPUI |
| July 2000-Present | Attending Cardiologist, Wishard Memorial Hospital Indiana University, IUPUI |
| July 2000-Present | Attending Cardiologist, Richard L. Roudebush V. A. Hospital Indiana University, IUPUI |

Awards and Honors:

| | |
|---|---|
| 1978 | Baccalaureate with Honors, University of California, Berkeley, CA |
| 1979-1980 | Teaching Assistantship, University of California, San Francisco, CA |
| 1982-1983 | Patent Fund Recipient, University of California San Francisco, CA |
| 1987 | Alpha Omega Alpha – Albert Einstein College of Medicine |
| 1996 | Excellence in Teaching Award, Cardiology Georgetown University Medical Center |
| 1997 | Outstanding Visit/Excellence in Teaching Award Georgetown University Medical Center, Dept of Medicine |
| 2000 | Lawrence A. Kyle Award for Excellence in House Staff Education Georgetown University Medical Center, Department of Medicine |
| 2000 | Sol Katz Society Award for Consistent Teaching Excellence Georgetown University Medical Center, Department of Medicine |

**Entire Page Highlighted**

Jeffrey Alan Breall (4)

Invited Lectures:

| | |
|---|---|
| 1984 | Perinatal Research Conference Lecturer, |
| | The New York Hospital-Cornell Medical Center |
| 1992 | Emergency Medicine Lecturer, |
| | Beth Israel Hospital, Boston, MA |
| 1993 | Cardiovascular Grand Rounds |
| | LAC + USC Medical Center, Los Angeles, CA |
| 1993,1995 | Department of Surgery Grand Rounds |
| | Georgetown University Medical Center |
| 1994-1998 | Current Trends in Cardiology |
| | Sacred Heart Medical Center, Cumberland, MD |
| 1995 | Department of Medicine Grand Rounds |
| | Georgetown University Medical Center |
| 1995 | Rockingham Memorial Hospital Continuing Medical Education |
| | Rockingham Memorial Hospital, Harrisonburg, VA |
| 1996 | NYLCare/Georgetown University Physician Update |
| | Cardiology in General Medicine, Rockville, MD |
| 1996-1999 | American College of Physicians Internal Medicine Board Review |
| | Georgetown University Medical Center |
| 1996 | Multi Disciplinary Grand Rounds |
| | Georgetown University Medical Center |
| 1996 | Health Care Finance Administration/Peer Review Organization |
| | Forum on Quality Improvement Interventions, Boston, MA |
| 1996 | Third Annual Mid-Atlantic Conference for Cardiovascular |
| | Fellows, Georgetown University Medical Center |
| 1996 | MAMSI/Georgetown University |
| | Chest Pain Update, Bethesda, MD |
| 1996 | Vencor Hospital-Cardiology Update |
| | When to use Primary Angioplasty, Alexandria, VA |
| 1997 | Acute Myocardial Infarction-The First 72 Hours |
| | ACCess AMI Teleconference, American College of Cardiology |
| 1997 | Harvey-Hufnagel Symposium |
| | Georgetown University Medical Center |
| 1998 | Cardiology for the General Practitioner |
| | Georgetown University Medical Center |
| 1998 | Management of Non Q-Wave Myocardial Infarction |
| | University of Maryland Medical Center |
| 2000-2005 | Cardiology Update for Primary Care Physicians |
| | Krannert Institute of Cardiology, Indiana University |

**Entire Page Highlighted**

Jeffrey Alan Breall (5)

Invited Lectures (continued):

| | |
|---|---|
| 2001 | Invited Debate: The Radial Approach to Coronary Intervention: Not Routinely in the Patient's Best Interest<br>American College of Cardiology, Orlando, FL |
| 2001 | Acute Coronary Syndromes—the current era<br>Indiana University Internal Medicine Board Review |
| 2001 | Current Management of Acute Coronary Syndromes<br>Cardiac Surgery Grand Rounds, Indiana University |
| 2002 | Session Co-Chair: Optimal Stent Results<br>American College of Cardiology, Atlanta, GA |
| 2002 | Panelist: Atherectomy-When, Where, Why and How<br>American College of Cardiology, Atlanta, GA |
| 2002 | Session Co-Chair: Stent Selection<br>American College of Cardiology, Atlanta, GA |
| 2002 | Division of Cardiology Grand Rounds: Peripheral Vascular Disease for the Cardiologist<br>Indiana University School of Medicine |
| 2002 | Department of Medicine Grand Rounds: Optimal Reperfusion Therapy for Acute Myocardial Infarction<br>Indiana University School of Medicine |
| 2002 | Department of Medicine Grand Rounds: Management of Acute Coronary Syndromes<br>Indiana University School of Medicine |
| 2001- | Department of Medicine Noon Lecture Series: Treatment of Acute Myocardial Infarction<br>Indiana University School of Medicine |
| 2003 | Drug Coated Stents, Cardiovascular Nursing Update, Clarian Health Partners |
| 2004 | Update in Thrombosis Symposium, Acute Coronary Syndromes The CARE Group |
| 2004 | Division of Cardiology Grand Rounds: Treatment of Unstable Angina |
| 2004 | Applications in Diagnostic Imaging, American Roentgen Ray Society, Indianapolis/Chicago |

Administrative Positions and Committees:

| | |
|---|---|
| 1978-1981 | Committee on Human Research, University of California, San Francisco, CA |
| 1980-1983 | Graduate Student's Council, University of California, San Francisco, CA |
| 1983-1987 | Committee on Admissions, Albert Einstein College of Medicine, Bronx, NY |

**Entire Page Highlighted**

Jeffrey Alan Breall (6)

