MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:   (415) 421-3111
Facsimile:    (415) 421-0938

Attorneys for Defendants
ALTA BATES SUMMIT MEDICAL CENTER,
RUSSELL D. STANTEN, M.D., LEIGH I.G.
IVERSON, M.D., STEVEN A. STANTEN, M.D., and
WILLIAM M. ISENBERG, M.D., Ph.D.

RECEIVED

MAY 3 0 2007

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq., <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100, <br><br> Defendants. | CASE NO. C 07-2486 WHA <br><br> **DECLARATION OF KAREN WEAVER IN SUPPORT OF DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT UNDER C.C.P. 425.16** <br><br> DATE:   July 5, 2007 <br> TIME:   8:00 a.m. <br> DEPT:   Ctrm. 9, 19th Flr. <br> JUDGE:  Hon. William H. Alsup <br><br> COMPLAINT FILED:  May 9, 2007 <br> TRIAL DATE:  No date set |

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DECLARATION OF KAREN WEAVER IN SUPPORT OF
DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S
COMPLAINT UNDER C.C.P. 425.16

CASE NO. C 07-2486 WHA

I, Karen Weaver, declare as follows:

1. I am employed by Alta Bates Summit Medical Center as Manager/Credentials Supervisor for the Summit Medical Staff, a position I have held for ten years. In this position, I perform administrative duties in conjunction with Medical Staff functions, including peer review and credentialing. One of my job responsibilities is to oversee the maintenance of records of the composition of various medical staff committees. I have personal knowledge of the information set forth in this declaration.

2. Attached hereto and incorporated herein by reference as Exhibit A is a true and correct list of the Medical Staff membership of the Summit Medical Executive Committee from 2/2005 to 2/2006.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 30th day of May 2007, at Oakland, California.

_____
KAREN WEAVER

115999.v1

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

DECLARATION OF KAREN WEAVER IN SUPPORT OF
DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S
COMPLAINT UNDER C.C.P. 425.16

CASE NO. C 07-2486 WHA

**EXHIBIT A**

Summit Medical Center
**Medical Executive Committee**
02/08/2005

| Members | Title |
|---|---|
| Donovan, John F, M.D. | Anesthesia Chair |
| Gross, Goldee H., M.D. | OB/GYN Chair |
| Herskowitz, Fredric N., M.D. | Vice-President |
| Isenberg, William M., M.D. | President |
| Iverson, Leigh I., M.D. | Surgery Member-at-La |
| Komarmy, Louis E., M.D. | Pathology Representa |
| Moorstein, Bruce D., M.D. | Secretary Treasurer |
| Murray, Todd I., M.D. | ED Chair |
| Perry, Rod W., M.D. | Medicine Chair |
| Rich, Philip, M.D. | Diagnostic Imaging R |
| Saunders, James R., M.D. | Medicine Member |
| Shaieb, Annette M., M.D. | Past President |
| Stanten, Steven A., M.D. | Surgery Chair |
| Warbritton, John D. III, M.D. | Ortho Chair |
| Yee, Lisa W., M.D. | Family Practice Rep |

HPC45

**EXHIBIT A**