G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:    (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D<br><br>       Plaintiff,<br><br>   vs.<br><br>ALTA BATES SUMMIT MEDICAL CENTER<br><br>       Defendant. | Case No.: C 07-2486 WHA<br><br>**[PROPOSED] ORDER CHANGING TIME REGARDING THE BRIEFING AND HEARING DATES RELATING TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Dept.:  Ctrm. 9, 19th Floor**<br>**Judge:  Hon. William H. Alsup**<br><br>**Complaint Filed:  May 9, 2007**<br>**Trial Date:          June 2, 2008** |

1    On February 28, 2008, plaintiff moved this Court pursuant to Civil Local Rule 6-3

2  for an order altering the briefing and hearing schedules for defendant's Motion for

3  Summary Judgment.  After full consideration of the parties' papers, the Court finds good

4  cause for the relief plaintiff requests and orders the following schedule for the briefing

5  and hearing of defendant's Motion for Summary Judgment:

6

7        Plaintiff's Opposition Papers Filed:        March 27, 2008

8        Defendant's Reply Papers Filed:        April 3, 2008

9        Hearing:        April 17, 2008

10

11

12        **IT IS SO ORDERED:**

13

14  Dated:        February ___, 2008        _____

15                HON. WILLIAM H. ALSUP
                United States District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE BRIEFING AND HEARING DATES Case No. C 07-2486WHA