G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:   (415) 362-3599
Facsimile:   (415) 362-2006

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D<br><br>　　　Plaintiff,<br><br>　vs.<br><br>ALTA BATES SUMMIT MEDICAL CENTER<br><br>　　　Defendant. | Case No.: C 07-2486 WHA<br><br>**~~[PROPOSED]~~ ORDER CHANGING TIME REGARDING THE BRIEFING AND HEARING DATES RELATING TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Dept.:   Ctrm. 9, 19th Floor<br>Judge:  Hon. William H. Alsup<br><br>Complaint Filed: May 9, 2007<br>Trial Date:           June 2, 2008 |

1

~~[PROPOSED]~~ ORDER RE BRIEFING AND HEARING DATES Case No. C 07-2486WHA

1. On February 28, 2008, plaintiff moved this Court pursuant to Civil Local Rule 6-3
2. for an order altering the briefing and hearing schedules for defendant's Motion for
3. Summary Judgment. After full consideration of the parties' papers, the Court finds good
4. cause for the relief plaintiff requests and orders the following schedule for the briefing
5. and hearing of defendant's Motion for Summary Judgment:

| | |
|---|---|
| Plaintiff's Opposition Papers Filed: | March 27, 2008 |
| Defendant's Reply Papers Filed: | April 3, 2008 |
| Hearing: | April 17, 2008 |

**IT IS SO ORDERED:**

Dated: ~~February~~ ___, 2008
      March 4, 2008.

_____
HON. WILLIAM H. ALSUP
United States District Court Judge

*IT IS SO ORDERED — Judge William Alsup (seal, United States District Court, Northern District of California)*