IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L ENNIX JR, | No. C 07-02486 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING** |
| ALTA BATES SUMMIT MEDICAL CENTER, | |
| Defendant. | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Defendant's Motion for Summary Judgment previously set for April 17, 2008 at 8:00 a.m. has been rescheduled for **April 24, 2008 at 8:00 a.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: March 4, 2008

FOR THE COURT,

Richard W. Wieking, Clerk
By: /s/ Dawn Toland
Dawn Toland
Courtroom Deputy to the
Honorable William Alsup