# EXHIBIT GG

1  G. SCOTT EMBLIDGE, State Bar No. 121613
   emblidge@meqlaw.com
2  RACHEL J. SATER, State Bar No. 147976
   sater@meqlaw.com
3  ANDREW E. SWEET, State Bar No. 160870
   sweet@meqlaw.com
4  MOSCONE, EMBLIDGE, & QUADRA, LLP
   220 Montgomery Street, Suite 2100
5  San Francisco, California 94104-4238
   Telephone:    (415) 362-3599
6  Facsimile:    (415) 362-2006

7  Attorneys for Plaintiff

8              UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code § 17200 et seq., <br><br> Plaintiff, <br><br> vs. <br><br> RUSSELL D. STANTEN, M.D., et al., <br><br> Defendants. | Case No.: C 07-2486 WHA <br><br> **DECLARATION OF HOWARD BARKAN, DrPH., IN OPPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE** <br><br> Date:    August 16, 2007 <br> Time:   8:00 a.m. <br> Dept:   Ctrm. 9, 19th Floor <br> Judge:  Hon. William H. Alsup |

I, Howard Barkan, DrPH., declare:

1.   I am a Biostatistician and Research Methodologist. I have personal knowledge of the facts stated in this declaration.

2.   Attached as Exhibit A to this declaration is a true and correct copy of my current curriculum vitae.

3.   In 2005 I was asked to review materials relating to heart surgeries performed by Coyness Ennix, M.D. After reviewing those materials, I performed a statistical analysis. I explained my analysis in a document dated June 6, 2005 and entitled "Summit Medical Center Open Heart Cases; Operative Procedures and Mortality, 2004 and 2005." Attached as Exhibit B

1

DECLARATION OF HOWARD BARKAN, DrPH

1  to this declaration is a true and correct copy of that document. The statements I made and
2  opinions I expressed in that document were and are true and correct to the best of my knowledge.
3      I declare under penalty of perjury under the laws of the United States of America that the
4  foregoing is true and correct and that this declaration was signed in Oakland, California.

Dated: July 12, 2007

*Howard Barkan, DrPH*

2

DECLARATION OF HOWARD BARKAN, D-PH

# EXHIBIT A

Curriculum Vitae
# Howard E Barkan, MA, DrPH
June 2007

(510) 332-9755
howardbarkan@cs.com
Howard.Barkan@kp.org

## EDUCATION

| | | | |
|---|---|---|---|
| University of California Berkeley | Dr.P.H., M.P.H. | January 1981 | School of Public Health |
| University of Chicago, Chicago IL | M.A. | June 1969 | Anthropology |
| Brandeis University, Waltham MA | B.A. | June 1966 | Anthropology |
| Central High School, Phila., PA. | B.A. | June 1963 | |

## ACADEMIC AWARDS

| | |
|---|---|
| 1997 | **Second Prize for Presented Papers**, Uroradiology in Santa Fe '97, American College of Radiology and the Society for Uroradiology. |
| 1977-1979 | United States Public Health Service. **Dissertation Support Grant.** |
| 1974 | University of California Berkeley. **Doctoral Qualifying Examination passed with Highest Distinction.** |
| 1966 | Brandeis University. **B.A. awarded Summa Cum Laude with Honors in Anthropology** |
| 1966 | **Phi Beta Kappa**, Brandeis University. |
| 1966 - 1968 | **National Science Foundation Fellowship** |
| 1966 - 1969 | **Woodrow Wilson Foundation Fellowship** |
| 1963 - 1966 | **Philadelphia Board of Education Scholarship** |

## RELEVANT RESEARCH AND PROFESSIONAL EXPERIENCE

| | |
|---|---|
| March 2006 – Present | Statistical Consultant, McMahon.Med.com, McMahon Publishing Group |
| September 2005 - Present | Biostatistician and Research Methodologist, Department of Surgery, Kaiser Permanente, Oakland facility |
| June 2004 – Present | Beta-tester, Statistical Programs for the Social Sciences, SPSS.Inc., Chicago IL |
| May 2002 - August 2005 | Biostatistician and Research Methodologist, Clinical Research Center of the North Bay, Kaiser Permanente, Santa Rosa campus |
| December 1982– Aug 1992 | Research Professor and Evaluation Director, Department of Nursing, Sonoma State University. |
| July 1996 – April 1997 | Statistician, 'Prospective randomized study of crystalloid versus blood cardioplegia in congenital heart surgery=, Children's Hospital Oakland. |
| November 1996 - July 1999 | Design and statistical consultant, and Project Manager, 'Stroke outcome Data-base pilot study', American Academy of Neurology. |
| February - November 1985 | Consultant, Medically Indigent Data Base Project, County Health Services Branch, State of California, Department of Health Services |
| March - June 1984 | Neuro-epidemiology consultant, Department of Public Health, City and County of San Francisco, California |
| November 1979 - Dec 1982 | Consultant, Extended Programs in Medical Education, University of California San Francisco |
| June 1973 - December 1977 | Director, Medical Audit Program, University of California Medical Center, San Francisco CA. |

