# EXHIBIT HH

1   G. SCOTT EMBLIDGE, State Bar No. 121613
    emblidge@meqlaw.com
2   RACHEL J. SATER, State Bar No. 147976
    sater@meqlaw.com
3   ANDREW E. SWEET, State Bar No. 160870
    sweet@meqlaw.com
4   MOSCONE, EMBLIDGE, & QUADRA, LLP
    220 Montgomery Street, Suite 2100
5   San Francisco, California 94104-4238
    Telephone:    (415) 362-3599
6   Facsimile:    (415) 362-2006

7   Attorneys for Plaintiff

8               UNITED STATES DISTRICT COURT FOR THE

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  COYNESS L. ENNIX JR., M.D., as an          Case No.: C 07-2486 WHA
    individual and in his representative
12  capacity under Business & Professions      **DECLARATION OF RICHARD E.**
    Code § 17200 *et seq.*,                    **SHAW IN OPPPOSITION TO**
13                                             **DEFENDANTS' SPECIAL MOTION**
              Plaintiff,                       **TO STRIKE**
14
15        vs.                                  **Date:      August 16, 2007**
                                               **Time:      8:00 a.m.**
16  RUSSELL D. STANTEN, M.D., et al.,          **Dept:      Ctrm. 9, 19th Floor**
                                               **Judge:     Hon. William H. Alsup**
17            Defendants.

18

19        I, Richard E. Shaw, declare:

20        1.      I am the Director of Research, Quality and Education for Sutter Pacific Heart

21  Centers. I have personal knowledge of the facts stated in this declaration.

22        2.      Attached as Exhibit A to this declaration is a true and correct copy of my current

23  curriculum vitae.

24        3.      In 2005 I was asked to review materials relating to heart surgeries performed by

25  Coyness Ennix, M.D. I was asked to provide an analysis to compare Dr. Ennix's cardiac surgical

26  results with those of other surgeons and comment on a similar analysis performed by Howard

27  Barkan. I provided my analysis in a document dated August 30, 2005 and entitled "Analysis of

28  Mortality and Selected Complications for Cardiac Surgeries Performed by Coyness Ennix, M.D.

                                              1

1   Compared to Non-Kaiser Surgeons at Summit Medical Center." Attached as Exhibit B to this

2   declaration is a true and correct copy of that document. The statements I made and opinions I

3   expressed in that document were and are true and correct to the best of my knowledge.

4          I declare under penalty of perjury under the laws of the United States of America that the

5   foregoing is true and correct and that this declaration was signed in San Francisco, California.

6

7   Dated: July 9, 2007

    Richard E. Shaw

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF RICHARD E. SHAW

# EXHIBIT A

# CURRICULUM VITAE

## Richard Eugene Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.

**OFFICE ADDRESS**

Sutter Pacific Heart Centers
California Pacific Medical Center
2200 Webster Street, Room #303
San Francisco, California 94115
(415)-600-5897   FAX (415)-600-3706
E-Mail – shawr@sutterhealth.org

**HOME ADDRESS**

19 Kenmar Way
Burlingame, California 94010
(650)-375-1280  cell (650)-678-2375

**PERSONAL DATA**

**Marital Status**     Married, Christine Costa-Shaw
**Children**     Matthew, born December 6, 1985
Brian, born June 3, 1987

## EDUCATION

Ph.D.     Medical Research Psychology (Cardiology)/Biostatistics, School of Medicine, Graduate Division and Division of Cardiology, University of California, San Francisco, CA  1984

M.A.     Psychology/Statistics, United States International University, San Diego, CA   1977
Postgraduate Study in Biological Sciences, Ohio State University, Columbus, Ohio 1972-74

B.A.     Psychology, Duquesne University, Pittsburgh, PA 1972

## POSITIONS

2003 -     Director of Research, Quality and Education, Sutter Pacific Heart Centers, Sutter Health, California Pacific Medical Center and St. Luke's Hospital in San Francisco, Marin General Hospital in Greenbrae and Novato Community Hospital in Novato, California. Oversee the research training for the Cardiology Fellowship Program at California Pacific Medical Center.

1991- 2003     Director of Research and Operations, San Francisco Heart Institute, Seton Medical Center, Daly City, CA

1988-1990     Director of Research Programs
1985-1987     Manager of Research Programs

1980-1985     Research Assistant, Division of Program Evaluation, School of Medicine, University of California, San Francisco, CA

1980-1982     Senior Nuclear Medicine Technologist, University of California, Ralph K. Davies and St. Mary Medical Center Nuclear Medicine Departments, San Francisco, CA

1975-1979     Staff Nuclear Medicine Technologist, Scripps Memorial Hospital Nuclear Medicine, La Jolla, CA

CURRICULUM VITAE                    Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.    2

## CERTIFICATION

Nuclear Medicine Technology Certification Board  #2745

## HONORS

| | |
|---|---|
| Founding Father Award for the ACC National Cardiovascular Data Registry | 2006 |
| "Impact Player of the Year" Mi-Co, Inc. for CRUSADE Tablet-PC/Mi-Forms project | 2005 |
| Who's Who in the World | 1996-present |
| Who's Who in America | 1996-present |
| Who's Who in Science and Engineering | 1996-present |
| Who's Who in Medicine and Healthcare | 1995-present |
| Who's Who in the West | 1994-present |
| Who's Who in California | 1988-present |
| Robert E. Harris Award for Distinguished Research, School of Medicine, University of California | 1983 |
| Cum Laude Graduate, Duquesne University | 1972 |

## FELLOWSHIPS/MEMBERSHIPS IN PROFESSIONAL SOCIETIES

Fellow, American College of Cardiology (F.A.C.C.)
Fellow, American College of Angiology (F.A.C.A.)

Founding Member, Society of Cardiovascular Computed Tomography (SCCT)
Scientific Member, American Heart Association (AHA)
Member, Council on Basic Cardiovascular Sciences (AHA)
Member, Councils on Clinical Cardiology and Epidemiology (AHA)
Member, International Andreas Gruentzig Society (Executive board member)
Member, Society for Clinical Trials
Member, American Society of Cardiovascular Interventionists
Member, American Association for the Advancement of Science
Member, New York Academy of Sciences
Member, American Statistical Association

## JOURNAL EDITORSHIP AND REVIEW

Editor-in-Chief, The Journal of Invasive Cardiology

Journal Reviewer, Journal of the American College of Cardiology
Journal Reviewer, Circulation
Journal Reviewer, Catheterization & Cardiovascular Diagnosis
Journal Reviewer, Heart & Lung, The Journal of Critical Care
Journal Reviewer, Journal of Behavioral Medicine
Journal Reviewer, The American Journal of Critical Care

## HOSPITAL APPOINTMENTS

Institutional Review Board member, California Pacific Medical Center
Institutional Review Board member, Sutter Health Services System-wide Research
Cardiovascular Oversight Committee, Sutter Health System Clinical Integration Program
Member, Care of the Cardiac Patient Committee, California Pacific Medical Center

CURRICULUM VITAE                    Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.    3

## EXTERNAL APPOINTMENTS

Chair, Research and Scientific Oversight Committee of the National Cardiovascular Data Registry, American College of Cardiology (ACC)

Member, Executive Management Board, ACC National Cardiovascular Data Registry

Representative for the ACC on the Physicians Electronic Health Record Coalition Committee (PEHRC) providing policy recommendations on Health Information Technology to the Federal Government

Member, Informatics Workgroup, American College of Cardiology

Member, National Cardiovascular Data Registry (NCDR) Task Force, American College of Cardiology

Member, Research and Publications Development Subcommittee, American College of Cardiology

Chair, Data Safety Monitoring Board for the **CREST** restenosis trial studying Cilostazol (Pletal) from Ostsuka (2003-04)

Biostatistician, Data Safety Monitoring Board for the Paracor Ventricular Support System (PVSS) Feasibility Study

Senior Advisor, Steering Committee for the Daughters of Charity National Cardiac Database Project (1990-95)

Member, Data Elements Subcommittee, Daughters of Charity National Cardiac Database (1990-95)

CME Advisory Board, Health Management Publications, Inc.

