G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:     (415) 362-3599
Facsimile:     (415) 362-2006

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., | Case No.: C 07-2486 WHA |
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAITIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| ALTA BATES SUMMIT MEDICAL CENTER, | |
| Defendants. | |

**MANUAL FILING NOTIFICATION**

Regarding:    _Proposed Order Granting Plaintiff's Administrative Motion to File Under Seal_

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

//
//
//

This filing was not e-filed for the following reason(s):

[**x**] Item Under Seal

Respectfully submitted,

MOSCONE, EMBLIDGE & QUADRA, LLP

Dated:  March 27, 2008                    By:_____/s/_____
                                                    G. Scott Emblidge
                                                    Rachel J. Sater
                                                    Andrew E. Sweet

                                                    Attorneys for Plaintiff