| | |
|---|---|
| 1 | G. SCOTT EMBLIDGE, State Bar No. 121613<br>emblidge@meqlaw.com |
| 2 | RACHEL J. SATER, State Bar No. 147976<br>sater@meqlaw.com |
| 3 | ANDREW E. SWEET, State Bar No. 160870<br>sweet@meqlaw.com |
| 4 | MOSCONE, EMBLIDGE, & QUADRA, LLP<br>220 Montgomery Street, Suite 2100 |
| 5 | San Francisco, California 94104<br>Telephone:    (415) 362-3599 |
| 6 | Facsimile:    (415) 362-2006 |
| 7 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., | Case No.: C 07-2486 WHA |
| Plaintiff, | **DECLARATION OF RACHEL J. SATER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| v. | |
| ALTA BATES SUMMIT MEDICAL CENTER, | |
| Defendants. | |

**MANUAL FILING NOTIFICATION**

Regarding: __Declaration of Rachel J. Sater in Support of Plaintiff's Administrative Motion to File Under Seal_____

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

//
//
//

1 | This filing was not e-filed for the following reason(s):
2 | [**x**] Item Under Seal
3 |
4 |                                  Respectfully submitted,
5 |                                  MOSCONE, EMBLIDGE & QUADRA, LLP
6 |
7 | Dated: March 27, 2008           By:_____/s/_____
8 |                                     G. Scott Emblidge
                                    Rachel J. Sater
9 |                                     Andrew E. Sweet
10 |                                  Attorneys for Plaintiff