1  G. SCOTT EMBLIDGE, State Bar No. 121613
   emblidge@meqlaw.com
2  RACHEL J. SATER, State Bar No. 147976
   sater@meqlaw.com
3  ANDREW E. SWEET, State Bar No. 160870
   sweet@meqlaw.com
4  MOSCONE, EMBLIDGE, & QUADRA, LLP
   220 Montgomery Street, Suite 2100
5  San Francisco, California 94104
   Telephone:    (415) 362-3599
6  Facsimile:    (415) 362-2006

7  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., | Case No.: C 07-2486 WHA |
| Plaintiff, | **DECLARATION OF "PHYSICIAN H" IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| ALTA BATES SUMMIT MEDICAL CENTER, | |
| Defendants. | |

### MANUAL FILING NOTIFICATION

Regarding:  __Declaration of "Physician H" in Opposition to Defendant's Motion for Summary Judgment_____

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

//
//
//

This filing was not e-filed for the following reason(s):

[**x**] Item Under Seal

Respectfully submitted,

MOSCONE, EMBLIDGE & QUADRA, LLP

Dated: March __, 2008          By:_____/s/_____
                                          G. Scott Emblidge
                                          Rachel J. Sater
                                          Andrew E. Sweet

                                     Attorneys for Plaintiff