G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:     (415) 362-3599
Facsimile:      (415) 362-2006

Attorneys for Plaintiff Coyness L. Ennix

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D.,<br><br>           Plaintiff,<br><br>      vs.<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>           Defendants. | Case No. C 07-2486 WHA<br><br>**PROOF OF SERVICE** |

I, Omar Lateef, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.

On March 27, 2008, I served the attached:

- **DECLARATION OF "PHYSICIAN H" IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
- **ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
- **DECLARATION OF RACHEL J. SATER IN SUPPORT OF PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**
- **[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

1

PROOF OF SERVICE                                                                                          Case No. C 07-2486 WHA

on the interested party(ies) named below:

Maureen E. McClain
Alex Hernaez
Matthew P. Vandall
Kauff, McClain & McGuire, LLP
One Post Street, Suite 2600
San Francisco, California 94104

I served the attached document(s) in the manner indicated below:

☒ **BY PERSONAL SERVICE**:  I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed March 27, 2008, at San Francisco, California.

                                                       /s/
                                                   Omar Lateef

2

PROOF OF SERVICE                                                          Case No. C 07-2486 WHA