G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:   (415) 362-3599
Facsimile:   (415) 362-7332

Attorneys for Plaintiff

MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:   (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., <br><br> Plaintiffs, <br><br> v. <br><br> ALTA BATES SUMMIT MEDICAL CENTER, <br><br> Defendants. | Case No.: C 07-2486 WHA <br><br> **JOINT REPORT REGARDING THE PROGRESS AND STATUS OF ADR EFFORTS AND FURTHER ADR RECOMMENDATIONS BY THE PARTIES** <br><br> Date:  April 2, 2008 <br> Dept.:  Ctrm. 9, 19th Floor <br> Judge: Hon. William H. Alsup <br><br> Complaint Filed:  May 9, 2007 <br> Trial Date:       June 2, 2008 |

1

4830-9937-5618.1

Joint Report Re ADR                                                                                  Case No. C07-2486

The parties submit this Joint Report Regarding the Progress and Status of ADR Efforts and Further ADR Recommendations by the Parties pursuant to the Court's March 19, 2008, Order.

1. **Progress and Status of ADR Efforts**

On October 24, 2007, the parties completed an Early Neutral Evaluation ("ENE") session. There have been no other ADR processes or extended settlement discussions to date.

2. **Further ADR Recommendations by Plaintiff**

Plaintiff has been, and remains, willing to participate in any of the court sponsored ADR processes. Now that discovery is complete, plaintiff hopes that defendant might be amenable to settlement discussions, even though defendant has shown no such interest to date. Plaintiff recommends that the Court refer this case for a Settlement Conference to be conducted by Magistrate Judge Spero pursuant to ADR Local Rule 7.

3. **Further ADR Recommendations by Defendant**

Defendant's purported lack of interest in settlement discussions has been predicated upon positions Plaintiff's counsel has expressed in informal discussions regarding settlement which have conveyed to Defendant that a settlement conference would not be useful. Defendant does not oppose Plaintiff's request for a reference to Magistrate Judge Spero.

Dated:  April 2, 2008                    Respectfully Submitted,

                                         MOSCONE, EMBLIDGE & QUADRA, LLP

                                         By:            /s/
                                              G. Scott Emblidge

2

4830-9937-5618.1

Joint Report Re ADR                                                      Case No. C07-2486

|   |   |
|---|---|
|   | Attorneys for Plaintiff |
| DATED: April 2, 2008 | KAUFF McCLAIN & McGUIRE LLP |
|   | By:  /s/<br>MAUREEN E. McCLAIN |
|   | Attorneys for Defendant |

3

4830-9937-5618.1

Joint Report Re ADR                                                                                      Case No. C07-2486