MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:    (415) 421-3111
Facsimile:     (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D.,<br><br>  Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>  Defendant. | CASE NO. C 07-2486 WHA<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT'S OBJECTIONS TO PLAINTIFF'S OPPOSITION EVIDENCE**<br><br>DATE:  April 24, 2008<br>TIME:  8:00 a.m.<br>DEPT:  Ctrm. 9, 19th Flr<br>JUDGE: Hon. William H. Alsup<br><br>COMPLAINT FILED: May 9, 2007<br>TRIAL DATE: June 2, 2008 |

Having reviewed Defendant's Objections to Plaintiff's Evidence, the Court makes the following evidentiary rulings:

  1.  Objection to Consideration of Paragraphs 2-9 and Exhibits B-F of the Sweet Declaration.

Sustained _____          Overruled _____

  2.  Objection to Consideration of the Declaration of Physician H.

Sustained _____          Overruled _____

  3.  Objection to Consideration of the Declaration of Alex Zapolanski, M.D.

Sustained _____          Overruled _____

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER REGARDING DEFENDANT'S OBJECTIONS
TO PLAINTIFF'S OPPOSITION EVIDENCE

CASE NO. C 07-2486 WHA

4. Objection to Consideration of the Declaration of William S. Weintraub, M.D.

Sustained _____    Overruled _____

5. Objection to 2:16-18 of the Ennix Opposition Declaration.

Sustained _____    Overruled _____

6. Objection to 2:23-24 of the Ennix Opposition Declaration.

Sustained _____    Overruled _____

7. Objection to 3:4-8 of the Ennix Opposition Declaration.

Sustained _____    Overruled _____

8. Objection to Plaintiff's conclusion that Dr. Ennix's peers had similar complications and worse mortality rates than did Ennix.

Sustained _____    Overruled _____

9. Objection to Sweet's Declaration, ¶ 29, 5:26-6:11.

Sustained _____    Overruled _____

10. Objection to Sweet's Declaration, ¶ 27, 5:19-22.

Sustained _____    Overruled _____

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

[PROPOSED] ORDER REGARDING DEFENDANT'S OBJECTIONS
TO PLAINTIFF'S OPPOSITION EVIDENCE

CASE NO. C 07-2486 WHA