1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone: (415) 421-3111
5  Facsimile: (415) 421-0938

6  Attorneys for Defendant
   ALTA BATES SUMMIT MEDICAL CENTER
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  COYNESS L. ENNIX, JR., M.D., | CASE NO.  C 07-2486 WHA |
| 12              Plaintiff, | **NOTICE OF CHANGE IN COUNSEL** |
| 13  v. | **COMPLAINT FILED:** May 9, 2007 |
| 14  ALTA BATES SUMMIT MEDICAL CENTER, | **TRIAL DATE:** June 2, 2008 |
| 15              Defendant. | |

16

17       This notice is to inform the Court that Matthew Vandall is no longer

18  associated with Kauff, McClain & McGuire LLP, counsel for Defendant Alta Bates

19  Summit Medical Center. His name therefore should be taken off the service list in the

20  above case.

21  DATED: April 8, 2008            Respectfully submitted,

22                                   KAUFF MCCLAIN & MCGUIRE LLP

23

24                                   By:           /S/
                                               MAUREEN E. MCCLAIN
25
                                     Attorneys for Defendant
26                                   ALTA BATES SUMMIT MEDICAL CENTER
27

28  4849-5784-6274.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

NOTICE OF CHANGE IN COUNSEL                                    CASE NO. C 07-2486 WHA