1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  TAZAMISHA H. IMARA (State Bar No. 201266)
   Email: imara@kmm.com
4  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
5  San Francisco, California  94104
   Telephone:   (415) 421-3111
6  Facsimile:     (415) 421-0938

7  Attorneys for Defendant
   ALTA BATES SUMMIT MEDICAL CENTER
8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA

11

12  COYNESS L. ENNIX, JR., M.D.,            CASE NO.  C 07-2486 WHA

13              Plaintiff,                  **NOTICE OF APPEARANCE**

14  v.                                      **COMPLAINT FILED:** May 9, 2007
                                            **TRIAL DATE:** June 2, 2008
15  ALTA BATES SUMMIT MEDICAL CENTER,

16              Defendant.

17

18          This notice is to inform the Court that Tazamisha H. Imara has joined this

19  case as counsel for Defendant Alta Bates Summit Medical Center.  Her name therefore

20  should be added to the service list in the above case.

21  DATED:       April 8, 2008             Respectfully submitted,

22                                         KAUFF MCCLAIN & MCGUIRE LLP

23

24                                         By:_____/S/_____
                                                    TAZAMISHA H. IMARA
25
                                           Attorneys for Defendant
26                                         ALTA BATES SUMMIT MEDICAL
                                           CENTER
27

28  4810-6664-6274.1

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111