

KAUFF McCLAIN & McGUIRE LLP

ONE POST STREET · SUITE 2600
SAN FRANCISCO, CA 94104

TELEPHONE (415) 421-3111
TELECOPIER (415) 421-0938

MAUREEN E. McCLAIN
MCCLAIN@KMM.COM

NEW YORK
SAN FRANCISCO
LOS ANGELES
WWW.KMM.COM

April 24, 2008

Hon. William H. Alsup
United States District Court
Northern District of California
450 Golden Gate Ave.
Courtroom 9, 19th Floor
San Francisco, CA 94102

Re: Coyness L. Ennix, Jr. v. Alta Bates Summit Medical Center
USDC Case No. C 07-2486 WHA

Dear Judge Alsup:

Under Local Rule 7-3(d), Defendant asks the Court to approve submission of this letter to address a factual question raised by the Court in today's hearing. Specifically, the Court asked why the numbers on page 70 of 70 of the Declaration of Lamont D. Paxton do not add up. Looking at the document as a whole (i.e., pages 67 through 70 of the Paxton Declaration), there are 4 categories of surgeries: (1) CE (Coyness Ennix), (2) ACB Only, (3) Isolated Valve, and (4) ACB + Valve. The same categories exist for the non-CE and non-Kaiser MD's. Pages 68 through 69 show these same categories of surgeries by year from 1/1/1999 through 4/30/05. Page 70 shows the totals of those years. As stated on page 67, this data was submitted by Dr. Ennix.

Very truly yours,

MAUREEN E. McCLAIN

MEM/ric

cc: G. Scott Emblidge, Esq.
    Andrew Sweet, Esq.
    Rachel Sater, Esq.

4834-5877-8114.1