**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 24, 2008

Case No.  C 07-02486 WHA

Title: ENNIX  v. ALTA BATES SUMMIT MEDICAL

Plaintiff Attorneys: Rachel Sater; Andrew Sweet; G. Scott Emblidge

Defense Attorneys: Maureen McClain; Alex Hernaez

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Dft's Motion for Summary Judgment - Taken Under Submission

2)  

Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Jury Trial

**ORDERED AFTER HEARING:**