IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200, et seq.,<br><br>Plaintiff,<br><br>v.<br><br>RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER, and DOES 1 through 100,<br><br>Defendants. | No. C 07-02486 WHA<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE JOSEPH SPERO** |

Plaintiff requests that this case be referred to Magistrate Judge Joseph Spero for a settlement conference. Defendant does not oppose plaintiff's request for referral. The request is therefore **GRANTED**. This case is now referred to Magistrate Judge Spero for mediation. The trial date is set for June 2, 2008. This referral should not be used as a basis for a continuance, and both sides should prepare for trial on schedule.

**IT IS SO ORDERED.**

Dated: April 30, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE