# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

CASE NO.:  <u>C-07-02486 WHA (JCS)</u>                                              TIME:  <u>1.0 hr.</u>

CASE NAME:  <u>*Coyness Ennix, Jr. v. Alta Bates Summit Medical Center*</u>

MAGISTRATE JUDGE JOSEPH C. SPERO       CLERK: Mary Macudzinski-Gomez

DATE:  <u>May 8, 2008</u>                                           COURT REPORTER: <u>not reported</u>

<u>COUNSEL FOR PLAINTIFF(S):</u>                        <u>COUNSEL FOR DEFENDANT(S):</u>

G. Scott Emblidge                                        Maureen E. McClain
Andrew E. Sweet
Rachel J. Sater

---

### **PROCEEDINGS**

X     SETTLEMENT CONFERENCE        ☐    FURTHER SETTLEMENT CONFERENCE

☐     DISCOVERY CONFERENCE

☐     STATUS CONFERENCE RE: _____

☐     TELEPHONIC CONFERENCE RE: _____

☐     OTHER: _____

CASE CONTINUED TO: _____ FOR _____

NOTES:

A Settlement Conference was held; the case did not settle.  The parties were invited to contact the Court (JCS) if they wish to have a Further Settlement Conference.