MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:  (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

TAZAMISHA H. IMARA (State Bar No. 201266)
Email: imara@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
2049 Century Park East
Suite 2690
Los Angeles, CA 90067
Telephone:  (310) 277-7550
Facsimile:  (310) 277-7525

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>　　　　　　Defendant. | CASE NO.  C 07-2486 WHA<br><br>**PROOF OF SERVICE**<br><br>DATE:　May 19, 2008<br>TIME:　2:00 p.m.<br>DEPT:　Ctrm. 9, 19th Floor<br>JUDGE:　Hon. William H. Alsup<br><br>**COMPLAINT FILED:** May 9, 2007<br>**TRIAL DATE:** June 2, 2008 |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

PROOF OF SERVICE                                           CASE NO. C 07-2486 WHA

## PROOF OF SERVICE BY HAND DELIVERY

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Post Street, Suite 2600, San Francisco, California 94104. On **April 29, 2008**, I served a true and correct copy of the within documents:

- DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE COMPARATIVE EVIDENCE RE ABSENT A FOUNDATIONAL SHOWING OF SIMILARITY;
- DEFENDANT'S MOTION IN LIMINE NO. 2 SEEKING BIFURCATION OF DAMAGES AND OF ISSUES;
- DEFENDANT'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE RELATING TO PLAINTIFF'S OWN STATISTICS;
- DEFENDANT'S MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE RELATING TO MORTALITY STATISTICS;
- DEFENDANT'S MOTION IN LIMINE NO. 5 TO EXCLUDE EXPERT TESTIMONY CHALLENGING THE FAIRNESS OF THE PEER REVEW PROCESS;
- DEFENDANT'S MOTION IN LIMINE NO. 6 TO EXCLUDE EVIDENCE REGARDING EXISTENCE OF WHITE MALE "CLUB";
- DEFENDANT'S MOTION IN LIMINE NO. 7 TO EXCLUDE EVIDENCE CONCERNING THE REPORT AND ANTICIPATED TESTIMONY OF MARGO LEAHY, M.D.;
- DECLARATION OF ROSSANA S. ELTANAL IN SUPPORT OF MOTION IN LIMINE NO. 7; and
- DEFENDANT'S MOTION IN LIMINE NO. 8 TO EXCLUDE EVIDENCE OF "OTHER PHYSICIANS".

on the interested parties in said action by placing true and correct copies in a sealed envelope and giving it into the care of Freewheelin' Attorney Service for same-day hand delivery to the parties as follows:

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-1-

PROOF OF SERVICE                                CASE NO. C 07-2486 WHA

G. Scott Emblidge, Esq.
Moscone, Emblidge & Quadra, LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **April 29, 2008**, at San Francisco, California.

RITA I. CHAVEZ

4837-6266-9058.1

Kauff McClain & McGuire LLP
One Post Street
Suite 2600
San Francisco, CA 94104

- 2 -

PROOF OF SERVICE    CASE NO. C 07-2486 WHA

| Attorney or party without attorney (name and address): | Telephone No: (415) 421-3111 | For Court Use Only |
|---|---|---|
| ALEX HERNAEZ SB#201441<br>KAUFF, McCLAIN & McGUIRE LLP<br>1 POST STREET, STE. 2600<br>SAN FRANCISCO, CA          94104-<br>Attorney for (name): DEFENDANT(S) | | |

Insert name of court and name of judicial district and branch court, if any:
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:
COYNESS L. ENNIX, JR., M.D., ET AL.,

Defendant:
RUSSELL D. STANTEN, M.D., ET AL.,

| Reference Number:<br>10117.0166 | **PROOF OF SERVICE** | Case Number:<br>C07-2486 WHA |
|---|---|---|

