G. SCOTT EMBLIDGE, State Bar No. 121613
RACHEL J. SATER, State Bar No. 147976
ANDREW E. SWEET, State Bar No. 160870
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:   (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D.,<br><br>  Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>  Defendant. | Case No.: C 07-2486 WHA<br><br>**PLAINTIFF'S PROPOSED JURY QUESTIONNAIRE**<br><br>Trial Date**:**  June 2, 2008<br>Dept:         Ctrm. 9, 19TH Floor<br>Judge:  Hon. William H. Alsup |

   Plaintiff Coyness Ennix, M.D. proposes that the Court ask prospective jurors to fill out the following questionnaire prior to voir dire.  Defendant ABSMC does not object to this questionnaire except that it does object to the use of the word "gender" in proposed questions G-M.

I.  **THIS CASE INVOLVES ISSUES RELATING TO CARDIAC SURGERY AND DISCRIMINATION. PLEASE ANSWER THE FOLLOWING QUESTIONS TO ASSIST THE COURT AND THE PARTIES TO THIS CASE.**

    A.    Have you ever had cardiac surgery or other serious surgery?

           Yes _____   No _____

    B.    If yes:

           1.    What type? _____

           2.    When? _____

           3.    How would you describe your experience?

           _____
           _____
           _____
           _____
           _____

    C.    Has anyone in your family ever had cardiac surgery or other serious surgery?

           Yes _____   No _____

    D.    If yes:

           1.    What type? _____

           2.    When? _____

           3.    How would you describe your experience?

           _____
           _____
           _____
           _____
           _____

E.  Have any of your friends ever had cardiac surgery or other serious surgery?

Yes ____   No ____

F.  If yes:

1.  What type? _____

2.  When? _____

3.  How would you describe your experience?

_____

_____

_____

_____

_____

G.  Have you or anyone close to you ever been the victim of discrimination based on your race or gender?

H.  If yes:

1.  When? _____

2.  What were the circumstances?

_____

_____

_____

_____

_____

I.  Have you or anyone close to you ever been accused of discriminating against someone based on their race or gender?

2

PLAINTIFF'S PROPOSED VOIR DIRE                                             Case No. C 07-2486 WHA

J.  If yes:

    1.  When? _____

    2.  What were the circumstances?

    _____

    _____

    _____

    _____

    _____

K.  Have you ever observed what you believed to be discrimination against someone based on their race or gender?

L.  If yes:

    1.  When? _____

    2.  What were the circumstances?

    _____

    _____

    _____

    _____

    _____

M.  Do you any trouble believing that in this decade and in the Bay Area, discrimination based on race or gender might still go on?

N.  If yes, why?

    _____

    _____

    _____

    _____

    _____

| | |
|---|---|
| 1  Dated: May 12, 2008 | Respectfully Submitted, |
| 2 | MOSCONE, EMBLIDGE & QUADRA, LLP |
| 4 | By:_____/s/_____ |
| | G. Scott Emblidge |
| 5 | Rachel J. Sater |
| | Andrew E. Sweet |
| 7 | Attorneys for Plaintiff |