1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California  94104
   Telephone:   (415) 421-3111
5  Facsimile:   (415) 421-0938

6  Attorneys for Defendant
   ALTA BATES SUMMIT MEDICAL CENTER
7
   G. SCOTT EMBLIDGE (State Bar No. 121613)
8  Email: emblidge@meqlaw.com
   MOSCONE, EMBLIDGE & QUADRA, LLP
9  220 Montgomery Street, Suite 2100
   San Francisco, CA  94104
10 Telephone:   (415) 362-3599
   Facsimile:   (415) 362-2006
11
   Attorneys for Plaintiff
12 COYNESS L. ENNIX, JR., M.D.

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16

17 COYNESS L. ENNIX, JR., M.D.,            CASE NO.  C 07-2486 WHA

                      Plaintiff,          **JOINT SET OF [PROPOSED] VOIR
18                                         DIRE QUESTIONS**

19 v.
                                          **DATE:**    May 19, 2008
20 ALTA BATES SUMMIT MEDICAL CENTER,      **TIME:**    9:00 a.m.
                                          **DEPT:**    Ctrm. 9, 19th Flr.
                      Defendant.          **JUDGE:**   Hon. William H. Alsup
21
                                          **COMPLAINT FILED:** May 9, 2007
22                                         **TRIAL DATE:** June 2, 2008

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

1     With the exception of the questions related to "gender discrimination,"
2  which Defendant contends are inappropriate, the parties set forth the following stipulated
3  voire dire questions:

**I.     PERSONAL BACKGROUND**

A.     Where do you work?
   1.     How long worked for that company?
   2.     What do you do?
      a)     Do you supervise others?
      b)     How many?
   3.     How long have you held this position?

B.     Prior jobs

C.     Where do you currently live?
   1.     Do you own or rent?
   2.     How long have you owned/rented that home?
   3.     How long have you lived in the Bay Area?
   4.     Where did you live before you lived in the Bay Area?

D.     What kinds of things do you do in your spare time?

E.     What was the last year of school you attended?
   1.     When was that?
   2.     Do you have a degree from high school or college?
      a)     What school(s)?
   3.     What was your field of study?

F.     Have you or your spouse or domestic partner ever had any legal training?

G.     How do you feel about the legal system?
   1.     Do you feel the legal system is generally fair?
   2.     Do you feel think people use legal system too often to resolve
          disputes?

H.     Have you ever served on a jury?

-1-

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT SET OF [PROPOSED] VOIR DIRE QUESTIONS          CASE NO. C 07-2486 WHA

1        1.    What kind of trial was it?

2        2.    How long did it last?

3        3.    Did it go all the way to a verdict?

4        4.    Did anything happen in that case that you think might affect your

5                 ability to be fair and impartial in this case?

6   I.    Have you, members of your immediate family or close personal friends,

7 ever been employed by Alta Bates Summit Medical Services, provided goods or

8 services to Alta Bates Summit Medical Center, or had any other business

9 connections with Alta Bates Summit Medical Center?

10        1.   If so, please describe the connection with the Hospital.

11   J.    Do you have any feelings about Alta Bates Summit Medical Center which

12 might affect your verdict in this case?

13   K.    Have you, members of your immediate family or close personal friends

14 ever had a negative experience with Alta Bates Summit Medical Center?

15        1.    If so, what were the circumstances?

16        2.    How did you/they feel the situation was handled?

17   L.    Do you have any feelings about the plaintiff, Coyness Ennix, Jr., which

18 might affect your verdict in this case?

19   M.    Do you have any feelings about hospitals in general which might affect

20 your verdict in this case?

21   N.    Do you feel that you can be as fair in this trial toward a corporation as you

22 will be toward an individual person.

23   O.    Do you have any feelings about employees of a corporation who testify on

24 behalf of that corporation?

25   P.    Do you personally know any physicians or surgeons?

26   Q.    Do you, members of your immediate family or close personal friends have

27 any education or training in the medical field?

28   R.    Have you ever been employed in a job in the medical field?

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT SET OF [PROPOSED] VOIR DIRE QUESTIONS                     CASE NO. C 07-2486 WHA

1            1.    If so, what was the position you held?

2            2.    What did you or do you dislike about this kind of work?

3            3.    Have you ever been responsible for or participated in evaluating the

4            performance of other employees as part of your job?

