MAUREEN E. McCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
MATTHEW P. VANDALL (State Bar No. 196962)
Email: vandall@kmm.com
KAUFF McCLAIN & McGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:  (415) 421-0938

Attorneys for Defendants
 ALTA BATES SUMMIT MEDICAL CENTER,
RUSSELL D. STANTEN, M.D., LEIGH I.G.
IVERSON, M.D., STEVEN A. STANTEN, M.D., and
WILLIAM M. ISENBERG, M.D., Ph.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200 et seq., <br><br> Plaintiff, <br><br> v. <br><br> RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER and does 1 through 100, <br><br> Defendants. | CASE NO. C 07-2486 WHA <br><br> **SUPPLEMENTATION OF DEFENDANTS' INITIAL DISCLOSURES** <br><br> JUDGE:  Hon. William H. Alsup <br><br> COMPLAINT FILED:  May 9, 2007 <br> TRIAL DATE:  June 2, 2008 |

In accordance with Civ. R. 26 (a) (1) and the Court's 8/16/07 Case Management Order, Defendants provide the following supplemental initial disclosures.

**A.   Rule 26 (a) (1) (A) Identification of Individuals with Discoverable Information**

35.   <u>John A. Etchevers</u>.  Two Embarcadero Center, Suite 1800, San Francisco, CA 94111.  Mr. Etchevers has information concerning Plaintiff's agreement to

KAUFF, McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

SUPPLEMENTATION OF DEFENDANTS' INITIAL DISCLOSURES                    CASE NO. C 07-2486 WHA

1  certain practice restrictions in lieu of requesting a hearing under the Medical Center's
2  Bylaws and other issues relating to his representation of Dr. Ennix regarding the peer
3  review process placed at issue by Plaintiff's complaint.

**B.    Rule 26 (a) (1) (B) Identification of Documents**

37.    Pleadings and other case file material, including deposition transcripts, from the case of *Tong v. Medtronic, Inc. and Coyness Ennix, M.D.*, (Alameda Superior Court No. RG05197579).

DATED: August 2nd, 2007                    KAUFF McCLAIN & McGUIRE LLP

By: _____
      MAUREEN E. McCLAIN

Attorneys for Defendants
ALTA BATES SUMMIT MEDICAL CENTER, RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., and WILLIAM M. ISENBERG, M.D., Ph.D.

120789.v1

KAUFF, McCLAIN
& McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

-2-

SUPPLEMENTATION OF DEFENDANTS' INITIAL DISCLOSURES                    CASE NO. C 07-2486 WHA

## PROOF OF SERVICE

I, Rita I. Chavez, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is One Post Street, Suite 2600, San Francisco, California 94104. On August 27, 2007, I served the within documents:

**SUPPLEMENTATION OF DEFENDANTS' INITIAL DISCLOSURES**

[x] by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

[x] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

G. Scott Emblidge, Esq.
Moscone, Emblidge & Quadra, LLP
220 Montgomery Street, Suite 2100
San Francisco, CA 94104
(415) 362-2006

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on August 27, 2007, at San Francisco, California.

_____
Rita I. Chavez

KAUFF, MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

SUPPLEMENTATION OF DEFENDANTS' INITIAL DISCLOSURES                    CASE NO. C 07-2486 WHA