MAUREEN E. MCCLAIN (State Bar No. 062050)
Email: mcclain@kmm.com
ALEX HERNAEZ (State Bar No. 201441)
Email: hernaez@kmm.com
KAUFF MCCLAIN & MCGUIRE LLP
One Post Street, Suite 2600
San Francisco, California 94104
Telephone:  (415) 421-3111
Facsimile:   (415) 421-0938

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX, JR., M.D.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>　　　　　　Defendant. | CASE NO. C 07-2486 WHA<br><br>**DEFENDANT ALTA BATES SUMMIT MEDICAL CENTER'S PROPOSED SPECIAL VERDICT FORM**<br><br>DATE:　May 19, 2008<br>TIME:　2:00 p.m.<br>DEPT:　Ctrm. 9, 19th Flr.<br>JUDGE:　Hon. William H. Alsup<br><br>COMPLAINT FILED: May 9, 2007<br>TRIAL DATE: June 2, 2008 |

　　　　Defendant Alta Bates Summit Medical Center submits this proposed Form of Special Verdict. Plaintiff asks that a general verdict form be used.

　　　　1.　Do you find that plaintiff has established the existence of at least one identifiable contract between plaintiff (individually) and defendant?

　　　　　　☐　Yes or

　　　　　　☐　No

　　　　2.　Do you find that plaintiff has established the existence of at least one identifiable contract between plaintiff (individually) and one or more of plaintiff's patients?

　　　　　　☐　Yes or

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DEFENDANT ALTA BATES SUMMIT MEDICAL CENTER'S
PROPOSED SPECIAL VERDICT FORM

CASE NO. C 07-2486 WHA

☐   No

If you answered "No" to both question 1 and question 2, have your foreperson sign and date this form because you have completed your deliberation on this claim. If you answered "Yes" to either question 1 or question 2, please continue.

3.  On the claim of race based discrimination pursuant to 42 U.S.C. Section 1981, as submitted in Instruction _____, we find in favor of (check one)

☐   Plaintiff or

☐   Defendant

Complete the following paragraphs only if the above finding is in favor of plaintiff. If the above finding is in favor of defendant, have your foreperson sign and date this form because you have completed your deliberation on this claim.

4.  We find plaintiff's damages for lost income in the past, as defined in Instruction _____ to be: $_____ (stating the amount or, if none, write the word "none").

5.  We find plaintiff's damages for lost income in the future, as defined in Instruction _____ to be: $_____ (stating the amount or, if none, write the word "none") (stating the amount, or if you find that plaintiff's damages have no monetary value, set forth a nominal about such as $1.00).

Complete the following paragraph only if you have awarded some sum of money in either paragraph 4 or paragraph 5 other than "none."

6.  Do you find that the Defendant engaged in a discriminatory practice or discriminatory practices with malice or with reckless indifference to the federally protected rights of plaintiff?

☐   Yes or

☐   No

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DEFENDANT ALTA BATES SUMMIT MEDICAL CENTER'S
PROPOSED SPECIAL VERDICT FORM

CASE NO. C 07-2486 WHA

| | | |
|---|---|---|
| 1 | DATED:    May 12, 2008 | KAUFF MCCLAIN & MCGUIRE LLP |
| 2 | | |
| 3 | | By:_____/S/_____<br>ALEX HERNAEZ |
| 4 | | Attorneys for Defendant |
| 5 | | ALTA BATES SUMMIT MEDICAL CENTER |
| 6 | 4810-5839-2834.1 | |

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 3 -

DEFENDANT ALTA BATES SUMMIT MEDICAL CENTER'S
PROPOSED SPECIAL VERDICT FORM

CASE NO. C 07-2486 WHA