1   MAUREEN E. MCCLAIN (State Bar No. 062050)
    Email: mcclain@kmm.com
2   ALEX HERNAEZ (State Bar No. 201441)
    Email: hernaez@kmm.com
3   KAUFF MCCLAIN & MCGUIRE LLP
    One Post Street, Suite 2600
4   San Francisco, California  94104
    Telephone:   (415) 421-3111
5   Facsimile:    (415) 421-0938

6   Attorneys for Defendant
    ALTA BATES SUMMIT MEDICAL CENTER
7
    G. SCOTT EMBLIDGE (State Bar No. 121613)
8   Email: emblidge@meqlaw.com
    MOSCONE, EMBLIDGE & QUADRA, LLP
9   220 Montgomery Street, Suite 2100
    San Francisco, CA  94104
10  Telephone:   (415) 362-3599
    Facsimile:    (415) 362-2006
11
    Attorneys for Plaintiff
12  COYNESS L. ENNIX, JR., M.D.

13                  UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15

16
    COYNESS L. ENNIX, JR., M.D.,          CASE NO.  C 07-2486 WHA
17
                   Plaintiff,             **JOINT [PROPOSED] PRETRIAL
18                                        ORDER**
    v.
19                                        **DATE:**     May 19, 2008
    ALTA BATES SUMMIT MEDICAL CENTER,     **TIME:**     2:00 p.m.
20                                        **DEPT:**     Ctrm. 9, 19th Flr.
                   Defendant.             **JUDGE:**    Hon. William H. Alsup
21
                                          **COMPLAINT FILED:** May 9, 2007
22                                        **TRIAL DATE:**        June 2, 2008

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

## I.    BRIEF DESCRIPTION OF THE SUBSTANCE OF CLAIMS AND DEFENSES WHICH REMAIN TO BE DECIDED.

### A.    Plaintiff.

Plaintiff Coyness Ennix, M.D. is a cardiac surgeon.  He claims that his race was a motivating factor in actions taken by defendant Alta Bates Summit Medical Center to subject him to heightened peer review and restrict his surgical practice at defendant's hospital.  Dr. Ennix claims that defendant did not treat similarly situated Caucasian surgeons the same as it treated him.  Defendant denies Dr. Ennix's claims.

### B.    Defendant.

There are two issues remaining: whether plaintiff individually can show a contract sufficiently specific to support his § 1981 claim; and whether plaintiff can show a violation of § 1981.  Defendant contends that the facts regarding the contract claim are not in dispute.  Therefore defendant asks this Court to adjudicate the issue.  Alternatively, as discussed in defendant's Motion in Limine No. 2, defendant asks that the Court allow the jury to determine the contract issue before it considers the discrimination issue.  Because the first question is both narrow and dispositive of Plaintiff's claim, it makes sense to have it determined first.  Indeed, the Ninth Circuit has endorsed this very idea: "One favored purpose of bifurcation is to accomplish just what the district court sought to do here—avoiding a difficult question by first dealing with an easier, dispositive issue."  *Danjaq LLC v. Sony Corp.*, 263 F.3d 942, 961 (9th Cir. 2001).

## II.    STATEMENT OF ALL RELIEF SOUGHT.

### A.    Plaintiff.

Dr. Ennix seeks to recover damages for earnings he claims to have lost, earnings he claims he will lose in the future and emotional distress he claims to have suffered.

### B.    Defendant.

Defendant seeks an award of attorneys' fees pursuant to § 1981.

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

III.    **ALL STIPULATED FACTS.**

1.    Ennix has been on staff at Alta Bates or Summit Medical Center (or their predecessors) since 1981.

2.    Ennix has never been an employee of ABSMC.

3.    The East Bay Cardiac Surgery Center held certain contracts with ABSMC.

4.    National Medical Audit is a unit of The Mercer Human Resource Consulting Group and performs outside peer reviews for hospitals.

5.    The "authenticity" requirements under the Federal Rules of Evidence are satisfied for the final National Medical Audit ("NMA") report and all NMA draft reports that were produced in discovery.

6.    The "authenticity" requirements under the Federal Rules of Evidence are satisfied for the July 13, 2006 Medical Board of California report regarding Dr. Ennix that was produced in discovery.

7.    The "authenticity" requirements under the Federal Rules of Evidence are satisfied for ABSMC's eight-page chart regarding MIV surgeries by physicians other than Dr. Ennix that was produced in discovery.

8.    The "authenticity" requirements under the Federal Rules of Evidence are satisfied for all ABSMC Summit Medical Center Medical Staff Rules and Regulations that were produced in discovery.

9.    The "authenticity" requirements under the Federal Rules of Evidence are satisfied for all ABSMC Medical Staff of Summit Medical Center Bylaws that were produced in discovery.

10.    The "authenticity" requirements under the Federal Rules of Evidence are satisfied for all the meeting minutes of the AHC, the MEC and the SPRC from Jan 2004 through July 2006 involving Ennix's peer review.

11.    The "authenticity" requirements under the Federal Rules of Evidence are satisfied for all ABSMC medical records.

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

Agreements as to authenticity shall not be construed as agreements as to admissibility.

## IV.    FACTUAL ISSUES WHICH REMAIN TO BE TRIED

### A.    Plaintiff.

1.    Did ABSMC's actions against Dr. Ennix deprive Dr. Ennix of his ability to perform under or enjoy the benefits of any contracts?

2.    Was Dr. Ennix's race a motivating factor in ABSMC's decisions to subject him to extensive peer review and suspend or restrict his medical staff privileges?

3.    While there are a number of secondary facts in dispute, plaintiff does not read the Court's pretrial order to seek a list of those facts.

### B.    Defendant.

There is only a single count at issue, plaintiff's claim under § 1981. Arising out of this count, there are three primary factual issues remaining to be tried—i.e., whether plaintiff can show by a preponderance of the evidence: (1) that a contract exists between plaintiff, as an individual, and either defendant or at least one identifiable patient of plaintiff; (2) that, with race as a motivating factor, defendant deprived plaintiff of benefits under the contract or contracts ; and (3) that plaintiff suffered injury.

In addition, there are a number of supporting facts at issue. They are:

1.    Whether the Summit medical staff initiated and continued peer review of plaintiff only to ensure appropriate care of ABSMC's patients?

2.    Whether anyone involved in the peer review process harbored racial bias against African-Americans.

3.    What factors are appropriately considered by a medical staff in deciding to initiate peer review?

4.    What factors were in fact considered prior to initiating the peer review

- 3 -

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

1          actions plaintiff challenges?

2     5.     What factors are appropriately considered by a medical staff in deciding to

3          continue peer review?

4     6.     What factors were in fact considered prior to continuing the peer review

5          actions plaintiff challenges?

6     7.     Whether plaintiff's surgical record is "indistinguishable" from his peers?

7     8.     Whether, as he has claimed, plaintiff enjoyed a reputation as an

8          exceptional surgeon in the medical community?

9     9.     Whether personnel from the Alta Bates medical staff complained about

10          plaintiff to Dr. Steven Stanten and/or Dr. William Isenberg.

11    10.     Whether plaintiff had a history of poor patient care?

12    11.     Whether plaintiff had a history of failing to appropriately document

13          surgeries?

14    12.     Whether plaintiff lacked technical skill as a surgeon?

15    13.     Whether plaintiff had a history of making poor patient selections?

16    14.     Whether plaintiff had a history of lacking focus during surgery?

17    15.     Whether plaintiff had a history of making poor medical judgments?

18    16.     Whether the Summit medical staff only used outside peer review bodies

19          such as NMA when it sought to "get" a physician?

20    17.     Whether the restrictions imposed upon plaintiff were consistent with the

21          Bylaws and regulations of the Summit medical staff?

22    18.     Whether patient outcomes arising out of the four botched MIV-procedures

23          were in themselves sufficient to initiate the peer review process?

24    19.     Whether the Summit medical staff made proper use of its statistical

25          evidence to support its peer review decisions?

26    20.     Whether Plaintiff's mortality rate was acceptable?

27    21.     Whether Dr. Hon S. Lee ever "cleared" plaintiff of patient care issues?

28    22.     Whether plaintiff has used this lawsuit as an effort to chill peer review of his

- 4 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

1   surgeries?

2   23.    Whether NMA's review was racially biased?

3   24.    Whether NMA concluded that plaintiff presented a risk to patient safety?

4   25.    Whether plaintiff was afforded an appropriate opportunity to participate in

5          the NMA review?

6   26.    Whether plaintiff was afforded an appropriate opportunity to participate in

7          the Summit medical staff peer review process.

8   27.    Whether the restrictions imposed upon plaintiff improved plaintiff's

9          performance?

10  28.    Whether there are any physicians "similarly situated" to plaintiff.

11

**V.    EXHIBIT LIST**

12  **A.    Plaintiff.**

13      See Appendix A-1.

14  **B.    Defendant.**

15      See Appendix A-2

16  **VI.    WITNESS LISTS**

17  **A.    Plaintiff.**

18      See Appendix B-1.

19  **B.    Defendant.**

20      See Appendix B-2

21

22

23

24

25

26

27

28

Kauff McClain &
McGuire llp
One Post Street
Suite 2600
San Francisco, CA 94104
Telephone (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

1   DATED:      May 12, 2008              Respectfully submitted,

2                                        KAUFF MCCLAIN & MCGUIRE LLP

3

4                                        By:_____/S/_____

5                                                   ALEX HERNAEZ

6                                        Attorneys for Defendant
                                         ALTA BATES SUMMIT MEDICAL
7                                        CENTER

    DATED:      May 12, 2008              MOSCONE, EMBLIDGE & QUADRA, LLP
8

9

10                                       By:_____/S/_____
                                                 G. SCOTT EMBLIDGE
11
                                         Attorneys for Plaintiff
12                                       COYNESS L. ENNIX, JR., M.D.

