IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COYNESS L. ENNIX JR., M.D., as an individual and in his representative capacity under Business & Professions Code Section 17200, et seq.,

    Plaintiff,

  v.

RUSSELL D. STANTEN, M.D., LEIGH I.G. IVERSON, M.D., STEVEN A. STANTEN, M.D., WILLIAM M. ISENBERG, M.D., Ph.D., ALTA BATES SUMMIT MEDICAL CENTER, and DOES 1 through 100,

    Defendants.

No. C 07-02486 WHA

**ORDER CONTINUING DATE OF PRETRIAL CONFERENCE**

Due to the Court's unavailability, the date of the pretrial conference is continued from Monday, May 19, 2008, to **FRIDAY, MAY 30, 2008, AT 1:00 P.M.**

**IT IS SO ORDERED.**

Dated: May 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE