1  MAUREEN E. MCCLAIN (State Bar No. 062050)
   Email: mcclain@kmm.com
2  ALEX HERNAEZ (State Bar No. 201441)
   Email: hernaez@kmm.com
3  KAUFF MCCLAIN & MCGUIRE LLP
   One Post Street, Suite 2600
4  San Francisco, California 94104
   Telephone:  (415) 421-3111
5  Facsimile:   (415) 421-0938

6  Attorneys for Defendant
   ALTA BATES SUMMIT MEDICAL CENTER
7

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | COYNESS L. ENNIX, JR., M.D.,            | CASE NO. C 07-2486 WHA

13 |                 Plaintiff,               | **DEFENDANT'S OBJECTIONS TO
                                              | PLAINTIFF'S EVIDENCE**
14 | v.
                                              | DATE:  June 2, 2008
15 | ALTA BATES SUMMIT MEDICAL CENTER,        | TIME:  7:30 a.m.
                                              | DEPT:  Ctrm. 9, 19th Flr.
16 |                 Defendant.               | JUDGE: Hon. William H. Alsup

17                                              COMPLAINT FILED: May 9, 2007
                                                TRIAL DATE: June 2, 2008

KAUFF MCCLAIN &
MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE                    CASE NO. C 07-2486 WHA

A. **Objections to Plaintiff's Case-in-Chief Witnesses.**

| Number on Plaintiff's List | Witness Name | Objection |
|---|---|---|
| 2 | William Weintraub, M.D. | Def's MIL No. 5. Not relevant as not presented in the peer review process, cumulative. FRE 402, 403. |
| 3 | Alex Zapolanski, M.D. | Def's MIL No. 5. Not relevant as not presented in the peer review process, cumulative. FRE 402, 403. |
| 5 | Margo Leahy, M.D. | Def's MIL No. 7. FRE 702, 403. |
| 12 | Harry Shulman | Not disclosed in Initial Disclosures. FRCP 37 c. Impingement on Attorney-Client Privilege (Mr. Shulman is the Medical Staff's lawyer). |
| 14 | Jai Balkissoon, M.D. | Def's MIL No. 8. FRE 402, 403. |
| 15 | Albertine Omani, M.D.[1] | Def's MIL No. 8. FRE 402, 403. |
| 16 | Coletta Hargis, M.D. | Def's MIL No. 8. FRE 402, 403. |
| 17 | Tracy Phillips, M.D. | Def's MIL No. 8. FRE 402, 403. |
| 19 | Filberto Burciaga[2] | Not disclosed. Not relevant. FRCP 37c. FRE 402, 403. Improper opinion testimony. FRE 701. This patient (as well as ensuing patients on the list) is not qualified to testify as to whether Dr. Ennix documented consent and/or provided appropriate medical care in accordance with Medical Staff requirements. |
| 21 | Makalita Leao | Not disclosed. FRCP 37c. Not relevant. Improper opinion. FRE 402, 403, 701. |
| 22 | Alice Ashton | Not disclosed. Not relevant. Improper opinion. FRCP 37c. FRE 402, 403, 701. |
| 23 | Donald Aissa | Not disclosed. Not relevant. Improper opinion. FRCP 37c. FRE 402, 403, 701. |

---

[1] Drs. Omani, Hargis and Phillips are OB/GYN doctors who underwent a peer review process with the Alta Bates Medical Staff. There is no arguable connection between their situations and Ennix except that they are African-American, and presumably wish to provide inadmissible testimony that they believe they were subject to race discrimination.

[2] Filberto Burciaga, Makalita Leao, Alice Ashton, Donald Aissa, Jessie Lozano, Esther Huitron and Jean Tenret are all cardiac patients.

- 2 -

| Number on Plaintiff's List | Witness Name | Objection |
|---|---|---|
| 24 | Jessie Lozano | Not disclosed until 1/24/08. Not relevant. Improper opinion. FRCP 37c. FRE 402, 403, 701. |
| 25 | Esther Huitron | Not disclosed until 1/24/08. Not relevant. Improper opinion. FRCP 37c. FRE 402, 403, 701. |
| 26 | Jean Tenret | Not disclosed until 1/24/08. Not relevant. Improper opinion. FRCP 37c. FRE 402, 403, 701. |
| 27 | Joe Bermudas (sic)[3] | FRE 402, 403, 701. As to Bermudez and the ensuing doctors, improper opinion testimony that he believes Ennix to have been a good doctor. |
| 28 | Dennis Drew | FRE 402, 403, 701. |
| 29 | Rollington Ferguson | FRE 402, 403, 701. |
| 30 | Dhun Sethna | FRE 402, 403, 701. |
| 31 | Gregory Quinn | FRE 402, 403, 701. |
| 32 | General Hilliard | FRE 402, 403, 701. |

**B.    Defendant's Objections to Plaintiff's Exhibits.**

| Number on Plaintiff's list | Description | Basis for Objection |
|---|---|---|
| 201 | Summit Medical Staff Partial Racial Composition 2004-2006. | Def's MIL No. 3. FRE 702, 403. |
| 202 | Summit Medical Staff Physician Rosters 2004-2006. D 5124-5211 | Relevancy. Jury confusion. Def's MIL No. 3. FRE 702, 402, 403 |
| 203 | Chart Prepared by Plaintiff's Lawyers re Minority Staff Composition. | Def's MIL No. 3. FRE 702, 403 |
| 204 | Chart Prepared by Plaintiff's Lawyer MEC Review by Race. | Def's MIL No. 3. FRE 702, 403. |

---

[3] Drs. Bermudez, Drew, Ferguson, Sethna, Quinn, Hilliard are doctors whose testimony will either be cumulative of letters they provided to the peer review process or improper opinion evidence.

