G. SCOTT EMBLIDGE, State Bar No. 121613
emblidge@meqlaw.com
RACHEL J. SATER, State Bar No. 147976
sater@meqlaw.com
ANDREW E. SWEET, State Bar No. 160870
sweet@meqlaw.com
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104
Telephone:   (415) 362-3599
Facsimile:    (415) 362-2006

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>　　　　Defendants. | Case No.: C 07-2486 WHA<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants Plaintiff's Administrative Motion to File Under Seal with respect to the following document:

(1) Declaration of "Physician H" in Opposition to Defendant's Motion for Summary Judgment;

IT IS SO ORDERED.

DATED: March 31, 2008

_____
Honorable William H. Alsup

1