G. SCOTT EMBLIDGE, State Bar No. 121613
RACHEL J. SATER, State Bar No. 147976
ANDREW E. SWEET, State Bar No. 160870
MOSCONE, EMBLIDGE, & QUADRA, LLP
220 Montgomery Street, Suite 2100
San Francisco, California 94104-4238
Telephone:   (415) 362-3599
Facsimile:   (415) 362-2006

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COYNESS L. ENNIX JR., M.D.,<br><br>Plaintiff,<br><br>vs.<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>Defendant. | Case No.: C 07-2486 WHA<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Trial Date:   June 2, 2008<br>Dept.:         Ctrm. 9, 19th Floor<br>Judge:        Hon. William H. Alsup |

Pursuant to FRCP 41(a)(1)(ii), the parties to this action, through their designated counsel, do hereby stipulate that the above-captioned action be and hereby is dismissed with prejudice.

Respectfully Submitted,

Dated: May 28, 2008           MOSCONE, EMBLIDGE, & QUADRA LLP

                              By: /s/ G. Scott Emblidge
                                  G. Scott Emblidge
                              Attorneys for Plaintiff

---

STIPULATION AND ORDER OF DISMISSAL                             Case No.: C 07-2486 WHA

1

Dated: May 29, 2008        KAUFF, MCCLAIN & MCGUIRE LLP

By: _____
     Maureen McClain

Attorneys for Defendant Alta Bates Summit Medical Center

Based the stipulation of the parties and good cause appearing, IT IS HEREBY ordered that the above captioned action be dismissed with prejudice.

Dated: _____, 2008        By: _____
                                          Honorable William Alsup
                                          United States District Court