1  G. SCOTT EMBLIDGE, State Bar No. 121613
   RACHEL J. SATER, State Bar No. 147976
2  ANDREW E. SWEET, State Bar No. 160870
   MOSCONE, EMBLIDGE, & QUADRA, LLP
3  220 Montgomery Street, Suite 2100
   San Francisco, California 94104-4238
4  Telephone:   (415) 362-3599
   Facsimile:   (415) 362-2006
5
6  Attorneys for Plaintiff

7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

10 | COYNESS L. ENNIX JR., M.D.,              | Case No.: C 07-2486 WHA
11 |                                          |
12 |        Plaintiff,                        | **STIPULATION AND ORDER OF DISMISSAL**
13 |   vs.                                    |
14 | ALTA BATES SUMMIT MEDICAL                | Trial Date:  June 2, 2008
   | CENTER,                                  | Dept.:       Ctrm. 9, 19th Floor
15 |                                          | Judge:       Hon. William H. Alsup
16 |        Defendant.                        |

17
18     Pursuant to FRCP 41(a)(1)(ii), the parties to this action, through their designated
19 counsel, do hereby stipulate that the above-captioned action be and hereby is dismissed
20 with prejudice.
21
22
23 Respectfully Submitted,
24 Dated: May 28, 2008            MOSCONE, EMBLIDGE, & QUADRA LLP
25
26                                By: _____
27                                        G. Scott Emblidge
                                  Attorneys for Plaintiff
28

                                          1
STIPULATION AND ORDER OF DISMISSAL                        Case No.: C 07-2486 WHA

Dated: May 29, 2008          KAUFF, MCCLAIN & MCGUIRE LLP

By: _____
    Maureen McClain

Attorneys for Defendant Alta Bates Summit Medical Center

Based the stipulation of the parties and good cause appearing, IT IS HEREBY ordered that the above captioned action be dismissed with prejudice.

Dated: May 29, 2008._____, 2008    By: _____
                                         Honorable William Alsup
                                         United States District Court

IT IS SO ORDERED
Judge William Alsup

2

STIPULATION AND ORDER OF DISMISSAL                    Case No.: C 07-2486 WHA