FILED

JUN 05 2008

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| COYNESS L. ENNIX,<br><br>        Plaintiff - Appellee,<br><br> v.<br><br>RUSSELL D. STANTEN; et al.,<br><br>        Defendants,<br><br> and<br><br>ALTA BATES SUMMIT MEDICAL CENTER,<br><br>        Defendant - Appellant. | No. 07-16712<br><br>D.C. No. CV-07-02486-WHA<br>Northern District of California,<br>San Francisco<br><br><br>ORDER |

The parties have stipulated to the dismissal of this appeal under Fed. R. App. P. 42(b). This appeal is dismissed. The costs and attorneys' fees shall be allocated according to the provisions of the stipulation. A copy of this order shall act as and for the mandate of this court.

                                    For the Court:
                                    MOLLY C. DWYER
                                    Clerk of the Court:

                                    Cathie A. Gottlieb
                                    Deputy Clerk
                                    Ninth Cir. R. 27-7/Advisory Note to Rule 27
                                       and Ninth Circuit 27-10

6.2.08/cag/Pro Mo