**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

———————

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking | | General Court Number |
| Clerk | | 415.522.2000 |

June 9, 2008

CASE NUMBER:   **CV 07-02486 WHA**
CASE TITLE:   **COYNESS L ENNIX JR -v- RUSSELL D STANTEN**
DATE MANDATE FILED:   06/06/08

TO COUNSEL OF RECORD:

  The mandate of the United States Court of Appeals for the Ninth Circuit has been filed in the above captioned case.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk

                    *Susan Imbriani*

                    by: Susan Imbriani
                    Case Systems Administrator

Distribution:  CIVIL      -   Counsel of Record

         CRIMINAL  -   Counsel of Record
                U.S. Marshal (Copy of Mandate)
                U.S. Probation Office

NDC App-16