Administrative Positions and Committees (continued):

| | |
|---|---|
| 1984-1986 | Faculty-Student Senate, Albert Einstein College of Medicine |
| 1993-2000 | Associate Director, Cardiac Catheterization Laboratories and Interventional Cardiology, Georgetown University Medical Center |
| 1993-2000 | Residency Selection Committee, Department of Medicine Georgetown University Medical Center |
| 1993-1997 | Chair, Cardiopulmonary Resuscitation Committee Georgetown University Medical Center |
| 1994-1997 | Animal Care and Use Committee Georgetown University Medical Center |
| 1994-1995 | Research Planning and Operations Committee, Dept of Medicine, Georgetown University Medical Center |
| 1995-1996 | Chair, PTCA Clinical Process Committee, Georgetown University Medical Center |
| 1995-2000 | Cardiac Catheterization Credentials Committee, Georgetown University Medical Center |
| 1995 | Chair, Chest Pain Clinical Process Committee, Georgetown University Medical Center |
| 1996, 2002- | Ad Hoc Reviewer; National Heart, Lung, and Blood Institute, Clinical Trials Review Committee |
| 1996-1997 | Clinical Resource Steering Committee, Georgetown University Medical Center |
| 1996-1999 | Quality Improvement Committee, Department of Medicine Georgetown University Medical Center |
| 1996-1997 | Quality Improvement Council, Georgetown University Medical Center |
| 1997 | Chair, Task Force on Graduate Training Opportunities, Department of Medicine, Georgetown University Medical Center |
| 1997 | Co-Chair, Hospital Task Force on Case Management, Georgetown University Medical Center |
| 1997-2000 | American Heart Association- Committee on Cardiac Catheterization |
| 1997-2000 | University Faculty Senate-Georgetown University |
| 1997 | Clinical Service Standard Subcommittee Georgetown University Medical Center |
| 1998-2000 | At-Large Member, Faculty Practice Group Board Georgetown University Medical Center |
| 1998-2000 | Vice Chair, Pharmacy and Therapeutics Committee Georgetown University Medical Center |
| 1998-2000 | Committee on Medical Education Georgetown University Medical Center |
| 2001- | Peripheral Vascular Disease Committee American College of Cardiology |

**Entire Page Highlighted**

Jeffrey Alan Breall (7)

Administrative Positions and Committees (continued):

| | |
|---|---|
| 2001-2003 | Abstract Grader, Scientific Sessions, American Heart Association |
| 2000- | Director, Interventional Cardiology Section, Krannert Institute of Cardiology, Indiana University |
| 2000- | Cardiology Fellowship Selection Committee, Krannert Institute of Cardiology, Indiana University |
| 2000- | Director, Cardiac Catheterization Laboratories and Interventional Cardiology, Methodist Hospital, Clarian Health Partners |
| 2002- | Co-Chair, AMI Clinical Process Committee, Methodist Hospital, Clarian Health Partners |
| 2002- | Member, Cardiovascular Operations Committee, Methodist Hospital, Clarian Health Partners |
| 2002- | Member, Cardiovascular Program Care Data Management Committee, Methodist Hospital, Clarian Health Partners |
| 2003- | Member, Executive Committee, Krannert Institute of Cardiology, Indiana University |
| 2003- | Member, Krannert Institute of Cardiology-Director-Search Committee, Indiana University |
| 2005- | Member, Pharmacy and Therapeutics Committee, Methodist Hospital, Clarian Health Partners |

Teaching Assignments:

Ambulatory (Outpatient) Cardiology Elective:

Serving as a preceptor for house-staff in outpatient cardiology clinic (four hour/week, Direct contact- cardiology system, history taking, bedside examination, and management plan formulation). 2004/2005

Weekly Conferences:

Interventional Cardiology Conference (Every Tuesday),
One hour conference dedicated to clinical case presentation, and year-long didactic lecture series devoted to invasive and interventional cardiology fellows.

Clinical Decision Making Conference (Every Friday)
One hour conference dedicated to clinical decision making and cardiac catheterization. Conference attended by cardiology fellows, medicine house-staff and medical students on cardiology rotation.

**Entire Page Highlighted**

Jeffrey Alan Breall (8)

Teaching Assignments (cont.):

Monthly Conference:

> Morbidity and Mortality Conference
> One hour conference dedicated to morbidity and mortality in cardiac catheterization
> laboratories including didactic presentations.

Hands-on-training and supervision for general cardiology fellows during cardiac catheterization
rotation. Teaching basic principles of radiation safety, X-ray imaging, and all diagnostic aspects
of cardiac catheterizations (3 days/week)

Hands-on-training and supervision for interventional cardiology fellows during their one-year
interventional cardiology fellowship. Teaching principles and practice of interventional
cardiology procedures including balloon angioplasty, stent, atherectomy and valvuloplasty
procedures. Advanced invasive diagnostic procedures such as intravascular ultrasonography
(IVUS), intracoronary physiologic lesion assessment (Doppler and pressure wire) (3 days/week)

Multi-center Clinical Investigations:

| | |
|---|---|
| 1991 | Co-investigator, Zatebradine trial for chronic stable angina |
| 1992 | Co-investigator, Thrombolysis in Myocardial Ischemia Study (TIMI 3), Beth Israel Hospital |
| 1992 | Associate-Director, Core Angiographic Laboratory, Thrombolysis in Myocardial Infarction Study (TIMI 4), Beth Israel Hospital |
| 1992 | Co-investigator, Thrombolysis in Myocardial Ischemia Study (TIMI 7), Beth Israel Hospital |
| 1993 | Co-Principal Investigator, Biobehavioral Triggers of Myocardial Ischemia Study (TOMIS), Georgetown University Medical Center |
| 1993 | Co-Principal Investigator, Coronary Regression with Estrogen in Women, Study (CREW), Georgetown University |
| 1994 | Co-investigator, Balloon versus Optimal Atherectomy Trial (BOAT), Georgetown University Medical Center |
| 1994 | Co-investigator, Thrombolysis and Thrombin Inhibition and Acute Myocardial Infarction Study (TIMI 9), Georgetown University Medical Center |