## INVESTIGATOR EXPERIENCE WITHIN KAISER PERMANENTE

| | |
|---|---|
| May 2007 – Present | Statistician and Research Methodologist, Surgical Outcomes and Analysis, SCPMG Clinical Analysis. Research using Plan-wide registries and databases targeting the effectiveness and risks of surgical implants and procedures with initial emphasis on orthopedic interventions: total hip and knee replacements |
| January 2007 – Present | Principal Investigator and Statistician, The Contribution of Microphthalmia Transcription Factor (Mitf) to Prognosis in Thin Malignant Cutaneous Melanoma: Bivariate Analyses. KFRI DCBI funded |
| October 2006 – Present | Co-Investigator and Programmer, Condition and intervention-specific registries and database. Topics : Radiofrequency Ablation for medically inoperable localized lung cancer ; carotid artery stenting ; hepatic CA ; sarcoma. Kaiser-Oakland Departments of Surgery and Interventional Radiology. |
| September 2005 - Present | Biostatistician and Research Methodologist, Department of Surgery, Kaiser Permanente, Oakland facility |
| May 2002 - August 2005 | Biostatistician and Research Methodologist, Clinical Research Center of the North Bay, Kaiser Permanente, Santa Rosa campus |
| November 2005 - Present | Statistician, Influenza burden in the Kaiser Permanente population: incidence of influenza-related severe complications, vaccine efficacy, and missed opportunities for vaccination, California DHS funded |
| November 2005 - Present | Statistician, Can toddler-age temperament profiles predict later ADHD and Anxiety, KFRI-DCBI funded |
| January 2005 - Present | Co-Principal Investigator and Statistician, Impact of maintenance of the sleep-wake cycle and circadian rhythm in critically ill patients on outcomes in the Intensive Care Unit: a pilot study, Kaiser Oakland Department of Medicine funded. |
| September 2004 - Nov 05 | Statistician, Preceptor back fill evaluation, Department of Nursing, Kaiser Foundation Hospitals |

| | |
|---|---|
| June 2004 - December 2005 | Co-Principal Investigator and Statistician, Treatment of plantar fasciitis with botulinum toxin type A: A controlled pilot study, externally funded |
| January 2004 - Dec 2005 | Co-Principal Investigator and Statistician, Hetastarch (Hextend) and bleeding complications after off-pump coronary bypass surgery, Kaiser Oakland Department of Medicine and KFRI funded |
| May 2002 - December 2005 | Co-Principal Investigator and Statistician, Vagus Nerve Stimulation for Refractory Epilepsy: Clinical effectiveness, costs, and impact on utilization, Cyberonix funded |
| January 2003 - Dec 2004 | Statistician, Efficacy of oral steroids as treatment for sciatica: A randomized clinical trial. KFRI & DCBI funded |
| January - December 2004 | Co-Principal Investigator and Statistician, The Use of Teriparatide (Forteo) in the Treatment of Osteoporosis: Study of Case Selection, Monitoring and Effectiveness, KFRI-DCBI Funded |
| January - December 2004 | The Prevalence of Childhood Trauma In A Headache Clinic, KFRI-DCBI funded |
| January - December 2004 | Botox and Headaches: Retrospective Review of Clinical Outcomes and Cost of Care Following Botox Treatment, KFRI-DCBI funded |
| January - December 2002 | Statistician and methodologist, Effectiveness of Assigned Post-ED Follow-up Appointments in Decreasing Short-term ED Revisits and Hospitalizations, KFRI Funded. |
| March 1999 - December 2001 | Co-Principal Investigator and Statistician, Development of Distributed Centers of Excellence in the Medical Specialties. The Neurology Model: Multiple Sclerosis. Kaiser-Permanente, funded by an unrestricted educational grant from Berlex Laboratories. |
| January 1999 - December 2001 | Co-Investigator and Statistician Mammography screening guideline adherence and utilization of other services. KFRI Grant # 158-9723. |
| January 1999 – Dec 2001 | Investigator and Statistician, Osteoporosis and psychosocial factors, KFRI Grant #158-9788. |
| January-December 1999 | Co-Investigator and Statistician, PAP screening guideline adherence and trauma history, KFRI Grant 158-9733 |
| June 1997 - June 2000 | Co-Investigator, Methodologist, and Statistician, 'The Breast Care Center: Innovative Care for the Underserved', University of California Breast Cancer Research Program Grant # 3CB-0047. |
| January 1997 - December 1999 | Co-Investigator and Statistician, >The Association of Fibromyalgia with a History of Physical and Sexual Abuse, KFRI Grant 158-9782. |
| March 1995 - December 1999 | Statistician, 'Precipitating early experiences and post-traumatic stress disorder-like syndromes among prostitutes: An international comparative study'. |
| November 1996 - July 1999 | Design and statistical consultant, and Project Manager, 'Stroke outcome Data-base pilot study', American Academy of Neurology. |
| July 1997 - July 1998 | Co-Investigator, Project Director and Statistician, 'The implementation and evaluation of programs to monitor and improve stroke care.' GENENTECH funded. |
| January 1997 - December, 1998 | Co-Investigator and Statistician, 'Trauma history and patient adherence to screening mammography guidelines', KFRI Grant #131-9732. |
| October 1995 – March 1998 | Site data manager, 'Pulmicort Turbuhaler Cost-Effectiveness Study', ASTRA funded. |
| July 1997 - February 1998 | Site data manager, 'A randomized, double-blind, placebo controlled study of Avonex (Interferon Beta-1a) in the treatment of subjects at high risk for the development of Multiple Sclerosis following the first onset of an isolated demyelinating event (Protocol #C95-812)'. BIOGEN funded. |
| March 1996 –January 1998 | Statistician, 'The effects of contrast media in coronary angiography on renal function', KFRI Grant #131-9840. |
| March 1996 – Dec 1997 | Statistician, 'Cervical chlamydia trachomatis and pregnancy: Prevalence and risk factors', KFRI Grant #131-9738. |
| January 1996 - December 1997 | Statistician, 'Physical symptoms, association, and alexithymia in women with a self- reported history of childhood sexual abuse', KFRI Grant #131-9753. |
| April - December 1997 | Statistician, 'Adverse contrast reaction data spontaneously reported to the Food and Drug Administration'. |
| January 1994 - December 1996 | Statistician, and Research Director, 'Potential therapeutic effects of contrast media in hysterosalpingography: A randomized clinical trial', Kaiser Foundation Hospitals Innovation Grant #930-198 |
| January - December 1995 | Statistician, 'Urban violence, post-traumatic stress syndrome, and group treatment of trauma survivors with and without a childhood trauma history', KFRI Grant #131-7852 |
| January - December 1994 | Statistician, Study 'Physical symptoms, dissociation, and alexithymia in women with a self-reported history of childhood sexual abuse', KFRI funded |
| September - Dec 1993 | Statistician, Study 'Childhood physical abuse and subsequent medical complaints', KFRI Grant #131-9736 |
| June 1991 - Dec 1993 | Statistician, Thyroid Suppressive Therapy and Bone Loss study, KFRI #158- 9791. |
| January 1990 - December 1992 | Co-investigator and Project Director, Small Bowel Obstruction Study, Department of Surgery, Kaiser-Permanente Oakland Facility. KFRI Grant #111-9705 |