Member, STS/ACC/QIO Joint Project on Defining Uniform Data Standards for Ischemic Heart Disease (1998)

Member, Quality Improvement Committee for the California Society of Thoracic Surgeons

## CONSULTING EXPERIENCE

Development of cardiovascular research programs, statistical methods and analysis, design of cardiac databases, research design and consultation in scientific writing.

- San Francisco Heart Institute, Daly City, California (1983-1985)
- Minneapolis Heart Institute, Minneapolis, Minnesota (1987-1988)
- Joint Commission on Accreditation of Healthcare Organizations Medical Decision Making Project, Chicago, Illinois
- Baylor University Hospital, Dallas, Texas (1990-1993)
- California Heart Network Hospital Consortium (1988-1991)
- Daughters of Charity National Health Care System - Cardiac Database Task Force (1990-1995)
- SIR, Americas, Inc., for development of database products for medical applications (cardiology, orthopedics, prevention)
- Northside Cardiology, P.C., Indianapolis, Indiana (1992-1995)
- The Riner Group, St. Louis, Missouri (1996-2002)
- St. Mary's Hospital, Saginaw, Michigan (2000)
- Firelands Community Hospital, Sandusky, Ohio (2001)
- Blanchard Valley Regional Health Center, Findlay, Ohio (2001)
- Sarasota Memorial Hospital, Sarasota, Florida (2002)
- Regions Hospital, St. Paul, Minnesota (2002)
- Utah Valley Regional Medical Center, Provo, Utah (2002)

CURRICULUM VITAE                    Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.    4

## FUNDING/RESEARCH EXPERIENCE

1989        Co-investigator - assessment of urokinase in the treatment of totally occluded saphenous vein grafts - Abbott Laboratories, Abbott Park, Illinois

1990        Co-investigator - Thrombolysis and Angioplasty in the Treatment of Unstable Angina (TAUSA) - urokinase in the prevention of complications during angioplasty in patients with acute ischemic syndromes - Abbott Laboratories, Abbott Park, Illinois

1990        Co-investigator - multicenter clinical investigation of the pulsed holmium:YAG percutaneous coronary laser system in the treatment of coronary artery disease - Trimedyne, Tustin, California

1991        Co-investigator - Quinapril Ischemic Event Trial (QUIET) - a multicenter randomized double-blind placebo controlled trial of the effect of an ACE inhibitor on ischemic events and disease progression following coronary angioplasty or atherectomy - Parke-Davis Pharmaceutical Research Division, Ann Arbor, Michigan.

1992        Co-investigator - Evaluation of 7E3 Fab to Prevent Ischemic Complications (EPIC) - a multicenter randomized double-blind placebo controlled trial to assess the effect of a monoclonal antibody on ischemic complications following coronary angioplasty or atherectomy - Centocor, Malvern, Pennsylvania.

1992        Co-investigator - A Multicenter Study to Evaluate the Performance and Safety of the ESA (Arbutamine) System "HOLD" Feature in Patients with Coronary Artery Disease - a multicenter trial to assess the efficacy of a device to maintain a constant state of stress using arbutamine during stress echocardiography - Gensia Pharmaceuticals, Inc., San Diego, California.

1993        Co-investigator - Dose-Ranging Trial of Recombinant Urokinase in Patients with Acute Myocardial Infarction - a multicenter trial to evaluate 3 different dosages of a new recombinant form of Urokinase, a thrombolytic therapy for artery thrombotic occlusion - Abbott Laboratories, Abbott Park, Illinois.

1993        Co-investigator - GUIDE study, Rotablator evaluation with CVIS ultrasound - done in collaboration with UCSF, Cardiovascular Imaging Systems and Heart Technology.

1993        Co-investigator - Hirulog study - multicenter, double-blind placebo controlled trial comparing BG8967 and heparin in patients with unstable angina undergoing PTCA - Biogen and ClinTrials, Cambridge, Massachusetts.

1994        Co-investigator - HealthLink: an electronic, remote site care delivery system and applications for primary and secondary prevention alpha test - Phase I - a study of the feasibility of developing an electronic system for monitoring and management of patients with cardiovascular disease - San Francisco Heart Institute, Stanford University School of Medicine and Lake County Health Care, Michigan.

1994        Co-investigator - EPILOG - A phase III randomized, double-blind, placebo-controlled trial evaluating 6 month clinical outcome following percutaneous coronary intervention in patients with c7E3 Fab bolus plus 12 hour infusion given with either standard weight-adjusted or low dose weight adjusted heparin - Centocor, Malvern, Pennsylvania.

CURRICULUM VITAE                Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.     5

1996        Co-investigator - EPILOG Stent study - A phase III randomized, double-blind, placebo controlled trial evaluating three interventional treatment arms with and without ReoPro, a monoclonal antibody to prevent platelet aggregation. The 3 arms are: 1) angioplasty plus ReoPro; 2) stent plus ReoPro; and 3) stenting alone in patients who present for treatment of coronary disease - Centocor Therapeutics, Malvern, Pennsylvania.

1997        Co-investigator - ZYMED 12-lead EKG study - A randomized trial assessing the feasibility of using a continuous EKG monitoring system to track patients after coronary interventional procedures in transitional care unit compared to standard monitoring in the Coronary Intensive Care Unit - ZYEMD Corporation, Boston, Massachusetts.

1998        Co-investigator – SPORT trial – A randomized study to assess the effect of pre-treating coronary lesions with balloons or rotational atherectomy prior to stent placement – SCIMED Life Systems, Inc., Maple Grove, Minnesota.

1999        Co-investigator – National Heart Lung and Blood Dynamic Registry for Percutaneous Coronary Intervention Department of Epidemiology, University of Pittsburgh, Pittsburgh, Pennsylvania

2000        Co-investigator – TARGET trial – A randomized study assessing Aggrastat and ReoPro in patients presenting for treatment of coronary artery disease – Merck, West Point, Pennsylvania.

2000        Co-investigator – "Prevention of Radio-Contrast Media Mediated Acute Renal Failure with Acetylcysteine Study" – A study to determine if Acetylcysteine reduces the rate of contrast dye induced complications in patients with diabetes and depressed renal function undergoing catheterization laboratory procedures

2001        Co-investigator – INTEGRITI trial – A randomized study assessing the use of half dose Tenecteplase and Integrilin in patients presenting with acute myocardial infarction – Genentech and COR Therapeutics, South San Francisco, California

2001        Co-investigator – NIH project to develop an outcomes management system for depressed cardiac patients (OMSDCP) – Phase I study sponsored by the National Institutes of Health and PsyberMetrics, Bethesda, Maryland and Langhorne, Pennsylvania

2001        Co-investigator – Registries for the Society of Thoracic Surgeons (STS) for Adult Cardiac Surgery and FDA post market surveillance registry for Transmyocardial Revascularization Therapy – Chicago, Illinois

2002        Co-investigator – TAXUS IV-SR trial – A double-blind randomized trial to evaluate the efficacy of a Single Paclitaxel-Eluting Stent in the treatment of de novo coronary disease – trial sponsored by Boston Scientific Scimed, Inc., Maple Grove, Minnesota

2002        Co-investigator – A comparison of bleeding and access site vascular complications with Angiomax versus historical controls in patients undergoing PCI – A study of 75 consecutive high-risk PCI patients who receive Angiomax (bivalirudin) instead of heparin during PCI, comparing outcomes to matched control patients from the San Francisco Heart Institute Cardiac Database – study sponsored by the Medicines Company, Cambridge, Massachusetts.