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

DEFENDANT'S MOTION IN LIMINE NO. 7 TO EXCLUDE EVIDENCE CONCERNING THE REPORT AND ANTICIPATED TESTIMONY OF MARGO LEAHY, M.D.; PROOF OF SERVICE; DECLARATION OF ROSSANA S. ELTANAL IN SUPPORT OF MOTION IN LIMINE NO. 7; DEFENDAN'S MOTION IN LIMINE NO. 8 TO EXCLUDE EVIDENCE OF "OTHER PHYSICIANS"; DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE COMPARATIVE EVIDENCE ABSENT A FOUNDATIONAL SHOWING OF SIMILARITY; DEFENDANT'S MOTION IN LIMINE NO. 2 SEEKING BIFURCATION OF DAMAGES AND OF ISSUES; DEFENDANT'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE RELATING TO PLAINTIFF'S OWN STATISTICS; DEFENDAN'TS MOTION IN LIMINE NO. 4 TO EXCLUDE EVIDENCE RELATING TO MORTALITY STATISTICS; DEFENDANT'S MOTION IN LIMINE NO. 5 TO EXCLUDE EXPERT TESTIMONY CHALLENGING THE FAIRNESS OF THE PEER REVIEW PROCESS; DEFENDANT'S MOTION IN LIMINE NO.6 TO EXCLUDE EVIDENCE REGARDING EXISTENCE OF WHITE MALE "CLUB";

in the within action by personally delivering true copies thereof to the person served as follows:

Served: G. SCOTT EMBLIDGE, ESQ.
By Serving: WYLIE DORANT, ESQ.
Address: MOSCONE, EMBLIDGE & QUADRA
220 MONTGOMERY STREET, SUITE 2100
SAN FRANCISCO, CA          94104-
Date of Service: 04/29/08
Time of Service: 5:05 PM

Person Serving (name, address, and telephone No.):
Kevin M. Bottomley

**FreeWheelin'**
ATTORNEY SERVICE
41 Sutter Street, Suite 1777
San Francisco, California  94104
(415) 487-1750

Fee for service:
Registered California process server.
(1) Employee or independent contractor.
(2) Registration No: 1023
(3) County:        SAN FRANCISCO
(4) Reg. Exp. Date: August 02, 2009

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/29/08                          Signature: _____

```
 1  G. SCOTT EMBLIDGE, State Bar No. 121613
    emblidge@meqlaw.com
 2  RACHEL J. SATER, State Bar No. 147976                REC'D MAY 09 2008
    sater@meqlaw.com
 3  ANDREW E. SWEET, State Bar No. 160870
    sweet@meqlaw.com
 4  MOSCONE, EMBLIDGE, & QUADRA, LLP
    220 Montgomery Street, Suite 2100
 5  San Francisco, California 94104-4238
    Telephone:   (415) 362-3599
 6  Facsimile:   (415) 362-2006
 7  Attorneys for Plaintiff Coyness L. Ennix
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D., | Case No. C 07-2486 WHA |
| Plaintiff, | |
| vs. | **PROOF OF SERVICE** |
| ALTA BATES SUMMIT MEDICAL CENTER, | |
| Defendants. | |

I, Omar Lateef, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action.

On May 9, 2008, I served the attached:

- **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 1 RE COMPARATIVE EVIDENCE**
- **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 2 SEEKING BIFURCATION**

//

- **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 3 TO EXCLUDE EVIDENCE RELATING TO PLAINTIFF'S OWN STATISTICS**
- **PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION IN LIMINE NO. 4 RE MORTALITY STATISTICS**
- **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 5 TO EXCLUDE EXPERT TESTIMONY CHALLENGING THE FAIRNESS OF THE PEER REVIEW PROCESS**
- **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 6 RE WHITE MALE "CLUB"**
- **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 7 TO EXCLUDE EVIDENCE CONCERNING THE REPORT AND ANTICIPATED TESTIMONY OF MARGO LEAHY, M.D.**
- **PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 8 RE "OTHER PHYSICIANS"**
- **DECLARATION OF ANDREW E. SWEET IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 3**
- **DECLARATION OF ANDREW E. SWEET IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 7**
- **DECLARATION OF COYNESS L. ENNIX JR., M.D. IN OPPOSITION TO DEFENDANT'S MOTION IN LIMINE NO. 3**

on the interested party(ies) named below:

Maureen E. McClain
Alex Hernaez
Tazamisha H. Imara
Kauff, McClain & McGuire, LLP
One Post Street, Suite 2600
San Francisco, California 94104

I served the attached document(s) in the manner indicated below:

☒ **BY PERSONAL SERVICE:** I caused true and correct copies of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) and I caused such envelope(s) to be delivered by hand on the office(s) of the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 9, 2008, at San Francisco, California.

_____
Omar Lateef

PROOF OF SERVICE                                                  CASE NO. C07-02486 WHA