5    II.    **FAMILIARITY WITH WITNESSES**

6        A.    Dr. Coyness Ennix

7        B.    Alta Bates Summit Medical Center

8        C.    William S. Weintraub, M.D.

9        D.    Alex Zapolanski, M.D.

10       E.    Eugene Spiritus, M.D.

11       F.    Margo Leahy, M.D.

12       G.    Jed Greene, C.P.A.

13       H.    Bruce Reitz, M.D.

14       I.    Bruce Lytle, M.D.

15       J.    Hon Lee. M.D.

16       K.    Junaid Khan, M.D.

17       L.    Richard Shaw, Ph.D.

18       M.    Jai Balkisoon, M.D.

19       N.    Noli Silva, M.D.

20       O.    Joe Bermudas, M.D.

21       P.    Dennis Drew, M.D.

22       Q.    Rollington Ferguson, M.D.

23       R.    Dhun Sethna, M.D.

24       S.    Gregory Quinn, M.D.

25       T.    General Hilliard, M.D.

26       U.    Dennis Durzinsky, M.D.

27       V.    William Isenberg, M.D.

28       W.    Steven Stanten, M.D.

- 3 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

| | | |
|---|---|---|
| 1 | X. | Russell Stanten, M.D. |
| 2 | Y. | Leigh Iverson, M.D. |
| 3 | Z. | The National Medical Audit |
| 4 | AA. | Mercer Consulting |
| 5 | BB. | Neil Smithline, M.D. |
| 6 | CC. | Leland Housman, M.D. |
| 7 | DD. | Forrest Junod, M.D. |
| 8 | EE. | Lamont Paxton, M.D. |
| 9 | FF. | Dat Ly, M.D. |
| 10 | GG. | Barry Horn, M.D. |
| 11 | HH. | John Donovan, M.D. |
| 12 | II. | Bruce Moorstein, M.D. |
| 13 | JJ. | Warren Kirk |
| 14 | KK. | Fredric Herskowitz, M.D. |
| 15 | LL. | Robert H. Breyer, M.D. |
| 16 | MM. | J. Donald Hill, M.D. |
| 17 | NN. | Brian Hite, M.D. |
| 18 | OO. | Annette Shaieb, M.D. |
| 19 | PP. | Marilyn Barkin, RN |
| 20 | QQ. | Kathy Falstad |
| 21 | RR. | John Caldwell |
| 22 | SS. | Ronald Dritz, M.D. |
| 23 | TT. | Gretchen Kunitz, M.D. |
| 24 | UU. | Harry Shulman |
| 25 | VV. | Joanne Jellin |
| 26 | WW. | Albertine Omani, M.D. |
| 27 | XX. | Coletta Hargis, M.D. |
| 28 | YY. | Tracy Phillips, M.D. |

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT SET OF [PROPOSED] VOIR DIRE QUESTIONS    CASE NO. C 07-2486 WHA

1      ZZ.    Filberto Burciaga

2      AAA.   Makalita Leao

3      BBB.   Alice Ashton

4      CCC.   Donald Aissa

5      DDD.   Jessie Lozano

6      EEE.   Esther Huitron

7      FFF.   Jean Tenret

8      GGG.   Kim Ware

9      HHH.   John Gentile, M.D.

10     III.   Lisa Yee, M.D.

11     JJJ.   James R. Saudners, M.D.

12     KKK.   Louis Komarmy

13     LLL.   Joan Shields, RN

14     MMM.   Gregory M. Duncan, Ph.D

15     NNN.   Larry Zemansky, M.D.

16     OOO.   James Lovin

17     PPP.   Renee Russell

18  III.  **CARDIAC SURGERY**

19     A.     Have you ever worked in the medical or health care industries?

20            1.     Where?

21            2.     When?

22            3.     How would you describe your experience?

23     B.     Has anyone in your family worked in the medical or health care industries?

24            1.     Where?

25            2.     When?

26            3.     How would you describe your experience?

27     C.     Have any of your friends worked in the medical or health care industries?

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT SET OF [PROPOSED] VOIR DIRE QUESTIONS                    CASE NO. C 07-2486 WHA

1          1.     Where?

2          2.     When?

3          3.     What have they told you about their experience?

4    D.    Have you ever had cardiac surgery or other serious surgery?

5          1.     What type?

6          2.     When?

7          3.     How would you describe your experience?

8    E.    Has anyone in your family ever had cardiac surgery or other serious

9    surgery?

10         1.     What type?

11         2.     When?

12         3.     How would you describe your experience?

13   F.    Have any of your friends ever had cardiac surgery or other serious

14   surgery?

15         1.     What type?

16         2.     When?

17         3.     How would you describe your experience?

18   G.    Do you know what medical peer review is?

19   H.    Have you, members of your immediate family or close personal friends

20   ever had any experience with medical peer review?

21   I.    Some professions have a process called peer review whereby

22   professionals with similar backgrounds review each other's work.  Have you ever

23   been involved in any type of professional peer review process like that?

24         1.     What type?

25         2.     When?

26         3.     How would you describe your experience?

27   J.    You will hear evidence that patients of cardiac surgeons sometimes die

28         during or after cardiac surgery.  You will hear evidence that deaths arising

- 6 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT SET OF [PROPOSED] VOIR DIRE QUESTIONS                    CASE NO. C 07-2486 WHA

1    out of cardiac surgery are not necessarily the fault of the surgeon, but may,

2    for example, be due the poor health of the patient. If you hear that some

3    patients of a particular cardiac surgeon died during or shortly after surgery,

4    will you find it difficult to accept that the cardiac surgeon might not have

5    done anything wrong regarding those patients?

6    K.    Have you, members of your immediate family or close personal friends

7    ever had complications related to surgery?