13  4822-8201-5490.1

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                          CASE NO. C 07-2486 WHA

**APPENDIX A-1**

**Plaintiff's Exhibit List**

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 200. | Patient Authorizations, Verifications and Consents to Surgery (E2681-2693) | | | |
| 201. | ABSMC's Racial Composition Data concerning the Summit Medical Staff membership for 2004 through 2006. (Exhibit A to the Declaration of Andrew E. Sweet in Support of Opposition to Defendant's Motion for Summary Judgment) | | | |
| 202. | Summit Medical Staff, Physician Rosters, 2004, 2005, 2006 (D5124-5211) | | | |
| 203. | Exhibit B to the Declaration of Andrew E. Sweet in Support of Opposition to Defendant's Motion for Summary Judgment | | | |
| 204. | Exhibit C to the Declaration of Andrew E. Sweet in Support of Opposition to Defendant's Motion for Summary Judgment | | | |
| 205. | Exhibit D to the Declaration of Andrew E. Sweet in Support of Opposition to Defendant's Motion for Summary Judgment | | | |
| 206. | Exhibit E to the Declaration of Andrew E. Sweet in Support of Opposition to Defendant's Motion for Summary Judgment | | | |
| 207. | Exhibit F to the Declaration of Andrew E. Sweet in Support of Opposition to Defendant's Motion for Summary | | | |

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 7 -

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| | Judgment | | | |
| 208. | February 13, 2005, letter regarding Dr. Ennix from cardiothoracic surgeon Junaid Khan to Dr. Isenberg (D4474) | | | |
| 209. | April 19, 2006, letter from all of the proctors to Dr. Paxton (Exhibit Y to the Declaration of Andrew E. Sweet in Support of Opposition to Defendant's Motion for Summary Judgment) | | | |
| 210. | 2003-2004 California CABG Outcomes Reporting Program Report ("CCORP") (Exhibit 3 to Spiritus Deposition) | | | |
| 211. | Memorandum written by Dr. Isenberg regarding his February 24, 2004, telephone conversation with Dr. Moorstein (D4155; D5092; Exhibit CC to the Declaration of Andrew E. Sweet in Support of Opposition to Defendant's Motion for Summary Judgment) | | | |
| 212. | ABSMC Objections and Responses to Plaintiff's Special Interrogatories, Set One (Exhibit EE to the Declaration of Andrew E. Sweet in Support of Opposition to Defendant's Motion for Summary Judgment) | | | |
| 213. | ABSMC Objections and Responses to Plaintiff's Request for Production of Documents, Set Two (Exhibit FF to the Declaration of Andrew E. Sweet in Support of Opposition to Defendant's Motion for Summary Judgment) | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 214. | April 26, 2006 email from Joanne Jellin to Ad Hoc Committee; return email from Barry Horn to Joanne Jellin dated April 27, 2006 (D4793) | | | |
| 215. | Minutes from December 30, 2005 Special Meeting (D4760-D4763) | | | |
| 216. | January 6, 2006 letter from William Isenberg to Dr. Ennix (D4768) | | | |
| 217. | Minutes from January 10, 2006 MEC Executive Session (D3269-D3271) | | | |
| 218. | March 30, 2006 letter from Lamont Paxton to Hon Lee (D4783-4786) | | | |
| 219. | Minutes from May 10, 2005 Special Meeting (D2013-D2014) | | | |
| 220. | Memorandum written by William Isenberg dated May 13, 2005 (D2000) | | | |
| 221. | November 29, 2004 letter from John Girard to William Isenberg (D4404) | | | |
| 222. | December 2, 2004 letter from Dennis Durzinsky to Steven Stanten (D4389) | | | |
| 223. | November 28, 2004 letter from David Estrich to Lamont Paxton (D4382-D4383) | | | |
| 224. | November 30, 2004 letter from Denis Drew to William Isenberg (D4384) | | | |
| 225. | November 30, 2004 letter from Earl Holloway to William Isenberg (D4386) | | | |
| 226. | November 27, 2004 letter from Joseph Bermudez to Lamont Paxton (D4387) | | | |
| 227. | November 26, 2004 letter from General Hilliard to Lamont Paxton (D4349) | | | |
| 228. | November 26, 2004 letter from John Edelen to Lamont Paxton (D4380) | | | |
| 229. | February 15, 2005 letter from Dr. Ennix to Steven | | | |

- 9 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| | Stanten (D4476-D4482) | | | |
| 230. | May 31, 2005 letter from John Etchevers to William Isenberg (D4625-D4629) | | | |
| 231. | July 3, 2005 email from William Isenberg to Harry Shulman (D4651) | | | |
| 232. | August 28, 2005 letter from James Lovin to Lamont Paxton (D4678) | | | |
| 233. | 2007 Annual Alta Bates Medical Staff Due Invoice (E002477) | | | |
| 234. | November 15, 2006, letter from Michael Kim, M.D. to Coyness L. Ennix (E002476) | | | |
| 235. | December 4, 2006, check from Coyness L. Ennix, Jr. M.D., Inc. to Summit Medical Center for Medical Staff dues (E002473) | | | |
| 236. | November 6, 2006, check from Coyness L. Ennix, Jr. M.D., Inc. to Alta Bates Summit Medical Center for Outpatient Services (E002443) | | | |
| 237. | September 28, 2006, check from Coyness L. Ennix, Jr. M.D., Inc. to Alta Bates Medical Staff for Annual Dues (E002396) | | | |
| 238. | December 30, 2005, check from Coyness L. Ennix, Jr. M.D., Inc. to Alta Bates Medical Staff for Application Fee (E002158) | | | |
| 239. | Summit Cardiothoracic Surgery Peer Review Committee Meeting Minutes regarding Dr. Ennix's six CABG cases (attached as Exhibit A to the Declaration of Coyness L. Ennix, Jr. M.D. in Opposition to Defendants' Special | | | |

- 10 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| | Motion to Strike) | | | |
| 240. | December 18, 2003, letter from John G. Rosenberg, M.D., M.P.H. to Annette Schaieb, M.D. (attached as Exhibit D to the Declaration of Coyness L. Ennix, Jr. M.D. in Opposition to Defendants' Special Motion to Strike) | | | |
| 241. | Nursing Progress Notes (Exhibit F to the Declaration of Coyness L. Ennix, Jr. M.D. in Opposition to Defendants' Special Motion to Strike) | | | |
| 242. | Medical Charts for the Ten Cases (E000801-1004, E001430-39, E001668-1821) | | | |
| 243. | April 19, 2006 letter from proctors to Paxton (E 1663) | | | |
| 244. | Plaintiff's damages documentation (E001472-1500, E002851-84) | | | |
| 245. | September 6, 1995 letter to Thomas Forde re Physician A on Defendant's Exhibit A (D5291-5293) | | | |
| 246. | May 25, 1994 letter from Thomas Forde re Physician B on Defendant's Exhibit A (D5297-5298) | | | |
| 247. | Stipulated Settlement and Order and associated documents re Physician F on Defendant's Exhibit A (D5570-5595) | | | |
| 248. | May 31, 2002 letter to Isenberg re Physician J on Defendant's Exhibit A (D6016-6017) | | | |
| 249. | April 17, 2002 "Special Meeting" minutes re Physician J on Defendant's Exhibit A (D6023) | | | |

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER

CASE NO. C 07-2486 WHA

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 250. | "Confidential memo" re Physician J on Defendant's Exhibit A (D6025-6026) | | | |
| 251. | May 23, 2000 memo re Physician J on Defendant's Exhibit A (D6027-6028) | | | |
| 252. | May 24, 2000 "Special Peer Review Meeting" minutes re Physician J on Defendant's Exhibit A (D6029-6030) | | | |
| 253. | June 28, 2002 letter from Shaieb re Physician K on Defendant's Exhibit A (D6056-6057) | | | |
| 254. | June 12, 2002 "Letter of Reprimand" re Physician K on Defendant's Exhibit A (D6058-6059) | | | |
| 255. | July 9, 2002 MEC minutes re Physician K on Defendant's Exhibit A (D6073) | | | |
| 256. | May 8, 2007 MEC minutes re Physician M on Defendant's Exhibit A (D6094-6095) | | | |
| 257. | May 8, 2007 MEC minutes re Physician N on Defendant's Exhibit A (D6108-6109) | | | |
| 258. | April 23, 1993 memo from William DeWolf re Physician O on Defendant's Exhibit A (D6123-6124) | | | |
| 259. | April 22, 1993 letter from DeWolf re Physician O on Defendant's Exhibit A (D6125-6126) | | | |
| 260. | April 15, 1993 memo from DeWolf re Physician O on Defendant's Exhibit A (D6127-6150) | | | |
| 261. | August 12, 1986 letter from Gordon Lake re Physician P on Defendant's Exhibit A (D6217-6218) | | | |

- 12 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 262. | February 27, 1992 letter to Herskowitz re Physician P on Defendant's Exhibit A (D6219-6220) | | | |
| 263. | October 4, 1991 letter to Herskowitz re Physician P on Defendant's Exhibit A (D6221-6223) | | | |
| 264. | July 12, 1993 letter to Marzouk re Physician P on Defendant's Exhibit A (D6224) | | | |
| 265. | June 28, 1993 letter to Marzouk re Physician P on Defendant's Exhibit A (D6229-6231) | | | |
| 266. | June 4, 1993 AHC report re Physician P on Defendant's Exhibit A (D6232-6257) | | | |
| 267. | February 18, 2005 letter from Lozano to Medical Staff President (E1300) | | | |
| 268. | February 23, 2005 letter from Huitron and Camacho to Medical Staff President (E1301 and 1302) | | | |
| 269. | February 18, 2005 letter from Tenret to Medical Staff President (E1303) | | | |
| 270. | February 18, 2005 letter from Sultan to Medical Staff President (E1304) | | | |
| 271. | February 18, 2005 letter from Sequeira to Medical Staff President (E1305) | | | |
| 272. | December 10, 2004 letter from Helena Lendel to Isenberg (E001836) | | | |
| 273. | January 3, 2005 letter from Kirk to Ennix (E001837) | | | |
| 274. | August 22, 2005 letter from Paul J. Islas to whom it may concern (E001838-39) | | | |
| 275. | Identification of Documents or Other Exhibits Plaintiff May | | | |