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 3 -

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE        CASE NO. C 07-2486 WHA

| Number on Plaintiff's list | Description | Basis for Objection |
|---|---|---|
| 205 | Chart Prepared by Plaintiff's Lawyer Disciplined Doctors by Race. | Def's MIL No. 3. FRE 702, 403. |
| 206 | Chart Prepared by Plaintiff's Lawyer MEC Review by Race. | Def's MIL No. 3. FRE 702, 403. |
| 207 | Chart Prepared by Plaintiff's Lawyer. MEC Review by Race. | Def's MIL No. 3. FRE 702, 403. |
| 208 | 2/13/05 letter Khan to Isenberg. D 4474 | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 210 | 2003-2004 CABG Outcomes. | Def's MIL No. 4. FRE 402, 403. |
| 212 | Def's Responses to Plaintiff's First Set of Special Interrogatories. | Hearsay. FRE 801. Undue jury confusion. FRE 403. |
| 213 | ABSMC Responses to Plaintiff's Second Request for Document Production. | Hearsay. FRE 801. Undue jury confusion. FRE 403. |
| 214 | 4/26/06 e-mail exchange Jellin/ Horn. D 4793 | Hearsay. FRE 801. |
| 221 | 11/29/04 letter Girard to Isenberg. D 4404 | Hearsay if offered for the truth of the matter asserted. FRE 801 |
| 222 | 12/2/04 letter Durzinsky to Stanten. D 4389 | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 223 | 11/28/04 letter Estrich to Paxton. D 4382-3 | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 224 | 11/30/04 letter Drew to Isenberg. D 4384 | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 225 | 11/30/04 letter Holloway to Isenberg. | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 226 | 11/27/04 letter Bermudez to Paxton. D 4387 | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 227 | 11/26/04 letter Hilliard to Paxton. D 4349 | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 228 | 11/26/04 letter Edelen to Paxton. D 4380 | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 230 | 5/31/05 letter Etchevers to Isenberg. D 4625-29 | Hearsay. Relevancy. FRE 801, 402. |

- 4 -

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE    CASE NO. C 07-2486 WHA

| Number on Plaintiff's list | Description | Basis for Objection |
|---|---|---|
| 232 | 8/28/05 letter from Lovin to Paxton. D 4678 | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 242 | Medical Charts. E000801-1004, E001430-39, E001668-1821 | Patient privacy (HIPAA). Hearsay. Jury confusion. FRE 801, 403. |
| 244 | Plaintiff's Damage documents. E 001472-1500, E 002851-84 | Object to 1472-1480, 1493-1500 and 2851-84 as the documents contain references to non-recoverable elements of damage, including Plaintiff's fees to oppose peer review and expenses for setting up his office. Hearsay. Relevancy. Undue jury confusion. FRE 801, 402, 403. |
| 267-272 | Patient after-the-fact letters re consent. | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| **From Plaintiff's Secondary List** | | |
| 1 | Spiritus CV and Report. | Hearsay. FRE 801. |
| 2 | Leahy CV and Report. | Def's MIL No. 7. Hearsay. FRE 702, 801. |
| 3 | Greene CV and Report. | Hearsay. FRE 801. |
| 4 | Weintraub CV and Report. | Def's MIL No. 5. FRE 402, 403, 801. |
| 5 | Zapolinski CV and Report. | Def's MIL No. 5. FRE 402, 403, 801. |
| 6 | Barkin CV and Report. | Hearsay if offered to prove the truth of the matter asserted. FRE 801. |
| 7 | Shaw CV and Report. | Hearsay if offered to prove the truth of the matter asserted. FRE 801. |
| 8 | Reitz CV and Report. | Hearsay if offered to prove the truth of the matter asserted. FRE 801. |
| 9 | Walkes CV and Report. | Hearsay if offered to prove the truth of the matter asserted. FRE 801. |
| 10 | Lytle CV and Report. | Hearsay if offered to prove the truth of the matter asserted. FRE 801. |
| 11 | Rea CV and Report. | Hearsay if offered to prove the truth of the matter asserted. FRE 801. |
| 12 | Hill CV and Report. | Hearsay if offered to prove the truth of the matter asserted. FRE 801. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE          CASE NO. C 07-2486 WHA