**Entire Page Highlighted**

Jeffrey Alan Breall (9)

Multi-center Clinical Investigations (continued):

| | |
|---|---|
| 1995 | Co-investigator, Randomized Efficacy Study of Tirofiban (MK-383) for Outcomes and Restenosis (RESTORE) Georgetown University Medical Center |
| 1995 | Co-investigator, Randomized trial of aspirin versus aspirin plus heparin, versus aspirin plus hirudin in patients with acute myocardial infarctions not receiving thrombolytic therapy (ASIS-I), Georgetown University Medical Center |
| 1995 | Co-investigator, Stent Anti-thrombosis Regimen Study (STARS) Georgetown University Medical Center |
| 1996 | Co-investigator, Myocardial Infarction with Novastan and t-PA (MINT) Trial, Georgetown University Medical Center |
| 1996 | Co-investigator, ACS Multi-Link Stent Clinical Equivalence in De Novo Lesions Trial (ASCENT), Georgetown University Medical Center |
| 1996 | Co-investigator, Carotid Stent Supported Angioplasty (CSSA) Georgetown University Medical Center |
| 1996 | Co-investigator, Reduced Anticoagulation after Vein Graft Stenting Pilot Study (RAVES Pilot), Georgetown University Medical Center |
| 1997 | Co-investigator, Palmaz-Schatz *Crown* Balloon Expandable Stent with *Power Grip* Study, Georgetown University Medical Center |
| 1997 | Co-investigator, Medinol *Nirvana* Balloon Expandable Stent Georgetown University Medical Center |
| 1997 | Principal Investigator, EXCITE Trial (Evaluation of oral Xemilofiban in Controlling Thrombotic Events in patients undergoing coronary angioplasty or stent placement) |
| 1997 | Co-investigator, Bard EXTRA Trial (Evaluation of the XT stent for Restenosis in native Arteries) |
| 1998 | Clinical Events Committee Biocompatibles *divYsio* Stent Randomized Control Trial |
| 1999 | SCIMED SYMBIOT Covered Stent Feasibility Study Clinical Events Committee |
| 1999 | Co-investigator, Prevention of Restenosis with Tranilast and Its Outcomes (PRESTO) Georgetown University Medical Center |
| 1999 | Principal Investigator, Norvasc for Regression of Minimal to Moderate Atherosclerotic Lesions by Intravascular Sonographic Evaluation (NORMALISE) Georgetown University Medical Center |

**Entire Page Highlighted**

Jeffrey Alan Breall (10)

Multi-center Clinical Investigations (continued):

| | |
|---|---|
| 2000 | Embol-X Aortic Cannula Feasibility Study<br>Clinical Events Committee |
| 2001 | Principal Investigator, Pharmakokinetic Study of Enoxaparin in Patients Undergoing Percutaneous Coronary Intervention (PEPCI) Indiana University Medical Center |
| 2000 | Principal Investigator, Coronary Revascularization Utilizing INTEGRILIN and Single-bolus Enoxaparin (The Cruise Study) Indiana University Medical Center |
| 2001 | Principal Investigator, Sound Wave Inhibition of Neointimal Growth (The Swing Study) Indiana University Medical Center |
| 2001 | Principal Investigator, Sonotherapy Prevention of Late Arterial In-Stent Hyperplasia (The SPLASH Study) Indiana University Medical Center |
| 2001 | Co-Investigator, Evaluation of the RX ACHIEVE Drug Coated Coronary Stent System in the Treatment of Patients with De Novo Coronary artery Lesions (DELIVER Clinical Trial) Indiana University |
| 2002 | Study Assessing Goals in the Elderly (SAGE) Trial Chairman, Cardiovascular Events Adjudication Committee |
| 2002 | Co-investigator, A Prospective Randomized Trial Evaluating the Symbiot III Covered Stent System in Saphenous Vein Grafts (SYMBIOT III) Indiana University |
| 2003 | Principal Investigator, Investigator, Protection During Saphenous Vein Graft Intervention to Prevent Distal Embolization (PRIDE Study), Indiana University |
| 2002 | Principal Investigator, Spinal Cord Stimulation for the Treatment of Refractory Angina, Indiana University |
| 2002 | Principal Investigator, ACT Guided Coronary Interventions Registry using Dalteparin (ACT – 1), Indiana University |
| 2002 | Steering Committee, ACT Guided Coronary Interventions Registry using Dalteparin (ACT – 1), Indiana University |
| 2003 | Co-investigator, Proximal Protection during Coronary Intervention using the Proxis Embolic Protection System: A Randomized Multicenter Clinical Trial |
| 2003 | Principal Investigator, A Multicenter, Randomized, Double Blind Controlled Study to Evaluate the Efficacy and Safety of Ad5FGF-4 in Patients with Stable Angina (AGENT-3), Indiana University |
| 2003 | Principal Investigator, e-Cypher Registry, Indiana University |
| 2004 | Principal Investigator, The Assessment of the Medtronic AVE Interceptor Saphenous Vein Graft Filter System (AMEthyst), Indiana University |

**Entire Page Highlighted**

Jeffrey Alan Breall (11)