## SELECTED RECENT PUBLICATIONS

Namba RS, Paxton L, Barkan H, Dee d, Fithian DC, Shah SB (2007) Predictors of total knee arthroplasty deep infections in 23,089 cases. Submitted for presentation, American Academy of Orthopaedic Surgeons, 2008 Annual Meeting, March 5, 2008, San Francisco CA.

Hecht M, Barkan H, Taharka A, Prince W, Loftus J (2006) Hetastarch and Bleeding Complications After Off-Pump Coronary Bypass Surgery: A Randomized, Double-Blinded Clinical Trial, Requested revisions for publication being completed, Chest

Baxter R, Barkan H, Fireman B, Lee J. Effectiveness of Influenza Vaccination in a large Medical Care Organization. To be presented, National Foundation for Infectious Diseases, Tenth Annual Conference on Vaccine Research, May 2, 2007, Baltimore Md.

Holve R, Barkan H (2006) "Oral steroids in initial treatment of acute sciatica.", To be published, Spine

Spring D, Barkan H (2005) Enhanced fertility after diagnostic hysterosalpingography may be a myth. American Journal of Radiology, 183: 1728.

Spring D, Barkan H (2005) Enhanced fertility after diagnostic hysterosalpingography: The debate continues. American Journal of Radiology 184:347-8

Farley M, Minkoff JR, Barkan H (2001) Breast cancer screening and trauma history. Women & Health 34:15-27.

Spring D, Barkan H, Pruyn S (2000) Potential therapeutic effects of contrast media in hysterosalpingography: A randomized, prospective clinical trial. MS. Radiology 214:53-57.

Parsa CJ, Organ CH, Barkan H (2000) Changing patterns of resident operative experience from 1990 to 1997. Archives of Surgery, 135: 570-575.

Backer H, Shopes E, Collins SL, Barkan H (1999) Exertional heat illness and hyponatremia in hikers. American Journal of Emergency Medicine 17:532-539.

Farley M, Barkan H (1998) Prostitution, violence, and post-traumatic stress disorder. Women and Health 27:37-50.

Sharma R, Webster S, Barkan H, Rosenburg JM, Ku WPC (1998) Efficacy of cefazolin prophylaxis in preventing wound Infection after mastectomy: Findings of a randomized clinical trial. Complications in Surgery 17.

Young JN, Choy IO, Silva NK, Obayashi DY, Barkan HE (1997) Antegrade cold blood cardioplegia is not demonstrably advantageous over cold chrystalloid cardioplegia in congenital heart surgery. Journal of Thoracic and Cardiac Surgery 114:1002-1009.

Farley M, Barkan H (1997) Somatization, dissociation, and tension reduction. Psychotherapy and Psychosomatics 66:133-140.

Spring DB, Barkan H, Pruyn S (1997) The potential therapeutic effects of contrast media in hysterosalpingography: A randomized, prospective clinical trial. Proceedings, Uroradiology in Santa Fe '97, American College of Radiology:17.

Spring D, Bettmann MA, Barkan H (1997) Nonfatal adverse reactions to iodinated contrast media: spontaneous reporting to the Food and Drug Administration, 1978-1994. Radiology 204:325-332.

Spring D, Bettmann MA, Barkan H (1997) Deaths related to iodinated contrast media reported spontaneously to the U.S. Food and Drug Administration, 1978-1994: Effect of the availability of low-osmolality contrast media. Radiology 204:333-337.

Barkan H, Webster S, Ozeran S (1996) Management of small-bowel obstruction. American Journal of Surgery, 171:383-384.

Barkan H, Webster S, Ozeran S (1995) Factors predictive of recurrence of adhesive small bowel obstruction. American Journal of Surgery, 170:361-365.

Farley M, Barkan H (1994) PTSD, dissociation and pathological tension-reducing behaviors. Proceedings, 10th Annual Meeting, International Society for Traumatic Stress Studies: 70.

Henderson V, Smith RS, Fry WR, Morabito D, Peskin GW, Barkan H, Organ CH (1994) Cardiac injuries: Analysis of an unselected series of 258 cases. J Trauma 34:341-348.

Spring DB, Barkan H (1992) Potential therapeutic effect of oil- versus conventional water-soluble contrast media in hysterosalpingography, Radiology 285:283.

Cope DN, Cole JR, Hall KM, Barkan H (1991a) Traumatic Brain Injury: Analysis of outcome in a post-acute rehabilitation system. I. General Analysis. Brain Injury : 111-125.