2003        Co-investigator – Enlighten Trial – A registry study designed to assess the efficacy of a small cobalt stent (2.0 to 2.5 mm) in treating disease in small coronary arteries – study sponsored by Guidant Corporation, Sunnyvale, California

CURRICULUM VITAE                    Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.     6

2004        Co-investigator – NIH project to test the implementation of an outcomes management system for screening and monitoring depressed cardiac patients (OMSDCP) – Phase II study sponsored by the National Institutes of Health and Polaris Health Directions Bethesda, Maryland and Langhorne, Pennsylvania

2004        Co-investigator – The ACC Health Status After Percutaneous Coronary IntErVEntion (ACHIEVE) Registry - A multi-center registry sponsored by the American College of Cardiology and funded by the CDC and CVT designed to develop structures to measure health status, functioning and satisfaction following Percutaneous Coronary Interventions using the Seattle Angina Questionnaire and standard ACC follow-up

2005        Principal Investigator – Project titled "An Automated Data Capture System for Institutions Participating in the CRUSADE National Data Registry" – study to develop and test a system using Tablet PC technology to integrate clinical data for use in collecting validated data for the CRUSADE registry – funding provided by Schering Plough and done in collaboration with Duke Clinical Research Institute (DCRI)

2006        Principal Investigator – Project titled "Proposal for the Phase 2 Rollout of the Tablet-PC ACTION automated data capture system for institutions particpating in the ACTION National Registry" – study to implement 2 models of implementing the Tablet-PC/Mi-Forms ACTION system (integrated system delivery or Application Service Provider Model) in 15 instituitions across the nation in collaboration with Duke Clinical Research Institute (DCRI) and the American College of Cardiology – funding provided by Schering Plough

CURRICULUM VITAE                    Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.    7

## CONTRACTS

*Data Coordinating Center, California Heart Network, 1988-1991*

Designed and implemented a fully integrated data collection system for diagnostic catheterization, interventional catheterization procedures, and open heart surgical procedures - designed a scan form to collect data from 8 hospitals in California and produced reports for the Network, which contracted for packaged cardiovascular services from employers in the State of California

*Central Registry/Data Coordinating Center, Daughters of Charity National Cardiac Database, 1992 - 1996*

Direct the data coordinating center for the National Cardiac Database project, which aggregates data from hospitals in the Daughters of Charity System and related health care systems - data come from 3 different software vendors and is integrated into a patient level database - perform data analyses and design reports that are distributed to participating hospitals as well as other hospitals throughout the country.

*Clinical Challenges Model, Guidant Corporation, 1997 - 2000*

Direct the participation of Seton Medical Center in the Clinical Challenges Model sponsored by Guidant Corporation, which involves lesion-level analysis used for product planning and development.

*Analysis of IIbIIIa Receptor Antagonists in a Community Hospital, Centocor, 1998 – 2000*

Received contract grant for the San Francisco Heart Institute to study the interplay of clinical and economic factors in patients undergoing percutaneous coronary interventions where ReoPro is used. Techniques developed as part of this contract will be used for economic modeling at Centocor.

*Senior Statistical Consultant, American College of Cardiology National Cardiovascular Data Registry, 2000- 2005*

Received a contract to provide statistical support to the NCDR for analysis of data for scientific abstracts and publications and development of risk adjustment methodology for use in publications and the annual report distributed to all NCDR participants.

CURRICULUM VITAE                    Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.    8

## BIBLIOGRAPHY

### ABSTRACTS

1.  Wexman MP, Clark DA, Murphy MC, Fishman-Rosen J, **Shaw RE**, Stertzer SH, Myler RK. Patient selection, complications and predictors of success in PTCA of total occlusions. **Circulation** 1985;72:III-141 (abstract).

2.  Fishman-Rosen J, Murphy MC, **Shaw RE**. Factors predicting knowledge gain and retention in patients undergoing coronary angioplasty. **Circulation** 1985;72:III-179 (abstract).

3.  **Shaw RE**, Cohen F, Doyle B, Palesky J. The impact of denial and repressive style on information gain and rehabilitation outcomes in myocardial infarction patients. **Psychiatry Digest** 1986;3:7-8 (abstract).

4.  **Shaw RE**, Myler RK, Fishman-Rosen J, Murphy MC, Stertzer SH, Clark DA, Topol EJ. Clinical and morphologic factors in prediction of restenosis after multiple vessel angioplasty. **Journal of the American College of Cardiology** 1986;7:63A (abstract).

5.  Clark DA, Wexman MP, Murphy MC, Fishman-Rosen J, **Shaw RE**, Stertzer SH, Myler RK. Factors predicting recurrence in patients who have had angioplasty (PTCA) of totally occluded vessels. **Journal of the American College of Cardiology** 1986;7:20A (abstract).

6.  Ryan C, McChesney J, Fishman-Rosen J, Murphy MC, **Shaw RE**. Transdermal clonidine therapy: absence of tachyphylaxis in resistant hypertension on once weekly therapy. **Clinical Research** 1986;34:486A (abstract).

7.  **Shaw RE**, Stertzer SH, Fishman-Rosen J, Murphy MC, Clark DA, Myler RK. Effect of coping and knowledge on restenosis and late complications after angioplasty (PTCA). Published in the **Proceedings of the X World Congress of Cardiology,** American Heart Association, 1986.

8.  Fishman-Rosen J, Murphy MC, **Shaw RE**. Relationship of self-description to patient characteristics and medical outcomes in patients undergoing coronary angioplasty. Published in the **Proceedings of the X World Congress of Cardiology,** American Heart Association, 1986.

9.  Murphy MC, Fishman-Rosen J, **Shaw RE**. A longitudinal study of patterns of anxiety in patients undergoing coronary angioplasty. Published in the **Proceedings of the X World Congress of Cardiology,** American Heart Association, 1986.

10. Zatzkis MA, Fishman-Rosen J, **Shaw RE**, Stertzer SH. Factors predicting emergency surgery in patients undergoing coronary angioplasty. **Circulation** 1986;74:II-195 (abstract).

11. **Shaw RE**, Fishman-Rosen J, Murphy MC, Stertzer SH, Clark DA. Factors predicting restenosis and late complications following coronary angioplasty. **Circulation** 1986;74:II-320 (abstract).

12. Boucher RA. Fishman-Rosen J, **Shaw RE**, Stertzer SH. Myler RK. Success of angioplasty (PTCA) in treating segmental stenoses with length greater than 10 mm. **Journal of the American College of Cardiology** 1987;9:182A (abstract).

13. Ellis SG. Roubin GS, **Shaw RE**, Stertzer SH, Myler SH, Douglas JS, King SB. In-hospital cardiac mortality following acute closure after coronary angioplasty - analysis of risk factors from 8207 procedures. **Circulation** 1987;76:IV-400 (abstract).

CURRICULUM VITAE                    Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.    9

14.    Andreae GE, Myler RK, Clark DA, **Shaw RE**, Murphy MC. Acute complications following coronary angioplasty of totally occluded vessels. **Circulation** 1987;76:IV-400 (abstract).

15.    O'Donnell MJ, Myler RK, **Shaw RE**, Stertzer SH, Clark DA, Murphy MC, Fishman J. Multiple vessel angioplasty: experience in 1017 cases. **Journal of the American College of Cardiology** II(2):60A, 1988 (abstract).

16.    Andreae GE, Stertzer SH, Myler RK, Clark DA, **Shaw RE**. Coronary angioplasty in patients with increasing disease burden: success rate and acute complications. **Journal of the American College of Cardiology** 1988;II(2):128A (abstract).

17.    Rapeport KB, Myler RK, **Shaw RE**, Stertzer SH, Clark DA, Boucher RA, Murphy MC. Five to seven year follow-up after coronary angioplasty: outcome in simple and complex anatomy. **Journal of the American College of Cardiology** 1988;II(2):128A (abstract).

18.    Stertzer SH, Andreae GE, Myler RK, Clark DA, **Shaw RE**, Fishman J, Murphy MC. The use of a guidewire to limit myocardial damage in patients requiring emergency bypass surgery after abrupt closure following coronary angioplasty. **Catheterization and Cardiovascular Diagnosis** 1988;15:204 (abstract).

19.    Stertzer SH, Mooney MR, Clark DA, Myler RK, Marco J, Vandormael M, Fishman J, **Shaw RE**. Coronary angioplasty and intra-aortic counterpulsation - a multicenter trial. **Catheterization and Cardiovascular Diagnosis** 1988;15:206 (abstract).

20.    Clark DA, Marquardt W, Myler RK, **Shaw RE**, Stertzer SH, Andreae GE, Andreae LT, Fishman J, Murphy MC. Coronary angioplasty in patients with prior bypass surgery: early and long term results. **Catheterization and Cardiovascular Diagnosis** 1988;15:205 (abstract).

21.    Ellis SG, **Shaw RE**, Gershony G, Thomas R, Black AJ, Furman M, Roubin GS, Clark DA, Stertzer SH, Myler RK, Douglas JS. Restenosis after coronary angioplasty for subacute and chronic total occlusions: risk factors, time course, treatment effect. **Circulation** 1988;78:II-289 (abstract).