8    L.    Have you ever distrusted something a doctor has told you?

9  **IV.   PRIOR CLAIMS AND LAWSUITS**

10   A.    Have you or anyone close to you (such as a close friend or relative) ever

11   been a party to a lawsuit?

12        1.    What kind of a lawsuit was it?

13        2.    Was anyone seeking money damages?

14        3.    Was anyone making a claim of breach of contract?

15        4.    Was anyone making a claim of discrimination?

16        5.    Were you (or was your friend or relative) the plaintiff or the

17   defendant?

18        6.    What was the outcome of that case?

19        7.    Do you think that the outcome was fair?

20   B.    Is there anything about your experience with that or other lawsuits that

21   might make it more difficult for you to be fair and impartial in this trial?

22   C.    Have you, members of your immediate family or close personal friends,

23   ever been subject to serious discipline at work?

24        1.  If yes, what were the circumstances?

25        2.  Did you or they feel that the discipline was unfair or unjustified?

26        3.  If so, why?

27

28

Kauff McClain &
McGuire llp
One Post Street
Suite 2600
San Francisco, CA 94104
Telephone (415) 421-3111

- 7 -

JOINT SET OF [PROPOSED] VOIR DIRE QUESTIONS                    CASE NO. C 07-2486 WHA

D.    Have you, members of your immediate family or close personal friends ever made a complaint or filed a lawsuit against a hospital?  If so, what was the nature of the complaint or the lawsuit?

E.    Have you, members of your immediate family or close personal friends ever filed a grievance or lawsuit because of something that happened to you at work?  If so, what was the nature of the grievance or lawsuit?

F.    Have you ever received a performance evaluation from your employer that you believed was unfair?

G.    Have you, members of your immediate family or close personal friends ever complained that your employer or their employer acted in violation of a law?

1.  If so, what were the complaints?

2.  Did anything happen to you or them?

H.    Have you, members of your immediate family or close personal friends ever had a serious dispute with an employer?

1.  If so, what was the nature of the dispute?

2.  What was the outcome of the dispute?

I.    Do you have strong feelings about healthcare issues?

1.  If so, what are they?

J.    Have you, members of your immediate family or close personal friends ever made a complaint or filed a lawsuit due to a medical procedure or surgery?

1.  If so, what was the nature of the complaint or lawsuit?

2.  What was the outcome of that complaint or lawsuit?

K.    Have you, member of your immediate family or close personal friends ever filed any formal or informal complaints of discrimination at work?

1.  If so, what was the nature of your complaint?

Kauff McClain &
McGuire llp
One Post Street
Suite 2600
San Francisco, CA 94104
Telephone (415) 421-3111

JOINT SET OF [PROPOSED] VOIR DIRE QUESTIONS

CASE NO. C 07-2486 WHA

L.   Have you, members of your immediate family or close personal friends ever believed that they were mentally or emotionally injured because of something that happened to them at work?

    1.   If so, what was the nature and the cause of the injury?

    2.   Have you ever felt that you were being discriminated against at work?

M.   Would you award plaintiff damages just because you think Alta Bates Summit Medical Center can pay them?

    1.   If so, why?

N.   Do you believe that the filing of a lawsuit means that the person who brought the lawsuit is entitled to recover at least some money?

    1.   If so, why?

O.   Is there anything that you have heard about this case that comes too close to home or affects you directly because of your own personal experiences that you think you would substitute your personal views for what the Court tells you the law is?

P.   Is there anything you have heard about this case that causes you to believe you might be biased for or against either the defendant or the plaintiff in this case?

Q.   You will hear testimony in this case over a period of days, but the matter will not be submitted to you until the end of the case when the court instructs you on the law.  Can you keep an open mind and not form any conclusions for or against any party until you have heard all of the evidence?

V.   **DISCRIMINATION**

A.   Have you or anyone close to you ever been the victim of discrimination based on your race **[or gender]**[1]?

    1.   When?

---

[1] Disputed throughout.

- 9 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

JOINT SET OF [PROPOSED] VOIR DIRE QUESTIONS                    CASE NO. C 07-2486 WHA

1        2.    What were the circumstances?

2    B.   Have you or anyone close to you ever been accused of discriminating

3        against someone based on their race **[or gender]**?

4        1.    When?

5        2.    What were the circumstances?

6    C.   Have you ever observed what you believed to be discrimination against

7        someone based on their race **[or gender]**?

8        1.    When?

9        2.    What were the circumstances?

10   D.   Do you any trouble believing that in this decade and in the Bay Area,

11       discrimination based on race **[or gender]** might still go on?

12   DATED:    May 12, 2008    Respectfully submitted,

13       KAUFF MCCLAIN & MCGUIRE LLP

15   By:_____/S/_____
    ALEX HERNAEZ

17   Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

19   DATED:    May 12, 2008    MOSCONE, EMBLIDGE & QUADRA, LLP

21   By:_____/S/_____
    G. SCOTT EMBLIDGE

22   Attorneys for Plaintiff
COYNESS L. ENNIX, JR., M.D.

24   4849-1715-2514.1