- 13 -

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| | Offer at Trial if the Need Arises | | | |
| 276. | Plaintiff's Verified State Court Complaint | | | |
| 277. | Summit Medical Center Medical Staff Rules and Regulations 2/04 D 0262-0321 | | | |
| 278. | April 12, 2004 Surgery Peer Review Committee minutes  D 4195-4201 | | | |
| 279. | April 15, 2004 letter from Rosenberg to Isenberg re status of Alta Bates review D 1854-1855 | | | |
| 280. | April 21, 2004 letter from Isenberg to Ennix   D 4209-4210 | | | |
| 281. | May 5, 2004 Medical Staff Report to the Board of Trustees D 4214 | | | |
| 282. | January 4, 2005 letter from Paxton and Isenberg to Smithline w/enclosures.  D 2558-2564 | | | |
| 283. | May 10, 2005 Special Meeting D 1997-1998 | | | |
| 284. | July 7, 2005 AHC Minutes D2385-2388 | | | |
| 285. | July 27, 2005 AHC Minutes D 2389 | | | |
| 286. | August 1, 2005 AHC Report to the MEC with attached Appendices A, B and B 2 (the NMA Report, Tabular STS Data Submitted by Dr. Ennix and a Graph Prepared re such data).  D 2933-2999 | | | |
| 287. | September 7, 2005 MEC Executive Session Minutes D 3003 | | | |
| 288. | December 30, 2005 letter from Isenberg to Ennix re Summary Restriction D 2901-2902 | | | |
| 289. | January 6, 2006 letter from Isenberg to Ennix D 2884 | | | |
| 290. | March 14, 2006 letter | | | |

- 14 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| | Herskowitz to Ennix D 4780 | | | |
| 291. | May 9, 2006 MEC Executive Session Minutes D 3272--3273 | | | |
| 292. | May 10, 2006 letter from Herskowitz to Ennix D 2877-2878 | | | |
| 293. | July 11, 2006 MEC Executive Session Minutes D 3276 | | | |
| 294. | July 11, 2006 letter from Herskowitz to Ennix D 3311-3312 | | | |
| 295. | Exhibit A to ABSMC's Responses to Plaintiff's Special Interrogatories, Set One (also Exhibit F to Hernaez Declaration in Support of Defendant's Motion for Summary Judgment). | | | |
| 296. | Material from Peer Review file of Physician E D 5497-5500, 5511, 5513, 5514, 5522-5527, 5528-5529, 5542-5543 | | | |
| 297. | Material from the Peer Review file of Physician F D 5597-5602 | | | |
| 298. | Material from the Peer Review file of Physician G D 5678-5681,  5652-5654, 5657, 5676-5677 | | | |
| 299. | Material from the Peer Review file of Physician I D 5906-5984, 5985, 5986 | | | |
| 300. | Material from the Peer Review file of Physician J D 6010, 6012-6013, 6014-6015, 6018-6022 | | | |
| 301. | Material from the Peer Review file of Physician L  D 6085-6091 | | | |
| 302. | Material from the Peer Review file of Physician O D 6153-6169, 6170-6201, 6202-6208, 6210-6213 | | | |

- 15 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER

CASE NO. C 07-2486 WHA

**APPENDIX A-2**

**Defendant's Exhibits Intended To Be Presented At Trial.[1]**

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 1. | Plaintiff's Verified State Court Complaint | | | |
| 2. | Bylaws Summit Medical Staff February 2003 D 0001-0083 | | | |
| 3. | Bylaws Summit Medical Staff June 2005 D 0084-0172 | | | |
| 4. | Summit Medical Center Medical Staff Rules and Regulations 2/04 D 0262-0321 | | | |
| 5. | Summit Medical Center Medical Staff Rules and Regulations  4/05 D 0800-0864 | | | |
| 6. | Patient care evaluation from the Card/Thor Surgery Committee to Dr. Ennix dated May 3, 1991 D 1447 | | | |
| 7. | Abstract from SPR committee re case discussed in D 1839  D 1840 | | | |
| 8. | 10/15/01 letter from Moorstein to Ennix  D 1839 | | | |
| 9. | March 5, 2003 memo Iverson to Ennix re documentation issue.  D 1786 | | | |
| 10. | July 23, 2003 letter to Ennix from the Quality Management Dept  D 4072 | | | |
| 11. | June 10, 2003 memo from Iverson to Ennix re lack of documentation D 1794 | | | |
| 12. | July 1, 2003 Memorandum of Understanding re Exchange of Confidential | | | |

---

[1] This list does not include impeachment documents.

KAUFF McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| | Peer Review Information D 1382-1387 | | | |
| 13. | December 9, 2003 letter from John Rosenberg to Ennix forwarding the Junod report.  D 4146-4150 | | | |
| 14. | Junod report and forwarding memo from the Alta Bates Medical Staff President   D 1847-1852 | | | |
| 15. | April 12, 2004 Surgery Peer Review Committee minutes  D 4195-4201 | | | |
| 16. | April 13, 2004 MEC Executive Session Minutes D 4206 | | | |
| 17. | April 15, 2004 letter from Rosenberg to Isenberg re status of Alta Bates review D 1854-1855 | | | |
| 18. | April 21, 2004 letter from Isenberg to Ennix   D 4209-4210 | | | |
| 19. | April 28, 2004 Isenberg letter to Ennix  D 4212-4213 | | | |
| 20. | May 5, 2004 Medical Staff Report to the Board of Trustees D 4214 | | | |
| 21. | July 22, 2004 letter from Isenberg to Ennix  D 1760-1761 | | | |
| 22. | August 10, 2004 MEC Executive Session Minutes D 3322 | | | |
| 23. | Chronology of Ad Hoc Committee Meetings and Interviews  D 2008 | | | |
| 24. | August 13, 2004 AHC Minutes D 1860 | | | |
| 25. | August 24, 2004 letter from Paxton to Ennix Re Ad Hoc Committee investigation D 1863 | | | |
| 26. | August 30, 2004 AHC Minutes D 1861-1862 | | | |
| 27. | September 20, 2004 AHC Minutes D 1864-1866 | | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                                    CASE NO. C 07-2486 WHA

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 28. | September 27, 2004 AHC Minutes  D 1881-1884 | | | |
| 29. | October 4, 2004 AHC Minutes  D 1886-1888, D 4312 | | | |
| 30. | October 11, 2004 AHC Minutes D 1895-1897 | | | |
| 31. | October 25, 2004 AHC Minutes D 4318-4319 | | | |
| 32. | October 27, 2004 AHC Minutes D 1910-1912 | | | |
| 33. | October 28, 2004 AHC Minutes D 1918-1923 | | | |
| 34. | January 4, 2005 letter from Paxton and Isenberg to Smithline w/enclosures.  D 2558-2564 | | | |
| 35. | March 8, 2005 MEC Executive Session Minutes  D 3321 | | | |
| 36. | May 10, 2005 Special Meeting D1997-1998 | | | |
| 37. | Excerpts from Patient's file D 2397-2444 | | | |
| 38. | May 18, 2005 MEC Executive Session Minutes D 2502-2506 | | | |
| 39. | May 19, 2005 AHC Minutes  D 2194-2195 | | | |
| 40. | May 19, 2005 letter from Isenberg to Ennix D 2507-2508 | | | |
| 41. | May 25, 2005 suspension notice for delinquent medical records  D 2214 | | | |
| 42. | May 27, 2005 AHC Minutes D 2197-2201 | | | |
| 43. | May 31, 2005 letter to Ennix from Paxton re AHC investigation D 2255-2258 | | | |
| 44. | June 6, 2005 MEC Executive Session Minutes D 4630 | | | |
| 45. | June 14, 2005 MEC Executive Session Minutes D 4637 | | | |
| 46. | June 24, 2005 AHC Minutes D 2381 | | | |

- 18 -

KAUFF McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 47. | June 29, 2005 AHC Minutes D 2382-2384 | | | |
| 48. | July 7, 2005 AHC Minutes D2385-2388 | | | |
| 49. | July 27, 2005 AHC Minutes D 2389 | | | |
| 50. | August 1, 2005 AHC Report to the MEC with attached Appendices A, B and B 2 (the NMA Report, Tabular STS Data Submitted by Dr. Ennix and a Graph Prepared re such data). D 2933-2999 | | | |
| 51. | August 15, 2005 MEC Executive Session Minutes D 2928-2930 | | | |
| 52. | September 7, 2005 MEC Executive Session Minutes D 3003 | | | |
| 53. | September 9, 2005 letter from Isenberg to Ennix | | | |
| 54. | October 11, 2005 MEC Executive Session Minutes  D 3264 | | | |
| 55. | October 11, 2005 letter from Isenberg to Ennix  D 4707-4715 | | | |
| 56. | October 25, 2005 letter from Isenberg to Ennix D 4734-4735 | | | |
| 57. | November 2, 2005 Medical Staff Report to the Board of Trustees D 4745 | | | |
| 58. | November 8, 2005 MEC Executive Session Minutes  D 3267 | | | |
| 59. | December 13, 2005 MEC Executive Session Minutes D 4755-4756 | | | |
| 60. | December 30, 2005 letter from Isenberg to Ennix re Summary Restriction D 2901-2902 | | | |
| 61. | January 6, 2006 letter from Isenberg to Ennix D 2884 | | | |
| 62. | March 14, 2006 letter Herskowitz to Ennix D 4780 | | | |