| Number on Plaintiff's list | Description | Basis for Objection |
|---|---|---|
| 13 | Omani, et al. Lawsuit. | Hearsay. Relevancy. Undue prejudice. This is a lawsuit (that was settled) involving peer review at a separate campus by a different medical staff involving entirely different issues. FRE 801, 402, 403. |
| 14 | Def's Written Discovery. | Not a sufficient description to permit responses. |
| 17 | Correspondence from Civil Rights organizations to ABSMC CEO. | Hearsay. Relevancy. Undue prejudice. FRE 801, 402, 403. |
| 20 | Correspondence to doctors from Ennix re his new practice. | Hearsay (except for impeachment or admissions). Relevancy. Undue consumption of time. FRE 801, 402, 403. |
| 21 | Documentation re Business Expenses in setting up a new office after Plaintiff's voluntary withdrawal from his practice group. | Relevancy. This is not a recoverable damage. FRE 402. |
| 24 | Weaver 3/16/05 note. | Hearsay. FRE 801. |
| 33-34 | 11/12/01 and 2/11/02 SPRC minutes. | Relevancy. FRE 402. |
| 88 | Dutt letter and autopsy report. | Hearsay if offered for the truth of the matter asserted. Undue jury confusion. Consumption of time. FRE 801, 403. |
| 89-96 | Defendant's Motion Declarations. | Hearsay. FRE 801. |
| 101-104 (Durzinsky letter duplicative of Plaintiff's 222, but misdated here) | 12/3/04 Durzinsky and other letters. | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 110 | 2/21/07 meeting notes | Covered by Plaintiff's MIL No. 1 (not opposed by Defendant) as this relates to ongoing peer review. |
| 113, 115-175, 178-191, 193, 254 | NMA working papers, drafts, e-mail correspondence re chart review process. | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 199 | 1/28/08 Vandall letter to Emblidge re discovery issues. | Hearsay. Relevancy. Undue confusion. FRE 801, 402, 403. |

- 6 -

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE    CASE NO. C 07-2486 WHA

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

| Number on Plaintiff's list | Description | Basis for Objection |
|---|---|---|
| 200-201 | NMA bill for the review of a different physician. | Hearsay. Relevancy. Undue consumption of time. FRE 801, 402, 403. |
| 213, 272 (same document) | 10/20/05 letter from Ennix to his partners. | Hearsay (except for impeachment). Relevancy. Jury confusion. FRE 801, 402, 403. |
| 215-217 | Draft reports, expert bill. | Hearsay. Relevancy. Undue consumption of time. FRE 801, 402, 403. |
| 218 | Financial Records. | Duplicative of Plaintiff's Exh. 244. See objections to 244. |
| 220 | Patient letter. | Hearsay if offered to prove the truth of the matter asserted. FRE 801. |
| 228, 230-234 (Same exhibit) | 5/13/05 CTPRC minutes. | Relevancy. Undue consumption of time. FRE 402, 403. |
| 236 | Misidentified document. | Unable to respond. |
| 239-249 | Letters of Support. | Hearsay if offered for the truth of the matter asserted. FRE 801. |
| 250-253 | Data considered by CT committee | Hearsay. Relevancy. Jury confusion. Undue consumption of time. FRE 402, 403, 801. |
| 255-256 | Medical Staff information, identity of cardiac surgeons. | Relevancy. Privacy. FRE 402, 403. |
| 257 | Vandall fax to Plaintiff's counsel re Discovery. | Hearsay. Relevancy. Undue prejudice and time consumption. FRE 402, 403, 801. |
| 260 | 10/14/04 Barkin memo. | Hearsay. Relevancy. Undue consumption of time. FRE 402, 403, 801. |
| 262 | March 2007 letter re Diversity Survey. | Hearsay. Relevancy. Undue prejudice and consumption of time. FRE 402, 403, 801. |
| 263 | Medical Records from allegedly similar physicians. | Hearsay. Need foundation of similarity before relevancy is established. Undue consumption of time. FRE 402, 403, 801. |
| 266 | Physician Group Partnership Agreement. | Hearsay. Relevancy. FRE 402, 801. |
| 299 | Ennix's guesses at the racial composition of the staff. | Lack of Foundation. Incomplete. Misleading exhibit. FRE 104, 402, 403. |

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE    CASE NO. C 07-2486 WHA

| Number on Plaintiff's list | Description | Basis for Objection |
|---|---|---|
| 300-302 | Supporting letters. | Hearsay if offered for the truth of the matter asserted. FRE 402. |

DATED: May 16, 2008

Respectfully submitted,

KAUFF MCCLAIN & MCGUIRE LLP

By: _____
MAUREEN E. MCCLAIN

Attorneys for Defendant
ALTA BATES SUMMIT MEDICAL CENTER

4842-8833-5874.1

KAUFF MCCLAIN & MCGUIRE LLP
ONE POST STREET
SUITE 2600
SAN FRANCISCO, CA 94104
TELEPHONE (415) 421-3111

- 8 -

DEFENDANT'S OBJECTIONS TO PLAINTIFF'S EVIDENCE    CASE NO. C 07-2486 WHA