Multi-center Clinical Investigations (continued):

| | |
|---|---|
| 2004 | Principal Investigator, Safety and Efficacy of Enoxaparin in PCI patients, an international randomized Evaluation (STEEPLE), Indiana University |
| 2004 | Principal Investigator, A randomized comparison of Angiomax versus Lovenox in patients undergoing early invasive management for acute coronary syndromes without ST-segment elevation (The ACUITY Trial), Indiana University |
| 2004 | Principal Investigator, (ARRIVE 2), Multi-Center Safety Surveillance Program, Taxus Express Drug Eluting Stent Platform, Indiana University |
| 2005 | Principal Investigator, A comparison of CS-747 and clopidogrel in acute coronary syndrome subjects who are to undergo percutaneous coronary intervention (TIMI-38), Indiana University |
| 2005 | Co-investigator, Multicenter trial of the Orqis Medical CRS for the Enhanced Treatment of CHF Unresponsive to Medical Therapy (MOMENTUM), Indiana University |
| 2005 | Principal Investigator, FREEDOM TRIAL: Future Revascularization Evaluation in Patients with Diabetes Mellitus: Optimal Management of Multivessel disease, Indiana University |
| 2006 | Principal Investigator, ENDEAVOR IV Trial: A Randomized Controlled Trial of the Medtronic Endeavor Drug (ABT-578) Eluting Coronary Stent System versus the Taxus Paclitaxel-Eluting Coronary Stent System in De novo Native Coronary Artery Lesions, Indiana University |
| 2006 | Co-investigator, VA Coronary Artery Revascularization in Diabetes Study—VA CARDS, Roudebush VA Medical Center |
| 2006 | Principal Investigator, ZoMaxx II Trial: A Randomized Controlled Trial of the ZoMaxx Drug Eluting Coronary Stent System versus the Taxus Express Paclitaxel-Eluting Stent System in do novo Coronary Artery Lesions |
| 2007 | Principal Investigator, PERSEUS Trial: A Randomized Controlled Trial of the Taxus Element Drug Eluting Coronary Stent System versus the Taxus Liberte' Paclitaxel-Eluting Stent System in do novo Coronary Artery Lesions |

Organizations and Societies:

| | |
|---|---|
| 1983 | American Medical Association |
| 1984 | New York Academy of Sciences |

**Entire Page Highlighted**

Organizations and Societies (continued):

| | |
|---|---|
| 1989-1993 | Massachusetts Medical Society |
| 1994- | Fellow, American Heart Association, Council on Clinical Cardiology |
| 1994-1996 | Affiliate, Society for Cardiac Angiography and Interventions |
| 1994- | Abraham M. Rudolph Developmental Cardiology Society |
| 1995- | Fellow, American College of Cardiology |
| 1995- | Fellow, American College of Chest Physicians |
| 1995- | Fellow, American College of Physicians |

Manuscript Review:

1. Cardiovascular Drugs and Therapy
2. Catheterization and Cardiovascular Intervention
3. Journal of the American College of Cardiology
4. Journal of the American Medical Association
5. American Journal of Cardiology
6. Coronary Artery Disease
7. Journal of the American Society of Echocardiography

Grant Funding:

1. Title: CCP-PTCA versus Thrombolysis; CCP-Acute Myocardial Infarction in Diabetic Patients
   Agency: Delmarva Foundation
   Direct plus Indirect Amount: $160000
   Start Date: 1996

2. Title: Unrestricted educational and research grant for Krannert Interventional Cardiology
   Agency: Merck
   Direct: $25,000
   Start Date: 2000

3. Title: Unrestricted educational and research grant for Krannert Interventional Cardiology
   Agency: COR Therapeutics
   Direct: $5,000
   Start Date: 2000

**Entire Page Highlighted**

Jeffrey Alan Breall (13)

Grant Funding (continued):

    4. Title: Unrestricted educational and research grant for Krannert Interventional
Cardiology
      Agency: Bristol-Myers Squibb
      Direct: $2,000
      Start Date: 2001

    5. Title: Unrestricted educational and research grant for Krannert Interventional
Cardiology
      Agency: Pfizer
      Direct: $10,000
      Start Date: 2001

    6. Title: Animal Catheterization Laboratory research grant for Institute for Vascular
Biology and Medicine
      Direct: $25,000
      Start Date: 2002

Research Interests:

    1. New devices for coronary intervention/high risk angioplasty
    2. Quality Assurance in the Cardiac Catheterization Laboratory
    3. Cost-effectiveness of coronary interventions
    4. Primary angioplasty in acute myocardial infarction
    5. Peripheral Vascular Disease

**Entire Page Highlighted**

Jeffrey Alan Breall (14)

Publications

Articles:

1. Breall JA, Rudolph AM, Heymann MA: Role of thyroid hormone in postnatal circulatory and metabolic adjustments. *J Clin Invest* 1984; 73:1418-1424.
2. Khayyal MA, Eng C, Franzen D, Breall JA, Kirk ES: The effects of vasopressin on the coronary circulation: reserve and regulation during ischemia. *Am J Physiol* 1985; 248:H516-H522.
3. Levine MJ, Harada K, Meuse AJ, Watanabe J, Breall J, Carrozza JP, Bentivegna L, Franklin A, Johnson RG, Grossman W, & Morgan JP: Excitation -contraction uncoupling during ischemia in the blood perfused dog heart. *Biochem Biophys Res Commun* 1991; 179:502-6.
4. Breall JA, Kim D, Baim DS, Skillman JJ, Grossman W: Coronary-subclavian steal: an unusual cause of angina pectoris after successful internal mammary coronary artery bypass grafting. *Cathet Cardiovasc Diagn* 1991; 24:274-276.
5. Breall JA, Goldberger AL, Warren SE, Diver DJ, Sellke FW: Posterior mediastinal masses: rare causes of cardiac compression. *Am Heart J* 1992; 124:523-526.
6. Breall JA, Watanabe J, & Grossman W: The effect of zatebradine on contractility, relaxation and coronary blood flow. *J Am Coll Cardiol* 1993; 21:471-477.
7. Breall JA, Grossman W, Stillman IE, Gianturco LE, Kim D: Atherectomy of the subclavian artery for patients with symptomatic coronary-subclavian steal syndrome. *J Am Coll Cardiol* 1993; 21:1564-1567.
8. Cohen DJ, Breall JA, Ho KKL, Weintraub RM, Kuntz RE, Weinstein MC, Baim DS: The economics of coronary revascularization: comparison of costs and charges for conventional angioplasty, directional atherectomy, stenting and bypass surgery. *J Am Coll Cardiol* 1993; 22:1052-1059.
9. Gordon PC, Kugelmass AD, Cohen DJ, Breall JA, Friedrich SP, Carrozza JP Jr, Diver DJ, Kuntz RE, Baim DS: Use of balloon post-dilation to safely improve the results of successful (but sub-optimal) directional coronary atherectomy. *Am J Cardiol* 1993; 72:71E-79E.
10. The TIMI IIIB Investigators: Effects of tissue plasminogen activator and a comparison of early invasive and conservative strategies in unstable angina and non-Q-wave myocardial infarction: Results of the TIMI IIIB Trial. *Circ* 1994; 89:1545-1556.
11. Cohen DJ, Breall JA, Ho KKL, Kuntz RE, Goldman L, Baim DS, Weinstein MC: Evaluating the potential cost-effectiveness of stenting as a treatment for symptomatic single-vessel coronary artery disease: use of a decision-analytic model. *Circ* 1994; 89:1959-1874.
12. Gibson CM, Cannon CP, Piana RN, Breall JA, Sharaf B, Flatley M, Davis V, Diver DJ, McCabe CH, Flaker GC, Baim DS, Braunwald E, for the TIMI 4 Study Group: Angiographic predictors of reocclusion following thrombolysis: results from the TIMI 4 study. *J Am Coll Cardiol* 1995; 25:582-589.

**Entire Page Highlighted**

Jeffrey Alan Breall (15)

Articles (continued):

13. Colleran JA, Burke AB, Moseley AL, Green SE, Breall JA, Virmani R: Subvalvular left ventricular outflow tract obstruction caused by "rhino-nodular" calcification. *Cardiovasc Pathol* 1995; 4:123-126.

14. Breall JA, Gersh BJ: Common manifestations of valvular heart disease in the elderly. *Cardiology in Review* 1995; 3:150-157.

15. Colleran JA, Tierney JP, Prokopchak R, Diver DJ, Breall JA: Angiographic presence of a myocardial bridge after successful percutaneous transluminal coronary angioplasty. *Am Heart J* 1996; 131:196-198.

16. Bui MN, Sack MN, Moutsatsos G, Lu DY, Katz P, McCown R, Breall JA, Rackley CE: Autoantibodies titers to oxidized low-density lipoprotien in patients with coronary atherosclerosis. *Am Heart J* 1996; 131:663-667.

17. Schultz SC, Breall J, Hannan R: Acute cardiac tamponade secondary to congenital factor V deficiency. *Cardiology* 1997; 88:48-9.

18. Berger AK, Breall JA, Gersh BJ: When is PTCA the treatment of choice for acute MI? *Contemporary Intrnal Medicine* 1997; 9:45-55.

19. Tavel ME, Breall JA, Gersh BJ: Ischemic heart disease with congestive heart failure. In: Tavel M ed. Clinical Problems in Cardiopulmonary Disease *Chest* 1998; 113:1119-1122.

20. Berger AK, Edris DW, Breall JA, Oetgen WJ, Marciniak TA, Molinari GF: Resource utilization and quality of care for Medicare patients with acute myocardial infarction in Maryland and the District of Columbia; Analysis of data from the Cooperative Cardiovascular Project. *Am Heart J* 1998; 135:349-356.

21. Breall JA, Solomon AJ, Gersh BJ: Non-Q wave myocardial infarction: You cannot judge a book by its cover. *ACC Current Journal Review* May/June 1998: 15-18.

22. Solomon AJ, Breall JA, Gersh BJ: Unstable angina: Current recommendations and new directions. *ACC Current Journal Review* May/June 1998: 18-23.

23. Weissman NJ, Sheris SJ, Chari R, Mendelsohn FO, Anderson WD, Breall JA, Tanguay J-F, Diver DJ:Intravascular Ultrasonic analysis of plaque characteristics associated with coronary artery remodeling. *Am J Cardiol* 1999; 84:37-40.

24. Berger AK, Schulman KA, Gersh BJ, Pirzada S, Breall JA, Johnson AE, Every NR: Primary coronary angioplasty vs thrombolysis for the management of acute myocardial infarction in elderly patients. *JAMA* 1999; 282:341-348.

25. Rashid H, Marshall RJ, Diver DJ, Breall JA: Spontaneous and diffuse coronary artery spasm unresponsive to conventional intracoronary pharmacologic therapy. A case report. *Cathet Cardiovasc Interv* 2000; 49:188-191.

26. Rashid H, Marshall RJ, Diver DJ, Breall JA: Use of atropine in the treatment of spontaneous coronary artery. *Cathet Cardiovasc Interv.* 2000; 50:375B-376.

27. Patel SR, Breall JA, Diver DJ, Gersh BJ, Levy AP: Does bradycardia promote coronary collateral growth in humans? *Coronary Artery Disease.* 2000; 11:467-472.