Cope DN, Cole JR, Hall KM, Barkan H (1991b) Traumatic Brain Injury: Analysis of outcome in a post-acute rehabilitation system. II. Subanalyses. Brain Injury 5:127-139.

Jaros M, Barkan H, Webster S. (1989) Post-traumatic complaints of traumatically brain damaged HMO members. AAAS Annual Meeting Abstracts: 204

**EXHIBIT B**

# Summit Medical Center Open Heart Cases
## Operative Procedures and Mortality, 2004 and 2005
### Procedures Performed by Coyness Ennix, MD and Non-Kaiser Surgeons
### Observed vs Predicted Mortality and Other Outcomes

Howard Barkan, DrPH
6 June, 2005

## 1. Methods

The following analyses examine open heart surgical procedures performed by Dr. Coyness Ennix during the period from 1 January, 2004 through 30 April, 2005. Data used in these analyses were reconstructed from Summit Medical Center Reports. These reports identify the frequencies of selected open heart surgery procedures, the expected mortality rates for some of these procedures, and patient survival per year, procedure, and physician (with physicians other than Dr. Ennix being identified only in aggregate). This data-set is somewhat limited, but it still allows conduct of certain key analyses. The available data were used to construct exact confidence intervals around each of the time-period and procedure-specific mortality rates. The resulting confidence intervals were then examined to see whether each included the appropriate predicted mortality rate, and to compare outcome r]ates for equivalent procedures between Dr. Ennix and the other non-Kaiser surgeons.. Comparison of the boundaries of a 95% confidence interval with a single prediction is a form of statistical inference related to more usual tests of statistical significance, but carrying additional information about the stability of the measure. Any measurement for which the confidence interval around the calculated confidence interval excluded the predicted mortality rate was further investigated by conducting a single sample (non-parametric) chi-square test testing the actual survival rate against the predicted value. The Fisher's Exact test, a standard test of statistical significance for comparing measurements of binomials (i.e. variables which can take only one of two values, here survived or expired) between two samples was used to evaluate the statistical significance of procedure and year-specific survival rates between Dr. Ennix and the other non-Kaiser surgeons.

In addition, question had been raised regarding blood and blood product usage. Only aggregate data regarding blood administeration were available. These data were aggregated only by surgeon and by year. This aggregation did not link the volume of blood used to the specific procedures leading to its administration. However, it was possible to approximate the expected procedure-specific blood use by examining the surgeon and year-specific frequencies of the great vessel procedures which are likely to entail administration of a substantial volume of blood. The McNemar's Chi Square for repeated measures of binary variables was used to compare the frequencies of great vessel procedures between years for Dr. Ennix and for the other group surgeons.

All analyses were performed using 95% confidence intervals and, in parallel, using a target 'p value' of .05 as the cut point for labeling a result as statistically significant. Note, however, that this technique assumes that only a single analysis is being made

(here comparing the mortality rate of Dr. Ennix's patients with the predicted rates). However the tables below involve 28 such comparisons. A variety of statistical techniques can be used to adjust target significance levels for such multiple comparisons. In the strictest of these techniques, the Bonferroni adjustment, the target p-value is divided by the number of comparisons being made in the analysis of a single data set. Performing the Bonferroni adjustment and treating the entire series reported here as a single dataset, the adjusted target 'p-value' becomes .00186 and the equivalent pre-adjustment confidence interval becomes 99.8%. If each year is treated as a distinct dataset, the Bonferroni adjustment treats a 'p-value' .0125 as equivalent to a single comparison 'p-value' of .05 and a 98.75% confidence interval as equivalent to a 95% confidence interval in a single analysis. In sum, whichever technique is used for adjustment, the equivalent significance level adjusted for multiple comparisons is smaller and hence more difficult to reach and the associated confidence interval is wider. As a result, the predicted mortality would be well within the confidence interval around each of Dr. Ennix's surgical outcome rates, and the probabilities resulting from the single sample (non-parametric) chi-square tests comparing Dr. Ennix's surgical outcome rates with the (risk adjusted) predicted mortality would be even greater (i.e., even further from reaching statistical significance).

## 2. Findings: Mortality

We calculated exact 95% confidence intervals around the mortality rates for Dr. Ennix and for the other non-Kaiser surgeons overall and for selected procedures for each year beginning 1 January 2004 and ending 30 April 2005 and for the period as a whole. The procedures selected were those for which mortality rate predictions were available. The results are presented in the attached table. The most current period for which reported data are available is 1 Januuary through 30 April, 2005. The single perioperative fatality reported for this period occurred in a patient who had undergone ACB only. This led to an overall mortality rate of 6.7%, which is below the risk-adjusted predicted 6.9% mortality rate for this procedure in these patients. There were no other fatalities reported during this period for those of Dr. Ennix's patients who underwent cardiovascular procedure. As a result, the mortality rates for isolated valve and for ACB plus valve procedures were both '0', making both hence below the risk-adjusted predicted mortality rates for these patients.

We used exact binomial confidence intervals and the Fisher's exact test to compare the results obtained by Dr. Ennix with the aggregated results obtained by the other non-Kaiser surgeons practicing at Summit Medical Center. The confidence intervcal around the survival rate for each procedure for each year and for both years 2004 and 2005 to date combined overlapped the confidence interval around the appropriate survival rate aggregated for the above referenced non-Kaiser surgeons. The results of none of the comparisons procedure- and year-specific survival rates reached statistical significance.