22.    Myler RK, Mooney MR, Fishman Mooney J, **Shaw RE**, Stertzer SH, Murphy MC. Longterm followup 12 years after coronary angioplasty: outcome in coronary bypass and angioplasty groups. **Catheterization and Cardiovascular Diagnosis** 1989;17:62 (abstract).

23.    Nguyen Khiem PV, **Shaw RE**, Stertzer SH, Myler RK. Does coronary angioplasty cause progression of atherosclerotic disease? **Catheterization and Cardiovascular Diagnosis** 1989;17:64 (abstract).

24.    Mayo J, Myler RK, Webb J, **Shaw RE**, Stertzer SH, Ryan C. Is timing after coronary angioplasty (PTCA) important for early and late outcome in unstable angina pectoris? **Circulation** 1989;80:II-172 (abstract).

25.    **Shaw RE**, Anwar A, Myler RK, Stertzer SH, Murphy MC, Hansell HN. Is incomplete revascularization more important than lesion morphology in the incidence of late events after angioplasty? **Circulation** 1989;80:II-256 (abstract).

26.    Murphy MC, Mooney J, **Shaw RE**. What impact do cardiac interventions have on the psychological status of patients? **Heart and Lung** 1989;18:307 (abstract).

27.    Webb J, Myler RK, **Shaw RE**, Anwar A, Stertzer SH. Follow-up and bidirectional cross-over between angioplasty and bypass surgery. **Journal of the American College of Cardiology** 1990;15:13A (abstract).

28.    Hecht HS, **Shaw RE**, Chin H, Stertzer SH, Myler RK. Silent Ischemia after coronary angioplasty: detection of restenosis in asymptomatic patients by tomographic thallium-201 imaging. **Journal of the American College of Cardiology** 1990;15:59A (abstract).

29.    Hecht HS, **Shaw RE**, Myler RK, Stertzer SH. Tomographic Thallium-201 exercise imaging accurately detects individual vessel restenosis after single and multiple vessel coronary angioplasty. **Journal of the American College of Cardiology** 1990;15:147A (abstract).

30.    Fishman Mooney J, **Shaw RE**, Bauman Portu J, Sawicki EM, Mooney MR. Are coronary angioplasty and coronary bypass patients different in psychosocial and health perceptions? **Journal of the American College of Cardiology** 1990;15:182A (abstract).

31.    Anwar A, Myler RK, Nguyen K, **Shaw RE**, Webb JG, Stertzer SH. Does adjunctive urokinase and heparin improve early and late outcome of coronary angioplasty in acute ischemic syndromes? **Catheterization and Cardiovascular Diagnosis** 1990;19:295 (abstract).

32.    Hecht HS, **Shaw RE**, Bruce T, Myler RK, Stertzer SH. Restenosis after partial versus total revascularization by coronary angioplasty: evaluation by tomographic thallium-201 exercise imaging. **Journal of Nuclear Medicine** (abstract) 1990;31:763.

33.    Hecht HS, **Shaw RE**, Bruce T, Myler RK, Stertzer SH. Disease progression in previously normal vessels after coronary angioplasty: detection by tomographic thallium-201 exercise imaging. **Journal of Nuclear Medicine** (abstract) 1990;31:836.

34.    Fishman Mooney J, **Shaw RE**, Sawicki E, Kilber L, Mooney M. Differences in risk factor knowledge and anxiety level between patients undergoing coronary angioplasty and their spouses. **Heart and Lung** (abstract) 1990;19:306.

35.    Murphy MC, **Shaw RE**, Stertzer SH, Myler RK, Hansell HN. Risk factors associated with angiographic progression of coronary artery disease. **Heart and Lung** (abstract) 1990;19:310.

36.    Anwar A, Stertzer SH, Webb J, de la Fuente L, Hidalgo B, Morales M, Fischer E, Pichel R, Crew J, Favaloro R, **Shaw RE**, Myler RK. Animal experience with Boneau II: a new intracoronary stent device. **Circulation** (abstract) 1990;82:III-658.

37.    Zapolanski A, Ellertson D, Bronstein M, Leary L, Chan J, **Shaw RE**, Myler RK, Stertzer SH. Classification and results of urgent coronary bypass surgery. In the **Proceedings of the V Pan-American Congress of the Diseases of the Chest** (abstract), Puerto Rico, 1990.

38.    Zapolanski A, Wulff CW, Ellertson D, Bronstein M, **Shaw RE**, Leary L, Chan J, Stertzer SH, Myler RK. Can the internal mammary artery be used safely and effectively in emergency bypass surgery after failed coronary angioplasty. In the **Proceedings of the XI World Congress of Cardiology** (abstract), Manila, Philippines, 1990.

39.    Mooney MR, Fishman Mooney J, **Shaw RE**, Lesser JR, Stertzer SH, Myler RK, VanTassel RA. Restenosis that presents as a new total occlusion: is repeat angioplasty effective? **Journal of the American College of Cardiology** (abstract) 1991;17(6):196B.

40.   Anwar A, **Shaw RE**, Myler RK, Murphy MC, Stertzer SH. Coronary occlusions: recurrence, morphology and repeat angioplasty. **The Journal of the American College of Cardiology** (abstract) 1991;17:267A.

41.   Hecht HS, **Shaw RE**, Stertzer SH, Myler RK. Silent versus painful ischemia after coronary angioplasty: comparison of amount and severity of ischemic myocardium secondary to restenosis by tomographic thallium-201 exercise imaging. **The Journal of the American College of Cardiology** (abstract) 1991;17:266A.

42.   Zapolanski A, Bronstein M, **Shaw RE**, Ellertson D, Leary L, Anwar A, Stertzer SH, Myler RK. Are patients with a history of recent myocardial infarction at higher risk for complications during coronary artery bypass surgery? **The Journal of the American College of Cardiology** (abstract) 1991;17:210A.

43.   Anwar A, Stertzer SH, de la Fuente L, Hidalgo B, Murphy MC, **Shaw RE**, Myler RK. Initial human experience with the Boneau II: A new intracoronary stent device. **Circulation** (abstract) 1991;84(Suppl II):II-198.

44.   Hecht HS, DeBord L, **Shaw RE**, Ryan C, Chin H. Supine bicycle stress echocardiography versus tomographic thallium-201 treadmill exercise imaging (SPECT) for coronary disease detection. **Circulation** (abstract) 1991;84(Suppl II):II-705.

45.   Myler RK, **Shaw RE**, Stertzer SH, Rosenblum J, Murphy MC. Lesion morphology and coronary angioplasty: current (1990-91) experience. **Journal of the American College of Cardiology** (abstract) 1992;19:23A.

      Basnight MA, Zipkin RE, Stertzer SH, Rosenblum J, **Shaw RE**, Ward K, Murphy MC, Myler RK. Myocardial injury following coronary rotational ablation: mechanisms and incidence. **Journal of the American College of Cardiology** (abstract) 1992;19:334A.

47.   Mooney J, **Shaw RE**, Portu J, Sawicki E, Kilber L, Mooney M. Are coronary angioplasty and coronary bypass patients different in medical status and psychosocial perception at 2 year follow-up? **Heart and Lung** (abstract) 1992;21(3):289.

48.   Hecht HS, DeBord L, **Shaw RE**, Dunlap R, Chin H, Stertzer SH, Myler RK. Supine bicycle stress echocardiography: detection of restenosis and comparison with SPECT thallium imaging. **Journal of Echocardiography** (abstract) 1992;5:312.

49.   Rosenblum J, Stertzer SH, **Shaw RE**, Zipkin RE, Myler RK, Murphy MC, Hansell HN. Restenosis after successful rotational ablation. **Circulation** (abstract) 1992;84(Suppl I):I-653.

50.   Rosenblum J, Baciewicz PA, **Shaw RE**, Myler RK, Murphy MC, Hansell HN. Multivessel angioplasty: five-year followup and crossover analysis. **Circulation** (abstract) 1992;84(Suppl I):I-716.

51.   Hecht HS, DeBord L, **Shaw RE**, Ryan C, Dunlap R. Stress echocardiography: peak exercise is superior to post exercise imaging. **Circulation** (abstract) 1992;84(Suppl I):I-862.