- 19 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 63. | May 4, 2006 AHC Report to the MEC D 3274 | | | |
| 64. | May 9, 2006 MEC Executive Session Minutes D 3272--3273 | | | |
| 65. | May 10, 2006 letter from Herskowitz to Ennix D 2877-2878 | | | |
| 66. | July 10, 2006 Memo from AHC to Herskowitz D 3277-3309 | | | |
| 67. | July 11, 2006 MEC Executive Session Minutes D 3276 | | | |
| 68. | July 11, 2006 letter from Herskowitz to Ennix D 3311-3312 | | | |
| 69. | Medical Board Letter to Ennix dated July 13, 2006 E 169-170 | | | |
| 70. | August 2, 2006 Medical Staff report to the Board of Trustees D 4837 | | | |
| 71. | The California Report on Coronary Artery Bypass Graft Surgery 2000 to 2002 dated February 2005, by Judicial Notice. | | | |
| 72. | Medical Director Loan Out and Coverage Agreement dated 9/21/01. E002697-002717. | | | |
| 73. | Exhibit A to ABSMC's Responses to Plaintiff's Special Interrogatories, Set One (also Exhibit F to Hernaez Declaration in Support of Defendant's Motion for Summary Judgment). | | | |
| 74. | Material from the Peer Review file of Physician C D 5416-5474 | | | |
| 75. | Material from Peer Review file of Physician E D 5497-5500, 5511, 5513, 5514, 5522-5527, 5528-5529, 5542-5543 | | | |
| 76. | Material from the Peer Review file of Physician F D 5597-5602 | | | |

- 20 -

KAUFF McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 77. | Material from the Peer Review file of Physician G D 5678-5681,  5652-5654, 5657, 5676-5677 | | | |
| 78. | Material from the Peer Review file of Physician H D 5721-5722, D 5735-5740, D 5752-5757, 5773-5801 (also from E's file, see D 5528) | | | |
| 79. | Material from the Peer Review file of Physician I D 5906-5984, 5985, 5986 | | | |
| 80. | Material from the Peer Review file of Physician J D 6010, 6012-6013, 6014-6015, 6018-6022 | | | |
| 81. | Material from the Peer Review file of Physician L  D 6085-6091 | | | |
| 82. | Material from the Peer Review file of Physician O D 6153-6169, 6170-6201, 6202-6208, 6210-6213 | | | |
| 83. | Ware Expert Reports | | | |
| 84. | Caldwell Expert Report | | | |
| 85. | J. Donald Hill Ennix Quality Assurance Report E002889-EO2898. | | | |
| 86. | Exhibits 4 and 5 to Bruce Reitz Deposition. | | | |
| 87. | Anesthesia Subcommittee Minutes Alta Bates Medical Center D 3873-3875 | | | |
| 88. | Cardiac Surgery Peer Review Panel Re MD B0280  D 4156-4187 | | | |
| 89. | Minimally Invasive Chart produced 1/25/08 (without the dissimilar procedures) D 7182-7189 | | | |
| 90. | Diagram of Heart  (to be provided) | | | |
| 91. | Charts developed or reviewed by William Isenberg in his review of Ennix's patient care issues.  D 1536-1545, D | | | |

KAUFF MCCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|-------------|----------------------|------------------------|--------------------|
| | 1908, D 1843-1846, D 1900-1903, D 4023 | | | |

**Exhibits Defendant Will Present At Trial *If The Need Arises.***

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|-------------|----------------------|------------------------|--------------------|
| 92. | February 9, 2004 S. Stanten notes re MIV procedures  D 4152 | | | |
| 93. | February 9, 2004 Special Meeting Minutes D 1739-1741 | | | |
| 94. | February 24, 2004 Isenberg note re review of MIV procedures | | | |
| 95. | April 16, 2004 Special Meeting Minutes D 1742-1744 | | | |
| 96. | April 26, 2004 Special Meeting Minutes D 1746-1748 | | | |
| 97. | Excerpt from June 14, 2004 SPRC meeting, D 4222-4223 | | | |
| 98. | July 8, 2004 Special Meeting Minutes D 1756-1757 | | | |
| 99. | August 9, 2004 SPRC meeting minutes excerpt  D 4256 and 4258 | | | |
| 100. | September 14, 2004 Gomez e-mail to Jellin re Request from AHC with attached documents D 1867-1872 | | | |
| 101. | October 15, 2004 Note by James Lovin D 4317 | | | |
| 102. | January 30, 2005 letter from Ennix to Kirk re peer review process E00026-000027 | | | |
| 103. | February 5, 2005 letter from Ennix to Kirk  E 000028-000029 | | | |
| 104. | February 15, 2005 letter from Ennix to Kirk E000031-37 | | | |

- 22 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 105. | February 22, 2005 letter from Isenberg to Ennix D 4498-4499 | | | |
| 106. | February 22, 2005 memo from Isenberg to MEC members D 4500 | | | |
| 107. | OR note dated 3/23/05 D 2498-2499 | | | |
| 108. | March 29, 2005 Medical Staff Officers Meeting D 1984 | | | |
| 109. | April 12, 2005 Special Meeting Minutes D 1994-1995 | | | |
| 110. | May 12, 2005 Confidential Note to File of Coyness Ennix, M.D. D 1999 | | | |
| 111. | 5/13/05 Confidential Note to file of Coyness Ennix, M.D.  D 2000 | | | |
| 112. | Confidential memo for peer review file by S. Stanten  D 2001 | | | |
| 113. | August 9, 2005 letter from Etchevers to Shulman  D 3000-3002 | | | |
| 114. | MEC subcommittee meeting minutes D 5113 | | | |
| 115. | September 22, 2005 CE/MEC subcommittee notes D 5083-5084 | | | |
| 116. | November 29, 2005 letter from Ennix to Taylor E002753 | | | |
| 117. | November 29, 2005 letter from Ennix to Sweezer  E002756 | | | |
| 118. | November 29, 2005 letter from Ennix to Young  E 002761 | | | |
| 119. | November 29, 2005 letter from Ennix to Kirk E002763 | | | |
| 120. | December 6, 2005 letter from Ennix to Ludmer E002774 | | | |
| 121. | December 8, 2005 letter from Ennix to Brown E002767 | | | |

- 23 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 122. | December 13, 2005 letter from Ennix to Carson E 002771 | | | |
| 123. | December 15, 2005 letter from Ennix to Newell E 002780 | | | |
| 124. | January 18, 2006 letter from Ennix to Kirk seeking financial support  E 002076-002077 | | | |
| 125. | April 18, 2006 letter from Ennix to Lasiter E 002821 | | | |
| 126. | Duncan Expert Report | | | |
| 127. | Medical Board Proceedings involving Balkissoon Exhibit 2 to Defendant's Request for Judicial Notice | | | |
| 128. | Medical Board Proceedings involving Grewal  Exhibit 1 to Defendant's Reply Request for Judicial Notice | | | |
| 129. | Ennix's description of cases considered by NMA  D 3668, 3715-16, 3753, 3766, 3686, 3705, 3739, 3776, 3792 | | | |
| 130. | Email from Smithline to Isenberg and Weaver emails re draft report including R & R's – April 29, 2005 through May 2, 2005  NMA 01392-1393 | | | |
| 131. | Email from Shulman to Isenberg and Smithline May 2, 2005  re draft report re ABS-006 NMA 01394 | | | |
| 132. | Chart - Issues Raised by Dr. Ennix Re Mercer Qualifications - Cases related to Dr. Breyer's Medical Practice of 30 Years  NMA 01537 | | | |

- 24 -

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 133. | Chart - Issues Raised by Dr. Ennix Re Mercer Qualifications - Cases related to Dr. Housman's medical practice of 30 years NMA 01539 | | | |
| 134. | Chart - Cases related to employee who embezzled funds from Dr. Housman's Practice - Cases related to Dr. Breyer's Medical Practice of 30 Years NMA 01539-01540 | | | |
| 135. | **From Medical Record 1205056** | | | |
| 136. | Surgeon's OR reports NMA 06747-48, NMA 06749-50 | | | |
| 137. | Doctor's Progress Notes NMA 06786-06790 | | | |
| 138. | Patient Consents NMA 07239, NMA 07240 | | | |
| 139. | Intraoperative Nursing Records  NMA 06766-06771 | | | |
| 140. | **From Medical Record 1282678** | | | |
| 141. | History & Physical NMA 07255 | | | |
| 142. | Surgeon's OR report NMA 07266-07267 | | | |
| 143. | Intraoperative Nursing Record NMA 07271-72 | | | |
| 144. | Patient Consent NMA 07561 | | | |
| 145. | **From Medical Record 1282803** | | | |
| 146. | History and Physical NMA 07569-70 | | | |
| 147. | Discharge Summary NMA 07571-72 | | | |
| 148. | Surgeon's OR report NMA 07589-90 | | | |
| 149. | Intraoperative Report NMA 07596-98 | | | |
| 150. | Patient Consent NMA 07964 | | | |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 151. | **From Medical Record 1283240** | | | |
| 152. | History & Physical NMA 07978-79 | | | |
| 153. | Surgeon's OR report NMA 07986-87 | | | |
| 154. | Intraoperative Nursing Record NMA 07991-93 | | | |
| 155. | Patient Consent NMA 08230 | | | |
| 156. | **From Medical Record 1296513** | | | |
| 157. | Surgeon's OR reports NMA 09387-92 | | | |
| 158. | Intraoperative Nursing Record  NMA 09398-400 | | | |
| 159. | **From Medical Record 1124908** | | | |
| 160. | Discharge Summary NMA 10965-66 | | | |
| 161. | Surgeon's OR Reports NMA 10990-94 | | | |
| 162. | Progress Notes NMA 10999-11012 | | | |
| 163. | Intraoperative Nursing Notes NMA 10976-81 | | | |
| 164. | Anesthesia Record NMA 10982-10985 | | | |
| 165. | Code Blue Record NMA 11110 | | | |
| 166. | Critical Care Flowsheet NMA 11148 | | | |
| 167. | **From Medical Record 1281866** | | | |
| 168. | Surgeon's OR Report NMA 8424-8425 | | | |
| 169. | Perfusionist record NMA 08446 | | | |
| 170. | Intraoperative Nursing Report  NMA 8435-8437 | | | |
| 171. | March 5, 2004 letter from Ennix to Stanten D 4193-4194 | | | |
| 172. | July 15, 2004 letter from Ennix to "Eisenberg" (sic) D 1758-1759 | | | |
| 173. | August 4, 2004 letter from Ennix to Isenberg D 1762-1763 | | | |