**Entire Page Highlighted**

Jeffrey Alan Breall (16)

Articles (continued):

28. Sheifer SE, Rathore SS, Gersh BJ, Weinfurt KP, Oetgen WJ, Breall JA, Schulman KA: Time to presentation with acute myocardial infarction in the elderly: Association with race, gender, and socioeconomic status. *Circ* 2000; 102:1651-6.

29. Berger AK, Breall JA, Gersh BJ, Johnson AE, Oetgen WJ, Marciniak TA, Schulman KA Effect of diabetes mellitus and insulin use on survival after acute myocardial infarction in the elderly (The Cooperative Cardiovascular Project). *Am J Cardiol* 2001; 87:272-277.

30. Kalaria VG, Rouch C, Bourdillon PD, Breall JA: Distal emboli protection in patients undergoing percutaneous coronary intervention after a recent myocardial infarction. *Cathet Cardiovasc Interv* 2002; 57:54-60.

31. Panchal VR, Kalaria V, Breall JA, March KL: Catheter-based gene therapy for angiogenesis. *Applications in Imaging Cardiac Interventions:* Oct 2002

32. Kalaria VG, Koradia N, Breall JA: Myocardial bridge: A clinical review. *Cathet Cardiovasc Interv* 2002; 57:552-556.

33. Bhatt DL, Lee BI, Castrella PJ, Pulsipher M, Rogers M, Cohen M, Corrigan VE, Ryan TJ Jr, Breall JA, Moses JW, Eaton GM, Sklar MA, Lincoff AM: Safety of concomitant therapy with eptifibatide and enoxaparin in patients undergoing percutaneous coronary intervention-results of the CRUISE study. *J Am Coll Cardiol* 2003; 41:20-25.

34. Bhakta D, Breall JA, Kalaria VG: Complete sinus inversus and bicuspid aortic valve stenosis. *J Invas Cardiol* 2003; 15:213-215.

35. Cline SL, Kalaria VG, von der Lohe E, Breall JA: Cerebrovascular complications of Cardiac Catheterization. In: Biller and O'Donnell, eds. Seminars in Cerebrovascular Disease and Stroke, New York, NY Elsevier, 2003, 3: 194-199.

36. Ramanuja S, Breall JA, Kalaria VG: The approach to "aspirin allergy" in cardiovascular patients. *Circ*. 2004; 110: e1-e4.

37. Carrozza JP Jr, Caussin C, Braden G, Braun P, Hansell F, Fatzinger R, Walters G, Kussmaul W, Breall J; TriActiv Pilot Study Investigators. Embolic protection during saphenous vein graft intervention using a second-generation balloon protection device: results from the combined US and European pilot study of the TriActiv Balloon Protected Flush Extraction System. *Am Heart J*. 2005,149:1136.

38. Coram R, George Z, Breall JA: Percutaneous intervention through a Cabrol composite graft. *Cathet Cardiovasc Interv*. 2005 66:356.

39. Carrozza JP Jr, Mumma M, Breall JA, Fernandez A, Heyman E, Metzger C and for the PRIDE Study Investigators. Randomized Evaluation of the TriActiv Balloon-Protection Flush and Extraction System for the Treatment of Saphenous Vein Graft Disease J Am Coll Cardiol. *J Am Coll Cardiol* 2005 46: 1677.

40. Karlsson G, Rehman J, Meltser HM, Kalaria VG, Breall JA: Increased Incidence of Stent Thrombosis in Patients with Cocaine Use. *Cathet Cardiovasc Interv*. 2007 69:955.

41. Kirtane AJ, Heyman ER, Metzger C, Breall JA, Carrozza JP Jr; Correlates of adverse events during saphenous vein graft intervention with distal embolic protection: A PRIDE Sub Study. *Am J Cardiol*. 2007 submitted.

**Entire Page Highlighted**

Jeffrey Alan Breall (17)

Book Chapters:

1. Breall JA, Gersh BJ. The Results of Transluminal Interventions in Coronary Artery Disease. In: Bertrand M, Serruys P, Sigwart U, eds. Handbook of Cardiovascular Interventions. London, UK: Churchill Livingstone, 1996, 501-514.

2. Breall JA, Rodak DJ: Intermediate Coronary Syndrome. In: Conti CR, ed. Adult Clinical Cardiology Self Assessment Program (ACCSAP) on CD-ROM. American College of Cardiology/American Heart Association, 1997; 2000.

3. Gersh BJ, Breall JA, Diver DJ: The Role of Primary Angioplasty in the Management of Acute Myocardial Infarction. In: Opie LH and Yellon DM, ed. Cardiology at the Limits.The Rustica Press, 1997, 26-49.

4. Diver DJ, Breall JA: Balloon valvuloplasty: aortic valve. In: Yusef S, Cairns JA, Camm AJ, Fallen EL, Gersh BJ, ed. Evidence Based Cardiology. Tavistock Square, London: BMJ Books, BMA House, 2nd ed. 2003, 782-795.

5. Meuth MJ, Green CE, Breall JA: Interventional techniques for coronary artery disease. In: Taveras JM & Ferrucci JT, eds. RADIOLOGY Diagnosis*Imaging* Intervention. 2:132. Philadelphia, PA: Lippincott Williams & Wilkins, 1999.