Operative Outcomes - Ennix -

## 3. Summary

There are no statistically significant differences between the procedure-specific and overall operative mortalities for open heart procedures performed by Dr. Ennix and the STS predicted mortality rates for these procedures. There are no statistically significant differences between the procedure-specific and overall operative mortalities for open heart procedures performed by Dr. Ennix and those performed by the other non-Kaiser surgeons practicing at Summit Medical Center whose results were forwarded for analysis. This is the case even using unadjusted confidence intervals and significance tests. The strength of this conclusion would be increased if the analysis had employed one of the adjustments for multiple comparisons discussed above, in Section 1. That is, whichever adjustment technique were used, the confidence intervals around mortality rates for each subgroup of patients for each time period and over all time periods combined would include the predicted mortality rate for that group, and no differences in outcome rates between Dr. Ennix and the other non-Kaiser surgeons reached statistical significance. The mortality rates of Dr. Ennix's patients for all procedures examined have decreased from 2004 to 2005, although the very small numbers of patients who have had some of these procedures performed in 2005 makes the confidence intervals around the mortality rates for 2005 very wide.

**1**

5/11/2005          Profile: CT-RETURN TO SURGERY PROFILE          3:41 PM
Provider: ENNIX, COYNESS L (Q-1730)
All Facilities
Service: SURGERY    Specialty: SURG-CARDIOTHORACIC

| Indicator | 2002 | 2003 | 2004 | Jan-Apr 2005 | Total |
|---|---|---|---|---|---|
| ENC-OHS CASES BY MD | 63 | 116 | 96 | 23 | 298 |
| TOTAL OHS | 62 | 116 | 95 | 23 | 296 |
| ~~CDB 125 - Primary CABG Freq/1000 ACA (numerator)~~ | ~~27~~ | ~~45~~ | ~~23~~ | ~~6~~ | ~~101~~ |
| | | | | | |
| QM-RETURN TO SURGERY AFTER OHS-Surgery cmmttee | 0 | 0 | 0 | 0 | 0 |
| FOC-RETURN TO SURG AFTER OHS | 7 | 7 | 5 | 0 | 19 |
| TOTAL RETURN TO SURG AFTER OHS(QM&FCE) | 7 | 7 | 5 | 0 | 19 |
| | | | | | |
| QM-RETURN TO SURGERY AFTER OHS FOR BLEEDING | 0 | 0 | 0 | 0 | 0 |
| FOC-RETURN TO SURG AFTER OHS FOR BLEEDING | 4 | 4 | 1 | 0 | 9 |
| FOC-RTS AFTER OHS FOR BLEED NON CARDIAC | 0 | 0 | 0 | 0 | 0 |
| FOC-RTS AFTER OHS FOR DONOR SITE INFECTION | 0 | 0 | 0 | 0 | 0 |
| FOC-RTS AFTER OHS FOR STERNAL INFECTION | 0 | 1 | 0 | 0 | 1 |
| FOC-RTS AFTER OHS FOR STERNAL DEHISCENCE | 0 | 0 | 0 | 0 | 0 |
| FOC-RTS AFTER OHS FOR OTHER | 0 | 2 | 1 | 0 | 3 |
| FOC-RTS AFTER OHS FOR TECH-GRAFT RELATED | 0 | 0 | 0 | 0 | 0 |
| FOC-RTS AFTER OHS FOR TECH-FOFEIGN BODY RETENTION | 0 | 0 | 0 | 0 | 0 |
| FOC-RTS AFTER OHS FOR TECH-VALVE REPAIR PROB | 2 | 0 | 0 | 0 | 2 |
| FOC-RTS AFTER OHS FOR TECH-VALVE REPLACE PROB | 0 | 0 | 1 | 0 | 1 |
| | | | | | |
| FOC-OPEN CHEST MASSAGE IN CPU (NOT RETURN) | 0 | 0 | 0 | 0 | 0 |
| ENC-OHSTOT BY CT SURGEON | 62 | 116 | 95 | 23 | 296 |
| ENC-EXC DESTRUC OTH HRT LESION (ICD-9 37.33) | 1 | 2 | 1 | 0 | 4 |

5/11/2005        Profile: CT-RETURN TO SURGERY PROFILE       
All Facilities

| Indicator | 2002 | 2003 | 2004 | Jan-Apr 2005 | Total |
|---|---|---|---|---|---|
| ENC- OHS CASES BY MD | 1036 | 1019 | 1099 | 322 | 3476 |
| TOTAL OHS | 1037 | 1019 | 1100 | 323 | 3479 |
| CDB-25 - Primary CABG Freq/1000 ACA (numerator) | 773 | 701 | 707 | 209 | 2390 |
| QM-RETURN TO SURGERY AFTER OHS-Surgery cmmttee | 1 | 0 | 1 | 0 | 2 |
| FOC- RETURN TO SURG AFTER OHS | 59 | 53 | 48 | 2 | 162 |
| TOTAL RETURN TO SURG AFTER OHS(QM&FCE) | 60 | 53 | 49 | 2 | 164 |
| QM-RETURN TO SURGERY AFTER OHS FOR BLEEDING | 0 | 0 | 0 | 0 | 0 |
| FOC- RETURN TO SURG AFTER OHS FOR BLEEDING | 29 | 29 | 29 | 1 | 88 |
| FOC- RTS AFTER OHS FOR BLEED NON CARDIAC | 2 | 4 | 7 | 0 | 13 |
| FOC- RTS AFTER OHS FOR DONOR SITE INFECTION | 1 | 1 | 0 | 0 | 2 |
| FOC- RTS AFTER OHS FOR STERNAL INFECTION | 11 | 4 | 1 | 0 | 16 |
| FOC- RTS AFTER OHS FOR STERNAL DEHISCENCE | 1 | 9 | 0 | 0 | 10 |
| FOC- RTS AFTER OHS FOR OTHER | 9 | 7 | 2 | 0 | 18 |
| FOC- RTS AFTER OHS FOR TECH-GRAFT RELATED | 0 | 0 | 1 | 0 | 1 |
| FOC- RTS AFTER OHS FOR TECH-FOREIGN BODY RETENTION | 0 | 0 | 0 | 0 | 0 |
| FOC- RTS AFTER OHS FOR TECH-VALVE REPAIR PROB | 2 | 0 | 0 | 0 | 2 |
| FOC- RTS AFTER OHS FOR TECH-VALVE REPLACE PROB | 1 | 0 | 2 | 1 | 4 |
| FOC-OPEN CHEST MASSAGE IN CPU (NOT RETURN) | 1 | 1 | 1 | 0 | 3 |
| ENC-OHSTOT BY CT SURGEON | 1036 | 1020 | 1099 | 322 | 3477 |
| ENC-EXC/DESTRUC OTH HRT LESION (ICD-9 37.33) | 8 | 21 | 75 | 20 | 124 |