52.   Rosenblum J, Murphy MC, **Shaw RE**, Myler RK, Hansell HN, Ryan C. Longterm outcome of women versus men after successful single vessel coronary angioplasty: a twelve year study. **Circulation** (abstract) 1992;84(Suppl I):I-674.

53.   Murphy MC, Hansell HN, Ward K, **Shaw RE**. Nursing management of the patient undergoing rotational ablation. **Circulation** (abstract) 1992;84(Suppl I):I-107.

CURRICULUM VITAE                    Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.   12

54.    Myler RK, **Shaw RE**, Baciewicz PA, Rosenblum J, Murphy MC, Stertzer SH, Zapolanski A, Leary L, Chan J. Five year comparison of triple vessel revascularization: coronary bypass surgery versus balloon angioplasty. **Journal of the American College of Cardiology** (abstract) 1993;21:73A.

55.    **Shaw RE**, Rosenblum J, Myler RK, Stertzer SH, Murphy MC, Hansell HN, Zapolanski A, Ryan C, Leary L, Chan J. Comparison of women undergoing multiple vessel revascularization with coronary bypass surgery or balloon angioplasty: a five year study. **Journal of the American College of Cardiology** (abstract) 1993;21:132A.

56.    Raju PK, **Shaw RE**, Myler RK, Stertzer SH, Pomerantsev E, Murphy MC. Factors predicting worsening of lesion morphology in restenotic lesions after coronary angioplasty. **Catheterization and Cardiovascular Diagnosis** (abstract) 1993;29:85.

57.    Goldenberg IF, Mooney J, Holmes D, O'Keefe J, Myler RK, **Shaw RE**, Weintraub WS, Cowley MJ, Kern MJ, Nahhas AT, Mooney MR. Coronary angioplasty in patients$\geq$ 90: a multicenter evaluation. **Catheterization and Cardiovascular Diagnosis** (abstract) 1993;29:83.

58.    **Shaw RE**, Ravoninjatovo N, Chan J, Murphy MC, Ryan C. Utility of the Framingham Risk Factor Profile in predicting late events after coronary angioplasty. **Journal of the American College of Cardiology** (abstract) 1994;68A.

59.    Fitzgerald PJ, Stertzer SH, Hidalgo BO, Myler RK, **Shaw RE**, Yock PG. Plaque characteristics affect lesion and vessel response to coronary rotational atherectomy: an intravascular ultrasound study. **Journal of the American College of Cardiology** (abstract) 1994:353.

60.    Myler RK, **Shaw RE**, Stertzer SH, Raju P, Pomerantsev E, Murphy MC. Triple vessel revascularization using coronary angioplasty: initial results and five year followup. **Catheterization and Cardiovascular Diagnosis** (abstract) 1994;32:94.

61.    Pomerantsev E, Stertzer SH, Yeung AC, Oesterle SN, Botas J, **Shaw RE**. High speed rotational atherectomy: assessment of spasm and elastic recoil. **Circulation** (abstract) 1994;90(4-2):I-213.

62.    Myler RK, **Shaw RE**, Murphy MC, Zipkin RE, Dunlap RW, Ryan C. Longterm followup and crossover 15 years after coronary angioplasty: comparison of angioplasty and bypass surgery strategies. **Journal of the American College of Cardiology** (abstract) 1995;Feb:139A.

63.    **Shaw RE**, Myler RK, Murphy MC, Pliam MB, Ryan C. Prediction of late cardiac events following successful coronary balloon angioplasty. **The Journal of Heart Failure** (abstract) 1995;May,Vol.2(1):1024.

64.    Ellis SG, Weintraub WS, Holmes DR, Block PC, **Shaw RE**, Whitlow PL. Should performance of PTCA at a high volume center ameliorate concerns regarding quality of low volume operator results? **Circulation** (abstract) 1995;92:I-73.

65.    Ryan C, **Shaw RE**, Murphy MC, Myler RK. Hypertension is a more frequent risk factor and associated with a higher mortality in women undergoing interventional coronary procedures. **Journal of the American Society of Hypertension** (abstract) 1996 (in press).

66.    Thompson CS, Murphy MC, **Shaw RE**. Gender differences in the clinical profile and treatment recommendations for patients undergoing coronary angiography: comparing two eras. **Circulation** (abstract) 1997;96:I-131.

67. Pliam MB, Bronstein M, Zapolanski A, **Shaw RE**. Recent improvement in results of coronary bypass surgery in octogenarians. **Circulation** (abstract) 1997;96:I-11.

68. Ryan C, **Shaw RE**, Zapolanski A, Murphy MC, Pliam MB, Mengarelli L. Early and late outcome in Filipino patients presenting for treatment of coronary artery disease. American Society of Angiology (abstract) 1998.

69. O'Murchu B, **Shaw RE**, Millhouse FG, Murphy MC, Ryan C. Is elevation in creatinine kinase related to adverse events following rotational ablation? **Circulation** (abstract) 1998;98:I-496.

70. **Shaw RE**, Pliam MB, Gawrit N, McLaughlin S. Making clinical databases more clinically useful by combining "Roll Forward" update programming with scanning technology. **Journal of the American College of Cardiology** (abstract) 2000;35(2-Suppl A):560A.

71. Ryan C, **Shaw RE**, Zapolanski A, Murphy MC, Millhouse F, Pliam MB, Mengarelli L. Risk factors, ethnicity and type of treatment predict need for late repeat revascularization in patients presenting for treatment of coronary artery disease. **Journal of the American College of Cardiology** (abstract) 2000;35(2-Suppl A):552A.

72. Cohen HA, Jacobs AK, Yeh W, Faxon DP, Williams DO, Holmes DR, **Shaw RE**, Mehra A, Detre KM. Does therapy with GP IIbIIIa receptor antagonists improve late clinical outcome following percutaneous coronary intervention? A report from the NHLBI Dynamic Registry. **Journal of the American College of Cardiology** (abstract) 2000;35(2-Suppl A):31A.

73. **Shaw RE**, Emlet J, Hewitt KM, Mitchell KR, Brindis RG. An automated program for insuring data quality for the ACC-National Cardiovascular Data Registry. **The Journal of Invasive Cardiology** (abstract) 2000;12;11:581.

74. Ryan CJ, **Shaw RE**, Millhouse FG, Zapolanski A, Murphy MC, Mengarelli L. Early and late effects of coronary intervention in the hypertensive patient. **American Journal of Hypertension** (abstract) 2000;13:295A-296A.

75. Yap A, **Shaw RE**. The petite Asian woman: Is coronary artery bypass graft surgery safe? Proceedings of the Tenth Conference on Health Problems Related to the Chinese in North America (abstract) 2000;V:38.

76. **Shaw RE**, McKay CR, Pliam MB, Brindis RG. Development of an initial model for risk adjustment of mortality following coronary intervention: results from the ACC-NCDR registry. **Circulation** (abstract) 2000;102;18:II-432.

77. Ryan C, **Shaw RE**, Zapolanski A, Murphy MC, Millhouse FG, Pliam MB, Mengarelli L, Pomerantseva A. The relationship of ethnicity to risk factor presentation, therapeutic outcomes and late events in patients presenting for treatment of coronary artery disease. **Circulation** (abstract) 2000;102;18:II-612.

78. Anderson HV, **Shaw RE**, McKay CR, Mermelstein PD, Mitchell KR, Emlet J, Krone RJ, Block PC, Brindis RG. Indications for coronary intervention by ACC criteria: The ACC-NCDR registry. **Circulation** (abstract) 2000;102;18:II-841.

79. Anderson HV, McKay CR, **Shaw RE**, Mitchell KR, Emlet J, Mermelstein PD, Brindis RG. Variations in risk-adjusted mortality with PCI: The ACC-NCDR registry. **Circulation** (abstract) 2000;102;18:II-841.

80. McKay CR, **Shaw RE**, Brindis RG, Anderson HV, Weintraub WS. The influence of age on in-hospital outcome of PCI: results from the ACC-NCDR database. **Circulation** (abstract) 2000;102;18:II-731.

81.  Brindis R, McKay C, Anderson HV, **Shaw RE**, Weintraub WS. The influence of diabetes on the in-hospital outcome of PCI in the ACC-NCDR Database. **Journal of the American College of Cardiology** (abstract) 2001;37(2):65A.