- 26 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

| # | Description | Offered into Evidence | Received Into Evidence | Limitations on Use |
|---|---|---|---|---|
| 174. | September 9, 2004 letter from Ennix to Paxton D 1873 | | | |
| 175. | January 25, 2005 letter from Ennix to Paxton D 1960-1977 | | | |
| 176. | March 3, 2005 letter from Ennix to Smithline D 4506-4507 | | | |
| 177. | March 21, 2005 letter from Ennix to Smithline D 3703-3704 | | | |
| 178. | March 28, 2005 letter from Ennix to Smithline D 4596-4598 | | | |
| 179. | April 5, 2005 letter Ennix to Isenberg D 4601-4604 | | | |
| 180. | April 15, 2005 letter from Ennix to Paxton  D 1996 | | | |
| 181. | May 11, 2005 letter to Ennix from Isenberg D 2010-2012 | | | |
| 182. | June 15, 2005 letter from Ennix to Paxton D4639-4640 | | | |
| 183. | September 15, 2005 letter from Ennix to Isenberg  D 3265 | | | |
| 184. | October 24, 2005 letter from Ennix to Isenberg | | | |
| 185. | Plaintiff's Response to Defendant's Special Interrogatory, Set No. 1 dated October 4, 2007 | | | |
| 186. | Plaintiff's Supplemental Response to Defendant's Special Interrogatory, Set No. 1 dated October 17, 2007 | | | |

KAUFF McCLAIN & McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

**APPENDIX B-2**

**Plaintiff's Separate Witness List For His Case-In-Chief Witnesses**

1. Coyness Ennix, M.D.

2. William S. Weintraub, M.D.  Dr. Weintraub will testify as an expert biostatistician, epidemiologist and in medical outcomes assessment.  Dr. Weintraub will testify that there was no meaningful difference in performance between Dr. Ennix and his peers.  Dr. Weintraub will testify as to the opinions in his two expert reports provided to ABSMC in this case.

3. Alex Zapolanski, M.D.  Dr. Zapolanski will testify as an expert cardiac surgeon regarding standard of care issues and the validity of the NMA's criticisms of Dr. Ennix.  Dr. Zapolanski reviewed the same 10 cases that the NMA reviewed.  Dr. Zapolanski will testify as to the opinions in his report dated January 25, 2008.

4. Eugene Spiritus, M.D.  Dr. Spiritus will testify as an expert regarding peer review issues.  Dr. Spiritus will testify as to the opinions in his report dated January 25, 2008.

5. Margo Leahy, M.D.  Dr. Leahy will testify as an expert regarding whether a schizophrenic patient was capable of providing informed consent to surgery and whether Dr. Ennix obtained informed consent from this patient, identified by ABSMC as ABS-001.  Dr. Leahy will testify as to the opinions in her report dated January 22, 2008.

6. Jed Greene, C.P.A.  Mr. Greene will testify as an expert regarding damages issues.  Mr. Greene will testify as to the opinions in his report dated January 25, 2008.

7. Bruce Reitz, M.D.  Dr. Reitz will testify as an expert cardiac surgeon regarding standard of care issues and the validity of the NMA's criticisms of Dr. Ennix.  Dr. Reitz will testify as to the opinions in his report dated September 2, 2005.  Dr.

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

- 28 -

1    Reitz reviewed the same 10 cases that the NMA reviewed and his findings were

2    submitted to the MEC before the MEC took action against Dr. Ennix.

3    8.  Bruce Lytle, M.D. Dr. Lytle will testify as an expert cardiac surgeon regarding

4    standard of care issues and the validity of the NMA's criticisms of Dr. Ennix.  Dr.

5    Lytle will testify as to the opinions in his report dated September 7, 2005.  Dr.

6    Lytle reviewed the same 10 cases that the NMA reviewed and his findings were

7    submitted to the MEC before the MEC took action against Dr. Ennix.  Dr. Lytle's

8    testimony is cumulative to that of Dr. Reitz, but a valuable second opinion by an

9    internationally respected surgeon.

10   9.  Hon Lee. M.D. Dr. Lee will testify as to his assessment of the four minimally

11   invasive cases, his involvement in Dr. Ennix's peer review, his assessment of Dr.

12   Ennix's competence and skill, the proctorship process, communications with

13   ABSMC regarding that process, the decision to initiate a second peer review of

14   the ten cases, his assessment of any or all of the ten cases and his experience

15   relating to peer reviews of other non-white and white physicians at ABSMC.

16   10. Junaid Kahn, M.D.  Dr. Kahn will testify as to the assessment of the ten cases, his

17   involvement in the peer review process, communications between him and any of

18   the individual defendants regarding Dr. Ennix's peer review, his experience

19   relating to peer reviews of other non-white and white physicians at ABSMC and

20   his assessment of Dr. Ennix's competence and skill.

21   11. Richard Shaw, PhD.  Dr. Shaw will testify as an expert medical statistician as to

22   comparisons between Dr. Ennix' surgical results and those of other surgeons

23   performing procedures at Summit Medical Center.  Dr. Shaw will testify as to the

24   opinions in his report dated August 30, 2005.  Dr. Shaw submitted his report to

25   the MEC before the MEC took adverse action against Dr. Ennix.

26   12. Harry Shulman.  Mr. Shulman will testify that he is legal counsel to ABSMC.  Mr.

27   Shulman will testify as to non-privileged communications that he had with various

28

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

1    parties during the Dr. Ennix's peer review.  Mr. Shulman will testify as to his roll

2    during Dr. Ennix's peer review.

3    13. Joanne Jellin.  Ms. Jellin will testify pursuant to Rule 30(b)(6).  Ms. Jellin will

4    testify as to ABSMS's normal or typical peer review procedures, and to the

5    differences between those normal or typical peer reviews and Dr. Ennix's peer

6    review.  Ms. Jellin will testify as to how she drafted and finalized the peer review

7    meeting minutes during Dr. Ennix's peer review.  Ms. Jellin will testify to her

8    observations during peer review meetings regarding Dr. Ennix.  Ms. Jellin will

9    authenticate documents.

10   14. Jai Balkisoon, M.D.  Dr. Balkisoon will testify as to his own peer review process at

11   ABSMC, as a physician of color.

12   15. Albertine Omani, M.D.  Dr. Omani will testify about her experience relating to peer

13   reviews of non-white and white physicians at ABSMC.

14   16. Coletta Hargis, M.D.  Dr. Hargis will testify about her experience relating to peer

15   reviews of non-white and white physicians at ABSMC.

16   17. Tracy Phillips, M.D.  Dr. Phillips will testify about her experience relating to peer

17   reviews of non-white and white physicians at ABSMC.

18   18. Noli Silva, M.D.  Dr. Silva will testify as to the systemic issues at Alta Bates

19   Campus that lead to Junod Report, Dr. Ennix's performance on cases during

20   which Dr. Silva was present, including the minimally invasive cases, and her

21   experience relating to peer reviews of other non-white and white physicians at

22   ABSMC.

23   19. Filberto Burciaga.  Mr. Burciaga will testify that he was Dr. Ennix's patient.  Mr.

24   Burciaga will testify as to the Authorization for and Consent to Surgery or Special

25   Diagnostic or Therapeutic Procedures, and the Verification of Consent for

26   Coronary Intervention, dated May 3, 2005, that he signed, which authorized Dr.

27   Ennix to perform surgery on him.  Mr. Burciaga will testify as to Dr. Ennix's care

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

1    before and after his surgery.  Mr. Burciaga is the patient that ABSMC claims Dr.

2    Ennix failed to see, which led to a summery suspension.

3    20. Makalita Leao.  Ms. Leao will testify that she was Dr. Ennix's patient.  Ms. Leao

4    will testify as to the Authorization for and Consent to Surgery or Special

5    Diagnostic or Therapeutic Procedures, dated May 4, 2005, that she signed, which

6    authorized Dr. Ennix to perform surgery on her.  Ms. Leao will testify that Dr.

7    Ennix could not perform the surgery due to adverse actions taken by ABSMC.

8    21. Alice Ashton.  Ms. Ashton will testify that she was Dr. Ennix's patient.  Ms. Ashton

9    will testify as to the Authorization for and Consent to Surgery or Special

10    Diagnostic or Therapeutic Procedures, dated May 4, 2005, that she signed, which

11    authorized Dr. Ennix to perform surgery on her.  Ms. Ashton will testify that Dr.

12    Ennix could not perform the surgery due to adverse actions taken by ABSMC.

13    22. Donald Aissa.  Mr. Aissa will testify that he was Dr. Ennix's patient.  Mr. Aissa will

14    testify as to the Authorization for and Consent to Surgery or Special Diagnostic or

15    Therapeutic Procedures, dated May 3, 2005, that he signed, which authorized Dr.

16    Ennix to perform surgery on him.  Mr. Aissa will testify that Dr. Ennix could not

17    perform the surgery due to adverse actions taken by ABSMC.

18    23. Jessie Lozano.  Mr. Lozano will testify that he is the Minimally Invasive patient

19    ABSMC refers to as ABS-001.  Mr. Lozano will testify as to his surgical

20    experience and the current state of his health.

21    24. Esther Huitron.  Ms. Huitron will testify that she is the Minimally Invasive patient

22    ABSMC refers to as ABS-002.  Ms. Huitron will testify as to her surgical

23    experience and the current state of her health.

24    25. Jean Tenret.  Ms. Tenret will testify that he is the Minimally Invasive patient

25    ABSMC refers to as ABS-004.  Mr. Tenret will testify as to his surgical experience

26    and the current state of her health.