6. Meldrum DR, Raiesdana A, Breall JA, Brown JW: Heart Transplantation. In: Harken AH & Moore EE, eds. Abernathy's Surgical Secrets, 91:319. Philadelphia, PA: Hanley & Belfus, 2004

7. Meldrum DR, Raiesdana A, Breall JA, Brown JW: Heart Transplantation. In: Harken AH & Moore EE, eds. Abernathy's Surgical Secrets, 91:323. Philadelphia, PA: Hanley & Belfus, 2004

8. Breall JA, Aroesty JM, Simons M: Overview of the management of unstable angina and acute non-ST elevation (non-Q wave) myocardial infarction. In: Rose BD, ed. UpToDate[TM] in Cardiovascular Medicine, Waltham, MA, 2007

9. Breall JA, Simons M: Risk stratification after unstable angina or non-ST elevation (non-Q-wave) myocardial infarction. In: Rose BD, ed. UpToDate[TM] in Cardiovascular Medicine, Waltham, MA, 2007

10. Breall JA, Simons M: Coronary arteriography and revascularization following unstable angina or non ST-elevation (non-Q wave) acute myocardial infarction. In: Rose BD, ed. UpToDate[TM] in Cardiovascular Medicine, Waltham, MA, 2007

11. Emery M, Breall JA: Disparities in the delivery of cardiovascular care. In: Rose BD, ed. UpToDate[TM] in Cardiovascular Medicine, Waltham, MA, 2007

Abstracts:

1. Breall JA and Nicoll CS: Somatotrophic Effects of Prolactin in Neonatal Rats. Western Regional Conference on Endocrinology. Santa Cruz, CA 1978.

2. Clyman RI, Breall J, Maher P, Campbell D, Maury F: Thyroid Hormones and the Ductus Arteriosus. The Society for Pediatric Research. Washington, D.C. 1985.

**Entire Page Highlighted**

Jeffrey Alan Breall (18)

Abstracts (continued):

3. Breall JA, Watanabe J, Grossman W: Comparative Effects of ULFS-49 and Verapamil on Heart Rate and Contractility in Isolated Hearts. American College of Cardiology. Atlanta, GA 1991.

4. Cohen DJ, Breall JA, Ho KKL, Baim DS: Comparative Costs of Two New Technologies, Conventional Angioplasty, and Bypass Surgery for Elective Coronary Revascularization. American Heart Association, New Orleans, LA 1992.

5. Cohen DJ, Kuntz R., Breall JA, Ho KKL., Goldman L, Weinstein MC, Baim DS: The Incremental Cost-Effectiveness of Coronary Stenting versus Conventional Angioplasty: A Decision-Analytic Model. American Heart Association, New Orleans, LA 1992.

6. Gibson CM, Cannon CP, Piana RN, Maher KA, Davis SD, Breall JA, Davis V, Diver DJ: Relationship of Coronary Flow to Myocardial Infarction Size: Two Simple Methods to Sub-classify TIMI Flow Grades. American Heart Association, New Orleans, LA 1992.

7. Gibson CM, Piana RN, Davis SF, Maher KA, Breall JA, Davis V, Diver DJ, Baim DS: Improvement in Minimum Lumen Diameter During First Day After Thrombolysis. American Heart Association, New Orleans, LA 1992.

8. Gibson CM, Cannon CP, Piana RN, Breall JA, Davis SF, Maher KA, Flatley M, Davis V, Diver DJ, Baim DS for the TIMI 4 Study Group:  Consequences of TIMI Grade 2 vs. 3 Flow at 90 Minutes Following Thrombolysis. American College of Cardiology, Anaheim, CA 1993.

9. Cohen DJ, Kuntz RE, Friedrich SP, Gordon PC, Breall JA, Ho KK, Weinstein MC, Baim DS:  Cost-Effectiveness of Directional Atherectomy, Stenting, and Conventional Angioplasty in Single-Vessel Disease: A Decision-Analytic Model. American College of Cardiology, Anaheim, CA, 1993.

10. Gordon PC, Kugelmass AD, Breall JA, Friedrich SP, Cohen DJ, Diver DJ, Baim DS: Selective Use of Balloon Post-dilation Can Safely Improve the Results of Successful (but Sub-optimal) Directional Coronary Atherectomy.  American Heart Association, Atlanta, GA 1993.

11. Cohen DJ, Gordon PC, Friedrich SP, Breall JA, Diver DJ, Weinstein MC, Baim DS: The Cost-Effectiveness of Selective Adjunctive Balloon Dilation after Successful (but Sub-optimal) Directional Coronary Atherectomy: A Decision-Analytic Model. American Heart Association, Atlanta, GA 1993.

12. Moscucci M, Kugelmass AD, Piana RN,Gordon PC, Wood M, Friedrich SP, Breall JA, Kuntz RE: The Value of Using Simple Logistic Models of Target Site-Related Clinical Events in the Evaluation of Vein Graft Restenosis. American Heart Association, Atlanta, GA 1993.

13. Diver DJ, Brown BG, Breall JA, Berger C, Dunn S, Thompson B, McCabe CH, Braunwald E: Characterization of Patient Management and Outcomes in the TIMI-IIIA Trial.   American College of Cardiology. Atlanta, GA 1993.

**Entire Page Highlighted**

Jeffrey Alan Breall (19)

Abstracts (continued):

14. Sack MN, Katz P, McCown R, Breall JA, Rackley CE: An Enzyme Linked Immunosorbent Assay of Autoantibodies to Oxidized Low-Density Lipoproein as a Predictor of Coronary Artery Disease. American College of Cardiology. Atlanta, GA 1993.

15. Bui MN, Moutsatsos G, Sack MN, Lu D, Breall JA, Katz P, Rackley CE: Autoantibody Titers to Oxidized LDL in Patients with Coronary Artery Disease and Stable and Unstable Angina. American Federation for Clinical Research. San Diego, CA 1995.

16. Gannuscio JR, Breall JA, Diver DJ, Lawrence W: PTCA Clinical Process Team Decreases Hospital Costs and Length of Stay. Transcatheter Cardiovascular Therapeutics. Washington, D.C. 1996.

17. Arora UK, Chari R, Breall JA, Diver DJ, Weissman NJ: Does Coronary Calcification Predict Atherosclerotic Placque Burden: A 3-Dimensional Intravascular Ultrasound Analysis. American Heart Association, New Orleans, LA 1996.