5/11/2005  Profile: CT SURGERY PROFILE BY DC DATE
Provider: ENNIX,COYNESS L (Q-1730)
All Facilities
Service: SURGERY   Specialty: SURG-CARDIOTHORACIC



| Indicator | Bench Mark | Jan-Apr 2005 | Total | Service |
|---|---|---|---|---|
| TOTAL OHS | | 23 | 23 | 322 |
| ~~CDB125 - Primary CABG Freq/1000 ACA (numerator)~~ | | 6 | 6 | 120 |
| TOTAL MORTALITY AFTER OHS | | 1 | 1 | 4 |
| %MORTALITY AFTER OHS (in this hospital) | | 4.348 | 4.348 | 1.242 |
| QM-TOTAL MORTALITY AFTER ISOLATED CABG | | 1 | 1 | 2 |
| %MORTALITY AFTER CABG | | 5.882 | 5.882 | 0.939 |
| FOC-Return to surgery for bleeding/tamponade after OHS | | 0 | 0 | 1 |
| %Return to surgery for bleeding after OHS | | 0 | 0 | 0.31 |
| FOC-Return to surgery for other reason after OHS | | 0 | 0 | 1 |
| %Return to surgery for other reason after OHS | | 0 | 0 | 0.31 |
| ENC-IATROGENIC CVA AFTER OHS | | 0 | 0 | 4 |
| %Acute CVA complication after OHS | 2.70% | 0 | 0 | 1.242 |
| INF-Deep sternal wound infections by DC date | | 0 | 0 | 2 |
| INF-Superficial sternal wound infections by DC date | | 0 | 0 | 1 |
| %Sternal wound infections (all) by DC date | | 0 | 0 | 0.932 |
| INF-Donor site infections after OHS by DC date | | 0 | 0 | 4 |
| %Donor site infections after OHS by DC date | | 0 | 0 | 1.242 |
| INF-Ventilator related pneumonia after OHS by DC date | | 0 | 0 | 10 |
| %Ventilator related pneumonia after OHS | | 0 | 0 | 3.105 |



Page 1 of 1

Summit Medical Center Open Heart Cases
STS Operative Mortalities: Predicted Risk vs. Observed
Dr. Ennix and Non-Kaiser Surgeons 1/1/1999 - 4/30/05

|  | 1999 |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | n | Deaths | Predicted Mortality | Mortality | 95% CI Low | 95% CI High |
| CE | 24 | 2 |  | 8.3% | 1.03% | 27.0% |
| ACB only | 17 | 2 | 2.7% | 11.8% | 1.46% | 36.4% |
| Isolated Valve | 2 | 0 | 9.6% | 0.0% | 0.00% | 77.6% |
| ACB + Valve | 0 | 0 | n/a | 0.0% | n/a | n/a |
|  |  |  |  |  |  |  |
| Non CE and Non-Kaiser MDs | 267 | 12 |  | 4.5% | 2.34% | 7.7% |
| ACB only Other MDs | 180 | 8 | 4.0% | 4.4% | 1.94% | 8.6% |
| Isolated Valve Other MDs | 38 | 0 | 3.7% | 0.0% | 0.00% | 7.6% |
| ACB + Valve Other MDs | 17 | 1 | 8.1% | 9.0% | 0.15% | 28.7% |
| Summit total | 291 | 14 |  | 4.8% | 2.66% | 7.9% |

|  | 2000 |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | n | Deaths | Predicted Mortality | Mortality | 95% CI Low | 95% CI High |
| CE | 56 | 4 |  | 7.1% | 1.98% | 17.3% |
| ACB only | 47 | 1 | 3.1% | 2.1% | 0.05% | 11.3% |
| Isolated Valve | 4 | 0 | 2.2% | 0.0% | 0.00% | 57.2% |
| ACB + Valve | 1 | 1 | 29.7% | 100.0% | 5.00% | 100.0% |
|  |  |  |  |  |  |  |
| Non CE | 297 | 8 |  | 2.7% | 1.17% | 5.2% |
| ACB only Other MDs | 217 | 6 | 3.7% | 2.8% | 1.02% | 5.9% |
| Isolated Valve Other MDs | 26 | 1 | 4.7% | 3.0% | 0.10% | 19.6% |
| ACB + Valve Other MDs | 17 | 0 | 8.4% | 0.0% | 0.00% | 16.2% |
| Summit total | 353 | 12 |  | 3.4% | 1.77% | 5.9% |