82.  Anderson HV, Weintraub WS, **Shaw RE**, McKay C, Brindis R. Are women at increased risk of death after PCI? Results from the ACC-NCDR Database. **Journal of the American College of Cardiology** (abstract) 2001;37(2):327A.

83.  **Shaw RE**, on behalf of the ACC-National Cardiovascular Data Registry™, Hewitt KM, Mitchell KR, Brindis RG. Quality Improvement Begins with Quality Data: An Automated Program for Insuring Data Completeness for the ACC-National Cardiovascular Data Registry™. **11th Annual Summer Institute in Nursing Informatics**. (abstract) 2001 (in press).

84.  Zapolanski A, Korver K, Pliam M, Mengarelli L, **Shaw RE**. Left Main Coronary Artery Disease in Beating Heart Surgery. **ISMICS** (abstract) 2001.

85.  Zapolanski A, Korver K, Pliam M, Mengarelli L, **Shaw RE**. Mitral Valve Surgery via a right anterior mini-thoracotomy with central aortic cannulation and no endoscopic assistance. **The Society for Minimally Invasive Surgery** (abstract) 2001 (in press).

86.  Zapolanski A, Korver K, Pliam M, Mengarelli L, **Shaw RE**. Beating Heart Surgery reduces blood utilization of blood products in coronary revascularization. **ISMICS** (abstract) 2001.

87.  Krone RJ, **Shaw RE**, Anderson HV, Block PC. Outcome of PCI with stenting is independent of lesion classification, but lesion classification by the ACC or SCAI assumes great importance if a stent is not used. A report from the ACC National Cardiovascular Data Registry (NCDR). **Circulation** (abstract) 2001:104(17);II-423.

88.  Krone RJ, **Shaw RE**, Klein, LW, Block PC, Anderson HV. Evaluation of the ACC/AHA and the SCAI (Society for Coronary Angiography and Interventions) lesion classification system (LCS) using the ACC National Cardiovascular Data Registry (NCDR); developing an evidence based lesion classification system. **Circulation** (abstract) 2001:104(17);II-423-II-424.

89.  Gibbons RJ, **Shaw RE**, Klein LW, Brindis RG, Shaw LJ. On behalf of the ACC-National Cardiovascular Registry. Prediction of severe three-vessel or left main coronary artery disease using a simple clinical risk score in 98,544 patients. **Circulation** (abstract) 2001:104(17);II-550.

90.  Grissom GR, **Shaw RE**, Ryan C, Movsowitz C, Ledley G, Kulakowski E. Initial results from a computerized system to detect depression in cardiac patients: The Cardiac Depression Management System. **Journal of the American College of Cardiology** (abstract) 2002 :39(5) Suppl A;449A.

91.  Klein LW, Kutcher MA. Block P, Krone R. Weintraub WS, **Shaw RE**, for the ACC-NCDR Registry. Emergency CABG after failed PCI in contemporary practice: a report from the ACC-NCDR Registry. **Journal of the American College of Cardiology** (abstract) 2002:39(5) Suppl A;41A.

92.  Klein LW, Krone R, Brindis RG, **Shaw RE**, Block P, McKay C, Hewitt K, Weintraub WS, for the ACC-NCDR Registry. Mortality after percutaneous coronary intervention in cardiogenic shock: a predictive model based on 1,869 consecutive patients in the ACC-NCDR registry. **Journal of the American College of Cardiology** (abstract) 2002:39(5) Suppl A;40A.

CURRICULUM VITAE                    Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.  15

93.  Shaw LJ, Gibbons RJ, McCallister B, Mitchell KR, Hewitt K, Klein LW, Weintraub WS, Brindis RG, **Shaw RE.** Gender differences in extent and severity of coronary disease in the ACC National Cardiovascular Disease Registry. **Journal of the American College of Cardiology** (abstract) 2002:39(5) Suppl A;321A.

94.  Ryan C, **Shaw RE**, Millhouse FG, Cavero P, Girolami M, Cavanaugh M. Comparison of in-hospital and late results in patients presenting for percutaneous coronary intervention with acute anterior or inferior myocardial infarction. **Circulation** (abstract) 2002.

95.  Ryan C, **Shaw RE**, Zapolanski A, Millhouse FG, Cavanaugh M. Clustering of risk factors is associated with poorer late outcome in different ethnic groups presenting for treatment of coronary artery disease. **American College of Angiology** (abstract) 2002.

96.  Beinart S, Montgomery EM, **Shaw RE**, Brindis RG, Klein LW, McKay CR, Hewitt K, Veledar E, Weintraub WS. on Behalf of the ACC-NCDR. Effect of PCI volume on adverse outcomes in the ACC-NCDR. **Circulation** (abstract) 2002:106(19) II-753.

97.  Hewitt KM, Brindis RG, Klein LW, Krone RJ, Weintraub W, **Shaw RE**. The relationship of coronary stenting and glycoprotein IIb/IIIa inhibitors to PCI outcomes in insulin dependent diabetics: a report from the American College of Cardiology National Cardiovascular Data Registry. **Circulation** (abstract) 2002 (in press).

98.  Klein LW, Brindis R, Krone R, Weintraub W, **Shaw RE** on Behalf of ACC-NCDR. The relationship of coronary stenting and glycoprotein IIb/IIIa inhibitors to PCI outcomes in insulin dependent diabetics: a report from the American College of Cardiology-National Cardiovascular Data Registry. **Circulation** (abstract) 2002:106(19) II-716.

99.  Klein LW, Anderson HV, Brindis R, **Shaw RE**, Lin B. for the ACC-NCDR. Predictors of outcome of primary PCI in ST elevation myocardial infarction in 6521 consecutive cases during 2001: a report from the American College of Cardiology-National Cardiovascular Data Registry. **Circulation** (abstract) 2002:106(19) II-363.

100.  Zapolanski A, Pliam MB, Mengarelli L, Ley J, **Shaw RE**. Extensive revascularization on the beating heart: early results in patients receiving four to seven bypass grafts. **ISMICS** (abstract) 2003.

101.  Zapolanski A, Mengarelli L, Pliam MB, **Shaw RE**. Diabetics undergoing beating heart surgery have better outcomes compared with conventional coronary artery bypass surgery. **ISMICS** (abstract) 2003.

102.  Klein LW, Anderson HV, Lin B, Brindis RG, Kutcher M, **Shaw RE**, Weintraub WS on behalf of the ACC-NCDR. Predictors of in-hospital outcomes of percutaneous coronary intervention (PCI) in unstable angina and non-ST segment elevation myocardial infarction (UA/NSTEMI): A report from the National Cardiovascular Data Registry (ACC-NCDR). Transcatheter Therapeutics Annual Meeting September, **American Heart Journal** (abstract) 2003.

103.  Klein LW, Anderson HV, Lin B, Brindis EG, Kutcher M, **Shaw RE**. Weintraub WS on behalf of the ACC-NCDR. Development of a nomogram to predict in-hospital outcomes of Percutaneous Coronary Intervention (PCI) in unstable angina and non-ST segment elevation myocardial infarction (UA/STEMI): A report from the American College of Cardiology-National Cardiovascular Data Registry (ACC-NCDR). **Circulation** (abstract) 2003:108(17) IV-538

104.    Blair J, Holper EM, Faxon D, Jolly N, Jacobs AK, **Shaw RE**, Coady P, Selzer F, Vlachos H, Williams DO. Congestive heart failure remains a strong independent predictor of adverse outcomes after percutaneous coronary intervention: current results from the NHLBI Dynamic Registry. **Circulation** (abstract) 2003:108(17) IV-458.

105.    O'Neill DP, Hui PYM, Yee RR, Gray R, **Shaw RE**. Beneficial effect of combined thrombolytic therapy and percutaneous coronary angioplasty in transfer patients with ST segment elevation myocardial infarction: A report from the American College of Cardiology National Cardiovascular Data Registry. **Journal of the American College of Cardiology** (abstract) 2004:43(5) 304A.

106.    Naik HS, Hui PYM, Yee RR, **Shaw RE**. The risk of bleeding in renal failure patients undergoing glycoprotein IIb/IIIa receptor inhibition: A report from the American College of Cardiology National Cardiovascular Data Registry. **Journal of the American College of Cardiology** (abstract) 2004:43(5) 30A.