27    26. Joe Bermudas, M.D.  Dr. Bermudas will testify that he is an Anesthesiologist at

28    Summit and has worked extensively with Dr. Ennix.  Dr. Bermudas will testify as

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 31 -

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

1   to his involvement with the peer review process, his experience relating to peer

2   reviews of other non-white and white physicians at ABSMC and Dr. Ennix's skill

3   and competence.

4   27. Dennis Drew, M.D.  Dr. Drew will testify as to the six additional cases subject to a

5   second peer review and Dr. Ennix's skill and competence regarding those cases,

6   including case ABS-007 where Dr. Drew was the treating cardiologist.  Dr. Drew

7   will testify as to his experience relating to peer reviews of other non-white and

8   white physicians at ABSMC.

9   28. Rollington Ferguson, M.D.  Dr. Ferguson will testify as to the assessment of any

10   or all of Dr. Ennix's four minimally invasive cases, and his experience relating to

11   peer reviews of other non-white and white physicians at ABSMC. Dr. Ferguson

12   will testify regarding informed consent issue surrounding a schizophrenic patient

13   identified by ABSMC as ABS-001.

14   29. Dhun Sethna, M.D. Dr. Sethna will testify as to the assessment of any or all of Dr.

15   Ennix's four minimally invasive cases and any or all of the ten cases, and his

16   experience relating to peer reviews of other non-white and white physicians at

17   ABSMC.  Dr. Sethna was the cardiologist on one of the cases that ABSMC used

18   against Dr. Ennix.

19   30. Gregory Quinn, M.D.  Dr. Quinn will testify as to the six additional cases subject to

20   a second peer review and Dr. Ennix's skill and competence regarding those

21   cases, and his experience relating to peer reviews of other non-white and white

22   physicians at ABSMC.  Dr. Quinn was the cardiologist on one of the cases that

23   ABSMC used against Dr. Ennix.

24   31. General Hilliard, M.D.  Dr. Hilliard will testify as to the six additional cases subject

25   to a second peer review and Dr. Ennix's skill and competence regarding those

26   cases, and his experience relating to peer reviews of other non-white and white

27   physicians at ABSMC. Dr. Hilliard was the cardiologist on one of the cases that

28   ABSMC used against Dr. Ennix.

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

32. Dennis Durzinsky, M.D.  Dr. Durzinsky will testify as to the proctorship process, communications with ABSMC regarding that process, his assessment of Dr. Ennix's surgical skill and competence and his experience relating to peer reviews of other non-white and white physicians at ABSMC.  Dr. Durzinsky will testify as to the proctoring process.

33. William Isenberg, M.D.  Dr. Isenberg will testify that he was the President of the Medical Staff during Dr. Ennix's peer review.  Dr. Isenberg will testify as to his motivations, reasons and steps taken to peer review Dr. Ennix.  Dr. Isenberg will testify as to the atypical procedures used during Dr. Ennix's peer review.  Dr. Isenberg will testify as to authentication of documents.

34. Steven Stanten, M.D.  Dr. S. Stanten will testify that he was the Chair of the Department of Surgery during Dr. Ennix's peer review.  Dr. S. Stanten will testify as to his motivations, reasons and steps taken to peer review Dr. Ennix.  Dr. S. Stanten will testify as to the atypical procedures used during Dr. Ennix's peer review.

35. Russell Stanten, M.D.  Dr. R. Stanten will testify that he was the Chair of the Division of Cardiothoracic Surgery during Dr. Ennix's peer review.  Dr. R. Stanten will testify as to his experience and knowledge of Dr. Ennix's professional abilities and to his motivations and roll in Dr. Ennix's peer review.    Dr. R. Stanten will testify as to the atypical procedures used during Dr. Ennix's peer review.  Dr. R. Stanten will also testify as to his professional experiences and difficulties as a cardiothoracic surgeon.

**36.** Leigh Iverson, M.D.  Dr. Iverson will testify that he was one of Dr. Ennix's partners at the commencement of Dr. Ennix's peer review.  Dr. Iverson will testify as to his experiences and knowledge of Dr. Ennix's professional abilities and to his motivations and roll in Dr. Ennix's peer review.  Dr. Iverson will also testify as to his professional experiences and difficulties as a cardothoracic surgeon.

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

**APPENDIX B-2**

**Defendant's Witness List**

Set forth below is Defendant's witness list, except for impeachment witnesses.

A.    **Witnesses Defendant Expects To Present.**

1.    Kim Ware, Esq., Ware Law Group, 1500 Park Ave., #212, Emeryville, CA 94608.  Telephone No. (510) 272-0453.  Ms. Ware will testify as an expert on the origins, purposes, and common practices of peer review of doctors in California, and will describe the statutory requirements for peer review.  Ms. Ware will testify as to the opinions set forth in her two reports dated 1/25/08 and 2/14/08 which have been provided to Plaintiff.  This expert testimony is non-cumulative.

2.    William Isenberg, M.D., Ph.D., 365 Hawthorne Ave., Oakland, CA, 94609.  Telephone number: (510) 893-1700.  Dr. Isenberg, who was President of the Summit Medical Staff during Dr. Ennix's peer review process, will testify about the functions and process of peer review, applicable Medical Staff Bylaws and Rules and Regulations, and the various considerations, steps, decisions and actions undertaken in the peer review of Dr. Ennix from approximately January 2004 to July 2006.  Dr. Isenberg will also testify as to his role as a peer reviewer in any comparable peer review actions undertaken at the MEC level.  Dr. Isenberg will also testify about the efforts of the Medical Staff to monitor the quality of care of all doctors on the Medical Staff and to foster improvement of patient care, particularly in the area of surgical procedures.  Dr. Isenberg's testimony is non-cumulative.

3.    Steven Stanten, M.D., 365 Hawthorne Ave., Suite 101, Oakland, CA 94609.  Telephone number: (510) 465-5523.  Dr. Stanten, Chair of the Surgery Peer Review Committee from early 2004 to the present will testify about receiving information concerning the minimally invasive valve procedures performed by Dr. Ennix in late January, early February 2004, steps he took to further review those valve procedures, the April 12, 2004 determination of the Surgery Peer Review Committee to recommend

- 34 -

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

1    further review of Dr. Ennix's quality of care, his participation and decision making in the

2    peer review of Dr. Ennix, and follow-up concerning patient care topics on the part of the

3    Surgery Peer Review Committee.  Dr. Stanten will also testify about general efforts to

4    monitor and improve the provision of patient care in all surgical areas.  Dr. Stanten's

5    testimony about reviewing the MIV procedures and about the actions of the Surgery

6    Peer Review Committee is non-cumulative.

7            4.      LaMont Paxton, M.D., General Vascular Surgery Medical Group,

8    Inc., 13851 East 14th Street, Suite 201, San Leandro, CA  94578.  Telephone number:

9    (510) 357-4006.  Dr. Paxton, who was Chair of the Ad Hoc Committee ("AHC")

10   appointed by the Summit Medical Staff Medical Executive Committee ("MEC") to review

11   Dr. Ennix's practice, will testify about the work, process and determinations of the AHC,

12   as well as his decision-making during the April 12, 2004 Surgery Peer Review

13   Committee meeting.  Dr. Paxton's testimony regarding his decisions and regarding the

14   work of the AHC is non-cumulative.

15           5.      Barry Horn, M.D., 2450 Ashby Ave., Berkeley, CA  94705.

16   Telephone number: (510) 204-4173.  Dr. Horn, who was a member of the AHC, will

17   testify as to his decision-making regarding the recommendation of the AHC for corrective

18   action concerning Dr. Ennix.  Dr. Horn will testify about the review of poor outcomes in

19   cardiac surgeries undertaken by the Alta Bates Medical Staff in the mid-1990's at a time

20   when Dr. Ennix was one of two cardiac surgeons at Alta Bates.  Dr. Horn's testimony will

21   be presented by deposition due to his unavailability during the trial time.  Dr. Horn's

22   testimony, including about his own decision-making, is non-cumulative.

23           6.      Dat Ly, M.D., Summit Medical Center, 350 Hawthorne Avenue,

24   Oakland, CA 94609.  Telephone number: (510) 655-4000.  Dr. Ly, who was the third

25   member of the AHC, will testify as to his decision-making concerning the

26   recommendation of the AHC for corrective action concerning Dr. Ennix.  Dr. Ly's

27   testimony about his own decision-making is non-cumulative.

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                                          CASE NO. C 07-2486 WHA

1          7.     Russell Stanten, M.D., 3300 Webster Street, Suite 500, Oakland,

2    CA  94609.  Telephone number: (510) 465-6600.  Dr. Stanten, who is a cardiac surgeon

3    on the Summit Medical Staff, and one of Dr. Ennix's partners until Dr. Ennix voluntarily

4    withdrew from the East Bay Cardiac Surgery Center in October 2005, will describe

5    various cardiac procedures, including how lengthy operating times and other factors,

6    such as blood product usage, increase the risk to the patients.  Dr. Stanten will describe

7    the various statistical means for tracking a physician's performance.  Dr. Stanten will

8    describe his participation in Dr. Ennix's peer review process.  Dr. Stanten will also

9    describe how minimally invasive valve procedures differ from standard procedures, and

10   the training he and other members of the OR team undertook before he started to

11   perform minimally invasive valve procedures.  Dr. Stanten will discuss the outcomes of

12   MIV procedures performed by other cardiac surgeons.  Dr. Stanten will discuss Dr.

13   Ennix's reputation in the ABMSC medical community for poor judgment, documentation

14   issues and inattentiveness to patients and/or his own observations regarding Dr. Ennix's

15   poor coverage of patients and lack of availability.  Dr. Stanten will testify about general

16   efforts to improve patient care in the area of cardiac surgery.  Dr. Stanten's testimony

17   about cardiac procedures, statistical results, general efforts to improve cardiac surgery,

18   his preparation for performing minimally invasive procedures, his input into the peer

19   review process and his knowledge re Dr. Ennix's patient care issues is non-cumulative.