18. Weissman NJ, Chari R, Mendelsohn FO, Foster GP, Anderson WD, Breall JA, Tanguay J, Diver DJ, Gersh BJ: Patient and Plaque Characteristics Associated with Coronary Remodeling: An Intravascular Ultrasound Analysis. American College of Cardiology, Anaheim, CA 1997.

19. Weissman NJ,Arora UK, Breall JA, Gannuscio JR, Diver DJ, Gersh BJ: In Vivo Gender Differences in Coronary Artery Plaque Morphology Assessed by Intravascular Ultrasound. American College of Cardiology, Anaheim, CA 1997.

20. Arora UK, Chari R, Mendelsohn FO, Foster GP, Breall JA, Diver DJ, Weissman NJ: Altered Plaque Distribution in Hypertensive Patients. American College of Cardiology, Anaheim, CA 1997.

21. Arora UK, Chari R, Breall JA, Diver DJ, Weissman NJ: Calcified Luminal Surface Area: An Improved Method to Quantify Coronary Calcification Using 3D IVUS Analysis. American Society of Echocardiography, Orlando, FL 1997.

22. Arora UK, Chari R, Mendelsohn FO, Breall JA, Diver DJ, Weissman NJ: Increased Coronary Atherosclerotic Plaque Burden and Calcification in Diabetic Patients by 3D Intravascular Ultrasound Analysis. American Heart Association, Orlando, FL 1997.

23. Arora UK, Chari R, Breall JA, Diver DJ, Weissman NJ: The Aging Atherosclerotic Plaque: In Vivo Morphologic Analysis and Gender Differences using Intravascular Ultrasound. American Heart Association, Orlando, FL 1997.

24. Arora UK, Chari R, Breall JA, Diver DJ, Weissman NJ: Adventitial Changes with Atherosclerosis: In Vivo Observations and Implications for IVUS Assessment of Plaque Morphology. American Heart Association, Orlando, FL 1997.

25. Arora UK, Little RW, Chari R, Breall JA, Diver DJ, Weissman NJ: Are Plaques Different in African Americans? A 3D Intravascular Ultrasound Study of Coronary Plaque Morphology. American Heart Association, Orlando, FL 1997.

26. Berger AK, Breall JA, Johnson AE, Schulman KA, Gersh BJ, Oetgen WJ, Pirzada SR, Frederick PR, Every NR: Primary Angioplasty versus Thrombolytic Therapy in the Elderly: The CCP Experience. American Heart Association, Orlando, FL 1997.

**Entire Page Highlighted**

Jeffrey Alan Breall (20)

Abstracts (continued):

27. Berger AK, Johnson AE, <u>Breall JA</u>, Oetgen WJ, Marciniak TA, Gersh BJ, Schulman KE: The Effect of Diabetes on Mortality in Medicare Beneficiaries with Acute Myocardial Infarction? American Heart Association, Orlando, FL 1997.

28. Every NR, Pirzada SR, Frederick PD, Robinson MB, <u>Breall JA</u>, Schulman KA:The Association Between Procedure Volume and Mortality in Primary PTCA: The CCP Experience. American Heart Association, Orlando, FL 1997.

29. Deutch E, Gordon PC, Diver DJ, <u>Breall JA</u>, FitzPatrick M, Senerchia C, Ho KKI: Safety and Efficacy of Coronary Stenting after Recent Myocardial Infarction: Results From the Stent Anticoagulation Regimen Study (STARS). American Heart Association, Orlando, FL 1997.

30. Patel SR, <u>Breall JA</u>, Gersh BJ, Levy: Does Bradycardia Promote Coronary Collateral Growth in Humans? American College of Cardiology, Atlanta, GA 1998.

31. Berger AK, Johnson AE, <u>Breall JA</u>, Schulman KA, Gersh BJ: Does Diabetes Affect the Clinical Presentation of Elderly Patients with Acute Myocardial Infarction? American College of Cardiology, Atlanta, GA 1998.

32. Oetgen WJ, Berger AK, Edris DW, Lesher MI, Jones J, Sdhuster M, Karge G, <u>Breall JA</u>, Fitzgerald M, Molinari GF: Improvement in Treatment Quality Indicators For Elderly Patients with Acute Myocardial Infarction: The Cooperative Cardiovascular Project in Maryland and the District of Columbia. American College of Cardiology, New Orleans, LA 1999.

33. Kalaria VG, <u>Breall J</u>, Class S, Sprague K, Bahro AG, Falcone W, Shoultz C, Dorogy ME: The Safety & Economic Impact of Immediate Ambulation after Diagnostic Catheterization Using a Suture Mediated Closure Device. Society of Cardiac Angiography and Intervention. Boston, MA 2003.

34. Karlsson G, Rehman J, Meltser HM, Kalaria VG, <u>Breall JA</u>: High Rate of Stent Thrombosis in Cocaine Users Undergoing Coronary Stent Placement. American College of Cardiology, New Orleans, LA 2004.

35. Rampurwala A, <u>Breall J</u>, von der Lohe E: Trend Towards Reduced Vascular Complications in Women Undergoing Diagnostic Heart Catheterization with 4 French Versus 6 French Catheters. Society for Cardiac Angiography and Interventions, Chicago, IL 2006.

36. Kerieiakes D, Turco M, McLaurin B, Feldman R, Farhat N, <u>Breall J</u>, Foster M: The AMEthyst Trial; A prospective randomized controlled study of the Medtronic Interceptor PLUS Coronary Filter System for PCI of Degenerative SVG. TCT Washington, DC 2007.

**Entire Page Highlighted**