|  | 2001 |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | n | Deaths | Predicted Mortality | Mortality | 95% CI Low | 95% CI High |
| CE | 51 | 3 |  | 5.9% | 1.23% | 16.2% |
| ACB only | 39 | 2 | 2.8% | 5.1% | 0.63% | 17.3% |
| Isolated Valve | 6 | 1 | 4.9% | 16.7% | 0.42% | 64.1% |
| ACB + Valve | 3 | 0 | 3.5% | 0.0% | 0.00% | 63.2% |
|  |  |  |  |  |  |  |
| Non CE | 238 | 11 |  | 4.6% | 2.33% | 8.2% |
| ACB only Other MDs | 152 | 6 | 4.0% | 3.9% | 1.46% | 8.4% |
| Isolated Valve Other MDs | 39 | 0 | 7.3% | 0.0% | 0.00% | 7.4% |
| ACB + Valve Other MDs | 18 | 2 | 7.9% | 10.5% | 1.30% | 33.1% |
| Summit total | 289 | 14 |  | 4.8% | 2.67% | 8.0% |

|  | 2002 |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | n | Deaths | Predicted Mortality | Mortality | 95% CI Low | 95% CI High |
| CE | 64 | 3 |  | 4.7% | 0.98% | 13.1% |
| ACB only | 46 | 2 | 2.4% | 4.3% | 0.53% | 14.8% |
| Isolated Valve | 6 | 0 | 3.8% | 0.0% | 0.00% | 39.3% |
| ACB + Valve | 1 | 1 | 15.5% | 100.0% | 5.00% | 100.0% |
|  |  |  |  |  |  |  |
| Non CE and Non-Kaiser MDs | 246 | 4 |  | 1.6% | 0.44% | 4.1% |
| ACB only Other MDs | 163 | 3 | 3.0% | 1.8% | 0.38% | 5.3% |
| Isolated Valve Other MDs | 30 | 0 | 6.2% | 0.0% | 0.00% | 9.5% |
| ACB + Valve Other MDs | 18 | 0 | 7.9% | 0.0% | 0.00% | 15.3% |
| Summit total | 310 | 7 |  | 2.3% | 0.91% | 4.6% |

## Summit Medical Center Open Heart Cases
### STS Operative Mortalities: Predicted Risk vs. Observed
### Dr. Ennix and Non-Kaiser Surgeons 1/1/1999 - 4/30/05

5

| 2003 | n | Deaths | Predicted Mortality | Mortality | 95% CI Low | 95% CI High |
|---|---|---|---|---|---|---|
| CE | 118 | 10 | | 8.5% | 4.14% | 15.0% |
| ACB only | 73 | 1 | 3.8% | 1.4% | 0.03% | 7.4% |
| Isolated Valve | 10 | 2 | 2.5% | 20.0% | 2.52% | 55.6% |
| ACB + Valve | 13 | 2 | 12.2% | 15.4% | 1.92% | 45.4% |
| | | | | | | |
| Non CE and Non-Kaiser MDs | 224 | 12 | | 5.4% | 2.80% | 9.2% |
| ACB only Other MDs | 131 | 6 | 3.7% | 4.6% | 0.17% | 9.7% |
| Isolated Valve Other MDs | 31 | 2 | 4.8% | 6.5% | 0.79% | 21.4% |
| ACB + Valve Other MDs | 11 | 2 | 6.9% | 18.2% | 2.28% | 51.8% |
| Summit total | 342 | 22 | | 6.4% | 4.08% | 9.6% |

| 2004 | n | Deaths | Predicted Mortality | Mortality | 95% CI Low | 95% CI High |
|---|---|---|---|---|---|---|
| CE | 97 | 9 | | 9.3% | 4.30% | 16.9% |
| ACB only | 58 | 4 | 3.8% | 6.9% | 1.91% | 16.7% |
| Isolated Valve | 15 | 2 | 5.0% | 13.3% | 1.66% | 40.5% |
| ACB + Valve | 5 | 0 | 12.2% | 0.0% | 0.00% | 45.1% |
| | | | | | | |
| Non CE and Non-Kaiser MDs | 244 | 10 | | 4.1% | 2.00% | 7.4% |
| ACB only Other MDs | 127 | 2 | 3.1% | 1.6% | 0.19% | 5.6% |
| Isolated Valve Other MDs | 38 | | * | 0.0% | 0.00% | 7.6% |
| ACB + Valve Other MDs | 18 | | * | 5.6% | 0.14% | 27.3% |
| Summit total | 341 | 19 | | 5.6% | 3.40% | 8.6% |

| 2005 | n | Deaths | Predicted Mortality | Mortality | 95% CI Low | 95% CI High |
|---|---|---|---|---|---|---|
| CE | 21 | 1 | | 4.8% | 0.12% | 23.8% |
| ACB only | 15 | 1 | 6.9% | 6.7% | 0.17% | 32.0% |
| Isolated Valve | 2 | 0 | 2.4% | 0.0% | 0.00% | 77.6% |
| ACB + Valve | 1 | 0 | 1.1% | 0.0% | 0.00% | 95.0% |
| | | | | | | |
| Non CE and Non-Kaiser MDs | 75 | 2 | | 2.7% | 0.32% | 9.3% |
| ACB only Other MDs | 38 | 1 | 3.2% | 2.6% | 0.07% | 13.8% |
| Isolated Valve Other MDs | 7 | 0 | 5.2% | 0.0% | 0.00% | 34.8% |
| ACB + Valve Other MDs | 3 | 0 | 6.1% | 0.0% | 0.00% | 63.2% |
| Summit total | 96 | 3 | | 3.1% | 0.65% | 8.9% |