107.    Ahmed A, Murtaza M, Catchings T, Webel R, **Shaw RE**. The impact of body mass index (BMI) on in-hospital outcomes following percutaneous coronary interventions: the Obesity Paradox. **Journal of the American College of Cardiology** (abstract) 2004:43(5) 80A.

108.    Ahmed A, Murtaza M, Catchings T, Webel R, Lin B, **Shaw RE**, Flaker GC. Assessment of the feasibility, safety and success of transradial access for percutaneous coronary intervention: a report from the American College of Cardiology-National Cardiovascular Data Registry. **Journal of the American College of Cardiology** (abstract) 2004:43(5) 30A.

109.    Kutcher MA, Klein LW, Wharton TP, Applegate RJ, Brindis RG, **Shaw RE**, Weintraub WS. Clinical outcomes in coronary angioplasty centers with off site versus on site cardiac surgery capabilities: a preliminary report from the American College of Cardiology-National Cardiovascular Data Registry. **Journal of the American College of Cardiology** (abstract) 2004:43(5) 96A.

110.    **Shaw RE**, Naik HS, Yee RR, Hui PYM. Accelerated coronary artery disease and risk factor profiles of patients undergoing percutaneous coronary intervention: a report from the American College of Cardiology National Cardiovascular Data Registry. **Circulation** (abstract) 2004 :109(6) 67.

111.    **Shaw RE**, Brent BN, Bernier E, Hamoda M. Factors that may confound the accurate tracking of drug-eluting stent usage. **Circulation** (abstract) 2004:109(20) 6.

112.    Kolm P, Valedar E, Foster J, Vaccarino V, Weintraub WS, Hewitt K, Mitchell K, **Shaw RE**, Brindis RG. Development of Tree-based risk models of in-hospital mortality following percutaneous coronary intervention using the ACC-NCDR. **Circulation** (abstract) 2004:109(20) 9.

113.    Foster J, Valedar E, Kolm P, Vaccarino V, Weintraub WS, Hewitt K, Mitchell K, **Shaw RE**, Brindis RG. Predicting in-hospital mortality for acute myocardial infarction patients with or without ST segment elevation following percutaneous coronary intervention. **Circulation** (abstract) 2004:109(20) 2.

114.    Valedar E, Foster J, Kolm P, Vaccarino V, Weintraub WS, Hewitt K, Mitchell K, **Shaw RE**, Brindis RG. Predicting unplanned coronary artery bypass graft surgery for acute myocardial infarction patients with or without ST segment elevation following percutaneous coronary intervention. **Circulation** (abstract) 2004:109(20) 20.

115. Naik HS, Yee RR, Hui PYM, **Shaw RE**.  Bleeding complications in women undergoing glycoprotein IIb/IIIa receptor inhibition in elective percutaneous coronary intervention: A report for the American College of Cardiology National Cardiovascular Data Registry. **Circulation** (abstract) 2004:109(20) 40.

116. Zapolanski A, Pliam M, Yee E, Mengarelli L, Ley J, **Shaw RE**. Can diabetic patients be effectively revascularized? **ISMICS** (abstract) 2004.

117. Zapolanski A, Pliam M, Mengarelli L, Ley J, **Shaw RE**. OPCAB with multiple anesthesiologists. **ISMICS** (abstract) 2004.

118. Levy M, Hui PYM, **Shaw RE**. Have recommendations for cholesterol lowering therapy been effectively implemented in patient presenting for percutaneous intervention with prior revascularization? A report from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR). **American Journal of Cardiology** (abstract) 2004: September 30.

119. Naik HS, Yee RR, Hui PYM, **Shaw RE**. The risk of immediate percutaneous coronary intervention after thrombolytic therapy. A report from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR). **American Journal of Cardiology** (abstract) 2004: September30..

120. Sherev D, Brent BN, **Shaw RE**. Angiographic predictors of life-threatening femoral access site complications. **American Journal of Cardiology** (abstract) 2004: September 30; 125E.

121. Krone RJ, **Shaw RE**, Klein L, Weintraub WS. Regional variations and other differences in distribution and outcomes for the use of Ad Hoc Percutaneous Coronary Intervention (PCI). **Circulation** (abstract) 2004: Suppl 1 10(17) III-760.

122. Anderson HV, **Shaw RE**, Peterson E, Klein LW, Weintraub WS, Brindis, McKay CR, Kutcher M. Percutaneous coronary interventions (PCI): Relationship between indications and outcomes by American College of Cardiology/American Heart Association (ACC/AHA) Task Force Guidelines. **Circulation** (abstract) 2004: Suppl 1 10(17) III-765.

123. Klein LW, **Shaw RE**, Weintraub WS, Krone R, Anderson HV, Kutcher M. Does the use of embolic protection devices (EDP) improve clinical outcomes in saphenous vein graft (SVG) percutaneous coronary intervention (PCI)? A report from the National Cardiovascular Data Registry (ACC-NCDR). **Circulation** (abstract) 2004: Suppl 1 1 0(17) III-491.

124. Rao SV, **Shaw RE**. Brindis R, Weintraub W, Peterson ED. On-versus Off-label use of drug-eluting stents in clinical practice: Data from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR). **Circulation** (abstract) 2004: Suppl 110(17) III-688.

125. Rao SV, **Shaw RE**, Brindis R, Klein L, Weintraub W, Peterson ED. Predictors of drug-eluting stent use in clinical practice: Data from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR). **Circulation** (abstract) 2004: Suppl 110(17) III-688.

126. Shaw LJ, Radford M, Brindis RG, **Shaw RE**. Weintraub WS. Sex and ethnic differences in the likelihood of significant coronary artery disease in the ACC – National Cardiovascular Data Registry. **Circulation** (abstract) 2004: Suppl 110(17) III-800.

Hao SC, Duong TD, Natale A, Hongo RH, Bull S, Yassa S, Funke L, Hunter T, Voskuyl J, **Shaw RE**. Pulmonary vein isolation without reversal of warfarin therapy: Is it safe? **Circulation** (abstract) 2004: Suppl 110(17) III-350.

128. Ley SJ, Zapolanski A, **Shaw RE**, Hill JD. Are patients with Human Immunodeficiency Virus at higher risk for complications following cardiac surgery? **Circulation** (abstract) 2004: Suppl 110(17) III-354.

129. Naik H, **Shaw RE**, Hui PYM, Yee RR. Upstream versus in-lab use of glycoprotein IIb, IIIa receptor (GPIIb, IIIa) inhibition in non ST elevation myocardial infarction (NSTEMI) patients: A report from the American College of Cardiology national Cardiovascular Data Registry. (ACC-NCDR). **Bay Area Clinical Research Symposium - Proceedings** (abstract) 2004.

130. Huang HW, **Shaw RE**. Risk of vascular bleeding in renal failure patients receiving adjunctive clopidogrel for percutaneous coronary intervention. A report from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR). **Journal of the American College of Cardiology** (abstract) 2005: 45(3) 37A.

131. Huang HW, **Shaw RE**. Cardiac catheterization for intermediate-risk patients by health insurance payor status. A report from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR). **Journal of the American College of Cardiology** (abstract) 2005: 45(3) 341A.

132. Rajeev AG, Surabhi S, Gupta V, Wasson S, Catchings T, Webel R, Aggarwal KB, Flaker GC, **Shaw RE**. In-hospital outcomes and trends in usage of drug-eluting stents in aortocoronary bypass grafts: A report from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR). **Journal of the American College of Cardiology** (abstract) 2005: 45(3) 25A.

3. Fiocchi F, Kennent JD, **Shaw RE**, Brindis R, Mitchell K, Hermann T, Dobson S, Hewitt K. Implementing the first nationwide cardiac registry audit program: Results from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR) Pilot Audit Program. **Journal of the American College of Cardiology** (abstract) 2005: 45(3) 1A.

134. Fiocchi F, Kennent JD, **Shaw RE**, Weintraub WS, Mitchell K, Hermann T, Dobson S, Hewitt K, Brindis RG. Accuracy of data is dependent on whether it is subjective or objective: Results from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR) Pilot Audit Program. **Journal of the American College of Cardiology** (abstract) 2005: 45(3) 22A.