20         8.     Fredric Herskowitz, M.D., 350 30th Street, Suite 520, Oakland, CA.

21   Telephone number: (510) 465-6800.  Dr. Herskowitz will testify about the circumstances

22   of the closure of the Alta Bates Medical Center cardiac program, will testify about his

23   observations concerning Dr. Ennix's cover-up, through falsifying a progress note, of his

24   failure to adequately examine a post-operative patient on May 5, 2005, and will testify

25   about his role, as a Medical Staff Officer and MEC member, in the peer review of Dr.

26   Ennix and others who are comparable to Dr. Ennix.  Dr. Herskowitz will testify about the

27   purposes and procedures of peer review at Summit Medical Center.  Dr. Herskowitz will

28   testify about Dr. Ennix's reputation in the ABSMC medical community for poor judgment

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

1    and inattentiveness to patients, as well as about his own observations concerning Dr.

2    Ennix's approach to patient care.  Dr. Herskowitz's testimony on the following topics is

3    non-cumulative:  the May 5, 2005 incident, Dr. Ennix's reputation, Dr. Herskowitz's

4    observations of Dr. Ennix's care of patients, and Dr. Herskowitz's decision-making

5    relative to Ennix's peer review.

6            9.      Bruce Moorstein, M.D., 350 30th Street, Providence Medical Office

7    Building, Oakland, CA.  Telephone number: (510) 835-2070.  Dr. Moorstein will testify

8    about his role as an officer of the Medical Staff and MEC member in the steps taken and

9    determinations made in Dr. Ennix's peer review and about his officer role in comparable

10   peer review actions.  Dr. Moorstein will testify about Dr. Ennix's reputation in the ABSMC

11   medical community for poor judgment and inattentiveness to patients, and about Dr.

12   Moorstein's own observations concerning Dr. Ennix's provision of patient care.  Dr.

13   Moorstein's testimony about his determinations and participation in the Ennix peer

14   review, his reputational evidence and his testimony about comparable peer review

15   actions are non-cumulative.

16           10.     Neil Smithline, Director of Clinical Quality, National Medical Audit

17   ("NMA"), Three Embarcadero Center, San Francisco, CA, 94111.  Telephone number:

18   (415) 393-5650.  Dr. Smithline, a National Medical Audit ("NMA") employee who oversaw

19   the outside review of Dr. Ennix performed by NMA in early 2005, will testify as to the

20   organization, purposes and reports of NMA, as to the selection of reviewers for Dr.

21   Ennix's review, as to the conduct of the review and as to the conclusions reached in the

22   review.  Dr. Smithline will testify the neither he nor other NMA reviewers knew Dr.

23   Ennix's race.  All of Dr. Smithline's testimony is non-cumulative.

24           11.     Leland Housman, M.D., 4033 3rd Avenue, Suite 210, San Diego,

25   CA 92103.  Telephone number: (619) 297-5600.  Dr. Housman, a cardiac surgeon who

26   served as a reviewer for NMA in its chart review of Dr. Ennix's cases, will testify as to his

27   work for NMA, the conduct of Dr. Ennix's review, the opinions he reached as a result of

28   such review and his lack of knowledge concerning Dr. Ennix's race during the time he

- 37 -

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                                    CASE NO. C 07-2486 WHA

1    conducted such review.  Dr. Housman's testimony about his actions, lack of knowledge

2    regarding Dr. Ennix's race, and his decision-making concerning care issues is non-

3    cumulative.

4            12.    Robert H. Breyer, M.D., 2800 North Sheridan Rd. Suite 209,

5    Chicago, IL  60657.  Telephone number: (773) 477-4343.  Dr. Breyer, a cardiac surgeon

6    who served as a reviewer for NMA in its chart review of Dr. Ennix's cases, will testify as

7    to his work for NMA, the conduct of Dr. Ennix's review, the opinions he reached as a

8    result of such review and his lack of knowledge concerning Dr. Ennix's race.  Dr.

9    Breyer's testimony about his actions, lack of knowledge regarding Dr. Ennix's race and

10   his decision-making concerning care issues is non-cumulative.

11           13.    Hon S. Lee, M.D., Kaiser Permanente, 280 West MacArthur Blvd.,

12   Oakland, CA 94611.  Telephone number: (510) 752-6183.  Dr. Lee, a cardiac surgeon

13   employed by Kaiser Permanente, will testify about his performance of a review of Dr.

14   Ennix's initial minimally invasive procedures, his expectations regarding how the review

15   would be used, his conclusion that reasonable persons could have determined not to

16   accept his review, his factual observation that the process was fair toward Dr. Ennix and

17   concerning his and other Kaiser surgeons' proctoring of Ennix.  Dr. Lee's testimony is

18   non-cumulative.

19           14.    Bruce Reitz, M.D., Professor of Cardiothoracic Surgery Stanford

20   Medical Center, 300 Pasteur Drive, Falk Building, Stanford, CA  94305.  Telephone

21   number: (650) 725-4497.  Dr. Reitz, a cardiac surgeon retained by Dr. Ennix during the

22   peer review process, will testify as to his retention, his initial report, his revision of such

23   report at the suggestion of Dr. Ennix's lawyer and his deletion, again at the suggestion of

24   Dr. Ennix's lawyer, of any derogatory comments.  Dr. Reitz's testimony will be presented

25   by deposition due to his unavailability during the trial time.  Dr. Reitz's testimony is non-

26   cumulative.

27           15.    J. Donald Hill, M.D., CPMC, 2340 Clay Street, 1st Floor, San

28   Francisco 94115.  Telephone number: (415) 600-1090.  Dr. Hill will testify about his

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

1  report as an expert retained by Dr. Ennix in the peer review process, and his finding that

2  Dr. Ennix's conduct in one of the 10 cases he reviewed was below the standard of care.

3  Dr. Hill's testimony is non-cumulative.

4       16.    Brian Hite, M.D., 1600 Riviera Avenue, Suite 420, Walnut Creek, CA

5  94596.  Telephone number: (925) 951-1366 .  Dr. Hite will testify about his participation

6  in the peer review process concerning Dr. Ennix, the observations and opinions he

7  related to the AHC and/or Medical Staff Officers, and about his knowledge of Dr. Ennix's

8  practice which led him to make such observations and reach such opinions.  Dr. Hite will

9  also testify about the preparations he and other OR team members made before

10  commencing minimally invasive valve procedures.  Dr. Hite will testify about Dr. Ennix's

11  reputation for patient care.  Dr. Hite will also testify about his participation in comparable

12  peer review processes.  Dr. Hite's observations of Dr. Ennix's performance, his report of

13  such observations to the AHC, his preparation for performing minimally invasive

14  procedures, his knowledge of comparable peer review actions, and his knowledge of Dr.

15  Ennix's reputation are non-cumulative topics.

16       17.    John F. Donovan, M.D., 350 Hawthorne Ave., Oakland, CA  94609.

17  Summit Medical Staff Office, 350 Hawthorne Ave. Oakland, CA 94609.  Telephone

18  number: (510) 655-4000.  Dr. Donovan will testify about his participation in the Ennix

19  peer review process as an individual who appeared before the AHC, as a member of the

20  MEC, and as an individual who had discussions with officer(s) of the Medical Staff

21  concerning Dr. Ennix's practice.  Dr. Donovan will testify about the observations of Dr.

22  Ennix's practice that he related to the AHC and Officers.  Dr. Donovan will testify about

23  his knowledge of Dr. Ennix's reputation in the ABSMC medical community.   Dr.

24  Donovan will testify about the impact of proctoring on Dr. Ennix's care of patients.  Dr.

25  Donovan will also testify about comparable peer review processes.  The following are

26  non-cumulative areas of testimony:  Dr. Donovan's observations of Dr. Ennix's

27  performance, his reports to the AHC and Officers, his knowledge of Dr. Ennix's

28

KAUFF McCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 39 -

JOINT [PROPOSED] PRETRIAL ORDER                    CASE NO. C 07-2486 WHA

1    reputation, his observations of the impact of proctoring and his participation in

2    comparative peer review.

3           18.    Warren Kirk, Chief Executive Officer, ABSMC, 2450 Ashby Ave.

4    Berkeley, CA 94705 will testify regarding his knowledge of the absence of a contractual

5    relationship between Dr. Ennix and the Medical Center or between Dr. Ennix and any

6    third party relating to Dr. Ennix's provision of patient care at the Medical Center; the

7    purposes of the peer review process, the Medical Center's obligation and efforts to

8    provide quality patient care, the structure of the Medical Staff and of the Medical Center,

9    the services provided by the Medical Center, the efforts of Dr. Ennix to use outside

10    pressure to influence the peer review process, the role of the ABSMC's Board of

11    Trustees in Ennix's peer review process, and the statutory and regulatory requirements

12    of insuring patient care imposed on the Medical Center and its Medical Staffs.  Mr.

13    Warren's testimony is non-cumulative.

14           19.    Annette Shaieb, M.D., Pathology Department, 350 Hawthorne

15    Avenue, Oakland, CA 94609.  Telephone number: (510) 869-6567.  Dr. Shaieb, as an

16    officer of the Medical Staff in 2004-2006 and a member of the MEC during Dr. Ennix's

17    review, will testify as to her role in Dr. Ennix's peer review, the purposes and processes

18    for peer review at Summit Medical Center and her knowledge, as a past president of the

19    Medical Staff, of peer review procedures concerning comparable investigations and

20    corrective actions undertaken at the MEC level.  Dr. Shaieb may testify as to Dr. Ennix's

21    reputation in the ABSMC medical community.  Dr. Shaieb's testimony regarding

22    comparable investigations, her decision-making regarding Dr. Ennix's peer review and

23    her knowledge of his reputation is non-cumulative.