Page 2

Summit Medical Center Open Heart Cases
STS Operative Mortalities: Predicted Risk vs. Observed
Dr. Ennix and Non-Kaiser Surgeons 1/1/1999 - 4/30/05

|  | 1999 through April 2005 total | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
|  | n** | Deaths | Predicted Mortality | Mortality | 95% CI Low | 95% CI High |
| CE | 431 | 32 |  | 7.4% | 5.13% | 10.3% |
| ACB only | 295 | 13 | 3.3% | 4.4% | 2.40% | 7.4% |
| Isolated Valve | 45 | 5 | 3.8% | 11.1% | 3.71% | 24.1% |
| ACB + Valve | 24 | 4 | 10.7% | 16.7% | 4.75% | 37.4% |
|  |  |  |  |  |  |  |
| Non CE and Non-Kaiser MDs | 1591 | 59 |  | 3.8% | 2.90% | 4.8% |
| ACB only Other MDs | 1008 | 31 | 3.6%* | 3.1% | 2.21% | 4.3% |
| Isolated Valve Other MDs | 207 | 3 | 5.4%* | 1.5% | 0.30% | 4.2% |
| ACB + Valve Other MDs | 103 | 6 | 8.0%* | 5.8% | 2.17% | 12.3% |
| Summit total | 2022 | 91 |  | 4.5% | 3.64% | 5.5% |

* Weighted average of relevant predictions weighted by number of patients to which predictions applied

7

Summit Medical Center
Open Heart Cases
Operative Mortalities
1/1/04 - 4/30/05

| | 2004 | | | Predicted | 95% CI | | 2005 | | | Predicted | 95% CI | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CE | Cases | Death | Mort. | Mort. | Low | High | Cases | Death | Mort. | Mort. | low | high |
| ACB ONLY | 87 | 7 | 8.0% | 4.33% | 16.88% | | 19 | 1 | 5.3% | | 0.12% | 23.82% |
| ISOLATED VALVE | 58 | 4 | 6.9% | 2.9% | 1.91% | 16.73% | 15 | 1 | 6.7% | 6.9% | 0.17% | 31.95% |
| ACB + VALVE | 15 | 2 | 13.3% | 2.6% | 1.66% | 40.46% | 2 | 0 | 0.0% | 2.4% | 0.00% | 77.64% |
| Non Risk Adjusted Cases: | 5 | 0 | 0.0% | 7.2% | 0.00% | 45.07% | 1 | 0 | 0.0% | 1.1% | 0.00% | 95.00% |
| Valve + Other | 1 | 0 | 0.0% | | | | 0 | 0 | 0.0% | | | |
| Multiple Valve | 2 | 0 | 0.0% | | | | 0 | 0 | 0.0% | | | |
| Other Open | 2 | 1 | 50.0% | | | | 0 | 0 | 0.0% | | | |
| Great Vessel | 4 | 0 | 0.0% | 0.00% | 52.71% | | 1 | 0 | 0.0% | | 0.00% | 95.00% |
| Non CE cases | 206 | 8 | 3.9% | | | | 57 | 2 | 3.5% | | | |
| ACB ONLY | 127 | 2 | 1.6% | 2.7% | 0.19% | 5.57% | 38 | 1 | 2.6% | 3.2% | 0.32% | 9.30% |
| ISOLATED VALVE | 38 | 0 | 0.0% | 4.4% | 0.00% | 7.58% | 7 | 0 | 0.0% | 5.2% | 0.07% | 13.81% |
| ACB + VALVE | 18 | 1 | 5.6% | 10.7% | 0.14% | 27.29% | 3 | 0 | 0.0% | 8.3% | 0.00% | 34.82% |
| Non Risk Adjusted Cases: | | | | | | | | | | | 0.00% | 65.16% |
| Valve + Other | 4 | 0 | 0.0% | | | | 0 | 0 | 0.0% | | | |
| Multiple Valve | 5 | 1 | 20.0% | | | | 0 | 0 | 0.0% | | | |
| Other Open | 7 | 2 | 28.6% | | | | 5 | 0 | 0.0% | | | |
| Great Vessel | 7 | 2 | 28.6% | | 3.67% | 70.96% | 2 | 1 | 50.0% | | 1.26% | 98.74% |
| Summit Total | 293 | 15 | 5.1% | | 3.39% | 8.56% | 76 | 3 | 3.9% | | 0.65% | 8.86% |

8

Summit Medical Center
Open Heart Cases
Operative Mortalities
1/1/04 - 4/30/05

| 1/1/04-4/30/05 | | | Predicted 95% CI | | |
|---|---|---|---|---|---|
| Cases | Death | Mort. | Mort. | low | high |
| 106 | 8 | 7.5% | 4.14% | 2.26% | 15.03% |
| 73 | 5 | 6.8% | 3.74% | 2.26% | 15.26% |
| 17 | 2 | 11.8% | 2.55% | 1.46% | 36.44% |
| 6 | 0 | 0.0% | 6.34% | 0.00% | 39.30% |
| 1 | 0 | 0.0% | | | |
| 2 | 0 | 0.0% | | | |
| 2 | 1 | 50.0% | | | |
| 5 | 0 | 0.0% | 0.00% | | 45.07% |
| 263 | 10 | 3.8% | 1.96% | | 6.48% |
| 165 | 3 | 1.8% | 2.86% | 0.38% | 5.22% |
| 45 | 0 | 0.0% | 4.56% | 0.00% | 6.44% |
| 21 | 1 | 4.8% | 10.34% | 0.12% | 23.82% |
| 4 | 0 | 0.0% | | | |
| 10 | 1 | 10.0% | | | |
| 9 | 2 | 22.2% | | | |
| 9 | 3 | 33.3% | 7.49% | | 70.07% |
| 437 | 22 | 5.03 | | 3.18% | 7.52% |

Page 2