135. Tavris D, Weintraub WS, **Shaw RE**, Brindis RG. Risk of local adverse events following cardiac catheterization by hemostasis device and gender. **Journal of the American College of Cardiology** (abstract) 2005: 45(3) 40A.

136. Patel A, Helmy T, **Shaw RE**. Racial outcomes of lesion characteristics and coronary stent use on lesion success – Observations from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR). **Catheterization and Cardiovascular Intervention** (abstract) 2005: 65(1) 98.

137. Helmy T, Patel A. **Shaw RE**. In-hospital outcomes of ethnic groups undergoing percutaneous coronary intervention – Results from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR). **Catheterization and Cardiovascular Intervention** (abstract) 2005: 65(1) 103.

138. Patel A, Helmy T, **Shaw RE**. Clinical characteristics of ethnic groups undergoing percutaneous coronary intervention – Results from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR). **Catheterization and Cardiovascular Intervention** (abstract) 2005: 65(1) 108

CURRICULUM VITAE                    Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.   19

139.   Rajeev AG, Surabhi S, Gupta V, Tejwani L, Dellsperger GC, Flaker GC, **Shaw RE**. Do glycoprotein IIb, IIIa inhibitors work in patients with percutaneous coronary interventions of bypass grafts: A report from the American College of Cardiology – National Cardiovascular Data Registry (ACC-NCDR). **Catheterization and Cardiovascular Intervention** (abstract) 2005: 65(1) 145.

140.   Zapolanski A, Ley SJ, Mengarelli L, Pliam MB, **Shaw RE.** Coronary Revascularization in HIV Patients: The Role of OPCAB. **ISMICS** (abstract) 2005.

141.   Zapolanski A, Pliam MB, Ley SJ, Mengarelli L, **Shaw RE**. LITA to the LAD Last: A Safe Approach to OPCAB. **ISMICS** (abstract) 2005.

142.   Sangha R, Hui PYM, **Shaw RE**. Nationwide Use of Intracoronary Brachytherapy Since the Introduction of Drug Eluting Stents. **American Journal of Cardiology** (abstract) 2005.

143.   Tremmel J, Lee D, **Shaw RE**. The Influence of Body Mass Index on Mortality Following Percutaneous Coronary Intervention in Those Presenting with Unstable Angina or non-ST Elevation Myocardial Infarction:  Is There an Obesity Paradox? **American Journal of Cardiology** (abstract) 2005.

144.   Dehmer GJ, Kutcher M, Dey SK, **Shaw RE,** Weintraub, WS, Mitchell K, Herman A, Lattoz D, Brindis RG. Performing percutaneous coronary intervention at facilities without onsite cardiac surgical backup is increasing: A report from the American College of Cardiology - National Cardiovascular Data Registry (ACC-NCDR). **Circulation** (abstract) 2005;112(17):II-481.

145.   Huang HW, Brent BN, **Shaw RE**. Trends in percutaneous versus surgical revascularization of unprotected left main coronary artery disease in the drug-eluting stent era: : A report from the American College of Cardiology - National Cardiovascular Data Registry (ACC-NCDR).  **Circulation** (abstract) 2005;112(17):II-482.

146.   Tremmel J, Lee D, **Shaw RE.** Is the Obesity Paradox for Real? The Effect of Body Mass Index on Mortality Following Percutaneous Coronary Intervention in Those Presenting with ST Elevation Myocardial Infarction. A Report from the American College of Cardiology national Cardiovascular Data Registry. **Circulation** (abstract) 2005;112(17):II-695.

147.   Weintraub WS, Veledar E, Kolm P, Rao S, Hewitt K, Mitchell K, Foster J, Zhang Z, Anderson G, Krone R, **Shaw RE,** Brindis RG. Comparison of in-hospital mortality for PCI patients receiving DES comparing Sirolimus versus Paclitaxel with or without acute myocardial infarction (AMI); the American College of Cardiology National Cardiovascular Data Registry (ACC/NCDR) experience. **Circulation** (abstract) 2005;112(17):II-745.

148.   Kolm P, Veledar E, Foster J, Hewitt K, Mitchell K, Brindis RG, **Shaw RE,** Weintraub WS.  External validation of models of in-hospital mortality for acute myocardial infarction patients with and without ST-segment elevation following percutaneous coronary intervention. **Circulation** (abstract) 2005;112(17):II-823.

149.   Black M, Ley J, Tede N, Coulson J, Popper R, Regal AM, **Shaw RE**. Novel Approach to Right Ventricular Outflow Tract Reconstruction Using a Stentless Porcine Valve. **Annals of Thoracic Surgery** (abstract) 2006 (in press).

150.   Grissom GR, **Shaw RE**, Gray C, Bernier E, Lord S, Wexman M, Harralson T, Covalesky V, Movsowitz C, Phillips R, Huberman B.  Detecting Depression in Cardiac Patients: Description of an Innovative System and Preliminary Findings Related to Gender and Age. **Journal of the American College of Cardiology** (abstract) 2006;Vol 47(4) Suppl A:353A.

CURRICULUM VITAE                    Richard E. Shaw, M.A., Ph.D., F.A.C.C., F.A.C.A.  20

151.    Shaw RE, Peterson ED, McLaughlin S, Chang A, Taverna E, Quitevis R, Khoury L, Smith K, Tanabe A, Middleton J, Bennett C. Meehan P. Development of an innovative data capturre system for the CRUSADE National Registry for acute coronary syndrome patients. **Circulation** (abstract) 2006: Vol 113(21):e829.

152.    Huang HW, Brent BN, Shaw RE. Demographic variations in percutaneous and surgical revascularization of unprotected left main coronary artery stenosis: a report from the American College of Cardiology National Cardiovascular Data Registry. Cardiovasc Revasc Med 2006 Apr-Jun; 7(2): 93-94.

153.    Veledar E, Klein L, Rao S, Brindis R, Kolm P, Shaw RE, Anderson G, Novik O, Vaccarino V, Abramson J, Weintraub W. Comparison of in-hosptial outcomes in diabetics and non-diabetics using the Paclitaxel and Sirolimus drug-eluting stents: Results from ACC-NCDR. **Circulation** (abstract) 2006; Vol 113(21):e794.

154.    Anderson HV, Shaw RE, Brindis RG, McKay CR, Klein LW, Krone RJ, Ho, KK, Rumsfeld JS, Smith SC, Weintraub WS. Risk-Adjusted mortality analysis of percutaneous coronary interventions by American College of Cardiology/American Heart Association Guidelines Recommendations. **Circulation** (abstract) 2006;Vol 114(18) Suppl II:II-842.

155.    Patel AD, Shaw RE, Khan BV, Lerakis S, Helmy T. Race and gender differences in post-procedural outcomes following percutaneous coronary interventions in African Americans and Caucasians. **Circulation** (abstract) 2006;Vol 114(18) Suppl II:II-509.

156.    Patel AD, Shaw RE, Khan BV, Lerakis S, Helmy T. Post-procedural outcomes in Hispanics, Asians, American Indians and Caucasians following percutaneous coronary intervention. **Circulation** (abstract) 2006;Vol 114(18) Suppl II:II-510.

157.    Rao SV, Fang-Shu O, Wang T, Shaw RE, Brindis R, Rumsfeld JS, Peterson ED. The radial approach to percutaneous coronary intervention is associated with a lower risk for complications regardless of radial procedure voilume: A report from the American College of Cardiology National Cardiovascular Data Registry (ACC-NCDR). **Journal of the American College of Cardiology** (abstract) 2007;49(9) Suppl B:3B.

158.    Grissom G, Shaw RE, Harralson T, Covalesky V, Movsowitz C, Phillips R, Huberman B. Gray C, Bernier E, Lord S, Wexman M, Mailhot J. Depression, Anxiety, Social Support and Risk for Hospitalization: Longterm Followup in Cardiac Patients. **Journal of the American College of Cardiology** (abstract) 2007;49(9) Suppl A:368A.

159.    Shaw RE, Grissom G,R. Lord S, Harralson T, Reddy S, Covalesky V, Movsowitz C, Phillips R, Huberman B. Gray C, Bernier E, Wexman M, Mailhot J. Psychosocial predictors of risk for hospitalization among cardiac patients. **Circulation** (abstract) 2007;115(21):7.