24           20.    Joanne Jellin, PsyD, Director of Medical Staff Services, Summit

25    Medical Staff Office, 350 Hawthorne Ave., Oakland, CA 94609.  Telephone number:

26    (510) 655-4000.  Ms. Jellin will testify as to the organization of the peer review function

27    at Summit Medical Center, the confidential nature of the peer review process, and the

28    work of her department.  Jellin will authenticate and describe the Chart of peer review

- 40 -

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

JOINT [PROPOSED] PRETRIAL ORDER                 CASE NO. C 07-2486 WHA

1   actions undertaken at the MEC level during the time period of 1992 through 2007 which

2   is Exh. F to the Hernaez Declaration submitted in support of Defendant's Motion for

3   Summary Judgment.  Ms. Jellin's testimony about Exhibit F is non-cumulative.

4          21.    Marilyn Barkin, R.N., Quality Care Coordinator at Summit Medical

5   Center with responsibility for providing support services to the Cardiothoracic Peer

6   Review Committee, 350 Hawthorne Ave., Oakland, CA 94609.  Telephone number:

7   (510) 655-4000.  Ms. Barkin will authenticate and describe the chart she prepared

8   showing the outcomes of minimally invasive valve procedures performed at Summit

9   Medical Center 2004 to present.  Ms. Barkin's testimony about the chart of minimally

10  invasive procedures is non-cumulative.

11         22.    Kathy Falstad, Office Manager, East Bay Cardiac Surgery Center,

12  3300 Webster St. Suite 500, Oakland, CA 94609, (510) 465-6600.  Ms. Falstad will

13  authenticate statistical analyses she performs for the Medical Center concerning the

14  outcomes and other indicia of patient care issues regarding cardiac surgeries performed

15  at ABSMC.  Ms. Falstad may also testify about the documents which relate to the

16  physician's provision of services to patients, such as patient billing.  Ms. Falstad's

17  testimony is non-cumulative.

18         23.    John Caldwell, 100 California Street, Suite 800, San Francisco, CA

19  94111.  Telephone number: (415) 395-1751.  Mr. Caldwell will testify as an expert

20  regarding Dr. Ennix's damages including the conclusions reached in his report dated

21  February 8, 2008.  Caldwell's testimony as an expert is non-cumulative.

22         24.    Ronald Dritz, M.D. (Ret.), Alta Bates Medical Staff Office, 2450

23  Ashby Ave. Berkeley, CA 94705, 510-204-1417.  Dr. Dritz will testify about the poor

24  outcomes of surgeries performed by Plaintiff at the Alta Bates campus, and relative to

25  the reasons for the closure of the Alta Bates cardiac program in early 2003.  Dr. Dritz will

26  testify about his observations concerning Dr. Ennix's care of patients.  Dr. Dritz's

27  knowledge of Plaintiff's work and his knowledge concerning the closure of the Alta Bates

28  cardiac program are non-cumulative.

KAUFF McCLAIN &
McGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

1         25.    Forest Junod, M.D., 5412 Tree Side Drive, Carmichael, CA 95608.

2    Telephone number: (916) 971-1444.  Dr. Junod will testify about the outside review he

3    performed of cardiac procedures done by Dr. Ennix at the Alta Bates Medical Center in

4    2002 and his conclusions regarding issues of Dr. Ennix's judgment, patient selection and

5    operating skill as set forth in his report submitted to the Alta Bates Medical Staff in

6    11/2003 and thereafter provided by the Alta Bates Medical Staff to the Summit Medical

7    Staff under a memorandum of understanding to share peer review information between

8    the medical staffs.  Testimony about the outside review that Dr. Junod performed is non-

9    cumulative.

10         26.    Leigh I.G. Iverson, M.D. (Ret.), 2718 Santa Lucia Avenue, Carmel,

11    CA  93923.  Telephone number: (831) 625-6750.  Dr. Iverson will testify regarding his

12    long-standing partnership with Dr. Ennix, the concerns he had regarding Dr. Ennix's

13    judgment, documentation and attentiveness to patients, his expression of those

14    concerns to Dr. Ennix and the actions of the partnership in taking care of cardiac

15    patients.  Dr. Iverson will testify as to Dr. Ennix's reputation in the ABSMC medical

16    community.  Dr. Iverson's testimony about his partnership with Dr. Ennix, his expressed

17    concerns regarding care issues to Dr. Ennix and his knowledge of Dr. Ennix's reputation

18    is non-cumulative.

19         27.    Gretchen Kunitz, M.D., former member (and officer) of the Alta

20    Bates Medical Staff, Alta Bates Medical Staff Office, 2450 Ashby Ave., Berkeley, CA

21    94705.  Telephone number: (510) 204-1417.  Dr. Kunitz will talk about the reasons for

22    the inception of peer review of Dr. Ennix at Alta Bates in 2002 and the reasons why the

23    peer review process was not completed but was rather relayed to the Summit Medical

24    Center staff when Dr. Ennix transferred his practice from Alta Bates to Summit.  Dr.

25    Kunitz's testimony regarding the inception of peer review at Alta Bates is non-

26    cumulative.

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 42 -

JOINT [PROPOSED] PRETRIAL ORDER               CASE NO. C 07-2486 WHA

1    **B.    Witnesses Defendant Will Present If The Need Arises.**

2    1.    John Gentile, M.D. Vice President of Medical Affairs, ABSMC, 2450

3    Ashby Ave., Berkeley, CA 94705.  Telephone number: (510) 204-4444.  Dr. Gentile will

4    testify about the contracts the Medical Center has with physician groups rather than with

5    individual physicians, the structure of the Medical Staff and its relation to the Medical

6    Center, the absence of any contractual relationship between the Medical Center and Dr.

7    Ennix during the relevant time period, the relationship of the Medical Center to individual

8    physicians in the provision of patient care, and the contractual relationship between the

9    Medical Center and the East Bay Cardiac Surgery Center during relevant times.  Dr.

10   Gentile will testify about the obligations of the Medical Center and its Medical Staff to

11   foster quality of care.  Dr. Gentile's testimony is largely cumulative of Mr. Warren's

12   testimony.

13   2.    Lisa Yee, M.D., 818 Webster Street, Oakland, CA 94607.

14   Telephone number: (510) 986-6800.  Dr. Yee will testify as to her determinations

15   regarding corrective action for Dr. Ennix as a member of the MEC.  Testimony regarding

16   Dr. Yee's individual decision-making is non-cumulative.

17   3.    James R. Saunders, M.D., 424 28th Street, Oakland, CA 94609.

18   Telephone number: (510) 452-4824.  Dr. Saunders will testify as to his determinations

19   regarding corrective action for Dr. Ennix as a member of the MEC and may also testify

20   about Dr. Ennix's reputation in the ABSMC medical community.  Testimony regarding Dr.

21   Saunders' individual decision-making is non-cumulative.

22   4.    Louis Komarmy, M.D., Pathology Department, 350 Hawthorne Ave.,

23   Oakland, CA 94609.  Telephone number: (510) 869-6567.  Dr. Komarmy, a member of

24   the Summit Medical Staff MEC in 2005, will testify regarding his decision-making

25   concerning corrective action to be imposed on Dr. Ennix as a result of the AHC report.

26   Dr. Komarmy may testify as to Dr. Ennix's reputation in the ABSMC medical community.

27   Both these areas relate to Dr. Komarmy's individual knowledge and are hence non-

28   cumulative.

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

- 43 -

JOINT [PROPOSED] PRETRIAL ORDER                                    CASE NO. C 07-2486 WHA

5.      Joan Shields, R.N., Summit Medical Center, 350 Hawthorne Ave., Oakland, CA 94609.  Telephone number: (510) 655-4000.  Ms. Shields will testify about Dr. Ennix's failure to examine a patient on 5/5/05, and her discussions with Dr. Ennix and Dr. Isenberg regarding that topic.  Ms. Shields may testify as to Dr. Ennix's reputation in the ABSMC medical community.  As a witness to the May 5, 2005 event, Ms. Shields' testimony is non-cumulative.

6.      Gregory M. Duncan, Ph.D., 100 California Street, Suite 800, San Francisco, CA  94111.  Telephone number: (415) 395-1717.  Mr. Duncan will testify as an expert concerning the use of statistics in the peer review process as set forth in his report dated February 22, 2008.  This expert testimony is non-cumulative.

7.      Larry Zemansky, M.D. (Ret.), Anesthesiology, 125 Cole Street, San Francisco, CA  94117.  Telephone number: (415) 386-3362.  Dr. Zemansky will testify about the poor outcomes of surgeries performed by Plaintiff at the Alta Bates campus, and relative to the reasons for the closure of the Alta Bates cardiac program in early 2003.  Dr. Zemansky will testify as to Dr. Ennix's reputation in the ABSMC medical community.  Except for Dr. Zemansky's knowledge of Dr. Ennix's care of patients and/or his reputation, his testimony is cumulative of Dr. Dritz's testimony.

8.      James Lovin, Summit Medical Center, 350 Hawthorne Ave., Oakland, CA 94609.  Telephone number: (510) 655-4000.  Mr. Lovin, a surgical technician at Summit Medical Center, will testify as to his communications to and discussion with the AHC regarding Dr. Ennix's skill and attentiveness during operations and the observations on which such communications were based.  Mr. Lovin's observation of Dr. Ennix's performance and his reports of such to the AHC and/or Officers of the Medical Staff are non-cumulative.

9.      Renee Russell, Manager, Alta Bates Medical Staff Services, Alta Bates Summit Medical Center, 2450 Ashby Ave., Ste. 1160, Berkeley, CA  94705.  Telephone number: (510) 204-1417.  Ms. Russell may testify regarding the closure of the

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

1    Alta Bates cardiac program and the number and types of procedures

2  performed by Ennix (as contrasted to other cardiac surgeons) at Alta Bates during all or

3  part of the period of 1999 – 2002.  Ms. Russell's testimony regarding when Dr. Ennix

4  was performing procedures at Alta Bates is non-cumulative.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA  94104
TELEPHONE  (415) 421-3111

- 45 -